# EXHIBIT LIST
## Federal Trade Commission v. A+ Financial Center, LLC, *et al.*

### VOLUME I: CONSUMER DECLARATIONS

Ackerman, Michael .................................................. Exhibit 1-1

Brandsted, Mary .................................................... Exhibit 1-2

Cheshire, Deborah Jean ............................................. Exhibit 1-3

Coburn, James ...................................................... Exhibit 1-4

Deeb, Lori ......................................................... Exhibit 1-5

Drescher, Larry .................................................... Exhibit 1-6

Golinski, Janet .................................................... Exhibit 1-7

Kuyk-White, Stacy .................................................. Exhibit 1-8

McWhinnie, Jennifer ................................................ Exhibit 1-9

Mullins, Angela .................................................... Exhibit 1-10

Mullins, Tony ...................................................... Exhibit 1-11

Parrot, Pamela ..................................................... Exhibit 1-12

Robbins, Donna ..................................................... Exhibit 1-13

Smith, Maureen ..................................................... Exhibit 1-14

Willingham, Alison ................................................. Exhibit 1-15

Zimmerman, Mark .................................................... Exhibit 1-16

### VOLUME II: FEDERAL TRADE COMMISSION INVESTIGATION

Declaration of Reeve Tyndall
Investigator, Federal Trade Commission. ............................ Exhibit 2-1

Declaration of Emil George
Forensic Accountant, Federal Trade Commission. ..................... Exhibit 2-2

Excerpts from Bank of America's Response to
Federal Trade Commission Civil Investigative Demand. . . . . . . . . . . . . . . . Exhibit 2-3

Excerpts from Earthlink Business's Response to
Federal Trade Commission Civil Investigative Demand. . . . . . . . . . . . . . . . Exhibit 2-4

Excerpts from GoDaddy's Response to
Federal Trade Commission Civil Investigative Demand. . . . . . . . . . . . . . . . Exhibit 2-5

Certified Corporate Records
A+ Financial Center, LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2-6

Certified Corporate Records
Accelerated Accounting Services, LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2-7

**VOLUME III: STATE INVESTIGATIONS**

Declaration, Bureau of Mediation and Enforcement
Florida Department of Agriculture and Consumer Services . . . . . . . . . . . . . Exhibit 3-1

Declaration, Bureau of Compliance
Florida Department of Agriculture and Consumer Services . . . . . . . . . . . . . Exhibit 3-2

Declaration, Regulatory Investigations Section
Florida Department of Agriculture and Consumer Services . . . . . . . . . . . . . Exhibit 3-3

Complaint
State of Missouri v. A+ Financial Center, LLC et al. . . . . . . . . . . . . . . . . . . Exhibit 3-4

Assurance of Discontinuance
State of West Virginia
In the Matter of th Investigation of
Christ Miano and Accelerated Financial Centers, LLC . . . . . . . . . . . . . . . . . Exhibit 3-5

**VOLUME IV: OTHER DECLARATIONS**

Declaration of Robert Colmeraur, Vice President
Better Business Bureau of Southeast Florida and the Caribbean . . . . . . . . . . Exhibit 4-1

Declaration of Lisa T. Wilhelm, Expert Witness
Managing Partner, Global Payments Experts, LLC . . . . . . . . . . . . . . . . . . . Exhibit 4-2

Declaration of Chris Rathsack, Business Director
Capital One, N.A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 4-3

Declaration of Robert Metzger, Compliance Analyst Lead
Experian North America .................................... Exhibit 4-4

Declaration of Dennis Flood, Director - Compliance
Equifax, Inc. .............................................. Exhibit 4-5

Declaration of Joseph Wisneski, Postal Inspector
United States Postal Inspection Service ..................... Exhibit 4-6