# Plaintiff's Exhibit

# PX 1-1

### DECLARATION OF MICHAEL ACKERMAN
### PURSUANT TO 28 U.S.C. § 1746

I, Michael Ackerman, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. My name is Michael Ackerman. I am a United States citizen at least 18 years of age and live in Los Angeles, California.

2. On or about October 5, 2012, I received an unsolicited pre-recorded phone call.

3. The pre-recorded message was from a female who identified herself as Rachel.

4. The pre-recorded message offered to lower my credit card interest rate.

5. The pre-recorded message prompted me to press one to speak with a live operator.

6. I pressed the number one on my telephone keypad and I spoke with an unidentified female representative.

7. The representative told me that I qualified for a lower interest rate on my credit card.

8. The representative asked me a series of questions about my credit card debt.

9. I answered a few questions until the representative asked me how much credit card debt I currently owed.

10. I told the representative I did not have credit card statements in front of me and would retrieve them and call her back. The representative volunteered to call me back in one week.

11. I asked the representative for the name of the company she worked for.

12. The representative told me she worked for A+ Financial Services.

13. The call ended.

**PX 1-1**

14.     When A+ Financial Services contacted me, my phone number was on the National Do Not

        Call List. I did not have an existing business relationship with A+ Financial nor had I ever

        given A+ Financial permission to contact me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on __October 2__, 2012, in Los Angeles, California.

_Michael Ackerman_

Michael Ackerman

**PX 1-1**

## DECLARATION OF MARY BRANSTED
### PURSUANT TO 28 U.S.C. § 1746

I, Mary Bransted, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.     I am a United States citizen over 18 years of age and live in Menomone Falls, Wisconsin.

2.     On or about August 17, 2012, I received a call on my home telephone line.

3.     At the time of the call, my home telephone number was registered on the National Do Not Call Registry.

4.     When I picked up the phone, I heard a recorded message telling me to press 1 on my telephone if I wanted to reduce my credit card interest rates. I pressed 1 in response to the message.

5.     After I pressed 1 on my telephone keypad, I was placed on hold for several minutes.

6.     Eventually, I was connected to a female. Later during the call, I was transferred to a male, who said his name was Frank. I cannot remember now whether the female or Frank told me all of the things set forth below, but I am certain that one of them told me these things. I will refer to both Frank and the female collectively as the "A+ Representative".

7.     The A+ Representative told me that he/she had obtained my information from Card Member Services.

8.     The A+ Representative told me later in the call that he/she worked for a company called A+ Financial Center. The A+ Representative told me that I could reach him/her by calling (800) 320-0889. At some point in the call, Frank told me that his direct extension was 221.

Page 1

**PX 1-2**

9.   Although I do not remember exactly what appeared on my caller ID when the call came in, I do remember that the caller ID did not say "A+ Financial Center".

10.  The A+ Representative asked me a series of questions about my credit card debt, including how many credit cards I had, what balances I had on the cards, and what interest rates I was currently paying.  I provided the A+ Representative with the information he/she requested for several of my credit cards, including credit cards I have with Citi, Chase, Discover, and several stores.

11.  The A+ Representative guaranteed that he/she could lower the interest rates on all of my credit cards to 0% to 3% and that those rates would last for the life of the card.

12.  The A+ Representative guaranteed that I would save $1,500 in interest in one year as a result of the lowered interest rates.

13.  The A+ Representative guaranteed that, with the lowered interest rates A+ would obtain for me, I would be able to pay off my credit card debt faster without increasing my monthly payments.

14.  The A+ Representative told me that A+ had helped many other satisfied customers obtain lowered credit card interest rates.

15.  The A+ Representative explained that they would obtain 0% to 3% interest rates on all of my cards by contacting my credit card companies and asking them to give me lower interest rates.

