# Plaintiff's Exhibit

# PX 1-5

## DECLARATION OF LORI DEEB
### PURSUANT TO 28 U.S.C. § 1746

I, Lori Deeb, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a United States citizen over 18 years of age and live in North Tonawanda, NY.

2. On or about June 23, 2011, I received an unsolicited telemarking phone call.

3. I spoke with a live representative.

4. The representative told me she worked for A+ Financial.

5. The representative told me that A+ Financial could lower my credit card interest rate and reduce the amount of money I paid each month.

6. The representative asked me a series of questions about my credit card debt.

7. The representative then told me that I "qualified" for a lower interest rate.

8. The representative asked for my credit card number and told me that A+ Financial would charge my credit card and then send me paperwork to review.

9. I told the representative that I would not agree to be charged until I could research A+ Financial. I asked the representative to send me information explaining the services.

10. The representative told me that she could not send me any information until I paid.

11. I told the representative that I was not interested.

12. I told the representative I was on the Do Not Call registry, asked the representative to take me off of A+ Financial's marketing list, and hung up the phone.

13. A few days later, I received another call from a representative at A+ Financial.

14. I again told the representative I was on the Do Not Call registry, asked the representative to take me off A+ Financial's marketing list, and hung up the phone.

15. After the second call, I filed a complaint with the Better Business Bureau.

**PX 1-5**

Page 1

16.     I have not received any additional calls from A+ Financial.

17.     When A+ Financial first contacted me, my phone number was on the National Do Not

Call List.  I did not have an existing business relationship with A+ Financial nor had I

ever given A+ Financial permission to contact me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _10/10/12_____, 2012, in North Tonawanda, New York.

Lori Deeb

**PX 1-5**

# Plaintiff's Exhibit

# PX 1-6

## DECLARATION OF LARRY DRESCHER
### PURSUANT TO 28 U.S.C. § 1746

I, Larry Drescher, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.  My name is Larry Drescher.  I am a United States citizen at least 18 years of age and live in Kiester, MN.

2.  In or around August 2010, I received an unsolicited telemarketing phone call.

3.  I spoke with a live representative.

4.  The representative told me he worked for A+ Financial.

5.  The representative told me that A+ Financial received my contact information from Experian.

6.  The representative told me that A+ Financial could lower my credit card interest rate and reduce the amount of money I paid each month.

7.  The representative asked for the card number on one of my credit cards.

8.  I provided the representative with the number for my Discover Card.

9.  The representative told me that A+ Financial would charge me $495.00 for the service.

10.  The representative told me that A+ Financial would send me paperwork.

11.  The representative told me to complete the paperwork with information about my credit card debt and send it back to A+ Financial.

12.  I agreed to purchase the service.

13.  The call ended.

14.  I received a welcome package from A+ Financial with paperwork to complete.

15.  I began to get cold feet.  I decided not to fill out the paperwork.

16.  A few days later, I received a follow-up call from another A+ Financial representative.

17.  The representative asked me if I had received the welcome package.

18.  I told the representative that I had but was not sure if I wanted the service.

**PX 1-6**

19.     The representative told me that A+ Financial has contacts with the banks to lower credit card interest rates and could guarantee a lower interest rate and monthly payment.

20.     The representative told me that A+ Financial could lower my Home Depot Card from 29% to 2% APR.

21.     The representative ended up talking me into signing the paperwork and sending it back.

22.     A few days after I submitted the paperwork, I received a call from a case worker at A+ Financial.

23.     The case worker recommended that I open up a new account with a low introductory APR and then transfer the outstanding balances on my existing accounts into the new account.

24.     I reluctantly went along and provided her the information she requested to start the process.

25.     The call ended.

26.     A few days later, I received another call from my case worker at A+ Financial.

27.     The case worker told me that I could not open up a new credit card account with a low APR.

28.     The case worker told me that I could close my existing accounts and pay off the debt.

29.     I told the case worker that this was unacceptable.

30.     I asked if I could get out of the service and receive a refund.

31.     The case worker transferred me to her supervisor.

32.     I asked the supervisor for a refund.

33.     The supervisor began to give me the run-around.  I hung up the phone in frustration.

34.     About a week later, I called A+ Financial back to try to get a refund again.

35.     I told the representative that A+ Financial was unable to lower my interest rate.

36.     I told the representative that A+ Financial charged me upfront without providing any service and that this seemed unfair.

37.     I requested a refund from the representative.

**PX 1-6**

38.     The representative told me that I needed to continue to work with my case worker and that she couldn't do anything else for me.

