# Plaintiff's Exhibit

# PX 2-1

### DECLARATION OF REEVE TYNDALL
### PURSUANT TO 28 U.S.C. § 1746

I, Reeve Tyndall, have personal knowledge of the following facts and matters discussed in this declaration, and, if called as a witness, could and would testify to them.

1.   I am a citizen of the United States and am at least eighteen years of age.  I am employed as an Investigator by the Federal Trade Commission ("FTC") in the Division of Marketing Practices, Bureau of Consumer Protection.  My office address is 600 Pennsylvania Ave. NW, HQ-286, Washington, DC 20580.

2.   I investigate persons and entities who may be violating the laws and regulations enforced by the FTC.  The following declaration outlines my investigation of A+ Financial Center LLC also d/b/a Accelerated Financial Centers, LLC; Accelerated Accounting Services LLC; Christopher L. Miano; and Dana M. Miano ("Defendants").

### UNDERCOVER INVESTIGATION

3.   On August 29, 2012, I placed an undercover phone call to A+ Financial Center LLC ("A+ Financial") at (877) 748-2626.  Using an undercover identity, I posed as a consumer and purchased A+ Financial's credit card interest rate reduction service for $795.

4.   I recorded said undercover call using an Olympus TP7 digital voice recorded.  I then submitted a full and complete copy of the recording to For The Record Inc., an FTC vendor, for transcription.  Once I received the transcription, I reviewed it against the original recording for errors and omissions.  A true and correct transcript of said undercover call with A+ Financial is **Tyndall Attachment A**.

5.   On September 12, 2012, I received a US Postal package from A+ Financial addressed to my undercover identity.  The package was postmarked August 29, 2012.  Due to the process by which FTC Investigative staff receives undercover mail, it is probable that

Page 1

# PX 2-1

said package would have been delivered shortly after August 29, 2012.  A true and correct copy of the packaging and documents I received from A+ Financial is **Tyndall Attachment B**.

6.      In October 2012, I received the credit card statement for the undercover credit card I used to purchase A+ Financial's credit card interest rate reduction service.  The statement showed a charge for $795 from ACCELERATED FINANCIAL CEN 877-7482626 FL.  The statement indicates the charge was initiated on August 29, 2012.  A true and correct copy of this credit card statement is **Tyndall Attachment C**.

7.      On September 18, 2012, I placed an undercover phone call to A+ Financial at (800) 320-0889.  Using the undercover identity I used during the first undercover phone call, I requested a refund of the $795 fee that A+ Financial charged to the undercover credit card on August 29, 2012.  The representative told me that someone from A+ Financial would call me back to process the refund.

8.      On September 26, 2012, I received a voicemail message on my undercover cell phone from a person who said his name was Todd from A+ Financial.  The caller ID on my cell phone indicated that the call was from (772) 408-1178.  In the voicemail, Todd told me he was calling in reference to my reference to my refund request and provided a call back number of (877) 748-2626, Extension 204.

9.      On September 27, 2012, I received a voicemail message on my undercover cell phone from someone who said his name was Richard Matthews.  Mr. Matthews claimed to be a manager at A+ Financial and said he was calling in reference to my refund request.  Mr. Matthews provided a call back number of (800) 320-0889, Extension 219.

**PX 2-1**

10.     On October 2, 2012, I placed an undercover phone call to A+ Financial at (800) 320-
0889.  Using the undercover identity I used in the first undercover call, I requested to
speak with Richard Matthews at extension 219.  I was then transferred to and spoke with
Mr. Matthews.

11.     I recorded said undercover call using an Olympus TP7 digital voice recorded.  I then
submitted a full and complete copy of the recording to For The Record Inc., an FTC
vendor, for transcription.  Once I received the transcription, I reviewed it against the
original recording for errors and omissions.  A true and correct transcript of said
undercover call with A+ Financial is **Tyndall Attachment D**.

12.     On October 4, 2012, I placed another undercover call to A+ Financial at (800) 320-0089.
Using the undercover identity I used in the first undercover call, I again requested to
speak with Richard Matthews at extension 219.  The receptionist told me that Mr.
Matthews was busy but that Mr. Matthews would call me back.

13.     A few hours after I placed the October 4, 2012 call to A+ Financial described in the
paragraph above, I received a return phone call from Richard Matthews at A+ Financial.
The call appeared on the caller ID on my undercover cell phone as coming from (772)
408-1178.  Using the same identity I used in the first undercover call, I asked Mr.
Matthews some follow up questions related to our conversation on October 2, 2012.  I
recorded said undercover call using an Olympus TP7 digital voice recorder.  I then
submitted a full and complete copy of the recording to For The Record Inc., an FTC
vendor, for transcription.  Once I received the transcription, I reviewed it against the
original recording for errors and omissions.  A true and correct transcript of said
undercover call with A+ Financial is **Tyndall Attachment E**.

**PX 2-1**

## WEB SITE CAPTURE

14.    On June 27, 2012, FTC Staff printed pages from the web site *aplusfinancialcenters.com*. A true and correct copy of these pages is **Tyndall Attachment F**.

15.    On September 12, 2012, FTC Staff printed pages from a web site blog titled "New Business Loan For Startup" located at *newbusinfl.blogspot.com*. The web site blog listed a contact email address of Chrismo240@aol.com, which is an email address that Defendant Christopher L. Miano has frequently listed on regulatory filings with Florida state agencies. A true and correct copy of these pages is **Tyndall Attachment G**.

## DO NOT CALL REGISTRATION

16.    To comply with the Telemarketing Sales Rule ("TSR"), sellers, professional telemarketers, and their service providers (referred to collectively as "telemarketers") must have access to the telephone numbers in the National Do Not Call Registry ("Registry") maintained by the FTC, so that they can avoid calling those numbers. Telemarketers access this information through a fully automated, secure Internet website located at www.telemarketing.donotcall.gov. To obtain access to the Registry, telemarketers must first complete an on-line registration form. After completing the registration process, the register provides the telemarketer with an Organization ID. Using the Organization ID, telemarketers can access the Registry after paying an annual fee.

17.    Law enforcement officials, including FTC attorneys and investigators, may access Registry information through a secure internet website operated by the FTC called, "Consumer Sentinel." Consumer Sentinel allows these officials to search virtually all of the information in the Registry database.

# PX 2-1

18.  Consumer Sentinel enables law enforcement officials to obtain information about telemarketers, including whether a telemarketer has accessed the Registry, either to register as a telemarketer or to access telephone numbers of consumers who have registered.  Law enforcement officials can conduct a search using among other things, a telemarketer's name, address, and/or telephone number.

19.  On October 19, 2012, I searched the Registry for the names:  A+ Financial Center LLC, Accelerated Financial Centers LLC, Accelerated Accounting Services LLC, Christopher Miano, and Dana Miano.  My search revealed that none of these entities or individuals have ever accessed the Registry, registered as a telemarketer on the Registry, received an Organization ID, or paid any annual fees for Registry access.

**TELEPHONE RECORDS**

20.  On or about August 3, 2012, I received documents from Earthlink Business pursuant to a Civil Investigative Demand ("CID") issued by the FTC.

21.  The CID response contained, among other things, outgoing call detail records for phone calls placed from (772) 408-1340.

22.  I removed call records for calls placed from (772) 408-1340 to toll-free numbers (1-800, 866, 877 etc.), leaving only call records for calls placed to toll numbers. I then submitted said call records to Interimage Inc., an FTC vendor, for analysis.

23.  Interimage cross-checks call records against the FTC's National Do Not Call Registry and provides the FTC a detailed summary of its findings.  Interimage also provides the FTC with a document detailing the methodology it uses to analyze call records against the Registry.  A true and correct copy of this document is **Tyndall Attachment H**.

**PX 2-1**

24. According to analysis completed by Interimage, from April 20, 2009 through May 3, 2012, A+ Financial placed at least 36,422 outbound calls from (772) 408-1340 to phone numbers on the Registry. Interimage provided the FTC a report summarizing its results. A true and correct copy of this report is **Tyndall Attachment I**.

## CONSUMER COMPLAINTS

25. During the course of my investigation, I reviewed 101 complaints against A+ Financial. The complaints I reviewed named one or more of the defendants directly or included other information such as a mailing address, phone number, or other characteristic that could be connected to the defendants.

    a. The FTC received 58 consumer complaints from the Better Business Bureau of Southeast Florida and the Caribbean. A declaration authenticating these complaints is **Plaintiff's Exhibit 4-1**.

    b. The FTC received an additional 43 consumer complaints either directly from consumers or from other law enforcement partners. True and correct copies of these complaints are **Tyndall Attachment J**.

## STATEMENT OF RECORDS CUSTODIAN

26. I, Reeve Tyndall, am the custodian of record for documents obtained during the investigation of A+ Financial Center LLC, Accelerated Accounting Services LLC, Christopher L. Miano, and Dana M. Miano. As the custodian of record, I receive and maintain original documents obtained from third-parties during an investigation.

I state under penalty of perjury that the foregoing statement is true and correct.
· Executed on _October 19, 2012_ in Washington, DC.

_Reeve Tyndall_
Reeve Tyndall

**PX 2-1**

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1223197

TITLE               A+ FINANCIAL CENTER, LLC

DATE                RECORDED:  AUGUST 29, 2012

                    TRANSCRIBED:  SEPTEMBER 6, 2012

PAGES               1 THROUGH 29

TELEPHONE CONTACT WITH UNIDENTIFIED FEMALE,

RACHEL AND SHAWN

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# PX 2-1          **Tyndall Attachment A1**

1

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    With Unidentified Female                  3

 6    With Rachel                               6

 7    With Shawn                               23

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     A+ Financial Center, LLC       )  Matter No. 1223197

5                                    )

6     -----------------------------)

7                                    August 29, 2012

8

9

10

11          The following transcript was produced from a

12    CD-Rom provided to For The Record, Inc. on August 30,

13    2012.

