A+ Financial Centers : Home





We have over 15 Ex-IRS Agents on staff who perform our tax preparation and negotiation.

Our tax services include:

▸ Tax Preparation

▸ Personal & Business

▸ 1040, 1099, 940, 941, etc.

▸ Online Enrollment



Our Financial Planners will help you not only achieve your financial goals and freedom but also give you guidance to:

▸ Help reduce taxes

▸ Save for retirement

▸ Decide how to invest

▸ Help you develop strategies to manage your debt

▸ Offer personal advice and strategies to achieve your special goals.

**PX 2-1**          **Tyndall Attachment F1**

A+ Financial Centers : Home



### National Association of Enrolled Agents

The National Association of Enrolled Agents (NAEA) is the professional society representing Enrolled Agents (EAs), which number some 40,000 nationwide. Its 11,000 members are licensed by the U.S. Department of the Treasury to represent taxpayers before all administrative levels of the Internal Revenue Service (IRS), including examination, collection and appeals functions. While the Enrolled Agent license was created in 1884 and has a long and storied past, today's EAs are the only tax professionals tested by IRS on their knowledge of tax law and regulations. They provide tax preparation, representation, tax planning and other financial services to millions of individual and business taxpayers. EAs adhere to a code of ethics and professional conduct and are required by IRS to take Continuing Professional Education. Like attorneys and Certified Public Accountants, Enrolled Agents are governed by Treasury Circular 230 in their practice before the IRS.
To learn more, please visit www.naea.org.

The beauty of your plan will be your ability to change it. This kind of flexibility is to your advantage because your goals will change as time goes by. There's no need to put off planning. The time is now. Creating a plan with a professional Financial Planner from A+ Financial Centers will help you to know where you want to be and how you're going to get there. Isn't now the right time to start planning for your life?



Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**          **Tyndall Attachment F2**

A+ Financial Centers : Home





We have over 15 Ex-IRS Agents on staff who perform our tax preparation and negotiation.

Our tax services include:

- Tax Preparation

- Personal & Business

- 1040, 1099, 940, 941, etc.

- Online Enrollment



Our Financial Planners will help you not only achieve your financial goals and freedom but also give you guidance to:

- Help reduce taxes

- Save for retirement

- Decide how to invest

- Help you develop strategies to manage your debt

- Offer personal advice and strategies to achieve your special goals.

**PX 2-1**    **Tyndall Attachment F3**

A+ Financial Centers : Home



**National Association of Enrolled Agents**

The National Association of Enrolled Agents (NAEA) is the professional society representing Enrolled Agents (EAs), which number some 40,000 nationwide. Its 11,000 members are licensed by the U.S. Department of the Treasury to represent taxpayers before all administrative levels of the Internal Revenue Service (IRS), including examination, collection and appeals functions. While the Enrolled Agent license was created in 1884 and has a long and storied past, today's EAs are the only tax professionals tested by IRS on their knowledge of tax law and regulations. They provide tax preparation, representation, tax planning and other financial services to millions of individual and business taxpayers. EAs adhere to a code of ethics and professional conduct and are required by IRS to take Continuing Professional Education. Like attorneys and Certified Public Accountants, Enrolled Agents are governed by Treasury Circular 230 in their practice before the IRS.
To learn more, please visit www.naea.org.

The beauty of your plan will be your ability to change it. This kind of flexibility is to your advantage because your goals will change as time goes by. There's no need to put off planning. The time is now. Creating a plan with a professional Financial Planner from A+ Financial Centers will help you to know where you want to be and how you're going to get there. Isn't now the right time to start planning for your life?



Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**          **Tyndall Attachment F4**

A+ Financial Centers : About Us





**About Us:**

A+ Financial Centers was founded upon the unwavering belief that anyone and everyone can become debt free and begin building wealth if they are provided with the right tools, education, and assistance. And we don't just believe in that we make it happen every single day.

We offer a full range of financial advice, education, and service, and we are absolutely dedicated to each and every of our clients' needs



**Contact Us:**

Whether you want more information about our company or services, want to get started with out program, or are already a customer and need help we want to hear from you.  We value your business and we strive to respond within the shortest possible time.

