

🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 7 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 23688290 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | N |
| **Comments:** | I have received numerous automated calls from "Rachel at Cardholder Services." My number is on the National Do Not Call Registry. The incoming calls have spoofed caller ID information. Pressing 9 and speaking to a representative results in an immediate hang-up if you asked to be removed from the call list. After many calls, I resorted to playing along to get more information. By telling the rep my phone battery is dieing and asking them to call back a different number, I have been successful in obtaining 3 valid phone numbers by caller ID: 407-218-6535 772-408-1340 321-332-7217 I also have voice recordings of part of 3 calls I would be happy to supply. Any attempt to garner identifying information about the company results in a hang-up.. PS9000: Telemarketing Other-Other Update | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 8/12/2009 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Telemarketing, Other |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 8/12/2009 | **Transaction Date:** | |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | Telemarketing Sales Rule | **Law Violation:** | TSR: DNC: Ignoring Your Prior Request to that Specific Entity |
| **Topic:** | | **Dispute with Credit Bureau?:** | N |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | | |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Marc | **Last Name:** | Mims |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Spokane Valley | **State:** | Washington |
| **Zip:** | ███ | **Country:** | UNITED STATES |
| **Home Number:** | ███████ | **Work Number:** | ████ |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ███████████ | **Age Range:** | ████ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |

# PX 2-1         **Tyndall Attachment J1**

| Subject | | | |
|---|---|---|---|
| Subject: | Unknown | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 321 | Phone Number: | 3327217 |
| Ext: | | | |
| Representative Name: | Leann | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J2**

## 🔍 Consumer Sentinel Network Complaints

| Record # 69 of 132 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 24544835 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | | DNC? | N |
| Comments: | Consumer received a phone call from **Accelerated Financial** Center that she had gotten information that she had a good credit report and they were helping to lower the interest rate on credit cards. The person asked if she had a balance on her credit cards, and she transferred her to a person who said they could slash her nterest in half. Joseph Ryan talked with her about how they call companies to get the interest down. She gave him information on credit cards she owed, including the account number. They then asked for verification over the phone to take $495 from one of the cards until they fulfill the agreement to save her $1000 or they would refund her money if they don't. | | |
| Data Reference: | | | |
| Entered By: | IREEVES | Entry Date: | 11/6/2009 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $495.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 11/6/2009 | Transaction Date: | 11/5/2009 |
| Initial Contact: | Phone | Initial Response: | Phone: 800/888 number |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Other Deception or Abuse (note in comments) |
| Topic: | | Dispute with Credit Bureau?: | N |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Dori | Last Name: | Ferns |
| Address 1: | ███████ | Address 2: | |
| City: | Yuba City | State: | California |
| Zip: | ██████ | Country: | UNITED STATES |
| Home Number: | ███████ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | ████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject View Similar | Accelerated Financial Center | | |

**PX 2-1**          **Tyndall Attachment J3**

| Complaints | | | |
|---|---|---|---|
| **Address:** | | | |
| **City:** | Port St Lucie | **State/Prov:** | Florida |
| **ZIP:** | | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 877 | **Phone Number:** | 7482626 |
| **Ext:** | | | |
| **Representative Name:** | Joseph Ryan | **Title:** | |

**PX 2-1**        **Tyndall Attachment J4**

## 🔍 Consumer Sentinel Network Complaints

| Record # 68 of 132 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 25121068 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | N |
| **Comments:** | I answered a robocall. I pressed 1 to talk with an employee. He told me he could lower my interest rates on credit cards. I asked the name of his company, and he told me "**Accelerated Financial Card Services.**" I could hear other operators in the background. I gave him a small amount of generic information, and then told him that before I gave him any more information, I wanted to do some research. He hung up. I decided to report this call, in case it might be helpful, in light of the following press release: http://www.ftc.gov/opa/2009/12/robocall.shtml believe that is all the information I can provide, but feel free to contact me if you have any questions. | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 1/14/2010 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Debt Management/Credit Counseling |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 1/14/2010 | **Transaction Date:** | 1/14/2010 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | Telemarketing Sales Rule | **Law Violation:** | TSR: Making a recorded sales pitch |
| **Topic:** | | **Dispute with Credit Bureau?:** | N |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | | |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Jamie | **Last Name:** | Spence |
| **Address 1:** | | **Address 2:** | |
| **City:** | Indianapolis | **State:** | Indiana |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | | **Work Number:** | |
| **Fax Number:** | | **Ext:** | |
| **Email:** | | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** **View Similar Complaints** | Accellerated Financial Card Services | | |

**PX 2-1**                          **Tyndall Attachment J5**

| Address: | | | |
|---|---|---|---|
| City: | | State/Prov: | |
| ZIP: | | Country: | United States |
| Email: | | URL: | |
| Area Code: | 914 | Phone Number: | 3395626 |
| Ext: | | | |
| Representative Name: | | Title: | |

