## $\mathcal{P}$ Consumer Sentinel Network Complaints

| Record # 58 of 141 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 33669720 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | | DNC? | Y |
| Comments: | The consumer is reporting a complaint against **A Plus Financial** a Telemarketer / debt management company. Consumer stated the company calls, with a recording, offering to lower credit card interest rates. Consumer stated the company wanted to collect a 680.00 upfront fee for tehir services. | | |
| Data Reference: | | | |
| Entered By: | RBERMUDEZ | Entry Date: | 11/28/2011 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Debt Management/Credit Counseling |
| Amount Requested: | $680.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 11/28/2011 | Transaction Date: | 11/26/2011 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Answer cold call |
| Statute/Rule: | FTC Act Sec 5 (BCP) Telemarketing Sales Rule | Law Violation: | Deception/Misrepresentation Collects Unauthorized Interest\Fees\Expenses TSR: DNC: Violating the Registry |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |
| **Consumer Information** | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Peggy | Last Name: | Hutchinson |
| Address 1: | ▮▮▮▮▮ | Address 2: | |
| City: | Downingtown | State: | Pennsylvania |
| Zip: | ▮▮▮▮ | Country: | UNITED STATES |
| Home Number: | ▮▮▮▮▮ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ▮▮▮▮▮ | Age Range: | ▮▮▮ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | | | |
| View Similar Complaints | A Plus Financial | | |
| Address: | | | |
| City: | | State/Prov: | |

## PX 2-1    Tyndall Attachment J37

| ZIP: | | Country: | |
|---|---|---|---|
| Email: | | URL: | |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | | Title: | |
| **Associated Subjects** | | | |
| Company: View Similar Complaints | Telco | | |
| Company Type: | Affiliate | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |
| Email: | | URL: | |
| Area Code: | 971 | Phone Number: | 2201002 |
| Ext: | | | |
| Company: View Similar Complaints | Accelarated Finance | | |
| Company Type: | Affiliate | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |
| Email: | | URL: | |
| Area Code: | 772 | Phone Number: | 4881300 |
| Ext: | | | |

**PX 2-1**          **Tyndall Attachment J38**

## 🔍 Do Not Call Complaints

| Record # 97 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 33819133 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 12/6/2011 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 12/6/2011 | **Transaction Time:** | 5:00:00 PM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | This is the second call received in less than 2 hours. Instead of "credit card services", the voice activiated message was from "Card Member Services". They said (once again) that it would be the last time they would call us to offer a lower interest rate on our credit cards. I hit "1" and spoke with Sherry, who said "I've been told you are interested in lowering your credit card rate". I asked for the name of the company and she replied, A Plus Financial. Then she questioned me again, to which I asked where this business was located. At that point, she hung up the phone. Our caller ID showed the call originated from Gresham OR. These continual calls are becoming ridicilous, particularly since we are on the do not call list. | | |
| **Consumer** | | | |
| **First Name:** | Karen | **Last Name:** | Stanson |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Aurora | **State/Prov:** | Ohio |
| **ZIP:** | ████ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | Card Member Services | **State:** | Oregon |
| **Country Code:** | | **Phone Number:** | (971) 2201002 |

███████  ████

**PX 2-1**     **Tyndall Attachment J39**

## 🔍 Identity Theft Complaints

| Record # 62 of 141 / Identity Theft Complaints | | | | | |
|---|---|---|---|---|---|
| FTC Reference Number: | 35744558 | Contact Type: | Request for Information | Originator Reference Number: | |
| Complaint Source: | FTC Online Complaint Assistant (IDT) | Source: | | Language: | English |
| Agency Contact Method: | Internet | Entered Date: | 3/7/2012 9:05:00 PM | Entered By: | FTCCIS-FTCUSER |
| **Complaint Details** | | | | | |
| Verified IDT Complaint?: | | Updated Date: | | Updated By: | |
| Number of Accounts Affected: | | First Occurred Date: | | First Noticed Date: | |
| Total Amount Obtained by Subject: | | Total Amount Lost by Victim: | | Theft Via Internet?: | Yes |
| Did You Authorize Anyone to Use Your ID? : | | Did You Receive Any Benefits?: | | Are You Willing to Press Charges?: | |
| Inaccurate Credit Report Info.1: | | Inaccurate Credit Report Info.2: | | Inaccurate Credit Report Info.3: | |
| Credit Inquiry 1: | | Credit Inquiry 2: | | Credit Inquiry 3: | |
| Member of armed forces or dependent?: | No | | | | |
| Non-Monetary Harm: | | | | | |
| Comments: | The company in question is **A+ Financial Centers, LLC**, 10258 S. US Hwy 1, Port Saint Lucie, FL 34952, Toll Free: 877-748-2626. We gave them our credit card number and were charged $795.00 for credit card interest rate reduction services we did not need. It is our fault, but I believe this company is a fraudulent operation. We have stopped the charge and will receive a new credit card number. | | | | |
| Additional Comments: | | | | | |
| **Consumer** | | | | | |
| First Name: | Craig | Last Name: | Willingham | Middle Name: | Allen |
| Business Name: | | Address 1: | ▉▉▉▉▉▉▉ | Address 2: | |
| City: | Germantown | State/Province: | Tennessee | ZIP: | ▉▉▉▉ |
| Country: | UNITED STATES | Lived Here Since: | ▉▉▉▉ | Driver License/State ID - Issued State: | Tennessee |
| Work Number: | ▉▉▉▉ | Work Phone Extension: | | Home Number: | ▉▉▉▉ |
| Fax Number: | | Cell Number: | ▉▉▉▉ | Email: | ▉▉▉▉▉ |
| Date of Birth: | ▉▉▉ | Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | | | |
| **Subject** | | | | | |
| Suspect | | | | | |
| Alias First Name(s): | | Alias Last Name(s): | | Alias Middle Name(s): | |

