# Plaintiff's Exhibit

# PX 2-3

Bank of America Legal Order Processing
RE: Reference # U073112000937
Court Case number:
Court or Issuer: US Federal Trade Commission
Court Case Name: ACCELERATED FINANCIAL CENTERS

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Heather Manella
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Heather Manella, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.)  Were made at or near the time of the occurrence of the matters set forth by, or from
 information transmitted by, a person with knowledge of those matters;
    b.)  Were made and kept in the course of regularly conducted banking activity by Bank of
America, N.A. personnel or by persons acting under their control; and
    c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a
regular practice, on or about the time of the act, condition, or event recorded.
        Additional Comments:

        **>Bank statements, signature card and corporate resolutions for account ending in 4936 in the name of A+ Financial Center LLC for the time period of January 2011 through June 2011**

        **>Bank statements, credits, debits, signature card and corporate resolutions for account ending in 7014 in the name of Accelerated Financial Centers LLC for the time period of July 2008 through October 2008, some files sent electronically**

        **>Bank statements, debit, signature card and corporate resolutions for account ending in 4796 in the name of Accelerated Financial Centers LLC for the time period of July 2009 through July 2012**

        **>Bank statements, credits, signature card and corporate resolutions for account ending in 4783 in the name of Accelerated Financial Centers LLC for the time period of July 2009 through July 2012**

        **>Bank statements, credit, signature card and corporate resolutions for account ending in 7674 in the name of Accelerated Accounting Services LLC for the time period of October 2009 through December 2010**

        **>Bank statements, signature card and corporate resolutions for account ending in 4949 in the name of A+ Financial Center LLC for the time period of January 2011 through November 2011**

        **>Bank statements, credits, debits, signature card and corporate resolutions for account ending in 7687 in the name of Accelerated Accounting Services LLC for the time period of October 2009 through December 2010**

        **>Bank statements, credits, debits, signature card and corporate resolutions for account ending in 5744 in the name of Accelerated Financial Centers LLC for the time period of August 2008 through November 2009, some files sent electronically**

# PX 2-3

BOFA-000003

U073112000937

>Bank statements, signature card and corporate resolutions for account ending in 4770 in the name of Accelerated Financial Centers LLC for the time period of July 2009 through December 2010

>Bank statements, credits, debits, signature card and corporate resolutions for account ending in 5229 in the name of Accelerated Financial Centers LLC for the time period of September 2008 through July 2012, some files sent electronically

>Bank statements, signature card and corporate resolutions for account ending in 4767 in the name of Accelerated Financial Centers LLC for the time period of August 2009 through November 2009

>Bank statements, credits and debits for account ending in 4914 in the name of Accelerated Financial Centers LLC for the time period of August 2008 through July 2012, some files sent electronically

3.) **Production.** *(Select One)*

_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/8/2012     Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __8__ day of __August 2012__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of NY
City/County of Utica/Oneida
My Commission Expires __10/11/15__

PATRICK CALLAHAN
Notary Public - State of New York
No. 01CA6249479
Qualified in Oneida County
My Commission Expires Oct. 11, 2015

**PX 2-3**

BOFA-000004

Jan 07 2011 01:00 PM Bank of America 772-807-7316

1/8

1669

**Bank of America**

| BANK OF AMERICA, N.A. (THE "BANK") | Limited Liability Company Signature Card |
|---|---|

| Account Number | ████4936 | ☐ Temporary Signature Card |
| Account Type | Business Economy Checking | |
| Account Title | A+ FINANCIAL CENTER LLC | |
| | PAYROLL ACCOUNT | |

Name of Company     A+ FINANCIAL CENTER LLC

Tax Identification Number  ██████████

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)
on this line. _____C_____

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

Substitute Form W-9, Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions)..
Certification Instructions
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. Dana Miano | | 1/6/11 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certifications.

This __6th__ day of __January__ __2011__ .

Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorizes this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Member/Manager                          Member/Manager

**Bank Information**

| Date | 01/06/2011 | Approval | ████ |
|---|---|---|---|
| Banking Center Name | ST. LUCIE WEST | Prim ID | ████ |
| Associate's Name | STRATHER DUPREE | SSC ID | ████ |
| Associate's Phone Number | 772-807-7521 | Signal | ████ |

95-14-9011M 06-2009
NFL

Jan-07-2011 01:00 PM Bank of America 772-807-7316

3/8

*1936* *2/13*

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   A+ FINANCIAL CENTER LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the s/the _____ and the designated keeper
                                    Title

of the records and minutes of   A+ FINANCIAL CENTER LLC

a ☐ limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of ___ FL ___
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the ___ 6th ___ day of ___ January ___, 20 __11__, at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

1. **Resolved**, that BANK OF AMERICA, N.A.                                                                                    (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| Dana Miano | MGR |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver as electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for deposit or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

3. **Further Resolved**, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M 06-1999                                                                                               Page 1 of 2

NFL



     BOFA-000008

Jan-07-2011 01:00 PM Bank of America 772-807-7316                                               4/8

███████████  4936  3663

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

_____ day of _January_ , 2010 .

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 01/06/2011 |
| Banking Center Name | ST. LUCIE WEST |
| Associate's Name | STRATHER DUPREE |
| Associate's Phone Number | 772-807-7521 |

Page 2 of 2



**PX 2-3**

BOFA-000009

2011-Feb-19 09:21 Am Bank of America 772-692-1054                                    22/34

# Bank of America

| | |
|---|---|
| BANK OF AMERICA, N.A. (THE "BANK") | **Limited Liability Company Signature Card** |

| Account Number | ____ 4796 | ☐ Temporary Signature Card |
|---|---|---|
| Account Type | BUSINESS ECONOMY CHECKING | |
| Account Title | ACCELERATED FINANCIAL CENTERS LLC | |
| | ELITE ACCOUNT | |

Name of Company   ACCELERATED FINANCIAL CENTERS LLC

Tax Identification Number   _____

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)

on this line.   ___D___

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of those documents.

