# Plaintiff's Exhibit

# PX 2-4



**7037 Old Madison Pike, Suite 400**
**Huntsville, AL 35806**

August 03, 2012

**VIA ELECTRONIC and FEDERAL EXPRESS DELIVERY**

Reeve Tyndall
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop H-286
Washington, DC 20580

> **RE:** *United States of America Federal Trade Commission Civil Investigative Demand, Resolution Directing Use of Compulsory Process In A Nonpublic Investigation Of Telemarketers, Sellers, Suppliers, Or Others, File No. 0123145*

Dear Sir:

DeltaCom, Inc., d/b/a EarthLink Business ("EarthLink") is in receipt of your Civil Investigative Demand Schedule For Production Of Documents/Answers To Written Interrogatories (hereinafter the "Subpoena") seeking identification information for telephone numbers 800-320-0889, 877-748-2626, 772-408-1340, 772-408-1330, and 772-408-1126.

EarthLink responds to each request as follows with regard to telephone numbers 800-320-0889, 877-748-2626, 772-408-1340 and 772-408-1330:

**Request #1 – Name(s).**

Owner:      ACCELERATED FINANCIAL CENTERS
Contact:    CHRIS MIANO/ NANCY SILVA
Phone:      772-460-5339

**Request #2 – Address(es).**

Address:    10256 S US HIGHWAY 1
            PORT SAINT LUCI     FL Zip: 34952

Billing Address:     10256 S US HIGHWAY 1
                     PORT ST LUCIE     FL  Zip: 34952     US

**PX 2-4**                                    **EARTHLINK 000001**



**Request #3 – Local and long distance telephone connection records (inbound and outbound), or records of session times and durations.**

Per our conversation on Wednesday, August 1, 2012, call records responsive to request #3 will be provided to you by the agreed upon date of August 20th.

**Request #4 – Length of service (including start date) and types of service utilized.**

Length of Service:     Install Date: 3/24/09
                       Delete Date: 0/00/00

Services:     Long Distance, Local Exchange Service, Phone Systems/Customer Premise
              Equipment, DeltaCom Operator Services

**Request #5 – Telephone or instrument number(s) or other subscriber number(s) or identities, including any temporarily assigned network address(es).**

Associated Numbers:   7724081178, 7724081179, 7724081180, 7724081181, 7724081182, 7724081183, 7724081184, 7724081185, 7724081186, 7724081187, 7724081188, 7724081189, 7724081190, 7724081191, 7724081192, 7724081193, 7724081194, 7724081195, 7724081196, 7724081197, 7724081300, 7724081301, 7724081302, 7724081303, 7724081304, 7724081305, 7724081306, 7724081307, 7724081308, 7724081309, 7724081310, 7724081311, 7724081312, 7724081313, 7724081314, 7724081315, 7724081316, 7724081317, 7724081318, 7724081319, 7724081320, 7724081321, 7724081322, 7724081323, 7724081324, 7724081325, 7724081326, 7724081327, 7724081328, 7724081329, 7724081330, 7724081331, 7724081332, 7724081333, 7724081334, 7724081335, 7724081336, 7724081337, 7724081338, 7724081339, 7724081340, 7724081341, 7724081342, 7724081343, 7724081344, 7724081345, 7724081346, 7724081347, 7724081348, 7724081349, 7724081350, 7724081351 , 7724081352 , 7724081353 , 7724081354 , 7724081355 , 7724081356, 7724081357 , 7724081358 , 7724081359, 8003200889, 8552465976  (Inactive number since 2/17/2012), 8774282626  (Inactive number since 7/17/2009), and 8777482626

**Request #6 – Means and source of payment for such service(s) (including any credit card or bank account number(s)).**

Subscriber pays via checking accounts ending in the last four digits of 7014, 4796, 5229, and 5744 as well as via VISA credit cards ending in the last four digits of 4322, 7906, and 7432.



EarthLink responds to each request as follows with regard to telephone number 772-408-1126:

### Request #1 – Name(s).

Owner:      ACCELERATED FINANCIAL CENTERS
Contact:    CHRIS MIANO/ NANCY SILVA
Phone:      772-460-5339

### Request #2 – Address(es).

Address:        1679 SW SOUTH MACEDO BLVD
                PORT ST LUCIE     FL Zip: 34984

Billing Address:        1679 SW SOUTH MACEDO AVE
                        PORT ST LUCIE     FL Zip: 34952

### Request #3 – Local and long distance telephone connection records (inbound and outbound), or records of session times and durations.

