# Plaintiff's Exhibit

# PX 2-7



# State of Florida
## Department of State

I certify the attached is a true and correct copy of Articles of Organization, as amended to date, of ACCELERATED ACCOUNTING SERVICES LLC., a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L09000096591.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Second day of October, 2012

Ken Detzner
Secretary of State

CR2E022 (1-11)

# Electronic Articles of Organization For Florida Limited Liability Company

L09000096591
FILED 8:00 AM
October 06, 2009
Sec. Of State
ncausseaux

## Article I
The name of the Limited Liability Company is:
ACCELERATED ACCOUNTING SERVICES LLC.

## Article II
The street address of the principal office of the Limited Liability Company is:
1675 SW S. MACEDO DR
PORT ST. LUCIE, FL.   34984

The mailing address of the Limited Liability Company is:
1675 SW S. MACEDO DR
PORT ST. LUCIE, FL.   34984

## Article III
The purpose for which this Limited Liability Company is organized is:
WE OFFER ACCOUNTING AND FINANCIAL PLANNING SERVICES TO OUR CLIENTS.

## Article IV
The name and Florida street address of the registered agent is:
DANA M MIANO
135 NE NARANJA AVE.
PORT ST. LUCIE, FL.   34983

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   DANA MIANO

**PX 2-7**

FLSTATE 000017

## Article V

The name and address of managing members/managers are:

Title: MGRM
DANA M MIANO
135 NE NARANJA AVE.
PORT ST. LUCIE, FL. 34983

Title: MGR
ROBERT W PAGE
5939 NW CENTER ST.
PORT ST. LUCIE, FL. 34986

## Article VI

The effective date for this Limited Liability Company shall be:

10/01/2009

Signature of member or an authorized representative of a member

Signature: DANA MIANO

L09000096591
FILED 8:00 AM
October 06, 2009
Sec. Of State
ncausseaux

**PX 2-7**

FLSTATE 000018

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

**Accelerated Accounting Services LLC.**
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __10/06/2009__ and assigned Florida document number __L09000096591__.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*    1675 SW South Macedo Dr

Port Siant Lucie FL, 34984

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

[Stamp: FILED 10 JAN -4 PM 2:01 SECRETARY OF STATE DIVISION OF CORPORATION]

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent:    Christopher Miano

New Registered Office Address:    same

_____  *Enter Florida street address*

_____, Florida _____
City                                                                Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

[signature]

If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 2

**PX 2-7**                                              FLSTATE 000019

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records:</u>

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | Dana Miano | 135 NE Naranja Ave<br>Port Saint Lucie FL, 34983 | ☐ Add<br>☑ Remove |
| MGRM | Christopher Miano | 135 NE Naranja Ave<br>Port Saint Lucie FL, 34983 | ☑ Add<br>☐ Remove |
| _____ | _____ | _____ | ☐ Add<br>☐ Remove |
| _____ | _____ | _____ | ☐ Add<br>☐ Remove |
| _____ | _____ | _____ | ☐ Add<br>☐ Remove |
| _____ | _____ | _____ | ☐ Add<br>☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Dated December 30, 09.

_____
Signature of a member or authorized representative of a member

Robert Page
Typed or printed name of signee

Page 2 of 2

Filing Fee: $25.00

**PX 2-7**  FLSTATE 000020