# Plaintiff's Exhibit

# PX 3-1

# STATE OF FLORIDA
# DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES

## CERTIFICATION OF RECORD INFORMATION

STATE OF FLORIDA
COUNTY OF LEON

I, Stuart Scott, certify the following:

1. I am employed by the Department of Agriculture and Consumer Services ("Department") as Chief of the Bureau of Mediation and Enforcement ("Bureau") in the Division of Consumer Services.

2. I am the custodian of records for the Bureau.

3. The Bureau of Mediation and Enforcement is responsible for receiving, reviewing, and working complaints made by consumers.

4. After diligent search and inquiry, the following information appears in the records of the Division:

   a. Complaints and supporting documents regarding A+ FINANCIAL CENTER, LLC

   b. Complaints and supporting documents regarding ASSOCIATED ACCOUNTING SPECIALIST, INC

   c. Complaints and supporting documents regarding ASSOCIATED FINANCIAL AND TAX SERVICES

THIS IS TO FURTHER ATTEST that the seal, as set forth below, is the official seal of the State of Florida, Department of Agriculture and Consumer Services.

DATED this 21st day of June, 2012

SEAL 

_____
Chief of Bureau of Mediation and Enforcement

1

**PX 3-1**   DOACS 000002

# DOCS Case Management System
## Case Query Report

Query Criteria: Participant Name - A+ FINANCIAL CENTER, LLC @ 10258 S US HIGHWAY 1 PORT SAINT LUCIE, FL 34952-5615

| Case # | Case Type | Status | Status Date | Case Manager | Business | Complainant | Referred To |
|---|---|---|---|---|---|---|---|
| 1204-12585 | Enforcement | Open | Apr 12, 2012 | Craig Moon | A+ FINANCIAL CENTER, LLC | | |
| 1205-15755 | TMK - Complaint | Open | May 07, 2012 | Talithia Clark | A+ FINANCIAL CENTER, LLC | GILBERT RONALD PACK | |

This document contains information which may be confidential or privileged; therefore, disclosure, photocopying, and distribution are prohibited.
Information current as of June 18, 2012
Page 1 of 1

**PX 3-1**

DOACS 000003



**ADAM H. PUTNAM
COMMISSIONER**

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

## CONSUMER COMPLAINT FORM

May 4, 2012

Please return completed form to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:  **120180**         Case Number: **1205- 15755**

Subject: **Credit/Banking**

### Consumer Information

| | |
|---|---|
| Name: | PACK, GILBERT RONALD |
| Country: | USA |
| Address: | |
| City/State/Zip: | SILVER SPRING, MD |
| Email: | |
| I would like to subscribe to the Florida Consumer E-Newsletter: | No |
| Age Group: 36- 45 | Home Phone:         Work/Cell Phone: |

### Business Information (Complaint Filing Against)

| | |
|---|---|
| Name: | A+ FINANCIAL CENTERS, LLC |
| Address: | 10258 S. U.S. HIGHWAY |
| City/State/Zip: | PORT ST. LUCIE, FL 34952 |
| Phone: | 877- 748- 2626 |
| Authorized to contact Business: | Yes |

### Product Information

| | |
|---|---|
| Product or Service involved: | DEPT ELIMINATION PLAN |
| Date of Transaction: | 02/07/2012 |
| Amount Paid: | $599.00 |
| Did you sign a contract or any similar documents? | Yes |
| When: | 02/01/2012 |
| Where: | MAILED TO HOME IN MD |
| Are you currently represented by a lawyer? | No |
| Have you filed suit in court? | No |
| Mode of Contact: | PHONE |

**Explain your complaint, describing the events in the order in which they occurred.**

I was contacted by a tele-marketer in DEC/JAN 12 that his company could bring the interest rates on my credit cards (4) down to around 3%. This would save me money and enable me to pay the credit cards (4) of quicker. I ask if I could continue to use the cards? He stated I could continue to use the cards. I ask if this would mess up my credit? He stated no. I asked him multiple questions, receiving positive answers and also if I had additional question if I could contact him he stated yes. I had approximately 3 conversations with represenative Fred. The last conversations we had he stated that he would be sending a packet for me to fill out and send back. He also stated that he would charge one of my cards $599.00 (which was done) and that one of his colleagues would be contacting me. I was later contacted by a female representative who was telling a different story from the Fred. I disagreed and insisted on and attempted to talk to fred to clear this up. I was never able to get in contact with and he never returned any of my calls. I spoke with 3 additional represenatives receiving different and information like they would only be able to lower the interest on 2 of the cards for higher amounts. When I continued to ask for a supervisor/ manager to get clear information and to voice my concerns about lack a trust and being refunded I was told I had to contact the legal department. When I made contact with the legal represenative I told her what my problems were. She stated that she would have to listen to the telephone recordings and to give her 14 days to respond. She also informed me that my card could be charge for legal fees? Which seemed to be a

Report Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 1 of 2

**PX 3-1**                                      DOACS 000004



Florida Department of Agriculture and Consumer Services

Division of Consumer Services

## CONSUMER COMPLAINT FORM

May 4, 2012

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:   **120180**        Case Number: **1205- 15755**

**Explain your complaint, describing the events in the order in which they occurred.(Continued)**

threat to me. I made attempts to contact the legal represenative and left call back numbers with her office. I have been received 3 calls from an 877 area code who hung up when I answered the phone after 3 rings. The company called me at home, gave me false information to get me to sign an agreement in the mail and charge my credit card $599.00 and then wanted to change the services they were to provide. This is false advertisement, trickery and robbery.

**What would satisfy your complaint?**

A full refund would satisfy me. How can I trust this company now. I don't know what information the told me is true or not true. When I asked about this effecting my credit, credit score or credit history they said it would'nt? If I'm quoted around 3% to me this means 3.2%, 3.4%, 3.6% not 4.6%, 5.4% or 6%. Why would people refuse or not return my calls? If I make a late payment they could say that terminated my contract and my rates go back up or even higher. How can the company threaten to charge my credit card for legal fees when the client has a discrpencency. That was not on the agreement that I signed. I don't know the companys' policies and right now I'm not to confortable with them are how they may use them against me in the future. All this could have been resolve 3+ months ago by letting me talk to the first represenative (Fred), him saying I made a mistake, I thought we could have done this but we can do this and then let me make a decision to continue with the company or not.

**Supporting Documents**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service. If your complaint involves a product or service that was advertised, include a copy of the advertisement. Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2

**PX 3-1**                                                                DOACS 000005

Case 2:12-cv-14373-DLG   Document 3-14   Entered on FLSD Docket 10/23/2012   Page 6 of 6