16.  The A+ Representative told me that using A+'s services would not have any negative impact on my credit.

17.  The A+ Representative asked me to give him/her the credit card number for one of my credit cards.  The A+ Representative told me that he/she needed this information to

**PX 1-2**

determine whether I qualified for the company's credit card interest rate reduction program. The A+ Representative told me that, in order to qualify, I needed to be in good standing and current on my payments on the credit card that I provided.

18.   In response to the A+ Representative's request, I provided him/her with the credit card number for my Discover credit card.

19.   The A+ Representative placed me on hold and then came back on the line and told me I had qualified.

20.   The A+ Representative told me that I would have to pay A+ a one-time fee of $595 in order to obtain the guaranteed 0% to 3% interest rates on my credit cards. The A+ Representative explained, however, that the amount of money I would save from the lowered interest rates would easily exceed the $595 fee that A+ would charge to my Discover credit card.

21.   The A+ Representative said that if A+ was not able to save me at least $1,500 in twelve months through lowered credit card interest rates, A+ would refund the $595 fee.

22.   The A+ Representative told me that I would be receiving a package of materials in the mail in a few days that would explain the program further and would include some forms that I would have to fill out and return to A+.

23.   The A+ Representative asked for my permission to charge the $595 to my credit card. Based on all of the guarantees made during the call, I gave approval to charge my Discover credit card.

24.   It was my understanding that A+ would not charge the $595 fee until I had received the materials from A+, reviewed them, and signed and returned the various forms back to A+.

Page 3

**PX 1-2**

25.     After I gave my approval, the A+ Representative gave me a confirmation number of AFC22442.  The call then ended.

26.     Approximately one week after the call, I received a package from A+ that contained a service agreement and forms requesting various types of financial information from me, including all of my credit card numbers.

27.     When I received my Discover credit card statement the following month, I saw that my card was charged $595 on August 17, 2012.  The charge appeared on my statement as "ACCELERATED FINANCIAL CE 877-7482626 FL".

28.     I was suspicious because the entry on my credit card statement did not say A+ Financial Center, and I was surprised because I did not think that A+ was going to charge my credit card until I had returned my signed paperwork.

29.     Sometime in early September, I saw a report on the local TV news discussing a credit card interest rate reduction scam.  The scam described in the news report sounded nearly identical to the call I had with A+.  This news report made me fear that I had been scammed by A+.  As a result, I decided not to complete and return the paperwork A+ had sent me.

30.     After seeing the news report, I contacted the Better Business Bureau to get more information about A+.  Based on information I learned from the Better Business Bureau, I subsequently contacted the Federal Trade Commission to file a complaint against A+.

31.     I next contacted Discover to request that the $595 charge be taken off my credit card.  Discover agreed to issue me a temporary credit pending their investigation into the charge.

**PX 1-2**

32. On September 7, 2012, I called A+ and spoke to a female.  I told the female I was no longer interested in A+'s services and requested a refund of my $595.  I told the female that I was concerned about the fact that A+'s company name did not appear on my credit card statement.  The female responded by telling me that A+ uses many different company names.  The female then told me that someone from A+'s cancellation department would call me by September 11, 2012, to discuss my refund request.

33. September 11, 2012 came and went without anyone from A+'s cancellation department contacting me to give me a refund.

34. As a result, I called A+ back again on September 17, 2012, to again request a refund.  The woman at A+ who answered the phone claimed that someone from A+'s cancellation department had called and left a voicemail message for me on September 11, 2012.  I informed the woman that I have no record of ever receiving such any such message.  The woman told me that she would have someone from A+'s cancellation department call me in a couple of days to discuss my refund request.

35. As of the date of this declaration, I have not received a return call from A+, nor have I received a refund.

36. Prior to the call I received from A+ on August 17, 2012, I had never done any business with A+, nor had I ever given the company permission to contact me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _Sept. 20_, 2012, at Menomone Falls, Wisconsin.