39.     I again requested a refund from the representative and told her that if I didn't get a refund I would report A+ Financial to the Attorney General.

40.     After I threatened to report A+ Financial, the representative agreed to issue me a refund.

41.     I went ahead and filed a complaint with the Better Business Bureau.

42.     A few weeks later, A+ Financial credited back the $495.00 on my Discover Card.

43.     When A+ Financial first contacted me, I did not have an existing business relationship with A+ Financial nor had I ever given A+ Financial permission to contact me.


I state under penalty of perjury that the foregoing statement is true and correct.

Executed on  __10/11__ , 2012, in Kiester, MN.

_Larry C. Drescher_
Larry Drescher

**PX 1-6**

# Plaintiff's Exhibit

# PX 1-7

## DECLARATION OF JANET GOLINKSI
## PURSUANT TO 28 U.S.C. § 1746

I, Janet Golinski, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.      I am a United States citizen over 18 years of age and live in Roseville, California.

2.      On or about April 3, 2012, I received a call on my home telephone line. At the time of the call, my home telephone number was registered on the National Do Not Call Registry.

3.      When I answered the call, I heard a recorded message with a female voice that said that to press "1" on my phone if I was interested in lowering my credit card interest rates.

4.      I pressed "1" and was connected to a male caller who said his name was Tod. Tod told me that he could reduce the interest rates on my credit cards. Tod told me that he had gotten my credit information from Experian.

5.      Tod asked me a series of questions about my credit card debt, including the number of cards I had, the amounts I owed on each card, and the interest rates I was paying. After I gave him this information, Tod said that he could reduce my interest rates to 6% or lower.

6.      Tod told me that he worked for a company called A+ Financial Centers. Prior to the call, I had never had any business dealings with A+ Financial Centers, nor had I ever given them any permission to call me.

7.      Tod explained that, in order for his company to reduce my interest rates, I would have to first pay A+ a fee of $995. Tod said, however, that if I paid the fee, he guaranteed that his company could lower my interest rates to 6% or lower and that I would save thousands of dollars in interest as a result. Tod also explained that within the first year the amount I would save in interest would easily cover his company's $995 initial fee.

**PX 1-7**

Tod told me that if A+ was unable to save me at least $995 in the first year due to lowered interest rates, I would get my money back.

8.   Tod also told me that A+ could only bring in a limited number of people into its interest rate reduction program and that I needed to sign up for the program now in order to guarantee my spot.

9.   Tod then asked me to provide information about one of my credit cards so he could qualify me for the program. Tod asked me to provide the credit card number, expiration date, the name of the bank that issued the card, and the bank's toll-free telephone number located on the back of the credit card. Tod also wanted to know whether I had enough available credit on my credit card to cover the $995 fee.

10.   I was initially hesitant to provide the information Tod wanted, but Tod told me that he needed this information to determine whether I had enough available credit to cover the $995 fee. Tod also told me that he could easily pull this information from the credit report he got from Experian, but it would be faster if I gave him the information myself. Because I believed what he told me, I provided all of the information Tod requested for one of my Citi credit cards.

11.   After I gave him my credit card information, Tod placed me on hold. He then came back on the line and told me I had qualified for the program. Tod then proceeded to do a "verification" where he asked me to confirm my credit card number, expiration date, name, and address and asked me to authorize A+ to charge my credit card $995.

12.   Based on all the representations Tod made to me, I confirmed my credit card information and authorized him to charge my credit card $995. The charge appeared on my credit

**PX 1-7**

card as "Accelerated Financial 877-7482626". Tod gave me a confirmation number of 18747.

13.   After my card had been charged, Tod transferred me to my financial counselor, whose name was Terry Lawson. Terry Lawson told me that I could call him at (800) 320-0889, extension 229.

14.   Terry told me many of the same things that Tod had previously told me. Terry told me that he could lower my credit card interest rates to less than 6%. In fact, Terry claimed that he might be able to get me a rate of 0%. Terry told me that A+ had "thousands" of satisfied customers whose credit card interest rates were reduced by A+. Terry said that A+ could negotiate lower rates on any credit card, regardless of the bank that issued the card, because his company worked with all the banks. Terry told me that signing up for A+'s services would not impact my credit rating in any way.

15.   During the call, I asked Terry what his credentials were. Terry told me that everyone at A+, including himself, was licensed by the State of Florida. Terry also told me that his company was located at 10258 S. US Highway 1, Port Saint Lucie, Florida, so that I could look up his office building on Google Maps, which I did while I was on the phone with him.