14

15

16

17

18

19

20

21

22

23

24

25

PX 2-1          Tyndall Attachment A3

3

```
 1                    P R O C E E D I N G S
 2                      -    -    -    -    -
 3              MR. TYNDALL:  Reeve Tyndall, Federal Trade
 4     Commission.  Call to A+ Financial.  Number 877-748-2626.
 5     Approximately 1:36 p.m., August 29th, 2012.
 6     _____
 7           TELEPHONE CONTACT WITH UNIDENTIFIED FEMALE,
 8                      RACHEL AND SHAWN
 9              UNIDENTIFIED FEMALE:  Financial Center.
10              MR. TYNDALL:  Oh, hi.  Do you guys help lower
11     credit card interest rates?
12              UNIDENTIFIED FEMALE:  Interest rates, yes, sir.
13              MR. TYNDALL:  Hi.  I -- my mom told me to call
14     you guys.  She said that you guys can help me lower my
15     credit card interest rate.
16              UNIDENTIFIED FEMALE:  Okay.  And may I have her
17     name, please?
18              MR. TYNDALL:  Her name is M██ R███████.
19              UNIDENTIFIED FEMALE:  M██ R███████.  Okay.
20     And she was a previous client of ours?
21              MR. TYNDALL:  I'm not quite sure.  She just
22     told me to call.  She said she got a call from you guys a
23     few months ago, but she couldn't get any help.
24              UNIDENTIFIED FEMALE:  Bear with me for just one
25     moment, please.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment A4**

4

1          MR. TYNDALL:  Oh, okay.  Thanks.

2          **(Brief pause.)**

3          UNIDENTIFIED FEMALE:  Okay, sir?

4          MR. TYNDALL:  Yes.

5          UNIDENTIFIED FEMALE:  Thank you for holding.  I

6     do apologize for that.  Okay, I'm just trying to pull up

7     the information here.  Usually we -- through (inaudible)

8     referral system, we usually link it up to the same people

9     that they had spoken with.  And does -- her middle

10    initial?

11         MR. TYNDALL:  She doesn't have a middle name.

12         UNIDENTIFIED FEMALE:  Oh, okay.

13         MR. TYNDALL:  Yeah.

14         UNIDENTIFIED FEMALE:  Is that with a Z or an S?

15         MR. TYNDALL:  Z.  I think -- I think you

16    probably might have called her boyfriend's number.

17         UNIDENTIFIED FEMALE:  Okay.  What was his name?

18         MR. TYNDALL:  His name is D▮▮, D▮▮▮▮, and last

19    name is I▮▮▮▮, L▮▮▮▮▮.

20         UNIDENTIFIED FEMALE:  Okay.  I'm not finding

21    him either.

22         MR. TYNDALL:  No?

23         UNIDENTIFIED FEMALE:  Bear with me for just one

24    moment.

25         MR. TYNDALL:  Oh, okay.

**PX 2-1**          **Tyndall Attachment A5**

5

```
 1              UNIDENTIFIED FEMALE:  Thank you.

 2              (Brief pause.)

 3              RACHEL:  Thank you for holding.  How can I help

 4      you?

 5              MR. TYNDALL:  Hi.  I was wondering, do you guys

 6      lower credit card interest rates?

 7              RACHEL:  Yes, sir, we do.

 8              MR. TYNDALL:  Hi, yeah, my mom told me to call

 9      you guys.  I have some -- some credit card debt and I was

10      wondering if you guys could help out lowering my interest

11      rate.

12              RACHEL:  Okay.  Is your mom a client of ours?

13              MR. TYNDALL:  I don't think so.  You called her

14      a few months ago, but I don't think -- I don't know.  She

15      just told me to call.

16              RACHEL:  Okay.  How much credit card debt do

17      you have?

18              MR. TYNDALL:  Oh, I have about 11,000.

19              RACHEL:  Okay.

20              MR. TYNDALL:  Outstanding balance.

21              RACHEL:  And how many accounts is that spread

22      upon?

23              MR. TYNDALL:  Well, I have -- I have one card.

24      I have a Citi card with about 11,000 and then I just

25      opened up a Capital One card.
```

**PX 2-1**          **Tyndall Attachment A6**

```
1              RACHEL:  Okay.  And what's your interest rate
2       on Citi?
3              MR. TYNDALL:  It's 21 percent.
4              RACHEL:  Okay.  And has your interest rate
5       always been that high?
6              MR. TYNDALL:  I'm not -- I'm not quite sure.  I
7       don't think so.  It was lower when I first got it, but
8       I'm paying about 21 percent now.
9              RACHEL:  Okay, all right.  So, our job here is
10      basically -- I mean, based upon the amount of debt that
11      you have and the interest rate that you're currently
12      paying, we can definitely get you qualified.  Our job
13      here is basically to show your lender that you are still
14      eligible for a lower rate, and how we do that is by
15      showing them that you're still in good standings on at
16      least one of your accounts.  Now, good standings just
17      meaning that your payments are current; you do have that
18      balance that you're paying interest on, which obviously
19      you do; and that you're not currently exceeding your
20      credit line.
21             MR. TYNDALL:  No.
22             RACHEL:  Are you on good standings with
23      Citibank?
24             MR. TYNDALL:  Yeah, I'm in good standing.  I
25      pay at least the minimum every month.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment A7**

7

```
 1              RACHEL:  Okay.
 2              MR. TYNDALL:  Yeah.
 3              RACHEL:  All right.  So, on the back of -- it
 4   only takes about 60 seconds to get you qualified.  We do
 5   have to verify the standings through the automated system
 6   with the bank.
 7              MR. TYNDALL:  Okay.
 8              RACHEL:  Can you verify the customer service
 9   number that's located on the back of your Citi card?
10              MR. TYNDALL:  Sure.  It's 1-800 --
11              RACHEL:  Mm-hmm.
12              MR. TYNDALL:  -- ▇▇▇ --
13              RACHEL:  Mm-hmm.
14              MR. TYNDALL:  -- ▇▇▇.
15              RACHEL:  Okay.  And is that Citi a Visa or a
16   Mastercard?
17              MR. TYNDALL:  It's a Visa.
18              RACHEL:  Visa, okay.  And on the front of the
19   card, can you verify the 16 digits beginning with the
20   four?
21              MR. TYNDALL:  Sure.  It's ▇▇▇▇▇▇▇▇.
22              RACHEL:  And the expiration?
23              MR. TYNDALL:  It's ▇▇▇▇▇.
24              RACHEL:  20▇, okay.  And what is the correct
25   billing zip code that's set up with that account?
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# PX 2-1          **Tyndall Attachment A8**

8

```
 1              MR. TYNDALL:  Oh, the zip is ███.
 2              RACHEL:  ███?
 3              MR. TYNDALL:  Yeah.
 4              RACHEL:  Okay.  So, hold on just a moment.
 5     Like I said, it only takes about 60 seconds.  I'll be
 6     right back on the line with you, okay?
 7              MR. TYNDALL:  Oh, okay, thanks.
 8              RACHEL:  Okay.  You're welcome.
 9              (Brief pause.)
10              RACHEL:  Okay, sir, it's asking me to verify
11     only the last four digits of your Social.
12              MR. TYNDALL:  Oh, okay, okay.  Well, it's ███.
13              RACHEL:  Okay, hold on.
14              (Brief pause.)
15              RACHEL:  Okay, sir.
16              MR. TYNDALL:  Yes.
17              RACHEL:  Okay.  So, right now, your balance is
18     $11,258.36.
19              MR. TYNDALL:  Okay.
20              RACHEL:  You have available credit of
21     $1,248.64.
22              MR. TYNDALL:  Okay.
23              RACHEL:  Usually, it will tell you what your
24     last payment and your next minimum payment that's due.
25     However, it did not tell me that information.  Your
```

**PX 2-1**          **Tyndall Attachment A9**

9

1    payments are up-to-date, correct?

2          MR. TYNDALL:  Yeah, yeah, I'm up-to-date.  I

3    think I paid about --

4          RACHEL:  Do you remember the amount of your

5    last payment?

6          MR. TYNDALL:  I think -- well, I paid -- I paid

7    how much I had to.  I think it was like 275, 300 the last

8    time.  I paid it earlier this month.

9          RACHEL:  Okay.  All right.  So, based upon -- I

10   mean, your account is in good standing, so you do

11   qualify.  So, what -- I'm just going to go ahead and

12   break it down for you.  Usually, we'll get you

13   transferred over to a senior account executive.  I happen

14   to be in another department since you were transferred

15   over or referred by someone, I should say.

16         So, how we do this as far as lowering your

17   interest rates is we work directly with the lenders.

18         MR. TYNDALL:  Okay.

19         RACHEL:  Okay?

20         MR. TYNDALL:  So, you work -- do you work for

21   my bank then or --

22         RACHEL:  We don't work for them, but we do work

23   with them.

24         MR. TYNDALL:  With them?  Oh, okay.  Okay.

25         RACHEL:  Okay.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment A10**

1          MR. TYNDALL:  Are you like a non-profit or like

2     a government agency or something?

3          RACHEL:  We're not a government agency nor are

4     we a non-profit.  The way the program works is, like I

5     said, we work directly with the lenders.  You're still

6     required to make your payments directly to Citi and you

7     can still use the same card if you choose to.  The only

8     thing that would be changing are the interest rates and

9     finance charges would be lower, which would allow you to

10    pay off your debt in half the time, as well as free up a

11    lot of your money on a monthly basis.

12         MR. TYNDALL:  Oh, okay.  So, I'd pay off -- do

13    you know like how much I could lower my interest rate to

14    because --

15         RACHEL:  Yeah, I'm going to let you know the

16    rate that you've been approved for.

17         MR. TYNDALL:  Oh, okay.

18         RACHEL:  We do also guarantee to do three

19    different things for you on this call here today.

20         MR. TYNDALL:  Okay.

21         RACHEL:  Our first guarantee is to show you a

22    minimum savings of --

23         MR. TYNDALL:  Okay.

24         RACHEL:  -- $2,500.

25         MR. TYNDALL:  Okay, $2,500.

**PX 2-1**          **Tyndall Attachment A11**

```
1              RACHEL:  Okay?