**Toll Free:**

(800) 320-0889

**PX 2-1**                    **Tyndall Attachment F5**

A+ Financial Centers : About Us

and concerns. Once we begin assisting you, we will be there with you, at your side from start to finish; until we meet and exceed the results you expect.

We judge our success one client at a time. Contact us today, and discover how you too can begin building the wealth you deserve.

**General Email:**
save@aplusfinancialcenters.com
**Customer Service:**
service@aplusfinancialcenters.com
**Postal Mail:**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**          **Tyndall Attachment F6**

A+ Financial Centers : Tax Services



**Our Service:**

Our Tax Professionals offer IRS and State tax debt relief. We are a tax resolution firm that specializes in reducing and resolving government tax liabilities. Businesses and individuals have turned to the tax help professionals at A+ Financial Centers to resolve their tax problems.

A+ is dedicated to finding a permanent solution to your tax burden. We have strived to achieve the best possible results for our clients over a wide range of tax issues. Whether it is simply filing your yearly taxes, arranging a manageable long-term payment plan, reducing or eliminating penalties, finding financing, or even assisting you in a fresh business start - we can help!

We firmly believe that the most effective and efficient way to deal with a tax problem is to do so in an informed, proactive and professional manner. We have created strategies for thousands of businesses and individuals.

A+ Financial Centers provides ethical and, when necessary, aggressive tax help remedies to all of your tax and creditor issues. Things can get better, A+ has proven that thousands of times to thousands of clients. We look forward to being of service to you.

Our Services Include:

- Tax Preparation
- Personal and Business Taxes
- 1040, 1099, 940, 941, and more
- Online Enrollment

**Testimonials:**

The handling of my problems with the IRS was excellent. I can not believe there are people like you to help me. Thank God for your true professionals...I would gladly recommend your service to anyone who needs it.

John Clement
PA

I am so happy with how quickly and easily you made the daunting task of filing my taxes seem.  I will absolutely use you next year.

Mark Robertson
Melbourne, FL

We were very pleased with the efficient, fast service Accelerated Financial provided us. Especially our specialist who always returned our phone calls courteously and swiftly. We tried on our own to settle with (the ) IRS, but without results. So within six months you worked your magic! Thank you, A+ Financial Centers, for settling our problems with the IRS.

C.O.
Garland, TX

Please review our Testimonial Policy.

**PX 2-1**          **Tyndall Attachment F7**

A+ Financial Centers : Tax Services



**Cost:**

The cost of our service is based on your current tax situation and the exact
services you will require.  Please contact our office and so you can speak
to one of our tax professionals for a customized quote.

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers. LLC.

© 2010-2012 A+ Financial Centers. LLC.

**PX 2-1**          **Tyndall Attachment F8**

http://aplusfinancialcenters.com/TaxServices.html[6/27/2012 9:42:15 AM]

A+ Financial Centers : Financial Planning





**Our Service:**

Our program will not only help you become financially independent, but will also save you **THOUSANDS** of dollars and **YEARS** of time off your existing debts. This revolutionary new program offers a personalized, computer generated payment schedule that takes your current monthly payments, and optimizes your money using a "snowball" effect, reducing your debt faster and more efficiently.

With our qualified and friendly staff at hand, we will guide you through the entire process to ensure the most effective results, showing you how to apply your accelerated payment schedule.



**Testimonials:**

"Because of Your company I think I might be able to retire in the near future."

Nancy Perko
Aurora, Oh

I am so pleased with the professionalism and services you provided to

**PX 2-1**     **Tyndall Attachment F9**

The program includes not only the entire payment schedule for the life of your debt complete with easy to read charts, graphs and statistics, but also clear and concise budgeting forms that cover your day to day expenses and monthly bills. The computer uses precise calculations and optimizes the money you are currently spending on your monthly payments to put you on a path to a debt free life!