**PX 2-1**          **Tyndall Attachment J6**

🔍 **Consumer Sentinel Network Complaints**

| Record # 67 of 132 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 25146020 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | | DNC? | N |
| Comments: | Accelerated Financial Center called consumer trying to get consumer to lower her interest rate. They pressure consumer to accept. They wanted money to lower her interest rate for a one time fee. Consumer agreed to that charge. Consumer was told she was going to be charged $495 the first month and $595 the next month. | | |
| Data Reference: | | | |
| Entered By: | FMORELOS | Entry Date: | 1/19/2010 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Credit Cards |
| Amount Requested: | $495.00 | Amount Paid: | $495.00 |
| Payment Method: | MasterCard Credit Card | Agency Contact: | Phone |
| Complaint Date: | 1/19/2010 | Transaction Date: | 1/18/2009 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Phone: other |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | N |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Emily | Last Name: | O'Sterholt |
| Address 1: | | Address 2: | |
| City: | Portland | State: | Indiana |
| Zip: | | Country: | UNITED STATES |
| Home Number: | | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: View Similar Complaints | Accelerated Financial Center | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |

**PX 2-1**          **Tyndall Attachment J7**

Record Details

| Email: | | URL: | |
|---|---|---|---|
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | | Title: | |

**PX 2-1**         **Tyndall Attachment J8**



🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 5 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 27180781 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | They contacted me by phone. Since I never asked for this service, I can only assume they are just calling everyone. Unfortunately, I got sucked in and had the $495 charged to my credit card. Soon after, I did a little more research and found that it was likely a scam. I don't want someone else to be taken in by these people. It sounds like a good idea on the phone, but after being an idiot myself and falling for it, I realize that it probably wasn't a smart idea on my part. However, they shouldn't be able to call people randomly like that or charge someone's credit card without providing a proven service first. | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 7/29/2010 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Credit Cards |
| Amount Requested: | $495.00 | Amount Paid: | $495.00 |
| Payment Method: | Visa Credit Card | Agency Contact: | Internet |
| Complaint Date: | 7/29/2010 | Transaction Date: | 7/16/2010 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Caller ID information not transmitted |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Martha | Last Name: | Johnson |
| Address 1: | | Address 2: | |
| City: | Waco | State: | Nebraska |
| Zip: | ▓▓▓▓ | Country: | UNITED STATES |
| Home Number: | | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ▓▓▓▓▓▓▓ | Age Range: | ▓▓▓ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | A+ Financial Centers, Llc | | |

# PX 2-1        **Tyndall Attachment J9**

| Address: | 1679 SW South Macedo Blvd. | | |
|---|---|---|---|
| City: | Port Saint Lucie | State/Prov: | Florida |
| ZIP: | 34984 | Country: | United States |
| Email: | save@aplusfinancialcenters.com | URL: | http://www.aplusfinancialcenters.com/ |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | Renee Simpson | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**        **Tyndall Attachment J10**

Record Details                                                                  Page 2 of 2

## 🔍 Do Not Call Complaints

| Record # 139 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 28040148 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 10/22/2010 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 10/22/2010 | **Transaction Time:** | 10:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | This last time, I talked them into divulging information. They can be reached at: 1-877-748 2626. The name of the company is **A+ Financial Centers**, and their web address is www.APlusFinancialCenters.com . Go get em. | | |
| **Consumer** | | | |
| **First Name:** | Michael | **Last Name:** | Miller |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Bellingham | **State/Prov:** | Washington |
| **ZIP:** | ██ | **Phone Number:** | ████████ |
| **Subject** | | | |
| **Company Name:** | Card Services | **State:** | California |
| **View Similar Complaints** | | | |
| **Country Code:** | | **Phone Number:** | (619) 7295875 |

███████

# PX 2-1          **Tyndall Attachment J11**



🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 6 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 29431911 | **Originator Reference Number:** | FF6504-10 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | N |
| **Comments:** | DETAILS ---- A COMPANY CALLING ITSELF A PLUS FINANCIAL CENTERS (ALTHOUGH WHO KNOWS HOW MANY NAME CHANGES?) CALLED US ON OUR CELL PHONE TO TELL US WE COULD SAVE LOTS OF MONEY ON OUR CREDIT CARD INTEREST RATE. WE TOLD THEM OURS IS CURRENTLY 13.2 PERCENT AND THEY SAID THEY COULD EASILY BEAT THAT. UNFORTUNATELY, WE WENT ALONG WITH WHAT THEY SAID, GAVE THEM OUR CREDIT CARD NUMBER AND THE THREE-DIGIT CDC NUMBER (WE KNOW, WE KNOW, THAT WAS DUMB) AND THEY SAID THEY WOULD TACK ON A $495 FEE TO OUR CREDIT CARD (WE DIDNT HAVE TO SEND THEM CASH! HOW CONVENIENT!) AND THAT THEY GUARANTEED US AT LEAST $1,000 IN SAVINGS OVER THE NEXT YEAR (BECAUSE OUR CREDIT CARD RATE WOULD BE NO WORSE THAN 6 PERCENT). WELL, NOW IT SOUNDS TOO GOOD TO BE TRUE. I CALLED OUR CREDIT CARD (CHASE MASTER CARD) AND THEY SAY THAT THESE FOLKS HAVE NO CLOUT WITH THEM AND THAT WE CAN ASK, IN WRITING, FOR A REVIEW OF OUR ACCOUNT (THAT MIGHT INCLUDE A REDUCED CREDIT PERCENTAGE) STRAIGHT WITH THEM. ANOTHER CURIOUSITY: THE NUMBER THEY GAVE US FOR THEIR OFFICE (877-748-2626) WAS NOT THE NUMBER THAT CAME INTO OUR CELL PHONE (THAT WAS 520-360-2728). THAT SHOULD HAVE TOLD US SOMETHING RIGHT THERE. TECHNICALLY, WE HAVENT BEEN DEFRAUDED YET ALTHOUGH WE DONT WANT TO BE PART OF IT (AFTER SEEING ONLINE HOW MANY OTHER FOLKS HAVE BEEN TAKEN). WE ASKED CHASE TO PUT A HOLD ON THE $495 FEE AND WEVE ASKED A PLUS TO CANCEL OUR ACCOUNT. THEY WERE VERY RUDE ON THE PHONE AND TOLD US THEYD GET BACK TO US. THATS WHERE IT STANDS NOW. THANK YOU VERY MUCH FOR YOUR TIME. GREG & SARA HANBERG, 289 SOUTHRIDGE WAY. (P.S. WE HAVE SINCE ASKED TO GET A NEW CREDIT CARD ACCOUNT NUMBER). --- Oregon DOJ comments: Consumer Pursuing Own Resolution --- Consumer description: Failed to deliver goods, services or refund despite demand by complainant --- Case closed --- Case closed date: 2010-07-21 00:00 | | |
| **Data Reference:** | | | |
| **Entered By:** | OR01-USER | **Entry Date:** | 7/21/2010 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Oregon, Department of Justice | **Product Service Code:** | Debt Management/Credit Counseling |
| **Amount Requested:** | | **Amount Paid:** | $495.00 |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 7/21/2010 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | | |
| **Consumer Information** | | | |
| Consumer | | | |