# PX 2-1                    Tyndall Attachment J40

| Company Name(s): | | | | |
|---|---|---|---|---|
| Address 1: | | Address 2: | | City: |
| State: | | Zip: | | Country: |
| Email: | | | | |
| Phone Area Code: | | Number: | | Extension: |
| Victim Relationship: | | Method of Obtaining Information: | | Additional Information: |

### Incidents

**Incident**

| Theft Type: | Inquiry - Inquiry | Date of Theft: | | Theft Amount: | |
|---|---|---|---|---|---|

### Law Enforcement

| LE 1 - Department: | | Contact Person: | | State/Province: | |
|---|---|---|---|---|---|
| Phone Number: | | Notified Law Enforcement?: | No | Report Taken?: | |
| Report Number: | | Report Taken Date: | | | |

### Credit Bureau

| CB 1 - Name: | | | | |
|---|---|---|---|---|
| Notified?: | | Fraud Alert on File?: | | Credit Report Ordered?: |
| Have Dispute?: | | Violation(s): | | |

# PX 2-1     **Tyndall Attachment J41**



🖨 PRINT

## 🔍 Do Not Call Complaints

| Record # 47 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 35950312 | Is Phone in Registry?: | Yes |
| Complaint Date: | 3/14/2012 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 3/14/2012 | Transaction Time: | 1:00:00 PM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | No | | |
| Comments: | 3rd call this week. They call my cell phone. When I tried to call the number back, got no answer. They call about a credit card, but I don't have one with them. Please make them stop. Could not understand Company name could be "A _____ financial _____" | | |
| **Consumer** | | | |
| First Name: | Penny | Last Name: | Croyle |
| Address 1: | ███████ | Address 2: | |
| City: | Greenwood | State/Prov: | Delaware |
| ZIP: | ██ | Phone Number: | ███████ |
| **Subject** | | | |
| Company Name: | A Plus Financial Services But Unable To Understand The Name | State: | Nevada |
| Country Code: | | Phone Number: | (702) 4392402 |

Provided by the Federal Trade Commission

**PX 2-1**            **Tyndall Attachment J42**



🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 36485055 | Originator Reference Number: | 749198 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC? | N |
| Comments: | NOTE: In addition to the complaint notes immediately below, the Ohio Attorney General's Office provided additional information in fields whose header titles are quoted and follow the complaint notes. — The constituent wanted to report this scam to our office. — Topic Description: No AttorneyThe constituent said he received a call from Credit Card Services. The phone number is 772 408-1340. | | |
| Data Reference: | | | |
| Entered By: | OH01-USER | Entry Date: | 3/29/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Ohio, Attorney General | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 3/29/2012 | Transaction Date: | |
| Initial Contact: | Phone | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau? | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Greg | Last Name: | Bowman |
| Address 1: | ▓▓▓▓▓▓ | Address 2: | |
| City: | NEWCOMERSTOWN | State: | Ohio |
| Zip: | ▓▓▓▓ | Country: | UNITED STATES |
| Home Number: | ▓▓▓▓ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | Credit Card Services | | |
| Address: | UNKNOWN | | |
| City: | Unknown | State/Prov: | |

# PX 2-1          **Tyndall Attachment J43**

| ZIP: | 11111 | Country: | United States |
|---|---|---|---|
| Email: | | URL: | |
| Area Code: | 800 | Phone Number: | 2820515 |
| Ext: | | | |
| Representative Name: | | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**     **Tyndall Attachment J44**