**Substitute Form W-9.** Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).

**Certification Instructions**

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. christopher miano | | 3/18/11 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certifications.

This __18__ day of __Feb__ __2011__   Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Member/Manager                                    Member/Manager

| Bank Information | |
|---|---|
| Date | 02/18/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | DOMINICKEY HARWOOD |
| Associate's Phone Number | 772-692-7821 |

95-14-9011M  06-2009
NFL

**PX 2-3**                                    **BOFA-000012**

2011-Feb-19 09:21 AM Bank of America 772-692-1054                                    25/34

## Bank of America

**BANK OF AMERICA, N.A. (THE "BANK")**

**Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   ACCELERATED FINANCIAL CENTERS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the _____ MGR _____ and the designated keeper
Title

of the records and minutes of   ACCELERATED FINANCIAL CENTERS LLC

a [✓] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of _____ Florida _____
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the _____ 18th _____ day of _____ Feb _____, _____ 2011, at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.                                                (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| _Christopher L Miano_ | MGR |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to order into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employer; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in this Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M   06-1999                                                                           Page 1 of 2

NFL



**PX 2-3**                                                                              BOFA-000013

2011-Feb-19 09:21 AM Bank of America 772-692-1054                    26/34

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

_____18th_____ day of ___Feb___ , _2011_.

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 02/18/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | DOMINICKEY HARWOOD |
| Associate's Phone Number | 772-692-7821 |

Page 2 of 2



**PX 2-3**                                              **BOFA-000014**

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Limited Liability Company
Signature Card**

Account Number _____7014

☐ Temporary Signature Card

Account Type   **BUSINESS ECONOMY CHKG**

Account Title   **ACCELERATED FINANCIAL CENTERS LLC**

Name of Company   ACCELERATED FINANCIAL CENTERS LLC

Tax Identification Number _____

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification: **Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).**

**Certification Instructions**

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Name (typed or printed)**

1. Dana Miano
2. Christopher L. Miano
3.
4.
5.

**Signature**

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certification.

This ___23rd___ day of ___July 08___

**Member/Manager**

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

**Member/Manager**

Dana

**APPROVAL CODE** 072369JP1342

5/5/

**Member/Manager**

Chris

APPROVAL CODE 0722___

**Bank Information**

Date ___07/23/2008___

Banking Center Name   MARTIN DOWNS BLVD - 0109395

Associate's Phone Number ___772-286-7077___

Associate's Name   TINA M FREITAS

95-14-3011M  06-2001  NFL

**PX 2-3**

BOFA-000031

**PX 2-3**

BOFA-000032

**Bank of America**

### Required Legal Documentation Checklist for Business Accounts

**Business Legal Name:** Accelerated Financial Centers LLC

**Account Number:** ▓▓▓▓7014     **Account Number:**

**Account Number:**     **Account Number:**

*Ensure you obtain or complete all required documentation listed in both sections of the appropriate ownership column. Do NOT open the account without all required legal documentation*

| | Required Documents Obtained From Customer (CIP and/or Legal/Risk Required) | Bank Forms to be Completed |
|---|---|---|
| **Sole Proprietor** | ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1]<br>Or<br>☐ Business License, if required<br>*Note: The Master Business Application includes both the Registration and License and the Business License. (WA only)* | ☐ Signature Card / Master Agreement / Relationship Agreement<br>☐ Sole Proprietorship Authorization (Model only)<br>☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened (Model only)<br>☐ Certificate of Foreign Status, if a W-8 signature card is completed for an interest-bearing account (Model only) |
| **Corporation** | ☐ Corporate Organizing document[2] such as, the Articles of Incorporation, Certificate of Formation<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1]<br>☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Signature Card / Master Agreement / Relationship Agreement<br>☐ Corporate Resolutions, certified by the Secretary or Assistant Secretary<br>☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened (Model only) |
| **Limited Liability Company** | ☒ Articles of Organization or Certificate of Organization (or equivalent document)[2]<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1]<br>☐ Certificate of Registration from State of CA if LLC formed outside CA (CA only) | ☒ Signature Card / Master Agreement / Relationship Agreement<br>☒ Certified Copy of Limited Liability Company Resolutions (CA/Model only) |
| **Association** | ☐ Articles of Association (in states where required) or bylaws<br>☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Signature Card / Master Agreement / Relationship Agreement<br>☐ Certified Copy of Unincorporated Association Resolutions (Model) or Resolution on the Master Agreement (CA) |
| **Partnership** | ☐ Partnership Agreement<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1] | |
| **Limited Partnership** | ☐ Partnership Agreement or Certificate of Limited Partnership (or equivalent document)[2]<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1] | ☐ Signature Card / Master Agreement / Relationship Agreement<br>☐ Partnership Authorization-Opening and Maintaining Deposit Accounts and Services (Model only)<br>☐ If Partnership Authorization is signed by a partner that is a corporation: certified copy of a corporate resolution that authorizes the Corporation to form a partnership (CA/Model only) |
| **Limited Liability Partnership** | ☐ Partnership Agreement or Statement of Qualification of Limited Liability Election form or Certificate of LLP (or equivalent document)[2]<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)[1] | |
| **Foreign Companies** | ☐ A U.S. State-issued Foreign Corporation Application or Foreign Corporation Qualification or equivalent document showing the business has U.S. permission to act within the United States<br>☐ Business organizing documents from country of legal formation, as applicable, based on ownership type | ☐ Same as above for U.S. based companies, based on ownership type |