Per our conversation on Wednesday, August 1, 2012, call records responsive to request #3 will be provided to you by the agreed upon date of August 20th.

### Request #4 – Length of service (including start date) and types of service utilized.

Length of Service:      Install Date: 5/21/10
                        Delete Date:  0/00/00

Services:       Long Distance, Local Exchange Service, Phone Systems/Customer Premise Equipment, Conference Services, DeltaCom Operator Services

### Request #5 – Telephone or instrument number(s) or other subscriber number(s) or identities, including any temporarily assigned network address(es).

Associated Telephone Numbers:   7724081126, 7724081127, 7724081128, 7724081129, 7724081130, 7724081131, 7724081132, 7724081133, 7724081134, 7724081135, 7724081136, 7724081137, 7724081138, 7724081139, 7724081140, 7724081141, 7724081142, 7724081143, 7724081145, 7724081146, 8773796132

### Request #6 – Means and source of payment for such service(s) (including any credit card or bank account number(s)).

This means and source of payment is the same means and source of payment listed in the response to Request #6 above.





<u>**Verification By DeltaCom, Inc., d/b/a EarthLink Business**</u>

**I affirm, under the penalty of perjury, that the above representations are true.**

Submitted this 3rd day of August 2012

By: *Heather Gibbs* _____

Printed Name: <u>Heather Gibbs</u> _____

Title: <u>Senior Regulatory Specialist</u> _____

Date: <u>August 03, 2012</u> _____



## Declaration of Custodian of Records

I, the undersigned, do hereby declare:

1. My Name is Heather Gibbs.
2. I am a United States citizen and over eighteen (18) years of age. I am acting on behalf of the custodian of records of the business named in the subpoena, or I am otherwise qualified as a result of my position with the business named in the subpoena to make this declaration.
3. I am in receipt of Civil Investigative Demand, File No. 0123145 served on DeltaCom, Inc., d/b/a EarthLink Business by the Federal Trade Commission, and requesting specific records of the business named below. Attached to this declaration are records responsive to the subpoena. I hereby certify that the records attached to this declaration:
   a. Were made at or near the time of the occurrence of the matters set forth in the records by or from information transmitted by a person with knowledge of those matters;
   b. Were kept in the course of regularly conducted business activity; and
   c. Were made by the regularly conducted activity as a regular practice.

I DECLARE under the penalty for perjury that the foregoing is true and correct.

Executed on: August 03, 2012

_Heather Gibbs_
(Signature of Declarant)

Heather Gibbs, Senior Regulatory Specialist
(Name & Title of Declarant)

DeltaCom, Inc., d/b/a EarthLink Business
(Name of Business)

7037 Old Madison Pike, St. 400, Huntsville, AL 35806
(Business Address)

PX 2-4

# Plaintiff's Exhibit

# PX 2-5

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC and that my official title or position is Sr. Paralegal/Compliance Manager.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.     Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2.     such records are kept in the course of a regularly conducted business activity;

3.     the business activity made such records as a regular practice; and

4.     if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this _____ day of June 2012.


Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, LLC
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

**PX 2-5**

# Contact Info for Shopper ID 28906923

| | |
|---|---|
| Shopper ID: | 28906923 |
| PrivateLabelId: | 1 |
| Login Name: | 28906923 |
| First Name: | Dana |
| Middle Name: | |
| Last Name: | Miano |
| Company: | Accelerated Financial Centers |
| IsCompany: | -1 |
| Address1: | 1679 SW South Macedo |
| Address2: | |
| City: | Port Saint Lucie |
| State/Prov: | FL |
| Postal Code: | 34984 |
| Country: | US |
| Phone1: | 8887821132 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | (772) 460-5339 |
| Mobile: | |
| Email: | Chrism0240@a█████m |
| Gender: | n |
| Date Created: | 6/23/2009 5:48:27 PM |
| LastChangedBy: | gdqhDeleteProfiles |
| LastChangedByDate: | 7/5/2010 12:04:01 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| ShopperPin: | |
| PasswordReminder: | 1-6 |

# PX 2-5

# Domain List for Shopper ID 28906923

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ASKACCELERATED.COM | 8 Cancelled | 6/23/2009 | 6/23/2010 | 176491157 |
| APLUSFINANCIALCENTERS.COM | 0 Active | 1/25/2010 | 1/25/2013 | 217928894 |