_Mary Bransted_

Mary Bransted

**PX 1-2**

# Plaintiff's Exhibit

# PX 1-3

## DECLARATION OF DEBORAH JEAN CHESHIRE
### PURSUANT TO 28 U.S.C. § 1746

I, Deborah Jean Cheshire, hereby state that I have personal knowledge of the facts set forth

below.  If called as a witness, I could and would testify as follows:

1.    I am a United States citizen over 18 years of age and live in Shirley, New York.

2.    On May 19, 2012, I received a call on my home telephone line that showed up on my

caller ID as "Card Member Services".

3.    At the time of the call, my home telephone number was registered on the National Do

Not Call Registry.

4.    When I answered the phone, a female caller was on the line.  She said her name was

Amy.

5.    Amy told me that she was calling from Card Member Services.

6.    Amy told me that I could call her back at (800) 320-0889, extension 287, in case we got

disconnected.

7.    Amy told me that she was calling me because I was eligible for a reduction in the interest

rates on all of my credit cards to somewhere between 0% and 9%.

8.    Amy told me that in order to qualify for lower interest rates on my credit cards, I had to

have at least $10,000 in credit card debt and I had to be current on my payments on all of

my credit cards.

9.    Amy told me that I would not incur any out-of-pocket expense in order to receive lower

interest rates on my credit cards.

10.    Amy asked me a series of questions about my credit card debt, including how many

credit cards I had, approximately how much I owed on each card, my approximate

interest rate on each card, and the company that issued each card.

**PX 1-3**

Page 1

11.     I provided Amy with the information she requested. I told her that I had credit cards with Target, Wal-Mart, Sears, Home Depot, Capital One, Juniper, Goodyear, JC Penney, and Lowes. I gave her the approximate balances and interest rates for each of my credit cards. My total credit card balances were higher than $10,000, and my interest rates averaged approximately 29%.

12.     Amy told me that, in order to qualify me for the interest rate reduction program, I needed to take out one of my credit cards for which I was current on my payments. I did as she asked. Amy then asked me to tell her the credit card number, expiration date, the three-digit security code on the back of the card, the toll-free telephone number on the back of the card, my zip code, and the last four digits of my social security number.

13.     I first provided Amy with the information she requested for one of my debit cards. Amy then placed me on hold. Amy then came back on the line and said that she could not qualify me on my debit card and asked me to provide the same information for a credit card that I was current on.

14.     I then provided Amy with the information she requested for my Target Visa credit card. Amy again placed me on hold for a few minutes. Amy then came back on the line and told me that I had qualified and that she was going to transfer me to a colleague named Fred who would provide me with more information and get me set up for my interest rate reductions. Amy then transferred me to Fred.

15.     When Fred got on the line, he told me that the name of his company was A+ Financial Centers. Fred told me that I could reach him at extension 223.

16.     Fred told me that A+ could reduce the interest rates on all of my credit cards to 4%, except for my Wal-Mart credit card, which he said A+ could reduce to 7%.

Page 2

**PX 1-3**

17.     Fred told me that the reduced interest rates he quoted me were "guaranteed".

18.     Fred told me that I would save $1,500 in interest in one year as a result of the lowered interest rates A+ would obtain for me.

19.     Fred told me that, with the lowered interest rates A+ would get for me, I would be able to pay off my credit card debt faster.

20.     I asked Fred if A+ had any references.  Fred told me that I could go to A+'s website – www.aplusfinancialcenters.com – and I could read testimonials submitted by people whom A+ had helped obtain lowered credit card interest rates.

21.     Fred told me that, in order to obtain the lowered interest rates, A+ would have to charge me a one-time fee of $695 to the Target Visa credit card that I had provided to Amy.

22.     Fred told me that after A+ charged the fee to my credit card, A+ would send me a package of materials in the mail, and I would have 3 days from the day I received the package to cancel the service.

23.     Fred told me that the package would contain forms and agreements that I would have to send back to A+ to get started on my interest rate reductions.

24.     Fred told me that, within three-and-a-half weeks of my returning the forms and agreements to A+, I would receive the lowered credit card interest rates that he promised me.