16.   Terry told me that he was going to be sending me a welcome package that I should review. Terry told me that the package would contain forms that I would need to fill out and send back to him so that he could get started on negotiating my lowered interest rates. Terry also told me that, once he got the package back, he planned on setting up three-way conference calls between himself, me, and the banks who issued my credit

**PX 1-7**

cards to request lowered interest rates. Each time I expressed doubts or concerns about having been charged, Terry would reassure me that I had made the right decision.

17.    After the call ended, I felt uncomfortable about having given out my credit card information to A+ and generally suspicious of their claims that they could reduce my interest rates. Based on my suspicions, I contacted friends who worked in the financial industry to get their thoughts on A+'s claims. Based on what they told me, I felt I had been scammed by A+ and was even more doubtful that A+ could actually reduce my credit card interest rates. My fears were further bolstered by the fact that, after the call, I called one of my credit card companies myself to ask for a lower credit card interest rate and was flatly rejected.

18.    In addition, I did some Internet research on the company and saw that many people had filed complaints against A+ with the Better Business Bureau and that the Attorney General for Missouri had sued A+. When I saw this information I became very upset because I was very worried that I had been scammed.

19.    As a result, a few days after my call with A+, I e-mailed Terry to demand a refund. I obtained the e-mail address from A+'s website, www.aplusfinancialcenters.com. In my e-mail, I noted the numerous Better Business Bureau complaints that had been filed against A+ and the Missouri Attorney General's action against the company. I requested an immediate refund of the $995 they charged my credit card. A+ e-mailed me back and told me that someone from their cancellations department would be calling me in a few days to discuss my cancellation request.

20.    A few days after my e-mail, Terry called me and made a high-pressured sales pitch to convince me to reconsider my decision to cancel. He again made many of the same

**PX 1-7**

claims and guarantees that he and Tod had previously made.  Based on his tactics, I agreed to not cancel.

21.    After the call with Terry, however, I again had doubts about proceeding with the A+ program, so I e-mailed A+ again asking to cancel.  In response, Terry called me back again and convinced me a second time not to cancel.

22.    Eventually, I received a welcome package in the mail from A+.  A true and accurate copy of the package I received is attached as Exhibit A.  The package guaranteed that I would save at least $4,000 in interest and finance charges within the first year or else I would receive a 100% refund.  The package also contained a form that asked me to provide all of my credit card numbers.  I felt uncomfortable about providing more credit card information to A+, so I did not complete or return the forms.

23.    On April 14, 2012, I e-mailed the company a third time to cancel.  In my e-mail, I told A+ that my decision was final and that I did not want to be contacted again.

24.    After this last e-mail, A+ did issue me a refund.  On April 16, 2012, A+ credited my credit card the $995 that they had initially charged me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _July 18_, 2012, at Roseville, California.

_Janet Golinski_
Janet Golinski

**PX 1-7**

# EXHIBIT A



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear: **Janet Golinski**

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 800-320-0889 in the US or Canada.





**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between the individual, and A+ Financial Centers.

In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:

1.  Our service package, known as "Your Financial Management Partner for Success"
2.  Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3.  Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4.  We guarantee a minimum savings of at least $ 4,000 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5.  Communicate and respond Immediately to your inquires and submissions of personal financial information.
6.  Honor your right to privacy, and protect your personal and financial information.
7.  Accept your one time payment of $ 995.00 for our full and only charge for this service.
8.  We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

As a valued client you have a responsibility and agree to:

1.  Accept and acknowledge this agreement by signing this service agreement.
2.  Fully participate in the program.
3.  Kindly return the package within thirty days from receiving it.
4.  Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Janet C. Golinski

Last Four of Credit Card Number: ▮▮▮▮

Expiration Date: ▮▮▮▮

Amount to be charged to your credit card: $ 995.00

Signature: _____   Date: _____



**PX 1-7**



**10258 S. US Hwy 1**
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Elite Membership

A+ Account Number: **AFC18747**

Client: Janet Golinski

Roseville, CA ▮▮▮▮

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you. If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge. It does not matter if this happens once a year or five times in six months. Whenever there is a change you can call us and we will reprint a payment schedule for you. Again, free of charge. That is how much we believe in this program and that is how much we want you to be satisfied with our service. So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 4,000 per our Service Agreement. Per your verbal request on voice imprint number AFC18747 your processing fee of $ 995.00 USD was applied to the card of your choice, according to the card issuer agreement. As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 4,000 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____        Date: _____

**PX 1-7**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 1-7**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?
   ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM
8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____



# A+ Financial Centers, LLC

*'The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!