2              MR. TYNDALL:  Is that -- how -- how -- how's --

3              RACHEL:  That's over the year, which is about

4      $210 back in your pocket every single month.

5              MR. TYNDALL:  Oh, wow.  Okay.

6              RACHEL:  Okay?  Our second guarantee is to get

7      you completely out of debt three to five times faster

8      with no larger payment.

9              MR. TYNDALL:  Okay.

10             RACHEL:  In fact, when you have a lower

11     interest rate, your minimum monthly payments will also be

12     lower.

13             Now, our third and final guarantee is that we

14     will, in no way, affect or harm your credit in a negative

15     way.  Your credit will actually increase only because 30

16     percent of your credit score is based upon the amount of

17     debt that you have.  And with the lower interest rates,

18     you're able to pay your debt off much faster which will

19     increase your credit score as well.

20             MR. TYNDALL:  Oh, okay.

21             RACHEL:  Okay?  So, what's going to happen next

22     is in about five to seven business days you're going to

23     receive a package from us.  Now, enclosed in that

24     package, you're going to find a debt profile.

25             MR. TYNDALL:  Okay.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**      **Tyndall Attachment A12**

1             RACHEL:  On that debt profile, I just need you

2     to list all of the accounts that you're currently paying

3     interest on, whether it's a major credit card, lines of

4     credit, personal loans, vehicles, gas cards, store

5     credits, anything that you're paying interest on, list on

6     that profile only because while we have you up for the

7     review, that's when we have the leverage that we need to

8     get these rates lowered.

9             MR. TYNDALL:  Okay.  Well, I do have another

10    card.  It's not -- it's at my girlfriend's place, but

11    it's a Capital One card.

12            RACHEL:  Okay.

13            MR. TYNDALL:  Do you think you could help out

14    with that, too, or --

15            RACHEL:  Yeah, go ahead and include that on

16    your debt profile when you receive the paperwork.

17            MR. TYNDALL:  Okay.

18            RACHEL:  Now, when we receive the profile back

19    from you, we are going to complete something called a

20    debt elimination analysis.

21            MR. TYNDALL:  Okay.

22            RACHEL:  Now, this analysis is actually going

23    to be your before and after picture of the work that we

24    have done for you, just breaking down all of your

25    accounts on an individual basis, showing you exactly how

**PX 2-1**          **Tyndall Attachment A13**

13

1    much money it is that you're saving on a monthly basis as

2    well.

3                MR. TYNDALL:  Okay.

4                RACHEL:  Okay?  So, also keep in mind, it is an

5    ongoing service, which means you will be assigned a

6    personal financial advisor --

7                MR. TYNDALL:  Okay.

8                RACHEL:  -- that will not only be lowering your

9    rates right now and working with your lenders right now,

10   but will also continue to negotiate on your behalf every

11   90 to 180 days.

12               MR. TYNDALL:  Oh.

13               RACHEL:  Just always making sure that you're

14   getting the best interest rate that's available to you.

15               MR. TYNDALL:  Wow, that's a lot.  Cool.

16               RACHEL:  So, as far as Citi, you would be going

17   down to a zero percent.

18               MR. TYNDALL:  Zero percent?

19               RACHEL:  Yes.

20               MR. TYNDALL:  And how -- how long -- how long

21   would that last?

22               RACHEL:  Zero percent would be for five years.

23               MR. TYNDALL:  Five years?

24               RACHEL:  Uh-huh.

25               MR. TYNDALL:  Okay.

**PX 2-1**        **Tyndall Attachment A14**

14

1          RACHEL:  After the five years, if there's still

2    a balance on that account, it would go to 3 percent.

3          MR. TYNDALL:  Three percent?

4          RACHEL:  So, it will never be higher than

5    three, correct.

6          MR. TYNDALL:  Never higher than three, okay.

7          RACHEL:  Right.  Okay?  So, just like you

8    asked, you know, how it is that we benefit from this,

9    there's never any out-of-pocket expense to you for our

10   services because you do qualify.

11         MR. TYNDALL:  Okay.

12         RACHEL:  Now, for clients that do not qualify,

13   they would actually have to send us a check or money

14   order for a one-time processing fee of $795.

15         MR. TYNDALL:  Okay.

16         RACHEL:  Like I said, you do qualify, so you do

17   not have to do that.  What we do for our qualified

18   clients, such as yourself, is we absorb the $795 into the

19   first $2,500 that we guarantee to save you.

20         MR. TYNDALL:  Okay.

21         RACHEL:  So, the only way we're able to do that

22   without it coming out of your pocket is by applying the

23   $795 to your overall credit card debt while you're paying

24   a high interest rate, only because, by the following

25   month, when we've lowered your rate, your minimum monthly

**PX 2-1**          **Tyndall Attachment A15**

15

1    payment will still be lower so the $795 is instantly

2    absorbed.

3         MR. TYNDALL:  Okay.

4         RACHEL:  Okay?  So, basically, your worst case

5    scenario here would be -- let's just say that we go and

6    we do the work with Citi, and for some reason, we're only

7    able to show you a savings of $2,400.  That's not the

8    $2,500 that we guarantee you, so not only would you get

9    to keep the $2,400 that we did save you, you would keep

10   whatever interest rate we had gotten for you.  You would

11   keep the services for life for free, which means that we

12   would continue to negotiate on your behalf.  But, most

13   importantly, by federal law, if we were to fall even one

14   penny short of the $2,500 in savings, you receive a full

15   refund of the $795 with no questions asked.

16        MR. TYNDALL:  Oh, okay.

17        RACHEL:  Okay?  Does that sound fair enough to

18   you?

19        MR. TYNDALL:  Yeah.  Well, now, so, I'll get

20   some paperwork about this then in the mail you said or --

21        RACHEL:  Correct.

22        MR. TYNDALL:  Okay, yeah.

23        RACHEL:  Or if you have an email address, I can

24   get it sent to you here today.

25        MR. TYNDALL:  Well, mail -- mail would probably

**PX 2-1**          **Tyndall Attachment A16**

16

1     be better.

2            RACHEL:  Okay.

3            MR. TYNDALL:  Yeah.  So, I'll -- I'll be able

4     to look over everything and stuff before I sign it then?

5            RACHEL:  Yes, before you -- we can't finalize

6     the new rate with your lender until we receive the

7     paperwork back.  However, because we do start the work

8     immediately and because we are doing business over the

9     telephone, there is one more thing that we have to do to

10    protect you as a consumer.

11           MR. TYNDALL:  Oh, okay.

12           RACHEL:  Any time a company does business over

13    the telephone, the company is required, by federal law,

14    to do something called a recorded verification, which is

15    just basically an audio receipt for you.

16           MR. TYNDALL:  Okay.

17           RACHEL:  Now, on that recording, they're going

18    to go over your name, address and phone number just to be

19    sure we have no clerical errors.  They will clearly state

20    that if we fall one penny short of the $2,500 in

21    guaranteed savings, you do receive a full refund with no

22    questions asked.  And they will ask for your permission

23    to apply the $795 to your overall credit card debt here

24    today.  But let me just explain to you how that works.

25           MR. TYNDALL:  Okay.

1          RACHEL:  It's put into a 30-day grace period.

2          MR. TYNDALL:  Okay.

3          RACHEL:  Okay?  With your lender.  Because for

4     the first 30 days, you're not paying a penny on that

5     charge anyways.  So, that's basically the time that we

6     need to go ahead and get you out the package.  You fill

7     it out, get it back to us, and for us to do the work.

8          MR. TYNDALL:  I see.

9          RACHEL:  So, by the time the $795 hits your

10    billing statement, your interest rate, as well as your

11    minimum monthly payment, has already been reduced.

12         MR. TYNDALL:  Oh, okay.  Well, that's good to

13    hear, yeah.

14         RACHEL:  Yeah.

15         MR. TYNDALL:  Okay.

16         RACHEL:  So, if, for some reason, I mean, worst

17    case scenario, for some reason, once you receive your

18    paperwork and you go over it, I mean, it's not likely to

19    happen, but if you receive your paperwork and, for some

20    reason, you decide this is not what you want to do, you

21    do have, by federal law, three-day right of recision from

22    the date that you receive your paperwork.

23         MR. TYNDALL:  Okay.

24         RACHEL:  If you decide you don't want to do

25    this, you just simply give us a call and it's just a

**PX 2-1**          **Tyndall Attachment A18**

18

1       voided out transaction.

2               MR. TYNDALL:  Oh, okay, okay.  Yeah, because I

3       -- I definitely want to take a look at the paperwork.