To help you reach your important goals our services include:

- Personal Financial Planning
- Cash Flow Spending Plan
- Ongoing Asset Management
- Second Opinion on Current Financial Plans



**How it Works:**

Once you sign up for the program within 5 to 7 business days you will receive our package which will include our welcome letter and a debt profile.  You will need to fill out the debt profile and mail or fax it back as soon as possible.  Once we receive your paperwork, you will be contacted by our scheduling department to make sure we have all of your correct information with no clerical errors.  Then you will be contacted by your personal financial consultant who will contact your lenders and complete an analysis for you to determine whether any new or better credit cards or loans may be available to you, the analysis will be available for you upon completion.



**Cost:**

The cost of our service is based on a sliding scale depending on the total amount of debt on which we will assist you with.  Our fee varies from $495 to $1,295.



**Our Package:**

Your credit is one of the most powerful financial tools available.  Paying the least amount in finance charges and getting the lowest rates are only a matter of knowledge and organization.

We not only teach you how to do it we also give you the insight into the industry including discussions with credit card insiders, along with the tools, and critical information you need to lower your rates.  In the book you will find a wealth of information, and on the included CD-ROM you will find calculators, sample spread sheets.

me. My consultant reduced my rates by over %5 saving me over $3000 dollars per year and years off my debt.

Sheri Mckenzie
Dawsonville, Ga

Just dropping you a little note to say thanks for ALL your help. You did a great job in saving me several THOUSANDS of DOLLARS. I was skeptical at first because I did not understand the process. You were a great help!

Thanks again.
Anne Laporte
Jacksonville, FL

Allan here. I just want to take the time to thank you again for in your help seeing it on paper hit's home, you don't really think of your debt being that bad until you see for yourself !

In the future I'll be more careful before putting thing's on a credit card, when they will be paid off they will be cancelled and the card's cut up!!! If I need your services again I know I can count on you to help me out.

PS: send me up some warm weather it's -40 here!

Thank You!
Allan Theoret
Memphis, TN

Please review our Testimonial Policy.

**PX 2-1**                              **Tyndall Attachment F10**

A+ Financial Centers : Financial Planning



Find out how simple it is to:

- Save money on finance charges
- Compare credit card offers
- Utilize your best available credit options
- Calculate loan payments and more
- Pay bills on time

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**          **Tyndall Attachment F11**

A+ Financial Centers : About Us





**Toll Free:**
    (800) 320-0889
**General Email:**
    save@aplusfinancialcenters.com
**Customer Service:**
    service@aplusfinancialcenters.com
**Postal Mail:**
    10258 S. US Hwy 1.
    Port Saint Lucie, FL 34952

**Contact Us:**

Whether you want more information about our company or services, want to
get started with out program, or are already a customer and need help we want
to hear from you.  We value your business and we strive to respond within the
shortest possible time.

**PX 2-1**      **Tyndall Attachment F12**

A+ Financial Centers : About Us

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**          **Tyndall Attachment F13**

A+ Financial Centers : Calculators



## Calculators



### Credit Cards:

Credit Card Interest & Payments Calculator

Credit Card Minimum Payment Calculator



### Mortgages & Loans:

Mortgage Refinancing Calculator

Biweekly Mortgage Calculator

Loan Comparison Calculator



### Other Debt:

Non-Monthly Payment Calculator

Debt Investment Calculator

Car Cost Comparison Calculator

## PX 2-1                    Tyndall Attachment F14

A+ Financial Centers : Calculators



**Savings:**

Lifetime Savings Calculator

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**                    **Tyndall Attachment F15**

http://aplusfinancialcenters.com/Calculators.html[6/27/2012 9:42:57 AM]



<u>Service Policy</u>

A+ Financial Centers, LLC. does not solicit or engage in the following business:

- Loan Modification
- Foreclosure rescue
- Adjusting Mortgage Rates
- Credit Repair
- Debt Consolidation
- Debt Settlement
- Our services will not affect or harm our customers credit rating

**Privacy Policy:**

**What information do we collect?**

We collect information from you when you register on our site, place an order, respond to a survey or fill out a form.

When ordering or registering on our site, as appropriate, you may be asked to enter your: name, e-mail address, mailing address, phone number, credit card information or social security number. You may, however, visit our site anonymously.