## PX 2-1          Tyndall Attachment J12

| Complaining Company/Org: | | | |
|---|---|---|---|
| First Name: | GREG | Last Name: | HANBERG |
| Address 1: | ███████████ | Address 2: | ████████████ |
| City: | GRANTS PASS | State: | Oregon |
| Zip: | ██████ | Country: | UNITED STATES |
| Home Number: | ████████ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ██████████████ | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | A Plus Financial Center, Llc | | |
| Address: | 1679 SW MACEDO DR | | |
| City: | Port St Lucie | State/Prov: | Florida |
| ZIP: | 34984 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J13**

## 🔍 Identity Theft Complaints

| Record # 6 / Identity Theft Complaints | | | | | |
|---|---|---|---|---|---|
| **FTC Reference Number:** | 29466847 | **Contact Type:** | Complaint | **Originator Reference Number:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (IDT) | **Source:** | | **Language:** | English |
| **Agency Contact Method:** | Internet | **Entered Date:** | 3/1/2011 4:36:28 PM | **Entered By:** | FTCCIS-FTCUSER |
| **Complaint Details** | | | | | |
| **Verified IDT Complaint?:** | | **Updated Date:** | | **Updated By:** | |
| **Number of Accounts Affected:** | | **First Occurred Date:** | | **First Noticed Date:** | |
| **Total Amount Obtained by Subject:** | | **Total Amount Lost by Victim:** | | **Theft Via Internet?:** | Yes |
| **Did You Authorize Anyone to Use Your ID? :** | No | **Did You Receive Any Benefits?:** | | **Are You Willing to Press Charges?:** | |
| **Inaccurate Credit Report Info.1:** | | **Inaccurate Credit Report Info.2:** | | **Inaccurate Credit Report Info.3:** | |
| **Credit Inquiry 1:** | | **Credit Inquiry 2:** | | **Credit Inquiry 3:** | |
| **Member of armed forces or dependent?:** | | | | | |
| **Non-Monetary Harm:** | Other (describe in comment field) | | | | |
| | Received harassing calls from Credit Card Services wanting to have them contact Bank of America/Visa and get my interest rate cut. Gave them none of my information concerning DOB, SSN, and credit card account. | | | | |
| **Comments:** | On 2-28-11, 1630 HRS, had voice mail on phone from Credit Card Services. Later got solicitation call from them wanting my credit card information to contact Visa to get my interest rate they said was 12%, reduced to under 6%. Actual interest rate was 16.25%. I said no thank-you. They called back at 1716 HRS, again a solicitation for same thing. I gave them my name and address at that time.I gave them no SSN, DOB, credit card number and declined their help. Person that called was named John, rest of name unknown. The first call 772-408-1340 was from FL, second call from 559-676-2789 in CA. John was smooth, no pressure, but insistent in getting the information. He put me on hold to contact his manager to get approval to help me reduce my interest rate with Visa/Bank of America. Credit Card Services is located at 8413 Laurel Fair Circle Suite 100, unknown city in FL. Went on line running Credit Card Services and there were numerous complaints from people victimized by Credit Card Services. Also found out they go under a business named Corporate Sales Leads, Suite 101, same street address, unknown city. Contacted Visa/Bank of America and they said there had been no tries to use my name to open any accounts. They also said the call was a scam. I changed to another credit card number and purchased credit card fraud protection. Have not checked with any of the credit bureaus at this time. Will press charges and will testify if needed. Thank-you for your assistance with this matter. John M. Graham, ▮▮▮▮▮ | | | | |
| **Additional Comments:** | | | | | |
| **Consumer** | | | | | |
| **First Name:** | John | **Last Name:** | Graham | **Middle Name:** | Marsh |
| **Business Name:** | | **Address 1:** | ▮▮▮▮▮ | **Address 2:** | |
| **City:** | Swisher | **State/Province:** | Iowa | **ZIP:** | ▮ |
| **Country:** | UNITED STATES | **Lived Here Since:** | ▮ | **Driver License/State ID - Issued State:** | |
| **Work Number:** | ▮▮▮ | **Work Phone Extension:** | | **Home Number:** | ▮▮▮▮ |
| **Fax Number:** | | **Cell Number:** | | **Email:** | ▮▮▮▮ |