## ⌕ Consumer Sentinel Network Complaints

| Record # 64 of 141 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 36667459 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | Y |
| Comments: | They call multiple times using a bouncer that assigns new numbers with different area codes. Through tracing and tracking, I managed to locate the company as A+ Financial Services. Other-Other Update | | |
| Data Reference: | | | |
| Entered By: | FTCCIS-FTCUSER | Entry Date: | 4/20/2012 |
| Updated By: | CRSS\rmiller | Updated Date: | 4/24/2012 |
| Complaint Source: | FTC Online Complaint Assistant (CIS) | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | Not Reported | Agency Contact: | Internet |
| Complaint Date: | 4/20/2012 | Transaction Date: | 12/10/2011 |
| Initial Contact: | Phone Call: Mobile/Cell | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: DNC: Ignoring Your Prior Request to that Specific Entity<br>TSR: Telemarketing outside 8 a.m.-9 p.m.<br>TSR: Making a recorded sales pitch |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | · | |
| First Name: | Michael | Last Name: | Weiselberg |
| Address 1: | ███████████ | Address 2: | |
| City: | Culver City | State: | California |
| Zip: | ██ | Country: | UNITED STATES |
| Home Number: | ██████ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ███████████ | Age Range: | |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | | | |
| View Similar Complaints | A+ Financial Centers, Llc. | | |
| Address: | 10258 S. US Hwy 1. | | |
| City: | Port Saint Lucie | State/Prov: | Florida |

**PX 2-1**      **Tyndall Attachment J45**

| | | | |
|---|---|---|---|
| ZIP: | 34592 | Country: | United States |
| Email: | save@aplusfinancialcenters.com | URL: | http://aplusfinancialcenters.com/ |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | Tanya Not given | Title: | Account Representative |

**PX 2-1**          **Tyndall Attachment J46**

## Do Not Call Complaints

| Record # 113 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 37339772 | **Is Phone in Registry?:** | No |
| **Complaint Date:** | 5/7/2012 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 5/7/2012 | **Transaction Time:** | 12:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | Yes |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | They kept caling the house for months and I asked them to stop. They gave an option to choose to stop the calls. It didn't. After that I would wait to get a warm body and tell them I belonged to Do Not Call and to stop calling. They would hang up immediately then. Then I decided that maybe they had a service I could use. I started to sign up and found they had lied to me about what they were all about. It took me over a month to get my money back. I had to threaten them. Then today they called again and I asked them to stop calling and I was told that the only way to get them to stop calling was for me to sign up with them. I told them I was going to turn them in with do not call and he was still trying to get me to sign up as I hung up on him. | | |
| **Consumer** | | | |
| **First Name:** | Vicki | **Last Name:** | Eibel |
| **Address 1:** | ██████████████ | **Address 2:** | |
| **City:** | Sandwich | **State/Prov:** | Illinois |
| **ZIP:** | ██ | **Phone Number:** | ███████ |
| **Subject** | | | |
| **Company Name:** | A+ Financial Centers, Llc | **State:** | |
| **View Similar Complaints** | | | |
| **Country Code:** | | **Phone Number:** | |

██████████  ██████

# PX 2-1                            **Tyndall Attachment J47**

## 🔍 Consumer Sentinel Network Complaints

| Record # 2 of 51 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 37617117 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | The first salesman said they would reduce my interest on my accounts. The second salesman tried to offer me a deal but charged the $495 to my account. I just want my money back and for them to leave me alone. They are doing nothing for me. I think they are a scam. | | |
| Data Reference: | | | |
| Entered By: | ECGCUSER | Entry Date: | 5/21/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | Econsumer.gov | Product Service Code: | Shop-at-Home\Catalog Sales Credit Cards |
| Amount Requested: | $895.00 | Amount Paid: | $495.00 |
| Payment Method: | American Express Credit Card | Agency Contact: | Internet |
| Complaint Date: | 5/21/2012 | Transaction Date: | 2/20/2012 |
| Initial Contact: | Internet (Other) | Initial Response: | |
| Statute/Rule: | | Law Violation: | Merchandise or Service Never Received |
| Topic: | | Dispute with Credit Bureau? | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | | |
| Subject | | | |
| Subject: | A+ Financial Centers, Llc | | |
| Address: | 10258 S. US Hwy1 | | |
| City: | Port Saint Lucie, | State/Prov: | Florida |
| ZIP: | 34952 | Country: | United States |
| Email: | save@aplusfinancialcenters.com | URL: | |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | Terry Lawson | Title: | |