1) *The Fictitious Name Certificate or Certificate of Trade Name is only required if the account name differs from the real name of the sole proprietor or business entity. This document will vary by State, but at a minimum should be filed with the appropriate government agency and should include the account name and the real name of the sole proprietor or business entity. Not required in KS, NM, SC, and TN. In CA, a printed copy of the notice published in the newspaper is an acceptable alternative to the Fictitious Name Certificate.*

2) *The required document must either be 1) certified by the state to indicate acceptance and filing OR 2) uncertified and accompanied by a separate document that shows filing and acceptance by the state, such as a filing receipt or a certificate of filing.*

Date: 07 / 23 / 2008    Completed by: _____

Date: 07 / 23 / 2008    Reviewed by: _____

Banking Center Name: Martin Downs

Company/Cost Center: 0750109395

**Distribution of Form**    *Model:*    *Completed and reviewed form must be sent to Account Records with the legal documentation and signature card within 24 hours.*

         *CA, ID/WA:*    *Completed and reviewed form must be retained with the legal documentation in the banking center file.*

00-53-1572NSBW 04-2008        Internal Use Only



# PX 2-3

BOFA-000033



**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

7014

**Certified Copy of Limited Liability Company Resolutions-Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company  ACCELERATED FINANCIAL CENTERS LLC

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A. , that I am a/the  *Sole Member*
Title

and the designated keeper of the records and minutes of  ACCELERATED FINANCIAL CENTERS LLC , a ☐ limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of  *Florida*  (the "Company"; that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the  23 day of  *July  08*, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1. **Resolved**, that BANK OF AMERICA, N.A.  (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits of this Company with the Bank are opened and maintained in the name of this Company with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers or employees of this Company:

| | |
|---|---|
| *Dana Miano* | *Sole Member* |
| Name | Title/Status |
| *Christopher L. Miano* | *authored Signer* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Company for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and to make transfers and withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers (Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C.  1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the account or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notices of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NFL
00-14-9268M  8-1999

**PX 2-3**

BOFA-000034

2011-Feb-19 09:21 AM Bank of America 772-692-1054                                    23/34

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")                    **Limited Liability Company Signature Card**

| | |
|---|---|
| Account Number | 4783 |
| Account Type | BUSINESS ECONOMY CHECKING |
| Account Title | ACCELERATED FINANCIAL CENTERS LLC |
| | CARDFLEX ACCOUNT |

☐ Temporary Signature Card

Name of Company    ACCELERATED FINANCIAL CENTERS LLC

Tax Identification Number  ▓▓▓▓▓▓

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)
on this line.    D

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

Substitute Form W-9. Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).
Certification Instructions
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. christopher miano | | 2/18/11 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) that the Substitute Form W-9 certifications.

This  18th  day of  Feb  2011                    _____ Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorizes this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____ Member/Manager          Member/Manager  Christopher miano

| Bank Information | |
|---|---|
| Date | 02/18/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | DOMINICKEY HARWOOD |
| Associate's Phone Number | 772-692-7821 |

95-14-9011M  06-2009
NFL

# PX 2-3                    BOFA-000396

2011-Feb-19 09:21 AM Bank of America 772-692-1054                                    5/34

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   ACCELERATED FINANCIAL CENTERS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   MGR   and the designated keeper
                        Title

of the records and minutes of   ACCELERATED FINANCIAL CENTERS LLC

a ☑ limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of   Florida
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the   10   day of   Feb   , 2011   at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.                                                        (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of the Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| Christopher L Miano | MGR |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take any action required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements with such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with such accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M 06-1999                                                                 Page 1 of 2

NFL



**BOFA-000397**

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ___18TH___ day of ___FEB___, 2011.

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 02/18/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | DOMINICKEY HARWOOD |
| Associate's Phone Number | 772-692-7821 |

Page 2 of 2



**PX 2-3**                                    BOFA-000398

**Bank of America.**

3

BANK OF AMERICA, N.A. (THE "BANK")

**Limited Liability Company Signature Card**

Account Number _____ 7674

☐ Temporary Signature Card

Account Type   BUSINESS ECONOMY CHKG

Account Title   ACCELERATED ACCOUNTING SERVICES LLC

Name of Company   ACCELERATED ACCOUNTING SERVICES LLC

Tax Identification Number _____

For a Limited Liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)
on this line _____

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

Substitute Form W-9. Certification Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).

Certification Instructions
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. DANA MIANO | | 10/31/09 |
| 2. CHRISTOPHER MIANO | | 10/31/09 |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certification.

This __31st__ day of __October 2009__.

Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Member/Manager

Member/Manager

**Bank Information**

Date   10/31/2009

Associate's Phone Number   772-807-7300

Banking Center Name   ST. LUCIE WEST

Associate's Name   KIMBERLY R MILLER

**PX 2-3**

BOFA-000413





**Bank of America**

**Required Legal Documentation**
**Checklist for Business Accounts**

Business Legal Name: **ACCELERATED ACCOUNTING SERVICES**
Account Number: ▮▮▮▮▮▮▮▮▮7▮7   Account Number: ▮▮▮▮▮▮▮▮7874
Account Number:

*Ensure you review all required organizing documents and complete all required bank forms listed in both sections of the appropriate ownership column. Do NOT open the account without reviewing/completing all required legal documentation.*

| | Required Organizing Documents Presented by Customer or Accessed from Website (CIP and/or Legal/Risk Required) | Bank Forms to be Completed |
|---|---|---|
| Sole Proprietor | ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) Or ☐ Business License, if required *Note: The Master Business Application includes both the Registration and License and the Business License. (WA only)* | ☐ Business Signature Card ☐ Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened (model Only) ☐ Certificate of Foreign Status Form (W-8), if applicable. |
| Corporation | ☐ Corporate Organizing document such as, the Articles of Incorporation, Certificate of Formation ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) ☐ If nonprofit, IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened |
| Limited Liability Company | ☐ Articles of Organization or Certificate of Organization (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | ☐ Business Signature Card ☐ Certified Copy of Limited Liability Company Resolutions - Opening and Maintaining Deposit Accounts and Services |
| Association | ☐ Articles of Association (in states where required) or bylaws or meeting minutes ☐ If nonprofit, IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Unincorporated Association Resolutions - Opening and Maintaining Deposit Accounts and Services |
| Partnership | ☐ Partnership Agreement ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| Limited Partnership | ☐ Partnership Agreement or Certificate of Limited Partnership (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | ☐ Business Signature Card ☐ Partnership Authorization-Opening and Maintaining Deposit Accounts and Services ☐ If the Partnership Authorization is signed by a partner that is Corporation Certified Copy of a Corporate Resolutions Authorizing Execution of Partnership Authorization. |
| Limited Liability Partnership | ☐ Partnership Agreement or Statement of Qualification of Limited Liability Election form or Certificate of LLP (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| Foreign Corporation | ☐ A U.S. State-issued Foreign Corporation Application or Foreign Corporation Certification or equivalent document showing the business has U.S. permission to act within the United States ☐ Business organizing documents from country of legal formation, as applicable, based on ownership type | ☐ Same as above for U.S. based companies, based on ownership type |
| AK, AR, AZ, CT, FL, GU, HM, IL, KY, LA, MS, NE, NE, NM, OR, PA, RI, TX, VT, VA, WV, WY | ☐ Summary Page from state website. *(If a customer whose business was formed in one of these states does not have their required legal business documentation, associates may access the state website and produce a Summary Page that lists the name of the business, address, when the documentation was filed, the filing number, and the names of the principal owners in place of the required documents obtained from the customer.)* | |
| Existing Business | ☐ Filing information systematically captured from previously opened account used to open new account. | |

1) The Fictitious Name Certificate or Certificate of Trade Name is only required if the customer is doing business under a real name of the sole proprietor or business entity. This document will vary by State, but at a minimum should be filed with the appropriate governmental agency and should include the actual name of the real name of the sole proprietor or business entity. Not required in NE, NM, SC, and WA. In CA, equivalent copy of the notice published to the newspaper or an acceptable alternative to the Fictitious Name Certificate.

2) The required document must either be (i) certified by the entity to indicate acceptance and filing. In some states and certifying is a required document that shows filing and compares by the state, such as a filing receipt or a complete of filing; OR (ii) ordered from an approved internet website.

Date: **10/31/20▮▮**  Completed by: (Associate signature required) _____
Date: **10/31/20▮▮**  Reviewed by: (Associate signature required) _____  ✓-Wife
Banking Center Number: **TLAKIA WERT**
Company/Cost Center: **10001▮▮**
Standards of Form ___  Completed checklist and bank forms must be sent to Account Records within 3rd hours.

89-53-1572MGBW 05-2005     Internal Use Only

BOFA-000414

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services

Name of Limited Liability Company  **ACCELERATED ACCOUNTING SERVICES LLC**

I, the undersigned, hereby certify to  **BANK OF AMERICA**  that I am the  **MEMR**

and the designated keeper of the records and minutes of **ACCELERATED ACCOUNTING SERVICES LLC**, a [ ] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of **FLORIDA** the "Company") that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the **3RD** day of **October** **304**, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers, and that such resolutions are in full force and effect and have not been amended or rescinded.

1. Resolved, that **BANK OF AMERICA** (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations and that any one of the following members, managers, or employees of this Company:

| Name | Title/Status |
|---|---|
| DANA MIANO | MEMR |
| Christopher MIANO | Auth Signer |
| | |
| | |

is hereby authorized, on behalf of this Company and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Company for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfer agreement and to make transfers of money to the Company's or permitted that may be used for the purpose of initiating electronic fund transfers (Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 CFR, Part 205) are applicable to any such account device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreement with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all action required by Bank relative to such Treasury Management services or the performance of the Company's obligations thereunder, and that any such Treasury Management agreement shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions of enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notices of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. Further Resolved, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered to such member, manager or employee or a third party for exchange or cashing or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be obliged to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NFL
03-34-0800 6-809

**PX 2-3**

BOFA-000415

7687
7474

5

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor all checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name...