**PX 2-5**

GD 004321

# Domain Information for Shopper ID 28906923

| | |
|---|---|
| Shopper ID: | 28906923 |
| Domain Name: | ASKACCELERATED.COM |
| Registration Period: | 1 |
| Create Date: | 6/23/2009 7:56:03 PM |
| Expiration Date: | 6/23/2010 7:56:03 PM |
| Update Date: | 6/23/2009 7:56:03 PM |
| Transfer Away Date: | 8/7/2010 7:56:03 PM |
| Status: | 8 Cancelled |
| Is Certified Domain: | False |
| Custom DNS: | No |

## Registrant Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@a███████ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 6/23/2009 5:55:47 PM |

## Technical Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@█████ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 6/23/2009 5:55:47 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@█████ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 6/23/2009 5:55:47 PM |

## Billing Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@█████ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 6/23/2009 5:55:47 PM |

# PX 2-5

# Domain Information for Shopper ID 28906923

| | |
|---|---|
| Shopper ID: | 28906923 |
| Domain Name: | APLUSFINANCIALCENTERS.COM |
| Registration Period: | 3 |
| Create Date: | 1/25/2010 8:02:03 PM |
| Expiration Date: | 1/25/2013 8:02:03 PM |
| Update Date: | 1/23/2012 8:50:06 PM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@▮▮▮▮▮ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 1/25/2010 6:01:49 PM |

## Technical Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@▮▮▮▮▮ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 1/25/2010 6:01:49 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@▮▮▮▮▮ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 1/25/2010 6:01:49 PM |

## Billing Contact

| | |
|---|---|
| Name: | Dana Miano |
| Company: | Accelerated Financial Centers |
| Email: | Chrism0240@▮▮▮▮▮ |
| Address 1: | 1679 SW South Macedo |
| Address 2: | |
| City: | Port Saint Lucie |
| State/Province: | Florida |
| Postal Code: | 34984 |
| Country: | United States |
| Phone: | (888) 782-1132 |
| Fax: | (772) 460-5339 |
| Modify Time: | 1/25/2010 6:01:49 PM |

**PX 2-5**

# Plaintiff's Exhibit

# PX 2-6



## State of Florida

### Department of State

I certify the attached is a true and correct copy of Articles of Organization, as amended to date, of A+FINANCIAL CENTER, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L08000070384.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Fourteenth day of September, 2012



CR2EO22 (1-11)

Ken Detzner
Secretary of State

**PX 2-6**

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L08000070384
FILED 8:00 AM
July 22, 2008
Sec. Of State
alunt

## Article I

The name of the Limited Liability Company is:

ACCELERATED FINANCIAL CENTERS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2190 RESERVE PARK PLACE UNIT # 9
PORT SAINT LUCIE, FL.   34986

The mailing address of the Limited Liability Company is:

2190 RESERVE PARK PLACE UNIT # 9
PORT SAINT LUCIE, FL.   34986

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

DANA  MIANO
805 SW WISPER BAY DR
PALM CITY, FL.   34990

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:  DANA MIANO

## Article V

The effective date for this Limited Liability Company shall be:

07/21/2008

Signature of member or an authorized representative of a member

Signature: DANA MIANO

# PX 2-6

**FLSTATE 000002**

# COVER LETTER

**TO:**   **Registration Section**
          **Division of Corporations**

**SUBJECT:** _____ **Accelerated Financial Centers, LLC** _____
                        Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____ **Dana Miano** _____
                        Name of Person

_____ **Accelerated Financial Centers, LLC** _____
                        Firm/Company

_____ **1679 SW South Macedo** _____
                        Address

_____ **Port St. Lucie FL, 34984** _____
                        City/State and Zip Code

_____ **Chrism0240@aol.com** _____
                        E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ **Chris Miano** _____  at ( **877** ) _____ **748-2626** _____
          Name of Person                              Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee    ☑ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                           Certificate of Status        Certified Copy              Certificate of Status &
                                                        (additional copy is enclosed)   Certified Copy
                                                                                        (additional copy is enclosed)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section              Registration Section
Division of Corporations          Division of Corporations
P.O. Box 6327                     Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                                  Tallahassee, FL 32301

**PX 2-6**                        **FLSTATE 000003**

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

## Accelerated Financial Centers, LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _____ 11/20/2009 _____ and assigned

Florida document number _____ .