25.     I told Fred that I was concerned because Amy had previously told me that there would be no out-of-pocket expense to obtain the lowered interest rates and Amy did not mention anything about a $695 fee for the service.

26.     Fred explained that I would not incur any out-of-pocket expense because, by the time I would have to pay the $695 fee that appeared on my Target Visa statement, A+ would

**PX 1-3**

have already obtained a 4% rate on my Target Visa.  Fred explained that, with the amount of money that I would save with the lowered interest rates, I would easily recoup A+'s $695 fee.

27.    I was uncomfortable with Fred's sales pitch and explanations, so I asked to speak to his manager.  Fred then transferred me to his manager, who he said was named Todd Nelson.

28.    When Todd Nelson got on the line, he told me that he was the general manager of A+ and had been with the company for over 8 years.

29.    Todd Nelson told me that his phone extension was 204.

30.    Todd Nelson told me that A+ had been in business since 1998 and that A+ was accredited by the federal government.

31.    Todd Nelson told me that A+ had helped thousands of people obtain lowered credit card interest rates.

32.    Todd Nelson reiterated the same interest rate guarantees that Fred previously made. Todd Nelson guaranteed that A+ could reduce the interest rates on all of my credit cards to 4%, except my Wal-Mart credit card, which he said A+ would reduce to a 7% interest rate.

33.    Todd Nelson guaranteed that these lowered interest rates were fixed and would remain in place for the life of my credit cards.

34.    Todd Nelson guaranteed that I would be able to pay off my credit card debt faster with the lowered credit card interest rates A+ would obtain for me.

35.    Todd Nelson told me that I could continue to use my credit cards after A+ obtained the new lowered interest rates for me.

**PX 1-3**

36.     Todd Nelson told me that A+ would obtain lowered credit card interest rates by arranging conference calls with me, each of my credit card companies, and an A+ financial counselor.  Todd Nelson told me that, during these conference calls, the A+ financial counselor would negotiate with the credit card companies to lower my credit card interest rates to 7% on my Wal-Mart credit card and to 4% on all of my remaining credit cards.

37.     Todd Nelson guaranteed that I would save $1,500 in interest in one year with the lowered interest rates that A+ would obtain for me or else I would receive a full refund of A+'s $695 fee.

38.     Todd Nelson told me that it is "very rare" for A+ to issue refunds because A+ almost always is able to save its clients the amounts it guarantees.

39.     Todd Nelson told me that, after A+ charged the $695 fee to my Target Visa credit card, A+ would send me a package of materials that would contain some forms and agreements that I would have to sign and return to A+ in order to get started on my interest rate reductions.

40.     Todd Nelson told me that I would have 3 business days after receiving the package to cancel the service and get a refund of my $695 fee.

41.     Todd Nelson told me that he was going to transfer me to a colleague who was going to confirm some information with me.

42.     Todd Nelson then transferred me to a female colleague.  I do not remember her name.

43.     The female told me that this portion of the call was going to be recorded.

44.     The female asked me to confirm my name and address and asked for my permission to charge the $695 fee to my Target Visa card.

**PX 1-3**

Page 5

45.   Based on everything that Amy, Fred, and Todd Nelson told me, I gave the female permission to charge the $695 fee to my Target Visa card.

46.   The female gave me a confirmation number of AFC 20003. The call then ended.

47.   On or about May 23, 2012, I received in the mail a package of materials from A+.

48.   The package contained information about A+'s credit card interest rate reduction program, a service agreement, and forms. The forms asked me to list all of my credit cards and credit card numbers. A true and accurate copy of the package is attached as Exhibit A, except my credit card numbers have been redacted.

49.   I filled out the forms and signed the service agreement. I then gave the papers to my husband, Dan Cheshire, who faxed them back to A+ the next day.