**A+ Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 1-800-320-0889

**Did you know...**

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay






## With A+ Financial Centers, LLC

*Help is he*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get cau up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwheln by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how t successfully eliminate it! We take into account all the detail surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-m detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedu an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce th high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of th principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We wi also help you develop sound financial habits, and show you to save money using our valuable tools and resources. Take first step today by completing and mailing the enclosed forr provided to you, and we can begin to help you get your life on track!



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?


PX 1-7





# Your Step-By-Step Instructions

### Step 1. Relax

Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire

Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership

To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement

Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us

The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire

 Elite Membership

 Service Agreement (must be signed)

## Did you know...

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of 'disposable income' than what you may actually have to spare.



**PX 1-7**



## Our Guarantee To You

Our fully licensed and Bonded
agency will Guarantee you a
minimum savings based on
your interest and finance
charges, as well as a
personalized Debt Elimination
plan that will have you debt
free, three-to-five times faster
than your current rate, or our
services are free!

**A+ Financial Centers, LLC**

**PX 1-7**

# Plaintiff's Exhibit

# PX 1-8

## DECLARATION OF STACY KUYK-WHITE
### PURSUANT TO 28 U.S.C. § 1746

I, Stacy Kuyk-White, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.     I am a United States citizen over 18 years of age and live in New Cumberland, PA.

2.     In 2011, I began receiving frequent pre-recorded calls about lowering my interest rate.

3.     My telephone number was registered on the National Do-Not-Call Registry when I started receiving said pre-recorded calls.

4.     The pre-recorded calls claimed that I qualified for a lower interest rate on my credit cards and prompted me to press one to speak to a representative.

5.     One day, I decided to press one and was transferred to a representative.

6.     The representative told me that I qualified for a lower interest rate on my credit cards.

7.     The representative asked me to provide the bank name, outstanding balance, interest rate, and card number for all of my credit cards.

8.     I provided the representative information about my Citi Card, Chase Card, PNC Card, and two Discover Cards.

9.     The representative told me A+ Financial could negotiate with all of my credit card companies to reduce my payments and lower my outstanding debt.

10.     The representative told me that A+ Financial would guarantee that I would save $2,500 within 12 months and could pay off my outstanding balance 5-6 times faster.

11.     The representative told me that I would receive a lifetime fixed rate on both of my cards.

12.     The representative told me that A+ Financial guaranteed that their services would not hurt my credit score.

13.     The representative told me the price for these services was $695.

14.     Based on the promises that the representative made, I decided to buy the service.

**PX 1-8**

15.     A+ Financial charged my Discover Card $695 immediately, the same day I spoke with the representative.

16.     The representative provided me a toll-free number to call back, (877) 748-2626.

17.     After I spoke with the representative, I researched A+ Financial online and found numerous negative reviews.

18.     I called A+ Financial back using the toll-free number the representative provided me during the first call.

19.     I spoke with another representative and requested a refund. The representative transferred me to the voicemail for his manager. I left a message with my contact information.

20.     A couple of days later, I received a call from someone named Fred at A+ Financial. Fred tried to talk me out of a refund. He said that I would receive paperwork in the mail that would explain the service.

21.     Fred told me that A+ Financial sometimes advised consumers to close their credit card accounts and that some consumers were unhappy with this advice.

22.     To the best of my recollection, Fred never offered to refund my money.

23.     I received a Welcome Package in the mail from A+ Financial, which is **Attachment A.**

24.     After I spoke with Fred at A+ Financial, I wrote and mailed a letter to A+ Financial seeking a refund. I received a refund.

25.     When A+ Financial first contacted me, I did not have an existing business relationship with A+ Financial nor had I ever given A+ Financial permission to contact me.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on   8/8  , 2012, at New Cumberland, PA.

_Stacy Kuyk-White_
Stacy Kuyk-White

**PX 1-8**

*(handwritten notes, top left):* Over Mike higher rate (less if more purch'd paid off rate to lower rate)

*(handwritten):* Oct. 14th / Discover / S / Now – June 30th / 0%



# A+ Financial Centers, LLC

## *"The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!



**A+ Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626

*(handwritten):* Reeve Tyndall investigator 202·326·245 RTyndallCFTC



### Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay on time, you may lose your home!