4       But, yeah, it sounds interesting.

5               RACHEL:  And I can -- I can give you our

6       website to take a look at as well.

7               MR. TYNDALL:  Okay.

8               RACHEL:  Hold the line just a moment for me and

9       let me see who is available in the verification

10      department, okay?

11              MR. TYNDALL:  Hey, could I get your -- your

12      name just so I --

13              RACHEL:  Absolutely.  My name is Rachel.

14              MR. TYNDALL:  Rachel, okay.

15              RACHEL:  And my -- I'll give you my direct

16      contact information.

17              MR. TYNDALL:  Oh, sure.

18              RACHEL:  It's 1-800 --

19              MR. TYNDALL:  Okay, 1-800.

20              RACHEL:   -- 320 --

21              MR. TYNDALL:  320.

22              RACHEL:   -- 0889.

23              MR. TYNDALL:  0889, okay.

24              RACHEL:  My direct extension is 213.

25              MR. TYNDALL:  213.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**        **Tyndall Attachment A19**

19

```
1              RACHEL:  Uh-huh.

2              MR. TYNDALL:  And what's the -- what's the

3      company name?  It's like A+ --

4              RACHEL:  A+ Financial Center.

5              MR. TYNDALL:  A+ Financial, okay.  Okay, cool.

6              RACHEL:  Okay.  So, hold on just a moment.  I

7      also need to get your address from you --

8              MR. TYNDALL:  Oh, yeah.

9              RACHEL:  -- to make sure we get that package

10     out.  Hold on just a moment.

11             MR. TYNDALL:  Oh, okay.

12             (Brief pause.)

13             RACHEL:  Okay.  And what is the correct

14     spelling of your first name, how it appears on your Citi

15     card?

16             MR. TYNDALL:  It's J███, J███████, and last

17     name S█████, S███████.

18             RACHEL:  S██████ -- okay.  And your address?

19             MR. TYNDALL:  ████████████████.  That's

20     ████████ Road.  And it's ███████████.

21             RACHEL:  Okay.

22             MR. TYNDALL:  And that's in ██████████

23     ██████████.

24             RACHEL:  Okay.  And the contact number is

25     ███████████?
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment A20**

1          MR. TYNDALL:  Yep.

2          RACHEL:  Okay.  So, we have an overall credit

3    debt of around $11,200, average interest rate is 21

4    percent.  Do you have an alternate number that you would

5    like us to keep on file for you?

6          MR. TYNDALL:  No, this is my -- this is my cell

7    phone, so this is the --

8          RACHEL:  Okay.

9          MR. TYNDALL:  -- best number to reach me at.

10          RACHEL:  Okay.  So, I'm going to get you over

11    to the verifications department.  That only takes about

12    two minutes and they'll have you off the phone.

13          MR. TYNDALL:  Okay.

14          RACHEL:  Just keep the Citi card in front of

15    you --

16          MR. TYNDALL:  Okay.

17          RACHEL:  -- because they are going to ask you

18    to verify that card information one last time.

19          MR. TYNDALL:  Okay.

20          RACHEL:  Also, keep a pen and paper handy.

21    They are going to provide you with a customer

22    confirmation number.

23          MR. TYNDALL:  Okay.

24          RACHEL:  That confirmation number, if you

25    should ever call me with any questions or anything like

**PX 2-1**          **Tyndall Attachment A21**

Case 2:12-cv-14373-DLG   Document 3-5   Entered on FLSD Docket 10/23/2012   Page 29 of 80

21

```
 1    that, it's just easier to look up your file via that

 2    confirmation number.

 3              MR. TYNDALL:  I see, okay.

 4              RACHEL:  Okay.  All right.  So, Mr. S███████, I

 5    do want you to enjoy your savings.  Congratulations on

 6    the new interest rate.  If you hold the line just a

 7    moment, I will go ahead and get you transferred over.  If

 8    you have any questions, don't hesitate to give me a call,

 9    okay?

10              MR. TYNDALL:  Oh, okay.  Will do.

11              RACHEL:  All right, hold on.

12              MR. TYNDALL:  Well, this is -- this is perfect.

13    Thanks.

14              RACHEL:  You're welcome.  And you said it was

15    your mom that referred you?

16              MR. TYNDALL:  Yeah, yeah, my mom -- my mom -- I

17    guess you guys called my mom.

18              RACHEL:  Uh-huh.

19              MR. TYNDALL:  And she talked to you guys, but I

20    don't know, you couldn't help her out or --

21              RACHEL:  For some reason maybe she didn't

22    qualify, okay.

23              MR. TYNDALL:  -- something.  But she told me to

24    call you guys.

25              RACHEL:  Okay.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**      **Tyndall Attachment A22**

22

1              MR. TYNDALL:  So...

2              RACHEL:  All right, so hold on just a moment.

3      I'll go ahead and get you transferred over.  Again, like

4      I said, if you have any questions, don't hesitate to give

5      me a call.

6              MR. TYNDALL:  Oh, hey, I had one last question.

7              RACHEL:  Mm-hmm.

8              MR. TYNDALL:  I was reading online about

9      like -- like my credit score and it told me not to close

10     any accounts out.  Do you guys do that or --

11             RACHEL:  No.  You can still use the same card

12     if you choose to.

13             MR. TYNDALL:  Okay, okay.

14             RACHEL:  Yeah.

15             MR. TYNDALL:  So, it would be the same card and

16     everything.

17             RACHEL:  Right.

18             MR. TYNDALL:  It's just a lower --

19             RACHEL:  It's going to be with Citi.  You'll

20     still receiving your billing statements every month from

21     Citi and you're still making your payments directly to

22     Citi.

23             MR. TYNDALL:  Oh, okay, okay, that's perfect.

24     Cool.

25             RACHEL:  Okay.

**PX 2-1**          **Tyndall Attachment A23**

23

1         MR. TYNDALL:  Okay.

2         RACHEL:  All right, so hold the line just a

3   moment.

4         MR. TYNDALL:  Okay, thanks.

5         RACHEL:  You're welcome.

6         **(Brief pause.)**

7         SHAWN:  Hello, is this Mr. S██████?

8         MR. TYNDALL:  Oh, yes.  Hi.

9         SHAWN:  Good afternoon, sir.  My name's Shawn.

10  I'm here in the verification department.  My job is just

11  to place you on a brief hold, pull up a recorded

12  verification.  It should only take a couple more minutes

13  in duration.  If you could just keep a pen and piece of

14  paper handy, I would like to leave you with a

15  confirmation number, okay?

16        MR. TYNDALL:  Oh, okay.

17        SHAWN:  All right.

18        **(Brief pause.)**

19        SHAWN:  Okay, Mr. S██████?

20        MR. TYNDALL:  Yes.

21        SHAWN:  All right.  Again, my name is Shawn and

22  I'm in the verification department.  I'm now recording

23  this conversation.  Today's date is August 29th, 2012,

24  and the time now is approximately 1:59 Eastern Standard

25  time.  Now, for verification purposes, can you please

**PX 2-1**      **Tyndall Attachment A24**

1    verify your first and last name including the spelling,

2    please?

3              MR. TYNDALL: Sure. My first name is J█████,

4    █████████, last name S██████, ██████████.

5              SHAWN: Okay. And, also, can you verify your

6    mailing address?

7              MR. TYNDALL: It's ██████████████████████████

8    That's ███████████  ████████████████████████████████

9    ██████████

10             SHAWN: Okay. And we also have your telephone

11   number as ████████████, is that correct?

12             MR. TYNDALL: Yeah.

13             SHAWN: Okay. Now, what's going to happen next

14   is you will be receiving your paperwork in the next

15   couple of days. Enclosed will be a welcome letter, along

16   with a profile that we do just need for you to fill out

17   and mail or fax back to us as soon as possible.

18             MR. TYNDALL: Okay.

19             SHAWN: Now, once we receive your paperwork,

20   you will be contacted by our scheduling department to

21   schedule your telephone appointment with a financial

22   advisor so we can begin to lower your interest rates.

23             Now, our mission for each of our clients is to

24   provide you with a financial plan that will get you

25   completely debt-free approximately three to five times

1     faster without you making any larger monthly payments

2     than you're currently making now.  We are going to show

3     you a minimum savings of at least $2,500 within the first

4     year or your money back.

5            Now, sir, I do see here that you provided us at

6     A+ Financial for a one-time processing fee of $795 to be

7     applied to the specific Citi Visa account here today, is

8     that correct?

9            MR. TYNDALL:  Yeah, yeah, yeah.

10           SHAWN:  And if you could just verify that

11    16-digit account number for me just one last time.

12           MR. TYNDALL:  Sure.  It's ███████████████.

13           SHAWN:  Okay.  And the expiration?

14           MR. TYNDALL:  It's ██████.

15           SHAWN:  Okay.  And if you can flip that card

16    over, on the back, can you verify that three-digit number

17    for me all the way to the right?

18           MR. TYNDALL:  Three-digit number.  Oh, right

19    next to the signature line?

20           SHAWN:  Yes.

21           MR. TYNDALL:  Oh, it's ████.

22           SHAWN:  Okay.  And just so you do know, here at

23    A+ Financial Centers, we want all of our clients to be

24    completely satisfied, and we are sure by the time you

25    receive your paperwork, you will know you have made the

**PX 2-1**       **Tyndall Attachment A26**

26

1    right decision.

2             Now, we do take pride in all of our guarantees

3    and our refund policy which, again, clearly states that

4    if we fall short of the guaranteed savings of at least

5    $2,500 in interest and finance charges within the first

6    12 months, you will receive a full refund of that $795

7    and that will be with no questions asked.  And you do

8    understand this, correct?