**What do we use your information for?**

Any of the information we collect from you may be used in one of the following ways:

• To personalize your experience
(your information helps us to better respond to your individual needs)

• To improve our website
(we continually strive to improve our website offerings based on the information and feedback we receive from you)

• To improve customer service
(your information helps us to more effectively respond to your customer service requests and support needs)

• To process transactions
Your information, whether public or private, will not be sold, exchanged, transferred, or given to any other company for any reason whatsoever, without your consent, other than for the express purpose of delivering the purchased product or service requested.

**PX 2-1**

**Tyndall Attachment F16**

• To send periodic emails

The email address you provide for order processing, may be used to send you information and updates pertaining to your order, in addition to receiving occasional company news, updates, related product or service information, etc.

Note: If at any time you would like to unsubscribe from receiving future emails, we include detailed unsubscribe instructions at the bottom of each email.

**How do we protect your information?**

We implement a variety of security measures to maintain the safety of your personal information when you place an order or access your personal information.

We offer the use of a secure server. All supplied sensitive/credit information is transmitted via Secure Socket Layer (SSL) technology and then encrypted into our Database to be only accessed by those authorized with special access rights to our systems, and are required to keep the information confidential.

After a transaction, your private information (credit cards, social security numbers, financials, etc.) will be kept on file for more than 60 days in order to Perform to our obligations in relation to the service we provide..

**Do we use cookies?**

We do not use cookies.

**Do we disclose any information to outside parties?**

We do not sell, trade, or otherwise transfer to outside parties your personally identifiable information. This does not include trusted third parties who assist us in operating our website, conducting our business, or servicing you, so long as those parties agree to keep this information confidential. We may also release your information when we believe release is appropriate to comply with the law, enforce our site policies, or protect ours or others rights, property, or safety. However, non-personally identifiable visitor information may be provided to other parties for marketing, advertising, or other uses.

**Third party links**

Occasionally, at our discretion, we may include or offer third party products or services on our website. These third party sites have separate and independent privacy policies. We therefore have no responsibility or liability for the content and activities of these linked sites. Nonetheless, we seek to protect the integrity of our site and welcome any feedback about these sites.

**California Online Privacy Protection Act Compliance**

Because we value your privacy we have taken the necessary precautions to be in compliance with the California Online Privacy Protection Act. We therefore will not distribute your personal information to outside parties without your consent.

**Children's Online Privacy Protection Act Compliance**

We are in compliance with the requirements of COPPA (Children's Online Privacy Protection Act), we do not collect any information from anyone under 13 years of age. Our website, products and services are all directed to people who are at least 13 years old or older.

**Terms and Conditions**

Please also visit our Terms and Conditions section establishing the use, disclaimers, and limitations of liability governing the use of our website at http://www.aplusfinancialcenters.com/policies.html

**Your Consent**

By using our site, you consent to our websites privacy policy.

**Changes to our Privacy Policy**

If we decide to change our privacy policy, we will post those changes on this page, and/or update the Privacy Policy modification date below.

This policy was last modified on January 26, 2010

**Contacting Us**

If there are any questions regarding this privacy policy you may contact us using the information below.

http://www.aplusfinancialcenters.com
10258 S. US Hwy 1.
Port Saint Lucie, Florida 34952
United States
service@aplusfinancialcenters.com
(800) 320-0889

## PX 2-1

**Tyndall Attachment F17**

<u>Testimonial Policy</u>

*Please note: In accordance with the FTC guidelines concerning use of endorsements and testimonials in advertising, let us make you aware of the following:*

*The testimonials displayed are given verbatim except for correction of grammatical or typing errors. Some have been shortened where the testimonial was lengthy or portions were repetitive. Unless we have noted otherwise, the images used and the names of the customers have been changed to protect their privacy.*

*These testimonials and case histories are actually received from our customers. They are individual experiences by persons who have used our services. However, the effectiveness of our service varies depending on each customer's situation. Therefore, these testimonials and case histories reflect individual results and we do not claim that they are typical results that you should expect to achieve.*

**A+ Financial Centers, LLC.**
10258 S. US Hwy 1.
Port Saint Lucie, FL 34952
**Toll Free:** (800) 320-0889
**General Email:** save@aplusfinancialcenters.com
**Customer Service:** service@aplusfinancialcenters.com
**Customer Service Hours**
**Monday thru Friday:** 10:00 AM EST to 7:00 PM EST
**Friday:** 10:00 AM EST to 5:30 PM EST

Home | About Us | Tax Services | Financial Planning Services | Contact Us | Calculators | Policies

© 2010-2012 A+ Financial Centers, LLC.