**PX 2-1**        **Tyndall Attachment J14**

| Date of Birth: | ███████ | Military Service Branch: | | Soldier Status: | |
|---|---|---|---|---|---|
| Soldier Station: | | | | | |

## Subject

**Suspect**

| Alias First Name(s): | John | Alias Last Name(s): | Unknown | Alias Middle Name(s): | Unknown |
|---|---|---|---|---|---|
| Company Name(s): | Credit Card Services/corporate Sales Leads | | | | |
| Address 1 - Address 1: | 8413 Laurel Fair Circle | Address 2: | Suite 100 | City: | |
| State: | Florida | Zip: | | Country: | United States |
| Email: | | | | | |
| Address 2 - Address 1: | 8413 Laurel Fair Circle | Address 2: | Suite 101 | City: | |
| State: | Florida | Zip: | | Country: | United States |
| Email: | | | | | |
| Phone 1 - Area Code: | 772 | Number: | 4081340 | Extension: | |
| Phone 2 - Area Code: | 559 | Number: | 6762789 | Extension: | |
| Relationship: | Otherwise Known | Additional Information: | Telephone solicitation | Method of Obtaining Information: | #772-408-1340 is from Florida. #559-676-2789 is from California. |

## Incidents

**Incident**

| Theft Type: | Other Identity Theft - Attempt | Date of Theft: | 2/28/2011 | Theft Amount: | |
|---|---|---|---|---|---|

## Law Enforcement

| LE 1 - Department: | | Contact Person: | | State/Province: | |
|---|---|---|---|---|---|
| Phone Number: | | Notified Law Enforcement?: | | Report Taken?: | No |
| Report Number: | | Report Taken Date: | | | |

## Credit Bureau

| CB 1 - Name: | Experian | | | | |
|---|---|---|---|---|---|
| Notified?: | No | Fraud Alert on File?: | No | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | | | |
| CB 2 - Name: | Equifax | | | | |
| Notified?: | No | Fraud Alert on File?: | No | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | - | | |
| CB 3 - Name: | Transunion | | | | |
| Notified?: | No | Fraud Alert on File?: | No | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | - | | |
| CB 4 - Name: | Bank of America-Visa | | | | |
| Notified?: | Yes | Fraud Alert on File?: | Yes | Credit Report Ordered?: | Yes |
| Have Dispute?: | No | Violation(s): | - | | |

## PX 2-1          Tyndall Attachment J15



🖨 PRINT

## 🔍 Do Not Call Complaints

| Record # 30 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 29872588 | Is Phone in Registry?: | Yes |
| Complaint Date: | 3/30/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 3/30/2011 | Transaction Time: | 2:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | When I asked top be removed they provided another number 877-748-2626. The lady on the phone said it wouldn't help, they would just ignore my request. | | |
| Consumer | | | |
| First Name: | John | Last Name: | Lucas |
| Address 1: | ███████████ | Address 2: | |
| City: | Nampa, ID | State/Prov: | Idaho |
| ZIP: | ███ | Phone Number: | ██████ |
| Subject | | | |
| Company Name: | A+ Financial Centers | State: | Oregon |
| Country Code: | | Phone Number: | (503) 2901201 |

Provided by the Federal Trade Commission

**PX 2-1**                    **Tyndall Attachment J16**



🖨 PRINT

## 🔍 Do Not Call Complaints

| Record # 5 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 30036543 | Is Phone in Registry?: | Yes |
| Complaint Date: | 4/11/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 4/11/2011 | Transaction Time: | 6:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | Hung up when I asked to take me off their list. Called back from number: 772-408-1340 to ask me again. I requested to be removed the second time as well. Scam Credit Card service stating their was a problem with my account. | | |
| Consumer | | | |
| First Name: | Chris | Last Name: | Wise |
| Address 1: | ▮▮▮▮ | Address 2: | |
| City: | Northborough | State/Prov: | Massachusetts |
| ZIP: | ▮▮ | Phone Number: | ▮▮▮▮▮ |
| Subject | | | |
| Company Name: | Aplus Financial Services | State: | Delaware |
| Country Code: | | Phone Number: | (302) 2323096 |

Provided by the Federal Trade Commission

**PX 2-1**        **Tyndall Attachment J17**



🖨 <u>PRINT</u>

🔍 **Do Not Call Complaints**

| Record # 4 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 30773585 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 5/25/2011 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 5/25/2011 | **Transaction Time:** | 2:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | This company keeps calling me from different phone numbers like 312-470-0737 and other out of San Diego area numbers, it is a recorded message and if you press 1 you get routed to a person. When asked to be "taken off their list," before you finish the sentence they hang up. Next day, same thing, but this time I asked, "what company are you with?' and they hung up again. When I called the number back it is a busy signal, no incoming calls, how convenient for them! Finally today I pretended to be interested in thier "lowering my credit card interest rates" and got some info. The number to talk to someone is 772-408-1340, the guy i spoke to was mathew at ext 251, he seemed eager to talk when i pretended to be interested and didn't hang up this time.I think they are very well trained to hang up on you before you finish your, "take me off your list please!" sentence. | | |
| **Consumer** | | | |
| **First Name:** | Eleni | **Last Name:** | Salim |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | San Diego | **State/Prov:** | California |
| **ZIP:** | ██ | **Phone Number:** | ██████ |
| **Subject** | | | |
| **Company Name:** | Cardmember Services | **State:** | Florida |
| **Country Code:** | | **Phone Number:** | (772) 4081340 |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J18**