PREVIOUS   NEXT

# PX 2-1   **Tyndall Attachment J48**

## ⚲ Consumer Sentinel Network Complaints

### Record # 73 of 141 / Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| Reference Number: | 37736291 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | Consumer keeps receiving robocalls from a cc processing center that can reduce her credit card interest rates to 6 percent. Consumer pressed 1 and she gave out her cc information. | | |
| Data Reference: | | | |
| Entered By: | FMORELOS | Entry Date: | 5/24/2012 |
| Updated By: | FMORELOS | Updated Date: | 5/24/2012 |
| Complaint Source: | FTC Call Center | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 5/24/2012 | Transaction Date: | 1/1/2010 |
| Initial Contact: | Phone Call: Landline | Initial Response: | Unknown |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Making a recorded sales pitch |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |

### Consumer Information

**Consumer**

| | | | |
|---|---|---|---|
| Complaining Company/Org: | | | |
| First Name: | Betty | Last Name: | Bolgar |
| Address 1: | ▆▆▆▆▆ | Address 2: | |
| City: | Yorkville | State: | Illinois |
| Zip: | ▆▆▆ | Country: | UNITED STATES |
| Home Number: | ▆▆▆ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ▆▆▆▆ | Age Range: | ▆▆ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

### Subject

| | | | |
|---|---|---|---|
| Subject: View Similar Complaints | A Plus Financial | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |
| Email: | | URL: | |

## PX 2-1    Tyndall Attachment J49

| Area Code: | 206 | Phone Number: | 4960920 |
|---|---|---|---|
| Ext: | | | |
| Representative Name: | Michael Amy | Title: | |

**PX 2-1**          **Tyndall Attachment J50**

🔍 **Consumer Sentinel Network Complaints**

| Record # 1 of 3 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 37796186 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | Consumer is calling to get informaiton about A+ Finacel Center LLC and if there legitment. Consumer states that they called him to lower his intrase rate on his CC. Consumer was asked for his CC's which he was charged 495 dollars on the CC. Consumer states that it was a fee for there service. | | |
| Data Reference: | | | |
| Entered By: | DPEREZ | Entry Date: | 5/29/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Debt Management/Credit Counseling |
| Amount Requested: | $495.00 | Amount Paid: | $495.00 |
| Payment Method: | | Agency Contact: | Phone |
| Complaint Date: | 5/29/2012 | Transaction Date: | 5/19/2012 |
| Initial Contact: | Phone | Initial Response: | Answer cold call |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Mark | Last Name: | Zimmerman |
| Address 1: | ███████████ | Address 2: | |
| City: | Camp Verde | State: | Arizona |
| Zip: | ██████ | Country: | UNITED STATES |
| Home Number: | ███████ | Work Number: | ███████ |
| Fax Number: | | Ext: | |
| Email: | ███████████ | Age Range: | ████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: View Similar Complaints | A+ Financial Centers Llc | | |
| Address: | 10258 S US HWY 1 | | |
| City: | Port Saint Lucie | State/Prov: | Florida |
| ZIP: | 34952 | Country: | United States |
| Email: | | URL: | |
| Area Code: | 800 | Phone Number: | 3200889 |
| Ext: | | | |
| Representative Name: | | Title: | |

**PX 2-1**          **Tyndall Attachment J51**

## 🔍 Identity Theft Complaints

| Record # 52 / Identity Theft Complaints | | | | | |
|---|---|---|---|---|---|
| **FTC Reference Number:** | 38145129 | **Contact Type:** | Request for Information | **Originator Reference Number:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (IDT) | **Source:** | | **Language:** | English |
| **Agency Contact Method:** | Internet | **Entered Date:** | 6/9/2012 9:49:29 PM | **Entered By:** | FTCCIS-FTCUSER |