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited...

5. **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company...

6. **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain in force...

7. **Further Resolved,** that all transactions by any member, manager, or employee of this Company on its behalf and in the name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8. **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this 31st day of October 2009.

_____
Member/Manager

**Bank Information**

Date _10/31/2009_

Banking Center Name _St Lucie West_

Associate's Name _Bradley Dube_

Associate's Phone Number _(772)802-7304_

**PX 2-3**

BOFA-000416



**Accelerated Financial Centers**

Accelerated Accounting Services, LLC
1605 SW S. Macedo Blvd.
Port Saint Lucie, FL 34984
877-745-3629
Fax: 772-398-8437
AskAccelerated.com

11/02/2009

To whom it may concern,

I Robert Page do not want to be listed on the account opened at Bank of America.  Dana and Chris Miano should be the only signers on the accounts.

Sincerely,

Robert Page

MGR

**PX 2-3**

BOFA-000417

Jan 07 2011 01:00 PM Bank of America 772-807-7316                           5/8

1663

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")                    **Limited Liability Company Signature Card**

| | |
|---|---|
| Account Number ▮▮▮▮4949 | ☐ Temporary Signature Card |
| Account Type **Business Economy Checking** | |
| Account Title **A+ FINANCIAL CENTER LLC** | |
| **OPERATING ACCOUNT** | |

Name of Company    A+ FINANCIAL CENTER LLC

Tax Identification Number ▮▮▮▮▮▮

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)
on this line. ___

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions)..

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. Dana Miano | | 1/6/11 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certifications.

This ___ day of January 2011 ___

Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorizes this account) hereby request the issuance of such cards to any of the authorized signers on this account.

___                                              ___
Member/Manager                                   Member/Manager

| **Bank Information** | |
|---|---|
| Date | 01/06/2011 |
| Banking Center Name | ST. LUCIE WEST |
| Associate's Name | STRATHER DUPREE |
| Associate's Phone Number | 772-807-7521 |

95-14-9011M 06-2009
NFL

**PX 2-3**                                        **BOFA-000473**

Jan-07-2011 01:00 PM Bank of America 772-807-7316                                              7/8

**Bank of America** ⟫⟫

BANK OF AMERICA, N.A. (THE "BANK")

4947

2/3

**Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   **A+ FINANCIAL CENTER LLC**

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

_____ and the designated keeper
, that I am the a/the _____Title_____

of the records and minutes of   **A+ FINANCIAL CENTER LLC**

a ☑ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of ___ FL ___.
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the ____6th____ day of ___January___ 2010 , at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1.   Resolved**, that   BANK OF AMERICA, N.A.                                                             (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers or employees of this Company:

| | |
|---|---|
| Dana Mano | MGR |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2.   Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

**3.   Further Resolved**, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M  06-1999                                                                                      Page 1 of 2

NFL.



Jan-07-2011 01:00 PM Bank of America 772-807-7316                                          8/9

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

6th ___ day of ___ January, 2011 .

Member/Manager

| Bank Information | |
| --- | --- |
| Date | 01/06/2011 |
| Banking Center Name | ST. LUCIE WEST |
| Associate's Name | STRATHER DUPREE |
| Associate's Phone Number | 772-807-7521 |

Page 2 of 2



**PX 2-3**

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Limited Liability Company
Signature Card**

**Account Number** _____7687

**Account Type** ____ BUSINESS ECONOMY CHKG

**Account Title** ____ ACCELERATED ACCOUNTING SERVICES LLC

_____ A.A.S ACCOUNT

[X] Temporary Signature Card

**Name of Company** ____ ACCELERATED ACCOUNTING SERVICES LLC

**Tax Identification Number** _____

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)

on this line _____ C

[ ] **Exempt payee**

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification–**Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).**

**Certification Instructions**

You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| **Name (typed or printed)** | **Signature** | **Date** |
|---|---|---|
| 1. CHRISTOPHER L MIANO | | 1/11/10 |
| 2. JASON R PAGE | | 1/11/10 |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certification.

This ____ 11th day of ____ January 2010

_____ Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

**Member/Manager**

**Member/Manager**

**Bank Information**

**Date** ____ 01/11/2010

**Associate's Phone Number** ____ 772-807-7300

**Banking Center Name** ____ ST. LUCIE WEST

**Associate's Name** ____ STRATHER DUPREE

95-14-9011M  06-2009  NFL

# PX 2-3

BOFA-000505



**Bank of America**

**Required Legal Documentation**
**Checklist for Business Accounts**



Business Legal Name:   **ACCELERATED ACCOUNTING SERVICES**
Account Number: ▇▇▇▇7957   Account Number: ▇▇▇▇▇7874
Account Number:   Account Number:

*Ensure you review all required organizing documents and complete all required bank forms listed in both sections of the appropriate ownership column. Do NOT open the account without reviewing/completing all required legal documentation.*

| | Required Organizing Documents Presented by Customer or Approved State Website (CIP and/or Legal/Risk Required) | Bank Forms to be Completed |
|---|---|---|
| **Sole Proprietor** | ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) Or ☐ Business License, if required *Note: The Miami Business Application includes both the Registration and License and the Business License. (WA only)* | ☐ Business Signature Card ☐ Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened (Retail Only) ☐ Certificate of Foreign Status Form (W-8), if applicable. |
| **Corporation** | ☐ Corporate Organizing document such as, the Articles of Incorporation, Certificate of Formation ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) ☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Corporate Resolutions – Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened |
| **Limited Liability Company** | ☐ Articles of Organization or Certificate of Organization (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | ☐ Business Signature Card ☐ Certified Copy of Limited Liability Company Resolutions – Opening and Maintaining Deposit Accounts and Services |
| **Association** | ☐ Articles of Association (in states where required) or bylaws or meeting minutes ☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Unincorporated Association Resolutions – Opening and Maintaining Deposit Accounts and Services |
| **Partnership** | ☐ Partnership Agreement ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| **Limited Partnership** | ☐ Partnership Agreement or Certificate of Limited Partnership (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | ☐ Business Signature Card ☐ Partnership Authorization-Opening and Maintaining Deposit Accounts and Services ☐ If the Partnership Authorization is signed by a partner that is a Corporation: Certified Copy of a Corporate Resolution Authorizing Execution of Partnership Authorization. |
| **Limited Liability Partnership** | ☐ Partnership Agreement or Statement of Qualification of Limited Liability Election form or Certificate of LLP (or equivalent document) ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| **Foreign Companies** | ☐ A U.S. State-issued Foreign Corporation Application or Foreign Corporation Qualification or equivalent document showing the business has U.S. permission to act within the United States ☐ Business organizing documents from country of legal formation, as applicable, based on ownership type | ☐ Same as above for U.S. based companies, based on ownership type |
| **AK, AR, AZ, CT, FL, GA, HM, IL, KY, LA, MA, ME, NE, NM, OR, PA, RI, TX, VT, VA, WV, WY** | ☐ Summary Page from state website. (If a customer whose business was formed in one of these states does not have their required legal business documentation, the associate may access the state website and retrieve a Summary Page that lists the name of the business, address, when the documentation was filed, the filing number, and the name of the principal owners in place of the required documents obtained from the customer.) | |
| **Existing Customers** | ☐ Filing information systematically captured from previously opened account used to open new account. | |

1) The Fictitious Name Certificate or Certificate of Trade Name is only required if the company name differs from the real name of the sole proprietor or business entity. This document will vary by State, but at a minimum should be filed with the appropriate governmental agency and should include the current name and the real name of the sole proprietor or business entity. Not required in AZ, NM, SC, and SD. In CA, a portion of the entity published in the newspaper or an accessible source on the Fictitious Name Certificate.

2) The required document must either be 1) certified by the state to indicate acceptance and filing, 2) notarized and accompanied by a separate document that shows filing and acceptance by the state, such as a filing receipt or a certificate of filing, OR 3) retrieved from an appropriate website.

Date: 10/31/2008   Completed by: Associate signature required
Date: 10/31/2008   Reviewed by: Associate signature required
Banking Center Name: BY LAURA WERTZ   

Compliance/Dual Control: ▇▇▇▇▇   

*Completed checklist and bank forms must be sent to Account Records within 24 hours.*

00-53-13723452WV 05-2008   Internal Use Only

**PX 2-3**   BOFA-000506

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services

Name of Limited Liability Company: **ACCELERATED ACCOUNTING SERVICES LLC**

I, the undersigned, hereby certify to **BANK OF AMERICA** that I am the **MEMR** Title

and the designated keeper of the records and minutes of **ACCELERATED ACCOUNTING SERVICES LLC**, a limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of **FLORIDA**, the "Company") that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the **31** day of **October** **2012**, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers, and that such resolutions are in full force and effect and have not been amended or rescinded.

1. Resolved, that **BANK OF AMERICA** (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for each account; that any one of the following members, managers, or employees of this Company:

| | |
|---|---|
| **DANA MIANO** | **MEMR** |
| Name | Title/Status |
| **Christopher MIANO** | **Auth Sign er** |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Company for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver on electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers (Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all action required by Bank relative to such Treasury Management services or the performance of the Company's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts; that the member, manager or employee deems necessary; and to order payment, demand, protest, and notices of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. Further Resolved, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or ordered to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

IEF...
00-44-0000   0-1000

**PX 2-3**

BOFA-000507

7687
7474

5

3. Further Resolved, that the Bank be and is hereby requested, authorized and directed to honor and to treat as properly drawn, checks, drafts or other orders for the payment of money drawn or purportedly drawn in the Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, where bearing or purporting to bear the facsimile signature of a member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4. Further Resolved, that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5. Further Resolved, that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, manager, and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new amended signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager, or employee so certified, or refusing to honor any signature not so certified; and

6. Further Resolved, that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. Further Resolved, that all transactions by any member, manager, or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8. Further Resolved, that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this 31st day of October, 2009.

_____
Member/Manager

Bank Information

Date _____10/31/2009_____
Banking Center Name ___St Lucie West___
Associate's Name ___Heather Duke___
Associate's Phone Number ___(772)807-7304___

BOFA-000508



**Accelerated Financial Centers**

Accelerated Accounting Services, LLC
1605 SW S. Macedo Blvd.
Port Saint Lucie, FL 34984
877-745-3939
Fax: 772-398-9437
AskAccelerated.com

11/02/2009

To whom it may concern,

I Robert Page do not want to be listed on the account opened at Bank of America. Dane and Chris Mineo should be the only signers on the accounts.