This amendment is submitted to amend the following:

**A.  If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**      Heinz G. Tiede  & Dana Miano

*(Principal office address MUST BE A STREET ADDRESS)*      1679 SW South Macedo

                                                          Port St. Lucie FL, 34984

**Enter new mailing address, if applicable:**      same

*(Mailing address MAY BE A POST OFFICE BOX)*      _____

                                                  _____

**B.  If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

<u>Name of New Registered Agent:</u>      Heinz G. Tiede

<u>New Registered Office Address:</u>      _____

                                          *Enter Florida street address*

                                          _____, **Florida** _____
                                                     *City*                              *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent:</u>**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

                                          _____
                                          If Changing Registered Agent, <u>Signature of New Registered Agent</u>

                                          Page 1 of 2

# PX 2-6

FLSTATE 000004

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records:</u>

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | Heinz G. Tiede | 1300 S Ocean Blvd #601<br>Pompano Beach FL 33062 | ☑ Add<br>☐ Remove |
| MGRM | Dana Miano | 135 NE Naranja Ave<br>Port St. Lucie FL 34984 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary):*

Dated _____ November 20 _____, 2009 _____.

_____
Signature of a member or authorized representative of a member

Dana Miano
Typed or printed name of signee

**Page 2 of 2**

**Filing Fee: $25.00**

# PX 2-6

FLSTATE 000005

# ARTICLES OF AMENDMENT
## TO
# ARTICLES OF ORGANIZATION
## OF

### Accelerated Financial Centers, LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _____ 12/28/2009 _____ and assigned

Florida document number _____.

This amendment is submitted to amend the following:

**A.  If amending name, enter the new name of the limited liability company here:**

_____
The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation
"L.L.C."

Enter new principal offices address, if applicable:         Christopher Miano

*(Principal office address MUST BE A STREET ADDRESS)*     1679 SW South Macedo Blvd

Port St. Lucie FL, 34984

Enter new mailing address, if applicable:                 same

*(Mailing address MAY BE A POST OFFICE BOX)*

**B.  If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent:     Christopher Miano

New Registered Office Address:     same

*Enter Florida street address*

_____, **Florida** _____
*City*                                                *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 2

# PX 2-6

FLSTATE 000006

**If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records</u>:**

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | Heinz Tiede | 1300 S Ocean Blvd #601<br>Pompano Beach FL, 33062 | ☐ Add<br>☑ Remove |
| MGRM | Dana Miano | 135 NE Naranja Ave<br>Port St. Lucie FL, 34984 | ☐ Add<br>☑ Remove |
| MGR | Christopher Miano | 135 NE Naranja Ave<br>Port St. Lucie FL, 34984 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

**D.  If amending any other information, enter change(s) here:**  *(Attach additional sheets, if necessary.)*

Dated _____ December 28 _____, 2009 ____.

Signature of a member or authorized representative of a member

Dana Miano &  Heinz Tiede
Typed or printed name of signee

Page 2 of 2

Filing Fee:  $25.00

**PX 2-6**

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

*FILED*

*10 FEB -9 AM 10: 09*

### Accelerated Financial Centers, LLC

*SECRETARY OF STATE*
*TALLAHASSEE, FLORIDA*

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _____ 07/2008 _____ and assigned

Florida document number _____ L08000070384 _____ .

This amendment is submitted to amend the following:

**A.  If amending name, enter the new name of the limited liability company here:**

### A+ Financial Centers, LLC

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B.  If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

*Enter Florida street address*

_____, **Florida** _____

*City*                                              *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____

**If Changing Registered Agent, Signature of New Registered Agent**

**Page 1 of 2**

# PX 2-6

**FLSTATE 000008**

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager</u> <u>or Managing Member being added or removed from our records</u>:

**MGR = Manager**
**MGRM = Managing Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |

**D.  If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

Dated _____ , _____ .