50.   Sometime within the next two weeks after my husband faxed the papers, I received a phone call from a woman at A+ who said her name was Kim. Kim said she was with A+'s scheduling department. Kim told me that A+ had assigned Brian Jenson as my financial counselor and wanted to set up a time for Brian Jenson to call me to discuss my interest rate reductions. We scheduled a call for June 13, 2012, at 8:00 PM.

51.   On June 13, 2012, I received a call from Brian Jenson. Brian Jenson told me that he was a financial counselor who worked at A+. Brian Jenson told me that his telephone extension was 242.

52.   Brian Jenson told me that he had just received the forms I had completed and that he would be calling all of my credit card companies to obtain the lowered interest rates A+ had promised me.

53.   I told Brian Jenson that, prior to May 19, 2012, I had contacted many of my credit card companies to obtain lower interest rates, but the credit card companies had denied my

**PX 1-3**

request, except for one credit card company who agreed to a small interest rate reduction for just 6 months. I asked Brian Jenson how he planned to obtain lowered credit card interest rates given that I had been unable to do so on my own.

54. Brian Jenson explained to me that only he had the expertise and experience that would allow him to "cut a deal" to lower the interest rates on my credit cards to between 0% and 9%. Brian Jenson told me that only he knew which departments at the credit card companies to contact and that only he knew how to "get through all of the red tape" at each of my credit card companies to obtain permanently lowered interest rates. Brian told me that "I do this for a living" and "I am good at it."

55. I told Brian Jenson that Todd Nelson and Frank had promised me that all of my interest rates would be permanently reduced to 4%, except for my Wal-Mart credit card which would be permanently reduced to 7%. I told him that was somewhat inconsistent with his offer to reduce my credit card interest rates to between 0% and 9%.

56. Brian Jenson responded by telling me that Todd Nelson's and Frank's claim was "broad" and was only meant to convey an average interest rate reduction on all of my cards. Brian Jenson told me that he would be able to reduce the interest rate on my Home Depot credit card to 0%, but that he might only be able to reduce my interest rates on some of my other cards to a rate higher than 4%. Brian explained, however, that the average of all of my reduced interest rates would be 4% or lower.

57. Brian told me that within 7 to 10 business days, I would start receiving letters from each of my credit card companies informing me that A+ has permanently reduced the interest rates on my credit cards to between 0% and 9%.

**PX 1-3**

58.  In early June 2012, I received my Target Visa credit card monthly statement.  That statement showed that on May 19, 2012, I was charged $695.  The entry next to that charge said "ACCELERATED FINANCIAL CEN 877-7482226, FL".  My payment for this monthly statement was due on July 2.

59.  When I paid my June 2012 Target Visa bill on or about July 2, 2012, I was upset because, contrary to what A+ promised me during the May 19, 2012 call, my interest rate had not been reduced on my Target Visa card.  Based on what A+ told me during the initial call, I expected that I would only have to pay 4% interest on the $695 fee that A+ charged to my credit card.

60.  On or about July 9, 2012, Brian Jenson called me again.  I complained to Brian Jenson that I had not received any letters from my credit card companies confirming any lowered interest rates as he had promised me on June 13, 2012.  I complained to Brian Jenson that, despite all the promises A+ had made to me, I still had not received any lowered interest rates on any of my credit cards.

61.  Brian Jenson told me that it takes time to obtain lowered credit card interest rates and "it doesn't happen overnight."  Brian Jenson told me that he would have to go back and "research" the issue.  Brian Jenson told me that he would call me back on August 13, 2012, to give me an update on the status of my credit card interest rate reductions.

62.  In early July 2012, I received my next monthly credit card statement for my Target Visa credit card.  This monthly statement also did not indicate any lower interest rate.  I was upset because, when I paid this bill in late July/early August, I realized I was again paying my higher interest rate on the $695 fee A+ charged me on May 19, 2012, which was contrary to what A+ promised me.