**Attachment A**




# With A+ Financial Centers, LLC
*Help is here*

## We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

## Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

## Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

## Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you how to save money using our valuable tools and resources. Take the first step today by completing and mailing the enclosed forms provided to you, and we can begin to help you get your life back on track.



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?

**PX 1-8**                   **Attachment A**





# Your Step-By-Step Instructions

### Step 1. Relax
Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire
Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership
To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement
Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us
The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire

 Elite Membership

 Service Agreement (must be signed)

**PX 1-8**



## Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of "disposable income" than what you may actually have to spare.

**Attachment A**



## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!

A + Financial
Centers, LLC



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear: **Stacy Kuyk-White**

Congratulations for taking the first step toward becoming debt free.  In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible.  But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money.  Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings.  If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement.  Itemize your debts as thoroughly as you can.  When deciding what your payment is you can use your check register to see what you paid toward the accounts last month.  If you need additional space a second page is provided.
2. Next fill out the Client Questionnaire.  This information is confidential and shared only with your financial advisor.  It lets them understand more about your personal financial situation, your goals, and what your concerns are.
3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire.  The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom.  Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process).  Utilize these items to their full potential.  You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future.  Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 1-8**

**Attachment A**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1.  Our service package, known as "Your Financial Management Partner for Success"
2.  Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3.  Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4.  We guarantee a minimum savings of at least $2,500.00 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5.  Communicate and respond immediately to your inquires and submissions of personal financial information.
6.  Honor your right to privacy, and protect your personal and financial information.
7.  Accept your one time payment of $695.00 for our full and only charge for this service.
8.  We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1.  Accept and acknowledge this agreement by signing this service agreement.
2.  Fully participate in the program.
3.  Kindly return the package within thirty days from receiving it.
4.  Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Stacy Kuyk-White

Last Four of Credit Card Number: ▮▮▮▮

Expiration Date: ▮▮▮▮

Amount to be charged to your credit card: $695.00

Signature: _____   Date: _____

**PX 1-8**                                          **Attachment A**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## *Client Questionnaire*

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes  ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own  ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes  ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM  ☐ 11AM to 1PM  ☐ 1PM to 4PM  ☐ 4PM to 8PM  ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____   Number: _____
   b. Type: _____   Number: _____
   c. Type: _____   Number: _____
   d. Type: _____   Number: _____

# PX 1-8

**Attachment A**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

## *Elite Membership*

A+ Account Number: AFC15332

Client: **Stacy Kuyk-White**

███████████████

New Cumberland, PA ████

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you. If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge. It does not matter if this happens once a year or five times in six months. Whenever there is a change you can call us and we will reprint a payment schedule for you. Again, free of charge. That is how much we believe in this program and that is how much we want you to be satisfied with our service. So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PX 1-8**                    **Attachment A**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 1-8**                        **Attachment A**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 2,500 00 per our Service Agreement.  Per your verbal request on voice imprint number AFC15332 your processing fee of $695.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 2,500.00 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____  Date: _____

# Plaintiff's Exhibit

# PX 1-9

## DECLARATION OF JENNIFER MCWHINNIE
## PURSUANT TO 28 U.S.C. § 1746

I, Jennifer McWhinnie, hereby state that I have personal knowledge of the facts set forth below.

If called as a witness, I could and would testify as follows:

1.      I am a United States citizen over 18 years of age and live in Berwyn, IL.

2.      In the middle of 2011, I began receiving daily pre-recorded calls about lowering my
credit card interest rate.

3.      One day, my grandmother, who lives with me, picked up the phone and started speaking
to a representative of said company.

4.      I was in another room when my grandmother picked up the phone, but walked in as she
finished providing said company with information about her Target credit card.

5.      I quickly took the phone from my grandmother.

6.      The Caller ID displayed (503) 468-5336.

7.      The representative told me that he worked for A+ Financial.

8.      The representative told me that A+ Financial worked with all of the credit card
companies to reduce consumers' credit card interest rates.

9.      The representative told me that A+ Financial could guarantee my grandmother would
save $1,500 in interest.

10.     I told the representative that my grandmother and I were not interested and hung up the
phone.

11.     My grandmother called Target and cancelled her credit card.

**PX 1-9**

Page 1

12.    When A+ Financial first contacted my grandmother and me, we did not have an existing

business relationship with A+ Financial nor had we ever given A+ Financial permission

to contact us.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _July 26_, 2012, at Berwyn, IL.

Jennifer McWhinnie

**PX 1-9**