9             MR. TYNDALL:  Wow, yeah, that's pretty

10   impressive.

11            SHAWN:  Okay.  So, sir, that does complete the

12   verification portion of this call.  Let me just last

13   leave you with your confirmation number.

14            MR. TYNDALL:  Okay.

15            SHAWN:  That is A as in apple --

16            MR. TYNDALL:  A as in apple.

17            SHAWN:  -- F as in Frank --

18            MR. TYNDALL:  F.

19            SHAWN:  -- C as in Charlie --

20            MR. TYNDALL:  Okay.

21            SHAWN:  -- the numbers 227 --

22            MR. TYNDALL:  227.

23            SHAWN:  -- 59.

24            MR. TYNDALL:  59, okay.

25            SHAWN:  You got it.

**PX 2-1**          **Tyndall Attachment A27**

27

1              MR. TYNDALL:  And --

2              SHAWN:  So, Mr. Santos -- go ahead.

3              MR. TYNDALL:  And, so -- so that will be the

4    number that -- the other person I talked to said that if

5    I had any questions, I should call you back.

6              SHAWN:  Right.  You got it.

7              MR. TYNDALL:  Okay.

8              SHAWN:  All right.  So, sir, that does complete

9    the verification portion of this call.  Enjoy your

10   savings.  If you have any other questions, feel free to

11   give us a call back.  That's what we're here for, okay?

12             MR. TYNDALL:  Oh, okay.  Hey, are you -- are

13   you guys -- are you guys hiring by any chance?

14             SHAWN:  Are we hiring?

15             MR. TYNDALL:  Yeah, yeah.  I'm -- I -- this

16   might be a -- I don't know.  Where are you guys located

17   again?

18             SHAWN:  We're located in Florida.

19             MR. TYNDALL:  Florida, oh, okay, never mind.

20             SHAWN:  Okay.

21             MR. TYNDALL:  Okay.

22             SHAWN:  All right, Mr. S█████.

23             MR. TYNDALL:  Okay, thank --

24             SHAWN:  You have a good day.

25             MR. TYNDALL:  Okay, thank -- thanks a lot.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**        **Tyndall Attachment A28**

28

1       Okay, bye.

2                   **(The call was concluded.)**

3                   MR. TYNDALL:   End of call, approximately 2:05,

4       August 29th, 2012.

5                   **(The recording was concluded.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 2-1**        **Tyndall Attachment A29**

29

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1223197

4     CASE TITLE:  A+ FINANCIAL CENTER, LLC

5     TAPING DATE:  AUGUST 29, 2012

6     TRANSCRIPTION DATE:  SEPTEMBER 6, 2012

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13              DATED:  SEPTEMBER 6, 2012

14

15

16              ELIZABETH M. FARRELL

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25              SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment A30**

PRIORITY MAIL

PLEASE PRESS FIRMLY

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

Rate Mailing Envelope

at usps.com

ONAL RESTRICTIONS APPLY.

orms are required. Consult the
al Mail Manual (IMM) at pe.usps.gov
tail associate for details.

**P**

### UNITED STATES
POSTAL SERVICE ®

usps.com
**$4.90**
US POSTAGE
Flat Rate Env

08/29/12

Mailed from 34952

9405 5036 9930 0121 7656 96 0049 0001 0161 90

Commercial Base Pricing   062S000001310

## USPS PRIORITY MAIL ®

**Click-N-Ship ®**

0006

SHIP
TO:

A PLUS
FINANCIAL CENTERS
10258 S US HIGHWAY 1
PORT ST LUCIE FL 34952-5615

ZIP - el USPS DELIVERY CONFIRMATION™

420 19064 9405 5036 9930 0121 7656 96

Electronic Rate Approved #03855749

PRIORITY MAIL
POSTAGE REQUIRED


Please
Recycle

EP14F November 2011 © U.S. Postal Service
This packaging is the property of the U.S. Postal Service ® and is provided solely for use in sending Priority Mail ® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; November 2011; All rights reserved.

**PX 2-1**

**Tyndall Attachment B1**



# A+ Financial Centers, LLC

## *"The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!



10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 1-800-320-0889



### Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay on time, you may lose your home!



**PX 2-1**

**Tyndall Attachment B2**




# With A+ Financial Centers, LLC
## *Help is here!*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you how to save money using our valuable tools and resources. Take the first step today by completing and mailing the enclosed forms provided to you, and we can begin to help you get your life back on track!



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?

**PX 2-1**          **Tyndall Attachment B3**




# Your Step-By-Step Instructions

## Step 1. Relax

Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

## Step 2. Complete your Client Questionnaire

Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

## Step 3. Complete your Elite Membership

To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

## Step 4. Complete your Service Agreement

Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

## Step 5. Mail the completed forms back to us

The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire

 Elite Membership

 Service Agreement (must be signed)



## Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of "disposable income" than what you may actually have to spare.

**PX 2-1**

**Tyndall Attachment B4**





## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!



A + Financial
Centers, LLC

PX 2



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
save@aplusfinancialcenters.com

Dear: J██████ S██████

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 800-320-0889 in the US or Canada.

**PX 2-1**                    **Tyndall Attachment B6**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 2,500  in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 795.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: J█████ S███████

Last Four of Credit Card Number: ████

Expiration Date: ██████

Amount to be charged to your credit card: $ 795.00

Signature: _____   Date: _____

**PX 2-1**                    **Tyndall Attachment B7**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Elite Membership

A+ Account Number: AFC22759

Client: 

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you.  If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge.  It does not matter if this happens once a year or five times in six months.  Whenever there is a change you can call us and we will reprint a payment schedule for you.  Again, free of charge.  That is how much we believe in this program and that is how much we want you to be satisfied with our service.  So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## PX 2-1                     **Tyndall Attachment B8**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|----------|----------------|---------------|-----------|---------|---------|
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |
|          |                |               |           |         |         |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 2,500 per our Service Agreement.  Per your verbal request on voice imprint number AFC22759 your processing fee of $ 795.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 2,500 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____   Date: _____

**PX 2-1**                    **Tyndall Attachment B9**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 800-320-0889
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 2-1**                    **Tyndall Attachment B10**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 800-320-0889**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
    a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
    a. If yes which accounts and how much more?
        i. _____
        ii. _____
        iii. _____
        iv. _____
        v. _____
        vi. _____
        vii. _____
        viii. _____
        ix. _____
        x. _____
        xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
    a. If other please explain: _____
7. What is the best time of the day to reach you?

    ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
    a. Type: _____ Number: _____
    b. Type: _____ Number: _____
    c. Type: _____ Number: _____
    d. Type: _____ Number: _____

**PX 2-1**          **Tyndall Attachment B11**



A+ Financial Centers, LLC

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952

**PX 2-1**          **Tyndall Attachment B12**





| Account Number | Payment Date | New Balance | Total Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| XXXX-XXXX-XX | 10/10/2012 | $0.00 | $0.00 | |

J       S                                    **N0001809**

CITIBANK
P.O. BOX 183173
COLUMBUS, OH
43218-3173

*For a credit balance refund, or a telephone or address change, please place an X in the parentheses*  (          )
*and make the desired changes on the reverse side. Thank you.*

Payment coupon: Please tear along perforation and return this portion with your payment. Make check
or money order payable in U.S. dollars on a U.S. bank to Citibank. Include account number on check
or money order. No cash please. Do not staple or tape your check to this coupon.

# CITIBANK CORPORATE CARD

Statement Date
09/15/12

Payment Date
10/10/12

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $12,500 |

For customer service call or write 1-800-248-4553 P.O. Box 6125 Sioux Falls, SD 57117

Send payments to: Citibank   P.O. Box 183173   Columbus, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| XXXX-XXXX-X | $00 | $12,500 | $00 |

| Sale Date | Post Date | Reference Number | Type of Activity | Amount |
|---|---|---|---|---|
| | | | ·······NOTICE MEMO ITEMS LISTED BELOW ······· | |
| 08/29 | 08/31 | 24088022243243146957701 | ACCELERATED FINANCIAL CEN 877-7482626 FL | 795.00 |
| | | | ······· TOTAL AMOUNT OF MEMO ITEM(S): | |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card
on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html  Thanks to those who already access statements online,
together we are saving 2,170 trees each year through this initiative alone.

| ACCOUNT SUMMARY CURRENT PERIOD | | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|---|
| | Purchases | 0.00 | | | | | 0.00 |
| | Advances | 0.00 | | | | | 0.00 |
| | TOTALS | 0.00 | | | | | 0.00 |

| DAYS IN BILLING PERIOD:  31 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | .00 | 00 | Payment Due: | .00 |
| Periodic Rate | > | .0000% | .0000 | Amount Over Credit Limit: | .00 |
| ANNUAL PERCENTAGE RATE | > | .000% | .0000 | Amount Past Due: | .00 |
| | | | | MINIMUM AMOUNT DUE: | .00 |

*Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

PX 2-1

Tyndall Attachment C

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.        1223197

TITLE             A+ FINANCIAL CENTER, LLC

DATE              RECORDED:  OCTOBER 2, 2012

                  TRANSCRIBED:  OCTOBER 8, 2012

PAGES             1 THROUGH 19

TELEPHONE CONTACT WITH RICHARD MATTHEWS

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D1**

1

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                              PAGE:

 5      Telephone contact with Richard Matthews    3

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 2-1**      **Tyndall Attachment D2**

2

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     A+ Financial Center, LLC       )  Matter No. 1223197

 5                                     )

 6     -----------------------------)

 7                                     October 2, 2012

 8

 9

10

11              The following transcript was produced from a

12     CD-Rom provided to For The Record, Inc. on October 3,

13     2012.