**PX 2-1**                    **Tyndall Attachment F18**

new business loan for startup                                                          http://newbusinfl.blogspot.com/

| b | [search]  🔍 | 8+ Share   0 | More ▾ | Next Blog» | | Create Blog   Sign In |
|---|---|---|---|---|---|---|

# NEW BUSINESS LOAN FOR STARTUP

**MONDAY, JUNE 16, 2008**

## new business venture

I'm opening up a new business here in Florida. I'm going into the credit negotiation business and debt settlement business. I have a friend who just got into the business in Orlando and he's doing very well. He has 9 employees and is taking in approximately 6000 a DAY.

I was going to open it up with my old boss but he's dragging his feet because he's trying to sell his other business first. I wanted to run it by you and see if you might be interested in making an investment in me.

My company would telemarket to visa and mastercard account holders who are paying at least 10% or more on their credit cards. We offer interest rate negotiation. We guarantee a certain dollar amount in savings and charge an average of $750.00 for our services or they get their money back. I would then contract the services of another company in Orlando who would handle the fulfillment of the orders. They send out a packet of information to the client and handle all of the back end associated with this.This business is completely legal and I have done about 2 months of research into it. I have office space already picked out but I need the seed money to get started. Like I said before my friend Manny is doing it now and is averaging about $7,000 a week in pure profit taking in about $6,000 a day. He is also opening up a second office in Ft. Lauderdale. I figure I need about $15,000 to get it off the ground. I already have the phone system I just need a few additional items to get started. I would be able to pay you back in no more then 4 months. After that I would also make you a 20% partner in the company. Lets just say on the low end we only made $5,000 a week in pure profit. That's $1000 a week to you. Even if I only do it for three years that's over $150,000. I would only need to put your name on the merchant accounts which is where we charge the credit cards. I would open the company up as a Limited Liability Company or LLC. The advantage to this is just in case there ever was any sort of lawsuit the plaintiff could only go after the assets of the business. Which means you and I would be protected by the corporate veil of the company.

### BLOG ARCHIVE

▼ 2008 (1)
   ▼ June (1)
      new business venture

### ABOUT ME

b CHRISM0240

VIEW MY COMPLETE PROFILE

**PX 2-1**                                    **Tyndall Attachment G1**

new business loan for startup                                    http://newbusinfl.blogspot.com/

I have lots of additional information about how it works and what I
would do with exact numbers but I wanted to drop you a brief
summary to see if you might be interested. Let me know either way.
Feel Free to contact me @ Chrismo240@aol.com

Thanks

Chris

POSTED BY CHRISM0240 AT 7:22 AM   NO COMMENTS:

Home

Subscribe to: Posts (Atom)

**PX 2-1**                    **Tyndall Attachment G2**

N295_Procedure.txt
GENERAL PROCEDURES FOR COUNTING REGISTRY HITS:

1. An InterImage Analyst/Developer receives from the FTC's Secure File Transfer a
zip file which has been assigned a unique number (N295).  The file contains data,
including call logs of telephone calls to particular telephone numbers, and may
contain associated data about those calls.

2. The Analyst/Developer imports the data into SQL Server, which is a computer
database.  If importing the data generates error files, the Analyst/Developer
provides a copy of the error file in the Specific Notes of the procedures unless the
Analyst/Developer can modify and re-import the data without error.  The
Analyst/Developer may modify the presentation or selection of the data, but not its
content.  For example, a call date of October 17, 2003 is reformatted as 10/17/2003.
 Similarly, if any data is rejected, such as called phone numbers with more or less
then 10 digits, the Analyst/Developer segregates and saves the rejected data records
in a separate file and continues working with the remaining data.