## 🔍 Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| **Record # 61 of 141 / Consumer Sentinel Network Complaints** | | | |
| **Reference Number:** | 30944919 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | | **DNC?** | N |
| **Comments:** | Consumer wanted to report she was contacted byh company called **A Plus Financial** Consumer was told that they could lower interest rates . | | |
| **Data Reference:** | | | |
| **Entered By:** | MMCGOVERN | **Entry Date:** | 6/7/2011 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Call Center | **Product Service Code:** | Debt Management/Credit Counseling |
| **Amount Requested:** | $895.00 | **Amount Paid:** | |
| **Payment Method:** | Unknown | **Agency Contact:** | Phone |
| **Complaint Date:** | 6/7/2011 | **Transaction Date:** | 6/1/2011 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Unknown |
| **Statute/Rule:** | FTC Act Sec 5 (BC) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | N | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | N |
| **Member of armed forces or dependent?:** | | | |
| **Consumer Information** | | | |
| **Consumer** | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Vaunice | **Last Name:** | Conway |
| **Address 1:** | ████████ | **Address 2:** | ████ |
| **City:** | Manassas | **State:** | Virginia |
| **Zip:** | ████ | **Country:** | UNITED STATES |
| **Home Number:** | ████ | **Work Number:** | |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ███████████ | **Age Range:** | ████ |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject: View Similar Complaints** | A Plus Financial | | |
| **Address:** | 10258 S Us Hwy | | |
| **City:** | Port Stlucie | **State/Prov:** | Florida |
| **ZIP:** | 34952 | **Country:** | United States |
| **Email:** | | **URL:** | www.aplusfinancialcenters.com |

| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | | Title: | |

**PX 2-1**       **Tyndall Attachment J20**

## 🔍 Do Not Call Complaints

| Record # 88 of 141 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 31108838 | Is Phone in Registry?: | Yes |
| Complaint Date: | 6/16/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Web |
| Transaction Date: | 6/16/2011 | Transaction Time: | 7:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | I have received many calls from them. Each time I tell them it is illegal and to never call again. They use a fake caller ID telephone number - when I call back it is a fast busy. They finally gave me their website: aplusfinancialcenters.com Please get them to stop calling me. | | |
| Consumer | | | |
| First Name: | Marla | Last Name: | Kaufman |
| Address 1: | ███████ | Address 2: | |
| City: | Short Hills | State/Prov: | New Jersey |
| ZIP: | ███ | Phone Number: | ███████ |
| Subject | | | |
| Company Name: View Similar Complaints | A Plus Financial Centers | State: | |
| Country Code: | | Phone Number: | |

███████  ███

## ⌕ Do Not Call Complaints

| Record # 133 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 31714776 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 7/28/2011 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 7/28/2011 | **Transaction Time:** | 5:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | The first time I asked this company to stop calling I used their option, I believe it was "3" to stop further calls. Then I talked to a representative and asked to be removed from their call list, telling them we are on the do not call registry. This was at least a month ago. They have called several times since then, but I was giving them time to update their list. The call is a recording for which you must press an option to speak to a person. The caller ID is blocked, but with so many calls, I began to recognize the recording. They called again yesterday and twice today. I asked who they were by pretending to be interested. Representative "Tyrone" told me to check them out at the website www.aplusfinancialcenters.com, which is where I got the phone number listed above. I informed Tyrone that I was reporting them to the Do Not Call Registry since I had asked nicely twice, and they continued to call me several more times. | | |
| **Consumer** | | | |
| **First Name:** | Sandra | **Last Name:** | Schmitz |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Lansdale | **State/Prov:** | Pennsylvania |
| **ZIP:** | ███ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | A+ Financial Centers | **State:** | |
| **Country Code:** | | **Phone Number:** | (877) 7482626 |

█████████  ██████

**PX 2-1**   **Tyndall Attachment J22**

Record Details                                                                    Page 2 of 2

🔍 **Do Not Call Complaints**

| Record # 134 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 31835298 | Is Phone in Registry?: | Yes |
| Complaint Date: | 8/4/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Web |
| Transaction Date: | 8/4/2011 | Transaction Time: | 12:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | The autodial number they used to call me was 618-355-1148. I got their toll free number off their website, http://aplusfinancialcenters.com | | |
| Consumer | | | |
| First Name: | Lester | Last Name: | Larkin |
| Address 1: | ███████████ | Address 2: | |
| City: | Mundelein | State/Prov: | Illinois |
| ZIP: | ██████ | Phone Number: | ██████████ |
| Subject | | | |
| Company Name: View Similar Complaints | A+ Financial Centers, Llc. | State: | |
| Country Code: | | Phone Number: | (877) 7482626 |