| Complaint Details | | | | | |
|---|---|---|---|---|---|
| **Verified IDT Complaint?:** | | **Updated Date:** | | **Updated By:** | |
| **Number of Accounts Affected:** | | **First Occurred Date:** | | **First Noticed Date:** | |
| **Total Amount Obtained by Subject:** | | **Total Amount Lost by Victim:** | | **Theft Via Internet?:** | Yes |
| **Did You Authorize Anyone to Use Your ID? :** | | **Did You Receive Any Benefits?:** | | **Are You Willing to Press Charges?:** | |
| **Inaccurate Credit Report Info.1:** | | **Inaccurate Credit Report Info.2:** | | **Inaccurate Credit Report Info.3:** | |
| **Credit Inquiry 1:** | | **Credit Inquiry 2:** | | **Credit Inquiry 3:** | |
| **Member of armed forces or dependent?:** | No | | | | |
| **Non-Monetary Harm:** | | | | | |
| **Comments:** | A+ Financial Center, LLC (address obtained via BBB website: 10258 S. US Hwy 1, Port Saint Lucie, FL 34952-5615). This business has violated the DO NOT CALL REGISTRATION for my phone. They also misrepresented themselves by disclosing their business name as "National Card Member Services for Visa, Master Card, Discover & American Express". They claim I was chosen to receive their assistance due to my excellent payment history and my high credit score. When I asked questions, trying to confirm who they were the first person who initiated phone contact with me gave me his name as "Joseph Phillips". This person assured me that he was representing the "National Card Member Services for Consumers" Mr Phillips requested a credit card number specifically with a balance not close to its limit as well as my last 4 digits of my SSN and my address zip code. I was embarrassed to admit that I gave him this info. He then transferred me to a "Senior Account Executive", this given to me was "Lashaun Davis". Mr Davis wanted me to give permission to charge my credit card for their services of lowering my overall interest rates. When I declined, Mr Davis acted angry and began to argue that I should expect to pay for their services and don't I understand that they deserve to be paid? I politely declined again and asked about their business name and who they are with again. Mr Davis then became rude and flippant stating he doesn't understand why I am so willing to pay higher interest rates. I told him I did not want to argue but I am concerned with this conversation, the phone call ended abruptly by Mr Davis. After the phone conversation ended I became very concerned the information I gave them could allow harm to my credit or create ID theft. I identified the company by searching the contact phone number given to me "1-877-748-2626" but the call came to my phone from 1-971-220-1002. I called the 877 phone number and asked to ta k to a manager of the business and was transferred to "Todd Nelson". He told me I was wrong to not accept their special offer and I am not to bothering calling his business again. I am very alarmed that this happened, I cancelled my credit card given but I am afraid they can still do harm to me. I am seeking guidance and assurance that I am not at risk of fraudulent risk from this business and I want them to be required to follow the DO NOT CALL regulations. | | | | |
| **Additional Comments:** | | | | | |

| Consumer | | | | | |
|---|---|---|---|---|---|
| **First Name:** | Cheryl | **Last Name:** | Corniel | **Middle Name:** | |
| **Business Name:** | | **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Marysville | **State/Province:** | California | **ZIP:** | ███ |

# PX 2-1         **Tyndall Attachment J52**

Untitled Page                                                                 Page 3 of 3

| Country: | UNITED STATES | Lived Here Since: | | Driver License/State ID - Issued State: | |
|---|---|---|---|---|---|
| Work Number: | ███████ | Work Phone Extension: | | Home Number: | ███████ |
| Fax Number: | | Cell Number: | | Email: | ███████ |
| Date of Birth: | | Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | | | |

| Subject | | | | | |
|---|---|---|---|---|---|
| **Suspect** | | | | | |
| Alias First Name(s): | | Alias Last Name(s): | | Alias Middle Name(s): | |
| Company Name(s): | | | | | |
| Address 1: | | Address 2: | | City: | |
| State: | | Zip: | | Country: | |
| Email: | | | | | |
| Phone Area Code: | | Number: | | Extension: | |
| Relationship: | | Additional Information: | | Method of Obtaining Information: | |

| Incidents | | | | | |
|---|---|---|---|---|---|
| **Incident** | | | | | |
| Theft Type: | Inquiry - Inquiry | Date of Theft: | | Theft Amount: | |
| **Law Enforcement** | | | | | |
| LE 1 - Department: | | Contact Person: | | State/Province: | |
| Phone Number: | | Notified Law Enforcement?: | | Report Taken?: | No |
| Report Number: | | Report Taken Date: | | | |
| **Credit Bureau** | | | | | |
| CB 1 - Name: | | | | | |
| Notified?: | | Fraud Alert on File?: | | Credit Report Ordered?: | |
| Have Dispute?: | | Violation(s): | | | |

Provided by the Federal Trade Commission

## PX 2-1   Tyndall Attachment J53

## ⌕ Do Not Call Complaints

| Record # 103 of 139 / Do Not Call Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 38203112 | **Is Phone in Registry?:** | Yes |
| **Complaint Date:** | 6/9/2012 | **Product Service Code:** | National Do Not Call Registry |
| **Complaint Source:** | National Do Not Call Registry | **Complaint Channel:** | Web |
| **Transaction Date:** | 6/9/2012 | **Transaction Time:** | 12:00:00 AM |
| **Existing Business Relationship?:** | No | **Pre-recorded message?:** | No |
| **Requested entity to stop calling?:** | Yes | | |
| **Comments:** | A+ Financial Center, 10258 S. US Hwy 1, Port Saint Lucie, FL 34952 violated the DO NOT CALL REGISTRATION on my phone, misrepresented themselves, disclosed business name as "National Card Member Services for Visa, Master Card, Discover & American Express". Claimed I was chosen for my excellent payment history, high credit score. Rep's name, Joseph Phillips, requested a credit card number w/balance not close to limit, last 4 digits of my SSN, my zip code. Embarrassed, I gave the info. Transferred to Senior Account Executive-Lashaun Davis. He wanted permission to charge my credit card for services to lower interest rates. I declined, he became rude/flippant. Stated doesn't understand willingness to pay high % rates. Told him I'm concerned, he ended call. I identified company via contact number given 877-748-2626, call came to my phone thru 1-971-220-1002 tho. Asked for manager-Todd Nelson was angry and stated I was wrong not accept and not to call him again-Cancelled crdt card/scared! | | |
| **Consumer** | | | |
| **First Name:** | Cheryl | **Last Name:** | Corniel |
| **Address 1:** | ████████ | **Address 2:** | |
| **City:** | Marysville | **State/Prov:** | California |
| **ZIP:** | ██ | **Phone Number:** | ████████ |
| **Subject** | | | |
| **Company Name:** **View Similar Complaints** | A+ Financial Center, Llc | **State:** | Oregon |
| **Country Code:** | | **Phone Number:** | (971) 2201002 |