Sincerely,

Robert Page

MGR

BOFA-000509

2011-Sep-09 02:55 PM Bank of America 772-692-1054                                          4/6

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")                    **Limited Liability Company Signature Card**

| Account Number | 5229 |
|---|---|
| Account Type | BUSINESS ECONOMY CHECKING |
| Account Title | ACCELERATED FINANCIAL CENTERS LLC |

☐ Temporary Signature Card

Name of Company    ACCELERATED FINANCIAL CENTERS LLC

Tax Identification Number

For a Limited liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership) on this line.

☐ Exempt payee

By signing below, the above named Association agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.

Substitute Form W-9. Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).

Certification Instructions
You must cross out Item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. Christopher Miano | | 9/9/11 |
| 2. Nancy C. Silva | Nancy C. Silva | 9/9/11 |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) that I am a duly authorized member/manager of the Company named above, (2) that the above named person(s) are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking services provided for therein, (3) that the specimen signature set forth opposite the name of each person is true and genuine, and (4) the Substitute Form W-9 certifications.

This   9   day of   Sept 2011

Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Member/Manager                         Member/Manager

| Bank Information | |
|---|---|
| Date | 09/09/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | KIMBERLY MILLER |
| Associate's Phone Number | 772-692-7821 |

95-14-9011M  06-2009
NFL

# PX 2-3

BOFA-000793

2011-Sep-09 02:55 PM Bank of America 772-692-1054                                      5/6

## Bank of America

BANK OF AMERICA, N.A. ("THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

5229

Name of Limited Liability Company   ACCELERATED FINANCIAL CENTERS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   **MGR**   Title   and the designated keeper

of the records and minutes of   ACCELERATED FINANCIAL CENTERS LLC

a [✓] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of   **Florida**
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the   **9th**   day of   **Sept**   , **2011** , at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

1. **Resolved,** that   BANK OF AMERICA, N.A.   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| Name | Title/Status |
|---|---|
| *Christopher Miano* | *MGR* |
| *Nancy C. Silva* | *Authorize signer* |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management agreements(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such documents on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in this Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M  06-1999                                                                    Page 1 of 2

NFL



## PX 2-3                                                                    BOFA-000794

2011-Sep-09 02:55 PM Bank of America 772-692-1054                                          6/6

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

_____ day of _____ , 20__.

_____
Member/Manager

---

**Bank Information**

| | |
|---|---|
| Date | 09/09/2011 |
| Banking Center Name | JENSEN BEACH |
| Associate's Name | KIMBERLY MILLER |
| Associate's Phone Number | 772-692-7821 |

Page 2 of 2



# PX 2-3

**BOFA-000795**

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Limited Liability Company**
**Signature Card**

7.

| | |
|---|---|
| Account Number | 4767 |
| Account Type | BUSINESS ECONOMY CHKG |
| Account Title | ACCELERATED FINANCIAL CENTERS LLC |
| | INTUIT Account |

☐ Temporary Signature Card

4767

Name of Company ___ACCELERATED FINANCIAL CENTERS LLC___

Tax Identification Number _____

For a Limited Liability Company enter the tax classification (D = disregarded entity, C = corporation, or P = partnership)
on this line _____
☐ Exempt payee

By signing below, the above named Association agrees that this account to and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Association further acknowledges the receipt of these documents.
**Substitute Form W-9.** Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the instructions).
**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Signature | Date |
|---|---|---|
| 1. Dane Miano | | 7/31/09 |
| 2. Cristopher Miano | | 7/31/09 |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify that I am a duly authorized member/manager of the Company named above, (2) that the above named persons are those persons currently empowered to act under the Company resolutions authorizing this account and the other banking service provided for therein, (3) that the specimen signature set forth opposite the name of such person is true and genuine, and (4) the Substitute Form W-9 certification.
This ___31st___ day of ___July 2009___

_____
Member/Manager

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Member/Manager

Member/Manager

Checksystem

**Bank Information:**

| | | | |
|---|---|---|---|
| Date | 07/31/2009 | Banking Center Name | ST. LUCIE WEST |
| Associate's Phone Number | 772-807-7300 | Associate's Name | STRATHER DUPREE |

Checksystems

85-14-901136 08-2009   NFL

**PX 2-3**

*2nd*

**Bank of America**

**Required Legal D[...]**
**Checklist for Business Accounts**

Business Legal Name: **ACCELERATED FINANCIAL CENTERS LLC**
Account Number: ███████4767          Account Number: ███████4770
Account Number: ███████4783          Account Number: ███████4796

*Ensure you retain all required organizing documents and complete all required bank forms listed in both sections of the appropriate ownership column. Do NOT open the account without reviewing/completing all required legal documentation.*