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
10 FEB -9  AM 10: 09
FILED

_____
Signature of a member or authorized representative of a member

*Christopher Mians*
Typed or printed name of signee

**Page 2 of 2**

**Filing Fee: $25.00**

# PX 2-6

**FLSTATE 000009**

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

### A+ Financial Center LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on ___7/22/08___ and assigned

Florida document number ___L08000070384___

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

| | |
|---|---|
| Name of New Registered Agent: | Dana Miano |
| New Registered Office Address: | 1679 SW South Macedo Blvd |
| | *Enter Florida street address* |
| | Port Saint Lucie , Florida  34984 |
| | *City*          *Zip Code* |

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

X _____

If Changing Registered Agent, Signature of New Registered Agent

**Page 1 of 2**

# PX 2-6

FLSTATE 000010

If amending the Managers or Managing Members on our records, **enter the title, name, and address of each Manager or Managing Member being added or removed from our records:**

MGR = Manager
MGRM = Managing Member

| Title | Name | Address | Type of Action |
|-------|------|---------|----------------|
| MGR | Christopher Miano | 135 NE Naranja Ave<br>Port Saint Lucie FL  34983 | ☐ Add<br>☑ Remove |
| MGR | Dana Miano | 1679 SW South Macedo Blvd<br>Port Saint Lucie FL  34984 | ☑ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Dated _____ , _____

_____
Signature of a member or authorized representative of a member

Dana Miano
_____
Typed or printed name of signee

**Page 2 of 2**

**Filing Fee:  $25.00**

# PX 2-6

FLSTATE 000011

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

### A+ Financial Center LLC
*(Name of the Limited Liability Company as it now appears on our records.)*
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _____07/22/08_____ and assigned

Florida document number _____L08000070384_____.

This amendment is submitted to amend the following:

**A.  If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B.  If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent:    Christopher Miano

New Registered Office Address:    10258 S US Hwy 1
                                  *Enter Florida street address*

                                  Port Saint Lucie   , Florida   34952
                                  *City*                              *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 2

# PX 2-6

FLSTATE 000012

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records</u>:

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| <u>MGR</u> | Dana Miano | 1679 SW South Macedo Blvd<br>Port Saint Lucie FL  34984 | ☐ Add<br>☑ Remove |
| <u>MGR</u> | Christopher Miano | 10258 S US Highhway 1<br>Port Saint Lucie FL  34952 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

**D.  If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Dated _____ February 18 _____, ___ 2011 ___.

_____
Signature of a member or authorized representative of a member

Christopher Miano
Typed or printed name of signee

**Page 2 of 2**

**Filing Fee: $25.00**

# PX 2-6

FLSTATE 000013

05-26-'11 16:40  FROM-Colter Law Office      772-223-1339           T-653  P005/006 F-480

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

11 JUN -9  AM 11: 45

### A+ Financial Center LLC
*(Name of the Limited Liability Company as it now appears on our records.)*
*(A Florida Limited Liability Company)*

The Articles of Organization for this Limited Liability Company were filed on ___07/22/2008___ and assigned

Florida document number ___L08000070384___.

This amendment is submitted to amend the following:

**A.  If amending name, _enter the new name of the limited liability company here_:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

**B.  If amending the registered agent and/or registered office address on our records, _enter the name of the new registered agent and/or the new registered office address here_:**

| | |
|---|---|
| <u>Name of New Registered Agent:</u> | Dana Miano |
| <u>New Registered Office Address:</u> | 10258 S US Hwy 1 |
| | *Enter Florida street address* |
| | Port Saint Lucie, Florida  34952 |
| | *City*  *Zip Code* |

<u>New Registered Agent's Signature, if changing Registered Agent:</u>

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

*If Changing Registered Agent, Signature of New Registered Agent*

Page 1 of 2

## PX 2-6

FLSTATE 000014

05-26-'11 16:40  FROM-Colter Law Office      772-223-1339          T-653  P006/006 F-480

If amending the Managers or Managing Members on our records, enter the title, name, and address of each Manager or Managing Member being added or removed from our records:

MGR = Manager
MGRM = Managing Member

| Title | Name | Address | Type of Action |
|-------|------|---------|----------------|
| MGR | Dana Miano | 10258 S US Hwy 1<br>Port Saint Lucie FL  34952 | ☑ Add<br>☐ Remove |
| MGR | Christopher Miano | 10258 S US Hwy 1<br>Port Saint Lucie FL  34952 | ☐ Add<br>☑ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |
|  |  |  | ☐ Add<br>☐ Remove |

D.  If amending any other information, enter change(s) here:  (Attach additional sheets, if necessary.)

Dated _____

X _____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
11 JUN -9 AM 11: 45

**Page 2 of 2**

**Filing Fee: $25.00**

# PX 2-6

FLSTATE 000015