**PX 1-3**

63. In early August 2012, I received my next monthly credit card statement for my Target Visa credit card. This monthly statement also did not indicate any lower interest rate. This again made me very upset, so I called A+ to complain. I do not remember exactly when I called them, but it was either Saturday, August 4, 2012, or Saturday, August 11, 2012.

64. When I called A+, I spoke to a female who answered the phone. I told her that I was very unhappy with Brian Jenson and A+ because I had not received the lowered credit card interest rates that A+ had guaranteed me. I asked to speak to a manager and told the female that if I did not, I was going to file a complaint with the Better Business Bureau. The female told me that I could not threaten her. The female then told me that, because it was a Saturday, no manager was available to talk to me, but that she would have someone call me back on Monday.

65. On the following Monday, I called A+ back again and asked to speak to Todd Nelson. The woman who answered the phone told me that Todd Nelson was not the right person for me to talk to, but she would connect me with a supervisor in the right department. She subsequently connected me to a male who I believe said his name was Brandon.

66. I complained to Brandon that several months had now passed and I had not received any reductions in my credit card interest rates. I also complained to Brandon that I was not happy with Brian Jenson.

67. Brandon told me that A+ had fired Brian Jenson.

68. Brandon told me that, in order to lower the interest rates on all of my credit cards, I would have to close all of my credit cards. Brandon told me that if I did that, he could reduce the interest rate on my Citi card to 9%, and the interest rates on my remaining

**PX 1-3**

cards to 0% for five years.  Brandon told me that, with these rates, I would be paying approximately $70 per month on each card until all of my credit card debt was paid off.

69.    Brandon also told me that, because I would have to close all of my credit cards, he would obtain a Discover credit card for me that I could use for credit card expenses.

70.    I told Brandon that his plan was completely unacceptable and was contrary to what Todd Nelson told me when I first signed up for A+'s services.  I informed Brandon that Todd Nelson specifically told me that I would not have to close any of my credit cards in order to obtain lowered interest rates.  I told Brandon in no uncertain terms that I did not want to close any of my credit cards and that I wanted A+ to do what Todd Nelson promised me A+ would do when I paid my $695 fee.

71.    At this point in the call, I became very upset and hung up on Brandon.

72.    Brandon called back a few minutes after I hung up.  My husband, Dan Cheshire, answered the phone.  Brandon told my husband the same things that he had just told me – namely, that if I closed all of my credit cards, he could reduce the interest rate on my Citi card to 9%, and the interest rates on my remaining cards to 0% for five years.  My husband told Brandon that was completely unacceptable and demanded a refund.

73.    Brandon responded by telling my husband to give him until September 3, 2012, to contact my credit card companies and work out a deal for lowered interest rates without closing any of my credit cards.  Brandon told my husband that if he could not come up with a plan by September 3, 2012, he would give us a refund.

74.    After my call with Brandon concluded, I called Target to request that they refund the $695 fee A+ had charged to my card.  The Target representative told me that because I had orally authorized A+ to charge my card and had not cancelled within 72 hours of that

**PX 1-3**

charge, there was nothing Target could do.  The Target representative recommended that I file a complaint with the Federal Trade Commission.

75.   On August 27, 2012, I filed an on-line complaint with the Federal Trade Commission.

76.   On or about September 3, 2012, I received a call from Brandon at A+.  Brandon told me that A+ could not obtain any lowered interest rates for me, and that A+ was going to refund me the $695 fee within seven to ten business days.

77.   On or about September 24, 2012, I received a voicemail from Kim at A+ who told me that, based on my prior conversations with Brandon, A+ would be sending me a refund check for $695 via priority mail.

78.   As of the date of this declaration, I have not received any refund from A+.

79.   Prior to the call I received from A+ on May 19, 2012, I had never done any business with A+, nor had I ever given the company permission to contact me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on ___Oct 8___, 2012, at Shirley, New York.