14

15

16

17                                 .

18

19

20

21                                 .

22

23

24

25
```

**PX 2-1**    **Tyndall Attachment D3**

3

```
1                    P R O C E E D I N G S
2                   -    -    -    -    -
3          MR. TYNDALL:  Reeve Tyndall, investigator,
4    Federal Trade Commission.  Call to A+ Financial Centers.
5    Number 877-748-2626.  October 2nd, 2012, 3:20 p.m.
6    _____
7          TELEPHONE CONTACT WITH RICHARD MATTHEWS
8          UNIDENTIFIED FEMALE:  Financial Centers, please
9    hold.
10         (Brief pause.)
11         UNIDENTIFIED FEMALE:  Thank you for holding.
12   How may I help you?
13         MR. TYNDALL:  Oh, hi.  I got a call from Todd
14   at Extension 204.  I called a couple weeks ago and I want
15   a refund.
16         UNIDENTIFIED FEMALE:  Can I have your name,
17   please?
18         MR. TYNDALL:  Yeah, it's -- first name is
19   J█████, last name S██████.
20         UNIDENTIFIED FEMALE:  Okay, just a moment, let
21   me see if I can get through for you.
22         (Brief pause.)
23         UNIDENTIFIED FEMALE:  Mr. S██████?
24         MR. TYNDALL:  Yes.
25         UNIDENTIFIED FEMALE:  Thank you for holding.  I
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D4**

4

1    do see here our cancellations department has been trying

2    to contact you.  Give me a couple more moments. Let me

3    see if I can get through for you.

4          MR. TYNDALL:  Okay.

5          UNIDENTIFIED FEMALE:  Thank you.

6          **(Brief pause.)**

7          MR. MATTHEWS:  Good afternoon, this is Richard

8    Matthews with A+ Financial Center.  And how may I assist

9    you today?

10          MR. TYNDALL:  Oh, hi, I called in I think a few

11    weeks ago --

12          MR. MATTHEWS:  Okay.

13          MR. TYNDALL:  -- and I purchased A+ Financial

14    Center's --

15          MR. MATTHEWS:  The rate reduction service?

16          MR. TYNDALL:  Yeah.

17          MR. MATTHEWS:  Okay.

18          MR. TYNDALL:  And I'm really not interested in

19    it anymore.  I was wondering if I could get a refund?

20          MR. MATTHEWS:  Yeah, I'd be more than happy to

21    help you process that.  With that said, I do want to

22    verify -- it looks like right here -- this is Mr. S██████,

23    is that correct?

24          MR. TYNDALL:  Yes.

25          MR. MATTHEWS:  Okay.  It looks like you only

**PX 2-1**          **Tyndall Attachment D5**

5

1    had one account and which showed about $11,200 and that

2    is a Citi Visa and you're paying that off at 21 percent.

3    I do want to make sure, before we process this, that you

4    understand exactly what you would be turning down.  I

5    mean, you have been approved for a rate reduction at zero

6    percent.  Keep in mind that that is a fixed rate.  So,

7    it's not as if, you know, you'd have zero percent for a

8    year and then go back to 21 percent.  That would be zero

9    percent not only for the current balance of $11,200, but

10   also for your future purchases as well.

11          So, just to kind of put that in hindsight for

12   you, that means with our charge -- I've got 11,200, now

13   you're at about $12,000.  Your payment before, just

14   correct me if I'm wrong, at 20 percent, that means the

15   minimum payment they are sending you on each statement

16   was going to be roughing $308 a month, is that correct?

17          MR. TYNDALL:  Yeah, it's about that.

18          MR. MATTHEWS:  Okay.  Now, including our fee,

19   that would make your new balance at 12,000.  But due to

20   the fact that you now have a rate of zero percent, your

21   new minimum payment would be $120 for your next billing

22   cycle.  So, what you should actually be saving every

23   month would be $188 in interest over the course of one

24   year.  That is a savings of $2,256.

25          Now, in terms of the process in which you would

**PX 2-1**          **Tyndall Attachment D6**

6

1     like to go ahead and cancel, I just want to verify that

2     you do understand that the -- I believe we charged 795.

3     Now, by you saving $188 a month over the next four

4     months, you're going to save $752.  So, that would pay

5     for itself within four months and then every month after

6     that, you would just have $188 coming back to you which

7     you could either use for grocery, gas bills or if you do

8     as we recommend and pay off your principal balance.

9          But I was just kind of wondering, you know,

10    what would make you want to continue to pay $188 in

11    unnecessary interest if you no longer have to is more or

12    less what I was kind of wondering?

13         MR. TYNDALL:  Well, I -- you know, I've -- I'm

14    in, you know, some financial trouble as it is and I

15    really can't afford that amount.

16         MR. MATTHEWS:  Okay.  You can't afford what

17    amount?  You understand that your payment next month

18    would be lowered by $188?  You understand that, correct?

19         MR. TYNDALL:  Okay.  And, now, do you guarantee

20    that?

21         MR. MATTHEWS:  Yeah, we guarantee that.  And

22    that's the only way we can meet your guaranteed savings,

23    because we have to show you that's a guaranteed savings

24    over the course of one year.  Now, keep in mind, if all

25    you have to do -- you have our paperwork still, correct?

**PX 2-1**       **Tyndall Attachment D7**

7

1          MR. TYNDALL:  Yes.

2          MR. MATTHEWS:  And it's just the one account,

3     is that correct?

4          MR. TYNDALL:  Well, I have another account with

5     Capital One.

6          MR. MATTHEWS:  Okay.  Now, is the Capital

7     One -- what is the balance on the Capital One?

8          MR. TYNDALL:  It's about 3,000.

9          MR. MATTHEWS:  And what is the interest rate on

10     that?

11          MR. TYNDALL:  It's 18 percent.

12          MR. MATTHEWS:  Yeah.  What I would do is on the

13     debt profile, you're going to see the elite debt profile.

14     All you have to do for those two accounts is list -- for

15     example, city, you're going to put the last four digits

16     of the account number.  You're going to put the current

17     balance and then the current interest rate.  And then

18     you're going to take the other page, which was the

19     service agreement, you're going to sign your service

20     agreement, date that, and then by the next billing cycle,

21     your payment will be reduced between each card by a

22     minimum of $188 between both cards.

23          Now, that's just the minimum.  It could

24     obviously be anywhere from about 20 to $50 more in terms

25     of savings, but it's going to -- keep in mind, if you're

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# PX 2-1      **Tyndall Attachment D8**