3. The Analyst/Developer identifies the content and sequence of the fields within
each call record of the call log, particularly the telephone number called (the
Called Number) and the date of the call (the Call Date), a copy of which is provided
in the Specific Notes section of the procedures provided.  The Called Number and
Call Date fields in the call log are designated for automated comparison to
corresponding fields in the Registry.

4. The Registry, which remains resident in the SQL Server database, contains
registration records comprised of the following fields:
     Phone_Number   which is the telephone number on the Registry;
     Registration_Date   which shows when the phone number was placed on the Registry;

     Grace_Period_Date   which shows when the applicable safe harbor period for that
phone number ends;
     Delete_Date   which shows when the registration for that phone number ends.
     Only the Phone_Number, the Grace_Period_Date and the Delete_Date fields are
designated for use.

5. SQL Server compares the designated fields and selects as a Registry Hit each call
in which: A) the Called Number matches a Phone_ Number on the Registry; and B) its
Call Date is on or after the Grace_Period_Date for that Phone_Number; and C) the
Call Date is on or after 17-OCT-03, which is the day the FTC began full Registry
enforcement;
     and D) the Call Date is before the Delete_Date or the Delete_Date is 9999-12-31
for that Phone_Number, which indicates that the record has not been deleted and is
active.

6. If SQL Server finds no Hits among all the rows of records, it returns a message
stating no rows selected.  If SQL Server finds a Registry Hit, it compiles a Hit
record of all of the related data for that Hit in the following sequence of fields:
first, the call log data as imported, including the Call Date and Called Number as
well as any associated data; second, the Registry data, which includes
Registration_Date, Grace_Period_Date, and Delete_Date.

7. SQL Server collects all of these Hit records into a list, a Hits List, and saves
it to a file with the same N# as the source file.  Additionally, SQL Server
generates three summary files and saves them to the file.  SQL Server creates a Hits
summary by counting all of the Hits in the Hits List.  SQL Server creates summaries
of calls in the call log by counting the number of calls by Call Date and by Area
Code of the Called Numbers.

8. If the Analyst/Developer creates any notes or work papers about the procedures
used on these disks, the Analyst/Developer assimilates them into the Specific Notes
section of the procedures file and safely disposes of all hard copies of those notes
or work papers.  The Analyst/Developer finalizes and saves this written description
of the procedures used to the Intermediate Disk and then sends the Intermediate

**PX 2-1**          **Tyndall Attachment H1**

```
                              N295_Procedure.txt
Disk, and Hits Disk to the FTC Disk Coordinator.

The N# for this Disk is N295.

The SQL view used was VN295_HITS as:

SELECT
        c.phone_number AS PHONE_NUMBER,
        c.call_date AS CALL_DATE,
        r.registration_date AS REGISTRATION_DATE,
        r.grace_period_date AS GRACE_PERIOD_DATE,
        r.delete_date AS DELETE_DATE
FROM Registry r, N295
WHERE
(
        cast(r.phone_number as varchar(10)) =c.phone_number
        AND c.call_date >= '2003-10-17'
        AND c.call_date >= r.grace_period_date
        AND (r.delete_date='9999-12-31'
    OR c.call_date < dbo.udfGetDatePart(r.delete_date))
)

TOTAL RECORDS DELETED/DEFERRED: 10.
```

**PX 2-1**                    **Tyndall Attachment H2**

```
                            N295_RegHitsSumm.txt
Registry Hits Summary
N295_RegHitsSumm.txt created on 2012-10-09

REGISTRY: as of August-2012

INPUT: Call Records_LD_8003200889 8777482626 7724081340.xlsx

Call Field: "ToNumber"
Total Call Records: 177,446

Date Field: "CallDate"
Date Range: 2009-04-15 to 2012-05-03

OUTPUT: N295_RegHitsSumm.txt

Total Hits: 36,422
Date Range: 2009-04-20 to 2012-05-03

The percentage of calls that were hit: 20.53%
```

**PX 2-1**                              **Tyndall Attachment I**