███████████  ██████

Record Details

## 🔍 Do Not Call Complaints

| Record # 91 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 32212514 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 8/30/2011 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 7/28/2011 | **Transaction Time:** | 3:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | At first it was a recording stating they were bancard svcs (so I thought it was my bank) then switched to a live person with A+ Fiancial stating that they would help me bring my interest rates down at no out of pocket to me. I asked on several occasions about their refund policy. They told me not to worry. I have 72 hours after receiving their information to call back if I decide not to use their services. As soon as I received the package, I reveiwed the documentation and decided not to go with their services. I called to cancel and they said they do not have a cancellation policy but they have a refund policy only if they cannot show me savings. I contacted my bank to challenge the charge. The company has called me back one more time and I again told them to not contact me. The other number they called me from was 281-982-2498 | | |
| **Consumer** | | | |
| **First Name:** | Shannon | **Last Name:** | Edwards |
| **Address 1:** | ███████████ | **Address 2:** | |
| **City:** | Moorpark | **State/Prov:** | California |
| **ZIP:** | ██ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** | Bancard Then Switched To A+ Financial Centers, Llc | **State:** | |
| View Similar Complaints | | | |
| **Country Code:** | | **Phone Number:** | 75000227154 |

████████  ████



🖶 PRINT

## 🔍 Do Not Call Complaints

| Record # 34 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 32533976 | Is Phone in Registry?: | Yes |
| Complaint Date: | 9/20/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 9/20/2011 | Transaction Time: | 2:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | My Grandmother received one of these calls today. Starts with a recording from Rachel at Card Services, push a button to speak to someone now. She's in the process of cancelling one of her credit cards now because they had information for her Target account and she foolishly gave the security code to the representative she spoke with. I didn't stop her in time, so I got on the phone in her place. When I looked it up, I found a report from the Star-Tribune regarding this scam. I was transferred when I started asking questions to an individual who said that for $795.00 added to my debt they would guarantee me an interest savings of $1500. The gentleman told me that they were A Plus Financial Center, and that they contracted with all credit card companies for the ability to reduce the interest rates. I told him I was not interested and hung up. | | |
| Consumer | | | |
| First Name: | Jennifer | Last Name: | McWhinnie |
| Address 1: | ███████ | Address 2: | |
| City: | Berwyn | State/Prov: | Illinois |
| ZIP: | ████ | Phone Number: | ███████ |
| Subject | | | |
| Company Name: | Caller Id Ryan Dubois/ Cardholder Services/a Plus Financial | State: | Oregon |
| Country Code: | | Phone Number: | (503) 4685336 |

Provided by the Federal Trade Commission

# PX 2-1          Tyndall Attachment J25



🖨 PRINT

## 🔍 Do Not Call Complaints

| Record # 95 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 32762149 | Is Phone in Registry?: | Yes |
| Complaint Date: | 10/3/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 10/3/2011 | Transaction Time: | 4:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | A recorded voice for the company gives a message aboutlowering my interest rates. Says that they have left several messages and this is my last chance to take advantage of their interest lowering service. This company has left messages and I have now talked with two representatives for the company when I answered the phone. After the introductory recorded message punching "1" on the phone gets you to a live representative. The first representative hung up before I got any information about the company.The second person I was able to keep on the phone long enough to get the company's name and phone number and the representative gave me the name he was using, Joe Sullivan. He names the company first as Card Services, a 2nd time as Card Services, a 3rd time as **A Plus Financial**. That company gets my name and information from Equifax. Equifax data indicates to him my interest rates are too high. He says his call back number is 8778799620. I say I pay off my bill each month. He hangs up. | | |
| Consumer | | | |
| First Name: | Paulette | Last Name: | Hervi Hughes |
| Address 1: | ▮▮▮▮▮▮ | Address 2: | |
| City: | Highland Heights | State/Prov: | Ohio |
| ZIP: | ▮▮ | Phone Number: | ▮▮▮▮▮▮ |
| Subject | | | |
| Company Name: | A+ Financial | State: | |
| Country Code: | | Phone Number: | (877) 8799620 |

Provided by the Federal Trade Commission

# PX 2-1    **Tyndall Attachment J26**

## 🔍 Identity Theft Complaints

| Record # 63 of 141 / Identity Theft Complaints | | | | | |
|---|---|---|---|---|---|
| FTC Reference Number: | 32831991 | Contact Type: | Complaint | Originator Reference Number: | |
| Complaint Source: | FTC Call Center | Source: | | Language: | English |
| Agency Contact Method: | Phone | Entered Date: | 10/6/2011 10:43:17 AM | Entered By: | ELOUDERMILK |

| Complaint Details | | | | | |
|---|---|---|---|---|---|
| Verified IDT Complaint?: | | Updated Date: | | Updated By: | |
| Number of Accounts Affected: | | First Occurred Date: | | First Noticed Date: | |
| Total Amount Obtained by Subject: | | Total Amount Lost by Victim: | | Theft Via Internet?: | Don't know |
| Did You Authorize Anyone to Use Your ID? : | No | Did You Receive Any Benefits?: | No | Are You Willing to Press Charges?: | No |
| Inaccurate Credit Report Info.1: | | Inaccurate Credit Report Info.2: | | Inaccurate Credit Report Info.3: | |
| Credit Inquiry 1: | | Credit Inquiry 2: | | Credit Inquiry 3: | |
| Member of armed forces or dependent?: | No | | | | |
| Non-Monetary Harm: | | | | | |
| Comments: | Consumer reports she had given her cc info to someone posing to be with A Plus Financial. She was contacted by them offering to reduce her interest rates of her cc. Consumer gave all her cc info and then attempts have been made to buy airline tickets to the UK. | | | | |
| Additional Comments: | | | | | |