## PX 2-1            Tyndall Attachment J54



🖶 PRINT

## 🔍 Do Not Call Complaints

| Record # 1 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 39072387 | Is Phone in Registry?: | No |
| Complaint Date: | 7/16/2012 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 7/9/2012 | Transaction Time: | 12:00:00 AM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | I continully get robo/pre recorded calls from this company located in Port St Lucie, FL. i have looked them up and they are severly breaking the telemarkting law already in 2 states which are West Virgina and also Missouri | | |
| Consumer | | | |
| First Name: | Rob | Last Name: | Associated |
| Address 1: | ██████ | Address 2: | |
| City: | Burlington | State/Prov: | New Jersey |
| ZIP: | ██ | Phone Number: | ██████ |
| Subject | | | |
| Company Name: | A+ Financial Center Llc | State: | |
| Country Code: | | Phone Number: | 0000000 |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J55**

**CONSUMER SENTINEL NETWORK**
*Law enforcement's source for consumer complaints*

🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| | | | |
|---|---|---|---|
| **Record # 1 / Consumer Sentinel Network Complaints** | | | |
| **Reference Number:** | 39306179 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | N |
| **Comments:** | I was contacted by phone on Saturday August 4, 2012 by **A PLUS FINANCIAL CENTER**. I did not ask for this call. I thought that this company was my banking institution because it has a similar name.This company tries to get a person to tell information about your credit card interest rate. The company tells you that they can lower your interest rate and saving you $1500.00 dollars a year in interest by getting in touch with your creditors and negotiating on your behalf. In return they wanted a fee of $595.00. I did not understand completely that they were taking the money before any service had taken place. I still thought it was connected to my banking institution. I felt I was totally misled.I felt pressured to continue in the negotiation even though I said my debt would be paid off in two months.But they said the interest rate would be lowered across the board to 3 percent forever. I thought after giving a credit card number I would have 72 hours to cancel the transaction. I attempted to call the company numerous times on Saturday and Sunday and again today Monday. I also tried to register and complaint on their web site but it just erased it when I clicked enter. I then proceeded to email the company all within a 12 hour period of time. As of this day no contact with the company has be received . I realized Saturday night to call Discover Card to cancel the transaction. But to no avail. They did close the account, saying this company will try to take more money from me. My only recourse is to try and get the money back from A **PLUS FINANCIAL CENTER**,but how? I saw online that the FTC has all ready brought a suit against this company in 2009. I would like to know how to proceed if I pay the Discover bill and what about any other paper work I might receive from this company? How can others not fall for this company. This company is very persuasive. 08/06/12 UPD She asked what to do about making payments to the company. epritsch. | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 8/6/2012 |
| **Updated By:** | EPRITSCH1 | **Updated Date:** | 8/6/2012 |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Other (Note in Comments) |
| **Amount Requested:** | $595.00 | **Amount Paid:** | $595.00 |
| **Payment Method:** | Discover Credit Card | **Agency Contact:** | Phone |
| **Complaint Date:** | 8/6/2012 | **Transaction Date:** | 8/4/2012 |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | Telemarketing Sales Rule | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | N | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | N |
| **Member of armed forces or dependent?** | No | | |
| **Consumer Information** | | | |
| **Consumer** | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Pamela | **Last Name:** | Parrott |
| **Address 1:** | ███████████ | **Address 2:** | |
| **City:** | Stockton | **State:** | California |