| | Required Organizing Documents Presented by Customer or Approved State Website (CIP and/or Legislation Required) | Bank Forms to be Completed |
|---|---|---|
| **Sole Proprietor** | ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)<br>Or<br>☐ Business License, if required<br>*Note: The Master Business Application includes both the Registration of License and the Business License. (WA only)* | ☐ Business Signature Card<br>☐ Sole Proprietorship Authorization - Opening and Maintaining Deposit Accounts and Services<br>☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened<br>☐ Certificate of Foreign Status Form (W-8), if applicable. |
| **Corporation** | ☐ Corporate Organizing document, such as, the Articles of Incorporation, Certificate of Formation<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)<br>☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Business Signature Card<br>☐ Certified Copy of Corporate Resolutions – Opening and Maintaining Deposit Accounts and Services<br>☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened |
| **Limited Liability Company** | ☐ Articles of Organization or Certificate of Organization (or equivalent document)<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)<br>☐ Certificate of Registration from State of CA if LLC formed outside CA (CA only) | ☐ Business Signature Card<br>☐ Certified Copy of Limited Liability Company Resolutions – Opening and Maintaining Deposit Accounts and Services |
| **Association** | ☐ Articles of Association (in states where required) or bylaws or meeting minutes<br>☐ If nonprofit: IRS ruling letter of tax exemption | ☐ Business Signature Card<br>☐ Certified Copy of Unincorporated Association Resolutions – Opening and Maintaining Deposit Accounts and Services |
| **Partnership** | ☐ Partnership Agreement<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| **Limited Partnership** | ☐ Partnership Agreement or Certificate of Limited Partnership (or equivalent document)<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | ☐ Business Signature Card<br>☐ Partnership Authorization–Opening and Maintaining Deposit Accounts and Services<br>☐ If the Partnership Authorization is signed by a partner that is a Corporation, Certified Copy of a Corporate Resolutions Authorizing Execution of Partnership Authorization. |
| **Limited Liability Partnership** | ☐ Partnership Agreement or Statement of Qualification of Limited Liability Election Item or Certificate of LLP (or equivalent document)<br>☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document) | |
| **Foreign Companies** | ☐ A U.S. State-based Foreign Corporation Application or Foreign Corporation Qualification or equivalent document showing the business has U.S. permission to act within the United States<br>☐ Business organizing documents from country of legal formation, as applicable, based on ownership type | ☐ Same as above for U.S. based companies, based on ownership type |
| AK, AR, AZ, CT, FL, GA, HW, IL, KY, LA, MA, MS, ME, NV, NM, OR, PA, RI, TX, VT, VA, WV, WY | ☐ Summary Page from state website.<br>*(If a customer whose business was formed in one of these states does not have their required legal business documentation, associates may access the state website and use a Summary Page list lists the name of the business, address, when the documentation was filed, the filing number, and the names of the principal owners in place of the required documents obtained from the customer.)* | |

1. *The Fictitious Name Certificate or Certificate of Trade Name is only required if the account name differs from the real name of the sole proprietor or business entity. This document will vary by State, but as customers should be filed with the appropriate government agency and should include the document name and the name of the sole proprietor or business entity. Not required in ND, NM, SC, and VA. In CA, a printed copy of the notice published in the newspaper is an acceptable alternative to the Fictitious Name Certificate.*

2. *The required document must either be 1) certified by the state to reflect compliance and filing, 2) accredited by/corresponded by a separate document that show filing and compliance by the state, such as a filing receipt or a certificate of filing, OR 3) evidenced from an approved state website.*

Date: **07/31/2008**          Completed by: (Associate signature required)
Date: **7/31/08**             Reviewed by: (Associate signature required)     _____
Banking Center Name: **ST LUCIE WEST**
Cost Center/Cost Center: **1107**

*Non-Custom of Firm, AB*          *Completed checklist and bank forms must be sent to Account Records within 24 hours.*

00-03-1572NSBVe 03-2008          **Internal Use Only**

**Bank of America.**

BANK OF AMERICA, N.A. ("the "BANK")

Certified Copy of Limited Liability Company Resolutions-
Opening and Maintaining Deposit Accounts and Services

2

Name of Limited Liability Company  ACCELERATED FINANCIAL CENTERS LLC

I, the undersigned, hereby certify to BANK OF AMERICA, N.A. _____ that I am either **Member**

Title

and the designated keeper of the records and minutes of  ACCELERATED FINANCIAL CENTERS LLC

company ☐ professional limited liability company duly organized and existing under the laws of the State of _____ FL _____ (the "Company"), that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the ___ day of ___ July ___, 20___, at which a quorum was present and acted throughout; or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1. **Resolved**, that BANK OF AMERICA, N.A. _____ (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and time deposits (CDs) be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosure and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

| | |
|---|---|
| *Dana Miano* | *Member* |
| Name | Title/Status |
| *Christopher Miano* | *Authorized Signer* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Company for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to gain branches or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers (Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device); to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other action with or to enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other action pursuant to such agreements in connection with said accounts that this member, manager or employee deems necessary; and to waive presentment, demand, protest, and notices of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NFL
[illegible] 6-2002

**PX 2-3**

BOFA-001385

5

3.  Further Resolved, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of a member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4.  Further Resolved, that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5.  Further Resolved, that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, or changes in the identity of said members, manager, and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new manual signature card reflecting such changes in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager, or employee so certified, or refusing to honor any signature not so certified; and

6.  Further Resolved, that the foregoing resolutions shall continue in full force and effect and the authority herein given to all of said persons shall remain irrevocable so far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of said authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7.  Further Resolved, that all transactions by any member, manager, or employee of this Company on behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8.  Further Resolved, that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ____ day of _____ 2009.

_____
Member/Manager

---

**Bank Information**

Date _____ 09/1/2009

Banking Center Name _____ ST. LUCIE WEST

Associate's Name _____ STRATHER DUPREE

Associate's Phone Number _____ 772-807-7732

**PX 2-3**

BOFA-001386

# Plaintiff's Exhibit

# PX 2-4