_Deborah Jean Cheshire_

Deborah Jean Cheshire

**PX 1-3**

# EXHIBIT A



# A+ Financial Centers, LLC

## *'The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!



**A+ Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 1-800-320-0889



### Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay

**PX 1-3**




# With A+ Financial Centers, LLC
## *Help is here*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you how to save money using our valuable tools and resources. Take the first step today by completing and mailing the enclosed forms provided to you, and we can begin to help you get your life back on track!



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?

## PX 1-3

 

# Your Step-By-Step Instructions

### Step 1. Relax

Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire

Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership

To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement

Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us

The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire



## Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of

**PX 1-3**



## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!

A+ Financial Centers, LLC



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear: Deborah Jean Cheshire

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 800-320-0889 in the US or Canada.

**PX 1-3**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 1500 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 695.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Deborah Jean Cheshire

Last Four of Credit Card Number: █████

Expiration Date: █████

Amount to be charged to your credit card: $ 695.00

Signature: _Deborah Jean Cheshire_     Date: _May 24, 2012_

# PX 1-3



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

## Elite Membership

A+ Account Number: AFC 20003

Client: Deborah Jean Cheshire

████████████

Shirley, NY ██████

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you. If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge. It does not matter if this happens once a year or five times in six months. Whenever there is a change you can call us and we will reprint a payment schedule for you. Again, free of charge. That is how much we believe in this program and that is how much we want you to be satisfied with our service. So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| Walmart/GECRB | | 15.80 | | | |
| Sears Credit Card | | 25.24 | | | |
| Home Depot Credit Service | | 22.99 | | | |
| Card member Service | | 19.24 | | | |
| Capital One Bank | | 13.90 | | | |
| Capital One Bank | | 13.90 | | | |
| Juniper Card Service | | 14.90 | | | |
| Target National Bank | | 22.90 | | | |
| Sears Credit Card | | 25.24 | | | |

**PX 1-3**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| Capital One Bank | | 11.90 | | | |
| Good year Credit Plan | | 26.99 | | | |
| GECRB/JCP | | 23.99 | | | |
| Lowes/GECRB | | 22.99 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 1-3**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
*save@aplusfinancialcenters.com*

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|----------|---------------|---------------|-----------|---------|---------|
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |
|          |               |               |           |         |         |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 1500 per our Service Agreement.  Per your verbal request on voice imprint number AFC 20003 your processing fee of $ 695.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 1500   in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _Deborah Jean Cheshire_     Date: _May 24, 2012_

**PX 1-3**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? *All of my outstanding balances*
2. Have you ever had a bankruptcy? ☐ Yes ☑ No
   a. If yes, when? _____
3. What is your current annual household income? $ ▮▮▮▮▮▮
4. Do you own or rent your home? ☑ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No *(Sometimes)*
   a. If yes which accounts and how much more? *This depends on the cash flow for each month*
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☑ Emergencies ☐ Medical ☐ Other
   a. If other please explain: *Car Repairs and Home Repairs*
7. What is the best time of the day to reach you?
      ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☑ 4PM to 8PM ☐ 8PM to 10PM
8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

**PX 1-3**

# Plaintiff's Exhibit

# PX 1-4

### DECLARATION OF JAMES COBURN
### PURSUANT TO 28 U.S.C. § 1746

I, James Coburn, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.  My name is James Coburn.  I am a citizen of the United States and at least 18 years of age.  I reside in Port Orchard, Washington.

2.  In October 2010, I received a call from A+ Financial offering to lower my credit card interest rate.

3.  I spoke with a representative who told me that I qualified for a lower interest rate because I had a high credit score in the top 20%.

4.  The representative asked for my credit card information.  I provided the card number, balance, and interest rate for my Navy Federal Credit Union Card.

5.  The representative told me that A+ Financial worked directly with all banks to lower consumers' credit card interest rates.

6.  The representative told me A+ Financial could lower my credit card interest rate to 3%.

7.  The representative guaranteed I would save $2,000 over one year.

8.  The representative told me that A+ Financial would charge my credit card around $450 within 10 business days.

9.  The representative told me that I would receive a packet with information and form to complete and sign.

10.  A+ Financial charged my credit card around $450 before I received said packet and, to the best of my knowledge, before A+ Financial provided any debt reduction service.