8

```
 1      in a financial bind, this is going to allow you to save
 2      at least $188 a month.  Obviously, the $795 is applied to
 3      the overall debt.  So, the debt would be a little bit
 4      higher, but you're paying for that $795 in four months.
 5      You're going to have saved $752 over the next four
 6      months.  So, once again, you're never going to have to
 7      pay anything higher than, once again, the 120 on that
 8      Citi account, whereas next month, if you decided to
 9      cancel, you'd have to pay $308.
10              So, if you -- you know, obviously, if you are
11      in a financial bind right now, it would definitely
12      behoove you to have the lower interest rates.  If that
13      makes sense to you.
14              MR. TYNDALL:  Yeah.  I mean, it's just that I'm
15      -- I'm pretty much at my limit now and --
16              MR. MATTHEWS:  Right.
17              MR. TYNDALL:  -- I mean, I -- the -- that offer
18      sounds really great.  I'm just worried that, you know,
19      you might not be able to get it for me.  I mean --
20              MR. MATTHEWS:  No, no, no, it's a guarantee.
21      After you send that in to us, the rate's reduced within
22      three to five business days.  So, it's not as -- it would
23      already have been done if you already sent it over to us.
24      So, this doesn't take, you know, two, three, four months.
25      You're never going to have to pay any interest on that
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D9**

9

1    charge.  You're on a 30-day grace period.  And like I

2    said, by your next billing statement, you will see the

3    savings immediately.

4         So, like I said, what I would do is get that

5    sent in immediately.  And if for any reason, if you're

6    still unhappy at that time, obviously, you can still

7    cancel and be refunded.  But as long as we show you that

8    savings that we have there, we are going to go ahead and

9    be able to keep that.  But like I said, just keep in

10    mind, if you are in any kind of financial bind, the $795

11    is not going to help you in the long run.  Not only

12    short-term are you going to save $188 this month, but

13    over the next three years, that's going to save you

14    roughly $7,500 in interest that you would have been

15    paying Citi.  It's almost impossible to pay off that debt

16    with minimum monthly payments of $308 a month.  What have

17    you been sending them every month?

18         MR. TYNDALL:  I've -- I've been trying to send

19    them a little bit more than the minimum.  I usually send

20    them about $100 -- I usually send about 400 if I can

21    afford it.

22         MR. MATTHEWS:  Okay.  So, I mean, keep in mind

23    now, every penny that you pay towards Citi is now going

24    to go towards your principal.  So, you could actually

25    send them less than you were paying them before, you

10

1    could send them $300 a month, which would have been your

2    minimum payment before.  Now, all $300 of that is going

3    directly towards your principal instead of, in this case,

4    $188 going towards your interest.  Does that make sense?

5         MR. TYNDALL:  Yeah.  So, you guys can --

6    it's -- it's 100 percent sure thing?

7         MR. MATTHEWS:  (Inaudible).  Yeah, we have

8    contracts with the lender.  We don't go in and ask them

9    to lower the rates.  We purchase the rates up-front.  So,

10   for example, in your case, what actually happened is your

11   credit bureau, Equifax, called you since you did meet the

12   criteria in terms of the two requirements that we have

13   with the lenders in terms of our contract, that means

14   your payment history as well as your credit rating.  So,

15   because of that, you were approved to have the zero

16   percent rate.

17        Now, rates like -- for example, Bank of

18   America, that would be between 3 and 6 percent.  HSBC is

19   also at zero percent; Discover's at 1.99; American

20   Express is from 3 to 5 percent.  So, it depends on the

21   lender that you're with, but being that you're with Citi,

22   they have the lowest industry rates in the United States

23   right now.  So, it is a guaranteed zero percent rate.

24   The only way that you would not see that rate on your

25   billing statement would be is if you had a lawsuit or a

**PX 2-1**          **Tyndall Attachment D11**

1    judgment going against Citi.  So, if you're looking to

2    sue them or if you're having to go to court with the

3    lender, then we would not be able to help you and we'd

4    have to refund you back that immediately anyway.

5         MR. TYNDALL:  Okay.  Well, I -- you know, I --

6    I'm really short on cash right now.

7         MR. MATTHEWS:  Right.

8         MR. TYNDALL:  And I don't -- I don't think that

9    I'm -- I think I want a refund.

10        MR. MATTHEWS:  Okay.  Well, like I said, if you

11   want to continue to waste $188 in interest every month,

12   that's obviously a financial decision that is up to you.

13   All you'd have to do to go ahead and get that refund back

14   is you're going to go ahead and sign the service

15   agreement and then you're going to void that out and send

16   that back in a self-addressed return envelope.  We will

17   be letting Citi know that you have declined your rate

18   reduction to zero percent.  And keep in mind you do have

19   an adjustable rate so they could also raise your rate all

20   the way up to 29.9 percent legally.  So, also keep that

21   in mind.

22        But, you know, I'm not sure, once again, why

23   you'd want to continue to pay a minimum payment of $308

24   instead of 120.  But, once again, that is a financial

25   decision for you to make.  And like I said, if you want

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**      **Tyndall Attachment D12**

1    to go ahead and get that canceled, all you're going to do

2    is sign that service agreement and void that out and send

3    it back, okay?

4           MR. TYNDALL:  Okay.  So, I -- I have to sign --

5    sign the agreement and how do I void it out?

6           MR. MATTHEWS:  You're just going to write

7    "void" across the middle.

8           MR. TYNDALL:  I write "void" across the middle,

9    okay.

10          MR. MATTHEWS:  Okay.

11          MR. TYNDALL:  And, I mean -- okay.  And then --

12   and then I'll be canceled then?

13          MR. MATTHEWS:  Yes, that is correct.

14          MR. TYNDALL:  Okay.

15          MR. MATTHEWS:  And that will be refunded within

16   7 to 14 business days of when we receive that.

17          MR. TYNDALL:  Seven to 14 business days.

18          MR. MATTHEWS:  Uh-huh.

19          MR. TYNDALL:  Okay.  Yeah, it's just that I --

20   you know, I -- I'm pretty much at my limit now and I --

21          MR. MATTHEWS:  Well, we've already charged you.

22          MR. TYNDALL:  Yeah.

23          MR. MATTHEWS:  So, I don't -- I mean, you don't

24   -- I mean, what are you going to -- I mean, are you going

25   to use the $795 for something else?  I mean, if not, it

**PX 2-1**          **Tyndall Attachment D13**

1    doesn't make any sense whatsoever to not have your -- to

2    continue to pay 21 percent on $11,200 every month.  That

3    doesn't make any sense whatsoever.  That's -- just keep

4    in mind, multiply $11,200 by 21 percent on a calculator

5    and you're going to see that this here, you're going to

6    pay $2,352 in interest to Citi.  Whether you send them

7    $500, $1,000 a month, you're still going to pay them,

8    just this year, $2,352.

9         If you're unable to pay off the rest of your

10   balance next year, you're going to pay them over the next

11   two years, $4,704, and that's going to be coming out of

12   your pocket every month towards Citi.  So, you know, if

13   that $795 of availability is worth that to you, then,

14   once again, you know, obviously -- you know, I don't

15   know what else to say.  I mean, sense-wise, I would think

16   that --

17        MR. TYNDALL:  Well, how -- how quickly would --

18   if I do complete the form, how quickly can I do --

19        MR. MATTHEWS:  If you -- I mean, to expedite --

20   do you have access to a fax machine?

21        MR. TYNDALL:  Yeah, possibly.

22        MR. MATTHEWS:  Okay.  I mean, if you could just

23   fill that out and fax it to us today, within three to

24   five business days, that would be reduced.  If you sent

25   it to us, it would take us three to five business days to

**PX 2-1**        **Tyndall Attachment D14**

14

1    receive it and then it would take another three to five

2    business days for the rates to be reduced.

3                MR. TYNDALL:  Mm-hmm.

4                MR. MATTHEWS:  But when is your billing cycle?

5                MR. TYNDALL:  Oh, my billing cycle, I think

6    it's towards the end of the month.

7                MR. MATTHEWS:  Okay.

8                MR. TYNDALL:  Yeah.

9                MR. MATTHEWS:  It's towards the end of the

10   month.  So, by your next billing cycle, you would receive

11   the new interest rate, as long as you get -- got that

12   done immediately.  But like I said, I mean, you know, if

13   -- especially if you're in a financial bind, it -- you

14   know, the $795, you might be able to, you know, use that

15   for emergency purposes over the next month.  But once

16   you've used that and you, obviously, are already close to

17   your limit, you know, it's -- you know, it doesn't make

18   sense to be stuck at a 21 percent when you're maxed out

19   on your Citi account.

20               MR. TYNDALL:  Yeah.

21               MR. MATTHEWS:  Now that you're at zero percent,

22   like I said, if you have a month in which you --

23   everything is tight and instead of you having to pay $308

24   a month, now you only have to pay the minimum payment of

25   $120 a month, which is all going towards your principal,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D15**

15

1    then you can allocate the additional $188 in interest you

2    were paying towards groceries, towards bills, towards

3    gasoline.  However, we already recommend you use that to

4    pay off your principal balance, which it sounds like you

5    would try to do if you could.

6         But at least this gives you the flexibility

7    and, once again, you're using your money to work for you.

8    But, you know, throwing away $188 in interest every month

9    does not make a lot of sense.  And this is not even

10   including the Capital One card.

11        MR. TYNDALL:  Mm-hmm.

12        MR. MATTHEWS:  But the Citi card, obviously, is

13   the big account and that's the one where you have a very

14   high rate, and that is actually lowered down to zero

15   percent.

16        MR. TYNDALL:  So, if --

17        MR. MATTHEWS:  So, you know -- go ahead.

18        MR. TYNDALL:  If I -- if I do decide to keep it

19   and so I fill out this form, do I have to do anything

20   else or do you guys just --

21        MR. MATTHEWS:  Yeah.  What actually happens is

22   they call and they ask you if you would like to be on the

23   phone when they call Citi to have the rate reduced to

24   zero percent.  That way, if you have any questions --

25   because a lot of times, clients just want to hear for

**PX 2-1**          **Tyndall Attachment D16**

16

1     themselves because, once again, this is a fixed rate.

2     It's not a promotional rate.  Also, this does not affect

3     your credit in any way and actually helps your credit

4     because you're going to be paying off your balance

5     faster.

6          So, they do ask if you'd like to be on the

7     phone.  It's not necessary.  But if you do want to be on

8     the phone, they ask the best time to give you a call to

9     go ahead and conference you in with Citi.  And at that

10    point, the rate is reduced at that -- on that phone call

11    and that would show up on your next billing statement.

12         MR. TYNDALL:  I see, okay.  So, I would only

13    have to sit in if I had any questions or something --

14         MR. MATTHEWS:  That is correct.

15         MR. TYNDALL:  Okay.  Okay.  Well, let me -- let

16    me crunch the numbers myself.

17         MR. MATTHEWS:  Okay.  Like I said, any other --

18    and like I said, you know, I don't mean to come off the

19    wrong way, but, you know, it is my job here to make sure

20    that you understand, you know, exactly -- because like I

21    said, $795, you know, would give you immediate

22    gratification right now.  But like I said, by you saving

23    $188 a month, that pays for that $795 fee within four

24    months and not to mention you never even really feel the

25    $795.  It's not coming out of your checking; it doesn't

**PX 2-1**     **Tyndall Attachment D17**

17

1   come out of your savings.  It simply came from your
2   availability.
3           Now, the only difference you see, once again,
4   on the credit card statement, even though we applied the
5   795, is your payment is $188 less because of the rate.
6   So, we ensure that nothing ever comes out of your pocket
7   because a lot of people we do talk to are in financial
8   binds and the only thing that this is supposed to do is
9   give you some breathing room, like I said, to lower your
10  minimum monthly payment.  And that way, you know, once
11  again, you're not throwing away your money in interest,
12  you're able to pay off your balance faster.
13          MR. TYNDALL:  Okay, okay.  Well, let -- well,
14  you've been very helpful and let me think about it.  And
15  if I -- if I do need to cancel, I just fax in the form
16  and write "void?"
17          MR. MATTHEWS:  Well, what you're going to do,
18  if you're going to cancel, we need that signed
19  physically.
20          MR. TYNDALL:  Okay.
21          MR. MATTHEWS:  So, what you're going to do is
22  you're going to have to send that in a self-addressed
23  envelope.  However, we do have our fax number there on
24  your package.  So, if you decide to go ahead and move
25  forward, what you're going to do is you're going to --

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D18**

1    you could -- you could just fax in the debt profile and

2    the service agreement and that would make sure that, once

3    again, that expedites the process in terms of reducing

4    your rates, or you could just send it in a self-addressed

5    envelope.  But if you do want to go ahead and cancel, you

6    would have to sign that, void that out and send that in

7    physically because we have to have the physical signature

8    on the voided agreement.

9            MR. TYNDALL:  Okay, okay.

10           MR. MATTHEWS:  Okay?

11           MR. TYNDALL:  Well, let me think about it.

12   You've been very helpful.  I want to --

13           MR. MATTHEWS:  Okay, no problem.  If you have

14   any other questions or concerns, just please let me know,

15   okay, Mr. S_____?

16           MR. TYNDALL:  Okay, thank you so much.  Have a

17   great day.

18           MR. MATTHEWS:  No problem.  You as well.  You

19   have a great day.

20           MR. TYNDALL:  Thanks a lot.

21           **(The call was concluded.)**

22           MR. TYNDALL:  End call, 3:40 p.m.

23           **(The recording was concluded.)**

24

25

**PX 2-1**        **Tyndall Attachment D19**

19

1    C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1223197

4    CASE TITLE: A+ FINANCIAL CENTER, LLC

5    TAPING DATE: OCTOBER 2, 2012

6    TRANSCRIPTION DATE: OCTOBER 8, 2012

7

8         I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  OCTOBER 8, 2012

14

15

16                    ELIZABETH M. FARRELL

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                    SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment D20**

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

MATTER NO.        1223197

TITLE              A+ FINANCIAL CENTER, LLC

DATE               RECORDED:  OCTOBER 4, 2012

                   TRANSCRIBED:  OCTOBER 12, 2012

PAGES              1 THROUGH 9

TELEPHONE CONTACT WITH RICHARD MATTHEWS

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          **Tyndall Attachment E**

1

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Telephone contact with Richard Matthews      3

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 2-1**          **Tyndall Attachment E**

2

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     A+ Financial Center, LLC       )  Matter No. 1223197

5                                    )

6     -----------------------------)

7                                    October 4, 2012

8

9

10

11          The following transcript was produced from a

12     CD-Rom provided to For The Record, Inc. on October 12,

13     2012.

14

15

16

17

18

19

20

21

22

23

24

25

PX 2-1          Tyndall Attachment E

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3        **TELEPHONE CONTACT WITH RICHARD MATTHEWS**

4              MR. TYNDALL:  Hello?

5              MR. MATTHEWS:  Hello, Mr. S▆▆▆?

6              MR. TYNDALL:  Yes.

7              MR. MATTHEWS:  Hello, this is Richard Matthews

8     just giving you a call back with A+ Financial.  How are

9     you doing, sir?

10             MR. TYNDALL:  Oh, good, good.  How are you

11    doing?

12             MR. MATTHEWS:  Oh, fantastic.  I think I missed

13    your call.  I do apologize.  As you can imagine, I'm on

14    the phone for a majority of the day.  I just wanted to go

15    ahead and give you a call back.  And it looks like here

16    in the notes, you had spoken with your mother and you

17    just wanted to confirm a couple things, is that correct?

18             MR. TYNDALL:  Yeah, yeah, yeah.  So, I had

19    talked it over with my mom and she suggested that I ask

20    you a few questions --

21             MR. MATTHEWS:  Okay, okay.

22             MR. TYNDALL:  -- just to confirm.

23             MR. MATTHEWS:  Okay.

24             MR. TYNDALL:  So, first, I just wanted to make

25    sure that I can still use my credit card, that I don't

**PX 2-1**            **Tyndall Attachment E**

4