| Consumer | | | | | |
|---|---|---|---|---|---|
| First Name: | Cynthia | Last Name: | Pagel | Middle Name: | |
| Business Name: | | Address 1: | ▮▮▮▮▮ | Address 2: | |
| City: | Downingtown | State/Province: | Pennsylvania | ZIP: | ▮▮▮ |
| Country: | UNITED STATES | Lived Here Since: | ▮▮▮▮ | Driver License/State ID - Issued State: | |
| Work Number: | | Work Phone Extension: | | Home Number: | ▮▮▮▮▮ |
| Fax Number: | | Cell Number: | | Email: | ▮▮▮▮▮▮ |
| Date of Birth: | ▮▮▮ | Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | | | |

| Subject | | | | | |
|---|---|---|---|---|---|
| Suspect | | | | | |
| Alias First Name(s): | | Alias Last Name(s): | | Alias Middle Name(s): | |
| Company | | | | | |

**PX 2-1**          **Tyndall Attachment J27**

| Name(s): | | | | | |
|---|---|---|---|---|---|
| Address 1: | | Address 2: | | City: | |
| State: | | Zip: | | Country: | |
| Email: | | | | | |
| Phone Area Code: | | Number: | | Extension: | |
| Victim Relationship: | | Method of Obtaining Information: | | Additional Information: | |

### Incidents

**Incident**

| Theft Type: | Other Identity Theft - Attempt | Date of Theft: | | Theft Amount: | |
|---|---|---|---|---|---|

### Law Enforcement

| LE 1 - Department: | | Contact Person: | | State/Province: | |
|---|---|---|---|---|---|
| Phone Number: | | Notified Law Enforcement?: | | Report Taken?: | |
| Report Number: | | Report Taken Date: | | | |

### Credit Bureau

| CB 1 - Name: | Experian | | | | |
|---|---|---|---|---|---|
| Notified?: | Yes | Fraud Alert on File?: | Yes | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | | | |
| CB 2 - Name: | Equifax | | | | |
| Notified?: | Yes | Fraud Alert on File?: | Yes | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | - | | |
| CB 3 - Name: | Transunion | | | | |
| Notified?: | Yes | Fraud Alert on File?: | Yes | Credit Report Ordered?: | No |
| Have Dispute?: | No | Violation(s): | - | | |

██████████ ██████

**PX 2-1**        **Tyndall Attachment J28**

🔍 **Consumer Sentinel Network Complaints**

**Record # 65 of 141 / Consumer Sentinel Network Complaints**

| | | | |
|---|---|---|---|
| **Reference Number:** | 33016481 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | N |
| **Comments:** | I provided a credit card number for a charge to be processed and then researched to find what looks like a scam operation. I want to cancel the charge but no one answers the phone and now opportunity to leave a message. I see on your site that it is prohibited for such companies to collect payment before savings are shown. This payment was made even before the application was received. | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 10/16/2011 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Credit Repair |
| **Amount Requested:** | $695.00 | **Amount Paid:** | $695.00 |
| **Payment Method:** | Discover Credit Card | **Agency Contact:** | Internet |
| **Complaint Date:** | 10/16/2011 | **Transaction Date:** | 10/13/2011 |
| **Initial Contact:** | Phone | **Initial Response:** | |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | | |

**Consumer Information**

**Consumer**

| | | | |
|---|---|---|---|
| **Complaining Company/Org:** | | | |
| **First Name:** | Stacy | **Last Name:** | Kuyk-White |
| **Address 1:** | ▇▇▇▇▇ | **Address 2:** | |
| **City:** | New Cumberland | **State:** | Pennsylvania |
| **Zip:** | | **Country:** | UNITED STATES |
| **Home Number:** | ▇▇▇▇ | **Work Number:** | ▇▇▇▇ |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ▇▇▇▇▇▇ | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |

**Subject**

| | | | |
|---|---|---|---|
| **Subject: View Similar Complaints** | A Plus Financial Centers | | |
| **Address:** | | | |
| **City:** | | **State/Prov:** | |

**PX 2-1**        **Tyndall Attachment J29**

Record Details

| | | | | |
|---|---|---|---|---|
| **ZIP:** | | **Country:** | United States | |
| **Email:** | | **URL:** | | |
| **Area Code:** | 877 | **Phone Number:** | 7482626 | |
| **Ext:** | 223 | | | |
| **Representative Name:** | Fred | **Title:** | Senior executive | |

$\mathcal{P}$ **Consumer Sentinel Network Complaints**

| Record # 57 of 141 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 33182674 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | | DNC? | Y |
| Comments: | Consumer is on the NDNC registry and has been receiving automated calls from Card Services offering to ower cc interest rates. Consumer has requested the calls stop, but they continue. When consumer speaks with someone, she's transfered to A+ Financial. Consumer states charges appear as Accelarated Finance. UPDATE 11/17/11: Consumer called to give an additional phone #.jdye | | |
| Data Reference: | | | |
| Entered By: | JATKINSON | Entry Date: | 10/26/2011 |
| Updated By: | JDYE | Updated Date: | 11/17/2011 |
| Complaint Source: | FTC Call Center | Product Service Code: | Debt Management/Credit Counseling |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 11/17/2011 | Transaction Date: | 8/26/2011 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: DNC: Ignoring Your Prior Request to that Specific Entity TSR: DNC: Violating the Registry TSR: Making a recorded sales pitch |
| Topic: | Do Not Call | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Angel | Last Name: | Gordon |
| Address 1: | | Address 2: | |
| City: | Fairmont | State: | Minnesota |
| Zip: | | Country: | UNITED STATES |
| Home Number: | | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: View Similar Complaints | Card Services | | |