# PX 2-1           **Tyndall Attachment J56**

| Zip: | ███ | Country: | UNITED STATES |
| Home Number: | ███ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | ███ | Age Range: | ███ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |

| Subject | | | |
|---|---|---|---|
| Subject: | Ixe Accelerated Financial Center | | |
| Address: | 10258 S US Highway 1 | | |
| City: | Port St.lucie | State/Prov: | Florida |
| ZIP: | 34952 | Country: | United States |
| Email: | service@aplusfinancialcenters.com | URL: | |
| Area Code: | 772 | Phone Number: | 4081126 |
| Ext: | | | |
| Representative Name: | Paul Bennett | Title: | |

Provided by the Federal Trade Commission

# PX 2-1        Tyndall Attachment J57



🖨 PRINT

🔍 **Do Not Call Complaints**

**Record # 1 / Do Not Call Complaints**

| | | | |
|---|---|---|---|
| Reference Number: | 39810970 | Is Phone in Registry?: | Yes |
| Complaint Date: | 8/16/2012 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 4/1/2012 | Transaction Time: | 12:00:00 AM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | I had received RO-BO calls over several months and never accepted the calls and asked that they not call again to no avail. The last call that I received on 08/14/2012 I decided to accept the call to find out what it was about, then I fell into the "TRAP" of them helping me with lowering my credit card interest rates!It bothered me and stayed on my mind constant for the last two days of what I did with this company, that I called them back and spoke with Micheal Singh about my concerns and he reassured me that I had nothing to worry about as their company was "approved and backed by the federal"government!It still continued to way on my mind so bad that my wife started to investigate on the internet and found other negative information about this company. I called Sears, as this is the credit card the company was to charge the $495.00 fee to, they said it had been approved and I could do nothing about dispute until it post to my account in the next 48-72 hours, for now I wait. | | |

**Consumer**

| | | | |
|---|---|---|---|
| First Name: | Tony | Last Name: | Mullins |
| Address 1: | ███████████ | Address 2: | |
| City: | Bellville | State/Prov: | Ohio |
| ZIP: | ██ | Phone Number: | ███████ |

**Subject**

| | | | |
|---|---|---|---|
| Company Name: | A+ Financial Center | State: | |
| Country Code: | 1 | Phone Number: | (877) 7482626 |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J58**



🖨 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 2 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 39842858 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?** | N |
| **Comments:** | Received a phone call from A Financial Centers,LLC telling me that Card Member Services refered them to us in regards to reducing the interest rates on our credits cards. Todd Nelson told me that our credit card interest rates would be reduced anywhere from 0 to 9 fixed rate for the life of the credit cards,and we would be able to still use the credit cards with no out of pocket cost to us. However they did say there was a fee for the service in tha amount of $695.00 which was based on a sliding scale.On June 13,2012 I spoke with Brian Jenson who would be handling my account. I was informed that it would take up to 7 to 10 businees days to process my application. As of now, August 27, 2012 we have not received anything that was promise us. After makins serveral phone calls, with no results. At this point we would like to have the money returned back on the credit card. Other-Other Update | | |
| **Data Reference:** | | | |
| **Entered By:** | FTCCIS-FTCUSER | **Entry Date:** | 8/27/2012 |
| **Updated By:** | CRSS\tiacobucci | **Updated Date:** | 8/28/2012 |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Code:** | Debt Management\Credit Counseling |
| **Amount Requested:** | $695.00 | **Amount Paid:** | $695.00 |
| **Payment Method:** | Visa Credit Card | **Agency Contact:** | Internet |
| **Complaint Date:** | 8/27/2012 | **Transaction Date:** | 5/19/2012 |
| **Initial Contact:** | Phone Call: Landline | **Initial Response:** | Answer cold call |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) Telemarketing Sales Rule | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | | |
| **Consumer Information** | | | |

**Consumer**

| | | | |
|---|---|---|---|
| **Complaining Company/Org:** | | | |
| **First Name:** | Deborah Jean | **Last Name:** | Cheshire |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | Shirley | **State:** | New York |
| **Zip:** | ███ | **Country:** | UNITED STATES |
| **Home Number:** | ███████ | **Work Number:** | |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ████████ | **Age Range:** | ███ |
| **Military Service Branch:** | | **Soldier Status:** | |

## PX 2-1         **Tyndall Attachment J59**

| Soldier Station: | | | |
|---|---|---|---|
| **Subject** | | | |
| Subject: | A+ Financial Centers, Llc | | |
| Address: | 10258 S. US Hwy 1 | | |
| City: | Port Saint Lucie | State/Prov: | Florida |
| ZIP: | 34952 | Country: | United States |
| Email: | Save@aplusfinanicalcenters.com | URL: | aplusfinanicalcenters.com |
| Area Code: | 800 | Phone Number: | 3200889 |
| Ext: | | | |
| Representative Name: | Todd Nelson | Title: | General Manager |