11.  I received said packet about a week later, completed the form with my credit card information, and sent it back to A+ Financial.

## PX 1-4

Page 1

12.   A few days later, I received a call from someone at A+ Financial who arranged a 3-way call with my bank, Navy Federal Credit Union.

13.   The A+ Financial representative asked the Navy Federal Credit Union representative for a lower interest rate on my credit card.

14.   The Navy Federal Credit Union representative said that it was not possible to lower the interest rate on my credit card.

15.   The A+ Financial representative disconnected Navy Federal Credit Union

16.   The A+ Financial representative recommended that I open another credit card account with a 0% introductory balance.

17.   I told the A+ representative that the service his company provided was unacceptable and that I didn't want to open any additional credit cards.  I requested a refund.

18.   The representative agreed to a refund and told me I would receive a refund in 7-10 business days.

19.   I waited nearly 5 months to receive a refund.  During this time, I called A+ Financial back to inquire about the status of my refund at least 6 more times.  Each time it seemed like I got the run-around.

20.   Finally, I decided to complain to the Better Business Bureau, a copy of which is **Attachment A.**

21.   I received a refund about a week after I filed my complaint.

22.   When A+ Financial first contacted me, I did not have an existing business relationship with A+ Financial nor had I ever given A+ Financial permission to contact me.

Executed on _August 31_ , 2012, in _Port Orchard, WA_

James Coburn

COMPLAINT ACTIVITY REPORT   Case # 90104115 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**   Coburn, James

Port Orchard, WA

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**       (Same as above)

**Consumer's Original Complaint :**
I was contacted by this company Back in October of 2010 regarding the interest rates of my credit cards.  They said that my credit score was so high that I was entitled to lower interest rates.  I pay them 450 dollars and they guarantee they will get the interest rates on all of my credit cards and loans down to as low as 3%, which would save me over a thousand dollars a year.  I paid them the money, then they made a 3 way telephone call and the credit card company said we are set on fixed rates and that was it.  I told A+ Financial I wanted my money back and they said it would be processed within 7 to 10 business days.  I never received the refund, I called again about a month later and I got the same response.  I called again in March and was put on hold while they spoke to the manager, the manager approved the request for my refund again and here it is June and I still have not received the refund.

**Consumer's Desired Resolution:**
I want my 450 dollar refund.  I think I should get the 450 dollar refund plus the 12.9 percent interest that I have been paying on it but i am only seeking 450 dollars.

| | | | |
|---|---|---|---|
| 06/10/2011 | web | BBB | Case Received by BBB |
| 06/13/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 06/13/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 06/13/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/30/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr. Coburn did in fact sign up for our services |

on 10/28/2010. He signed his paperwork and returned it to us  on 11/29/2010.
             The client missed several telephone appointments with us.  By the time the customer requested a refund it was past the allotted time to refund it to the credit card.
             We did issue a check refund to the customer on 06/27/2011 for $450.00 the original cost of the program.  We sent it via US Postal Service Priority Mail.
             The tracking number to the check is 420 98366 9405 5036 9930 0131 5389 83 and can be tracked at www.usps.com.
             This should close the file with the BBB as the customer has received a full refund.

| | | | |
|---|---|---|---|
| 06/30/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 07/08/2011 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
             I recently received the Check for the refund after requesting the refund several times.  This company had my phone number the entire time but claim they could not refund me, and yet they never attempted to contact me.  Waiting 7 months for a refund is insane.  In the long run I still had to pay 12.9 percent interest for 7 months on that $450 all because of this companies empty promises.

| | | | |
|---|---|---|---|
| 07/11/2011 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 07/11/2011 | Otto | BBB | Case Closed RESOLVED |

**PX 1-4**

**Attachment A**