```
 1    have to close out my --
 2              MR. MATTHEWS:  That is --
 3              MR. TYNDALL:  -- any of my accounts.
 4              MR. MATTHEWS:  That is correct.
 5              MR. TYNDALL:  Okay, okay.
 6              MR. MATTHEWS:  Now, keep in mind, on the Citi
 7    account for new purchases, it would be at a 2.99% rate
 8    whereas the remaining balance of $11,258 would be at the
 9    zero percent.
10              MR. TYNDALL:  I see, okay.  And that 2.99%, how
11    long is that good for?
12              MR. MATTHEWS:  Excuse me, that's a fixed rate
13    for the lifetime of that account.
14              MR. TYNDALL:  For the lifetime of the account,
15    okay.
16              MR. MATTHEWS:  That is correct.  Now, keep in
17    mind, also, the balance that you currently have is zero
18    percent for three years and then that also goes up to
19    2.99%.  The good news is that's also a fixed rate now for
20    the lifetime of the account once it goes 2.99%.
21              MR. TYNDALL:  Okay, okay.  And -- and then I
22    also have a Capital One card.  Can you help me out on
23    that one, too?
24              MR. MATTHEWS:  The way that actually works
25    here, we actually don't pay Capital One anymore in terms
```

**PX 2-1**          Tyndall Attachment E

5

1    of the contract.  We still have a great rapport with

2    their underwriters, so a lot of the times we are

3    successful.  However, we don't guarantee that we're able

4    to reduce that.  But we do have contracts with Citi, so

5    we do guarantee those rates.

6         But it definitely does not hurt to add that to

7    the debt profile because, worst case scenario, we can't

8    help you, but I would say there's about an 80 percent

9    chance that that would be reduced.  But we just cannot

10   guarantee that savings like we can with the Citi.

11        MR. TYNDALL:  Okay, okay.  And then for the

12   Citi then, how soon will I see the reduction?

13        MR. MATTHEWS:  Well, what's going to happen is

14   when you send that in, it takes about three to five days

15   before we get it.  Then it will take about three to five

16   business days after we receive it.  And they're going to

17   give you a call to see if you'd like to be on the phone

18   when we go to -- to get the rate reduction.

19        A lot of times, borrowers like to be on the

20   phone.  That way, if you have any questions, you can be

21   on the phone.  And, obviously, in your case, I mean, you

22   have to make sure that, you know, it is a fixed rate, so

23   on and so forth.

24        With that said, everything happens within three

25   weeks.  So, that would be on your next billing statement.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 2-1**          Tyndall Attachment E

6

1            MR. TYNDALL:  Okay.

2            MR. MATTHEWS:  In terms -- as long as you get

3      that in as soon as possible.

4            MR. TYNDALL:  Okay, okay.

5            MR. MATTHEWS:  And so, if I want to just go

6      ahead, then I fill out the form --

7            MR. MATTHEWS:  Right.  What you're going to do

8      is the elite profile that you have there, the debt

9      profile.  You just list the last four digits of the

10     account number.  You don't need to put the full account

11     number.  You're going to go ahead and put the balance and

12     then your interest rate.  If you don't know the exact

13     interest rate, that is fine.  We do have access to that.

14     But it does make it easier on the back end, so try to put

15     that in if you can.

16           MR. TYNDALL:  Okay, okay.  Wow, well --

17           MR. MATTHEWS:  And you also -- you also got to

18     put the service agreement, you have to sign that, date

19     that and also include that.  And then you have a self-

20     addressed envelope and you send that back.

21           MR. TYNDALL:  Yes, yes.  Okay.  Well, wow, if

22     you guys can do that, that would be -- that would help me

23     out a lot.

24           MR. MATTHEWS:  Yeah, well, that's what we do

25     here and our goal is to get you out of debt as soon as

**PX 2-1**            **Tyndall Attachment E**

7

1    possible, so -- and we always recommend that you use your

2    savings to pay off your principal balance.  But,

3    obviously, that's a financial decision for you to make.

4              MR. TYNDALL:  Okay.  So, I can -- I can still

5    then use my Citi card after -- after that month?

6              MR. MATTHEWS:  That is correct.

7              MR. TYNDALL:  Okay.  Perfect.  Well, if I have

8    any other questions, can I give you a call or --

9              MR. MATTHEWS:  Yeah, yeah.  That's what I'm

10   here for.  Any other questions, just please give me a

11   call.  I do apologize once again.  I was on the phone

12   earlier.  But if for any reason you call through and I'm

13   not available at that time to come on the phone, I'll be

14   sure I get back to you at my -- at your earliest -- or at

15   the earliest I possibly can.

16             MR. TYNDALL:  Oh, okay.  Well, thanks so much.

17             MR. MATTHEWS:  Oh, not a problem.  It was

18   great talking to you, Mr. S███████.  Like I said, just make

19   sure you get that back to us as soon as possible so we

20   can get that reduced by your next billing statement.

21   Okay?

22             MR. TYNDALL:  Oh, okay.  Will do.

23             MR. MATTHEWS:  All right.  No problem.  You

24   have a great day.

25             MR. TYNDALL:  Thanks a lot.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

# PX 2-1                    Tyndall Attachment E

8

1          **(The call was concluded.)**

2              MR. TYNDALL:  Reeve Tyndall, investigator,

3      Federal Trade Commission, received call on undercover

4      phone from (772)408-1178.  Date is October 4th, 2012.

5      Received call approximately 2:50 p.m.

6          **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 2-1**          **Tyndall Attachment E**

9

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1223197

4     CASE TITLE:  A+ FINANCIAL CENTER, LLC

5     TAPING DATE:  OCTOBER 4, 2012

6     TRANSCRIPTION DATE:  OCTOBER 12, 2012

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  OCTOBER 12, 2012

14

15

16                    ELIZABETH M. FARRELL

17

18        C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                    SARA J. VANCE