**PX 2-1**          **Tyndall Attachment J31**

Record Details

| | | | |
|---|---|---|---|
| **Address:** | | | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | |
| **Email:** | | **URL:** | |
| **Area Code:** | 503 | **Phone Number:** | 4571836 |
| **Ext:** | | | |
| **Representative Name:** | Ron ext 232<br>Frank ext 221 | **Title:** | |

| **Associated Subjects** |
|---|

| | | | |
|---|---|---|---|
| **Company:**<br>**View Similar Complaints** | A+ Financial Centers | | |
| **Company Type:** | Other | | |
| **Address:** | | | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | |
| **Email:** | | **URL:** | |
| **Area Code:** | 772 | **Phone Number:** | 4081330 |
| **Ext:** | | | |
| **Company:**<br>**View Similar Complaints** | Accelarated Finance | | |
| **Company Type:** | Other | | |
| **Address:** | | | |
| **City:** | | **State/Prov:** | |
| **ZIP:** | | **Country:** | |
| **Email:** | | **URL:** | |
| **Area Code:** | | **Phone Number:** | |
| **Ext:** | | | |

**PX 2-1**          **Tyndall Attachment J32**



🖨 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 8 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 33384788 | **Originator Reference Number:** | 394498 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | N |
| **Comments:** | Resolution: Resolution-CLOSED ADJUSTED --- Status: Closed --- Estimated Savings: 0.00 --- Actual Savings: 895.00 --- WAG Resolution Date: 10/6/2011 9:40:50 AM | | |
| **Data Reference:** | | | |
| **Entered By:** | WA01-USER | **Entry Date:** | 9/16/2011 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Washington, Attorney General | **Product Service Code:** | Debt Management/Credit Counseling Credit Repair |
| **Amount Requested:** | $895.00 | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 9/16/2011 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | | |
| **Consumer Information** | | | |
| Consumer | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Charles | **Last Name:** | Robbins III |
| **Address 1:** | ▇▇▇▇ | **Address 2:** | |
| **City:** | BLAINE | **State:** | Washington |
| **Zip:** | ▇ | **Country:** | UNITED STATES |
| **Home Number:** | ▇▇▇▇ | **Work Number:** | ▇▇▇▇ |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ▇▇▇▇ | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |
| **Subject** | | | |
| **Subject:** | A+ Financial Center, Llc | | |
| **Address:** | | | |
| **City:** | Port Saint Lucie | **State/Prov:** | Florida |
| **ZIP:** | 34952-5315 | **Country:** | United States |
| **Email:** | | **URL:** | |

## PX 2-1          **Tyndall Attachment J33**

| Area Code: | 877 | | Phone Number: | 7482626 |
|---|---|---|---|---|
| Ext: | | | | |
| Representative Name: | | | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**    **Tyndall Attachment J34**



🖶 PRINT

## 🔍 Do Not Call Complaints

| Record # 96 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 33437627 | Is Phone in Registry?: | Yes |
| Complaint Date: | 11/10/2011 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 11/10/2011 | Transaction Time: | 1:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | No |
| Requested entity to stop calling?: | No | | |
| Comments: | The caller stated that he had no knowledge of any National "Do Not Call Register" and if he did it was not his job to determine who is to be called. | | |
| **Consumer** | | | |
| First Name: | John | Last Name: | Rader |
| Address 1: | ▮▮▮▮▮ | Address 2: | |
| City: | Tyler | State/Prov: | Texas |
| ZIP: | ▮▮▮ | Phone Number: | ▮▮▮▮▮▮ |
| **Subject** | | | |
| Company Name: | Teclo(shown On Phone)they Said It Was A-plus Financial | State: | Oregon |
| Country Code: | | Phone Number: | (971) 2201002 |

Provided by the Federal Trade Commission

## PX 2-1        **Tyndall Attachment J35**



🖨 PRINT

## 🔍 Do Not Call Complaints

| Record # 40 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 33664923 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 11/26/2011 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Internet |
| **Transaction Date:** | 11/26/2011 | **Transaction Time:** | 12:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | It starts as a robocall from "Member Card Services" from Gresham, OR with an aggressive warning about missing a deadline regarding your credit cards, and instructions to dial "1" to reach a person. After many robocalls, I have pressed "1" in the past and VERY STRONGLY told them I was on the do-not-call registry and wanted no more calls, prompting their immediate hangup. Today, I spoke with Brandon who gave their www.aplusfinancialcenter.com webpage to further pursue their business after I checked my current credit card interest rates... If this is suffient information to identify an illegal violation of the do-not-call registry, I wish to support prosecution. According to various internet blogs, this phone number has been doing this to many people for a very long time. Why can't you stop them? Regards and thanks, Bill Bartholet | | |
| **Consumer** | | | |
| **First Name:** | Bill | **Last Name:** | Bartholet |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Issaquah | **State/Prov:** | Washington |
| **ZIP:** | ███ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** | A+ Financial Center, Austin, Tx | **State:** | Oregon |
| **Country Code:** | | **Phone Number:** | (971) 2201771 |

Provided by the Federal Trade Commission

# PX 2-1            **Tyndall Attachment J36**