Provided by the Federal Trade Commission

**PX 2-1**      **Tyndall Attachment J60**



[PRINTER ICON] <u>PRINT</u>

## [MAGNIFYING GLASS] Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 40233036 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | N |
| Comments: | Consumer has stated that she has been recieving robo-calls from a debt managment program. **A Financial Center** is calling to offer a lower interest rate on her credit card. Consumer is register with the DNC list. | | |
| Data Reference: | | | |
| Entered By: | RPEREZ | Entry Date: | 9/7/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Debt Management\Credit Counseling |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 9/7/2012 | Transaction Date: | |
| Initial Contact: | Phone | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Other Deception or Abuse (note in comments) |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |
| **Consumer Information** | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Mary | Last Name: | Bransted |
| Address 1: | ███████████ | Address 2: | |
| City: | Menomone | State: | Wisconsin |
| Zip: | ████ | Country: | UNITED STATES |
| Home Number: | ████████ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | ████ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| **Subject** | | | |
| Subject: | A+ Financial Center | | |
| Address: | | | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |

# PX 2-1       **Tyndall Attachment J61**

| Email: | | URL: | |
|---|---|---|---|
| Area Code: | 800 | Phone Number: | 3200889 |
| Ext: | | | |
| Representative Name: | | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**          **Tyndall Attachment J62**



🖶 PRINT

## 🔍 Consumer Sentinel Network Complaints

| Record # 1 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| Reference Number: | 40968156 | Originator Reference Number: | · |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC? | Y |
| Comments: | Coonsumer is getting calls from Consumer has received calls from someone offering to lower consumer's credit card interest rates. | | |
| Data Reference: | | | |
| Entered By: | RLOPER | Entry Date: | 10/9/2012 |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Call Center | Product Service Code: | Telemarketing, Other |
| Amount Requested: | $0.00 | Amount Paid: | $0.00 |
| Payment Method: | Unknown | Agency Contact: | Phone |
| Complaint Date: | 10/9/2012 | Transaction Date: | 10/1/2011 |
| Initial Contact: | Phone | Initial Response: | Answer cold call |
| Statute/Rule: | Telemarketing Sales Rule | Law Violation: | TSR: Other Deception or Abuse (note in comments) TSR: DNC: Violating the Registry |
| Topic: | Do Not Call | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | N | Dispute with Credit Bureau - Resolved to Satisfaction?: | N |
| Member of armed forces or dependent?: | No | | |
| Consumer Information | | | |
| Consumer | | | |
| Complaining Company/Org: | | | |
| First Name: | Gary | Last Name: | Miller |
| Address 1: | ▉▉▉▉ | Address 2: | |
| City: | Campbell Hill | State: | Illinois |
| Zip: | ▉▉▉ | Country: | UNITED STATES |
| Home Number: | ▉▉▉▉ | Work Number: | |
| Fax Number: | | Ext: | |
| Email: | | Age Range: | ▉▉▉ |
| Military Service Branch: | | Soldier Status: | |
| Soldier Station: | | | |
| Subject | | | |
| Subject: | A Plus Financial | | |
| Address: | | | |
| City: | | State/Prov: | |

## PX 2-1          Tyndall Attachment J63

| | | | |
|---|---|---|---|
| ZIP: | | Country: | |
| Email: | | URL: | |
| Area Code: | 877 | Phone Number: | 7482626 |
| Ext: | | | |
| Representative Name: | | Title: | |

Provided by the Federal Trade Commission

**PX 2-1**        **Tyndall Attachment J64**



🖶 PRINT

## 🔍 Do Not Call Complaints

| Record # 1 / Do Not Call Complaints | | | |
|---|---|---|---|
| Reference Number: | 41009163 | Is Phone in Registry?: | Yes |
| Complaint Date: | 10/5/2012 | Product Service Code: | National Do Not Call Registry |
| Complaint Source: | National Do Not Call Registry | Complaint Channel: | Internet |
| Transaction Date: | 10/5/2012 | Transaction Time: | 12:00:00 AM |
| Existing Business Relationship?: | No | Pre-recorded message?: | Yes |
| Requested entity to stop calling?: | Yes | | |
| Comments: | The call was an automated call which did not identify the caller so I had to speak to live operator (and pretend to be interested in their service) to ascertain identity | | |
| Consumer | | | |
| First Name: | Michael | Last Name: | Ackerman |
| Address 1: | ▮▮▮▮▮ | Address 2: | |
| City: | Los Angeles | State/Prov: | California |
| ZIP: | ▮▮▮ | Phone Number: | ▮▮▮▮▮▮ |
| Subject | | | |
| Company Name: | A Plus Financial Services | State: | Florida |
| Country Code: | | Phone Number: | (941) 6252758 |

Provided by the Federal Trade Commission

## PX 2-1          Tyndall Attachment J65