# Plaintiff's Exhibit

# PX 3-2

**STATE OF FLORIDA**
**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES**

**CERTIFICATION OF RECORD INFORMATION**

STATE OF FLORIDA
COUNTY OF LEON

I, Liz Compton, certify the following:

1.     I am employed by the Department of Agriculture and Consumer Services

("Department") as Chief of the Bureau of Compliance ("Bureau") in the Division of Consumer

Services.

2.     I am the custodian of records for the Bureau.

3.     The Bureau of Compliance is responsible for receiving, reviewing, and approving

applications for registration of Commercial Telephone Sellers and Salespersons under Chapter

501, Florida Statutes.

4.     After diligent search and inquiry, the following information appears in the records

of the Division:

 a.     A+ Financial Center, LLC  filed an initial application with the Department
 on March 15, 2010, was issued license number TC3656 as required by
 §501.601-501.626 F.S  This license was submitted for renewal in 2011
 and 2012 (electronically).

THIS IS TO FURTHER ATTEST that the seal, as set forth below, is the official seal of the State

of Florida, Department of Agriculture and Consumer Services.

DATED this   25th   day of June, 2012

SEAL

Chief of Bureau of Compliance

1

**PX 3-2**

DOACS 000091



**ADAM H. PUTNAM**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#                **TC3656**
Document Tracking No#      **2366319**     Application Date      **04/30/2012 01:13:55 PM**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

A+ FINANCIAL CENTER, LLC.

**Fictitious Names\*\***

Does not apply was selected for Ficticious Names

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

10258 S US HIGHWAY 1
PORT SAINT LUCIE, Florida 34952-5615 USA

**Mailing Address**

10258 S US HIGHWAY 1
PORT SAINT LUCIE, Florida 34952-5615 USA

**Telephone Number**                          **Fax Number**

877-748-2626                                  772-336-8437

**Email Address**

chrism0240█████████

**Website Address**

www.aplusfinancialcenters.com

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

███████

**Form of Organization.**

Limited Liability Company
7/21/2008                                          Florida

## Registered Agent

DANA MIANO
████████████████████
PALM CITY, Florida ███████████

**PX 3-2**                                      **DOACS 000092**

877-748-2626                              Chrism0240@▊▊▊▊

## Business Details

Brief description of product(s) sold and/or service(s) provided:
**Financial Planning**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a
ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to       **No**
solicit the sale of memberships in a lottery club across state lines?

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a  **No**
felony? Conviction includes a finding of guilt where adjudication has been withheld.

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or
any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property?  **No**
Conviction includes a finding of guilt where adjudication has been withheld.

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or
administrative, or whether such a license has previously been refused, revoked, or suspended in any  **No**
jurisdiction?

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an
injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or
order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action  **No**
involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property
or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or
deceptive trade practice?

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final
judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any
similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement,  **No**
fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading
representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending
against the applicant?

## Occupation History

1. Occupation:      emp                                      Period: 07/22/2008 - 04/27/2012
   Employer:       Financial Planning
   Address:        10258 S US Hwy 1 Port Saint Lucie,FL 34952

## Previous Experience

36 Months experience

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

**Officer 1.**

Name:                                         DANA MIANO
Title:                                        Manager

**Information**

Date of Birth:                                
ID Type:                                      Driver's License Number
ID Number:
ID State:                                     DMV

**Home Address**

▮▮▮▮▮▮▮▮▮
PALM CITY, Florida ▮▮▮▮▮▮

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by **No** a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

SP List attached.

## Locations

**Location**

Business Name: A+ Financial Center

01258 S US Hwy 1
Port Saint Lucie, Florida 34952 USA

This is a Physical address.

Manager Name: Dana Miano

**PX 3-2**                                                                    **DOACS 000094**

## Questions

**Question 11**

a. Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]                    [ ]

b. We do not use sales scripts.                                                                                        [X]

**Question 12**

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]                                                                [X]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).                                                                                          [ ]

**Question 13**

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]                                                                                                     [X]

b. We do not send any written material to any prospective or actual purchaser.                                         [ ]

**Question 14**

a. Does not apply.                                                                                                     [X]

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]                                                                                                              [ ]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:                                 [ ]

**Question 15**

a. A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.                              [X]

b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:                                                                                          [ ]

**Entered Information**

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - o

- The odds a single prospective purchaser has of receiving each item described is:
  - o

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain   [   ]
the item described in the certificate.

### Financial Institutions

**Institution**
Institution Name: Bank of America
Conatact Name: Strather Dupree
Contact Number:
**Address**
1601 NW St. Lucie West Blvd
Port Saint Lucie, Florida 34952 USA
**Accounts**



### Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: 41250259
Security Begin Date : 04/01/2012
Security End Date: 03/31/2013

Security Institution Name: Platte River Insurance Company

**Security Institution Address**
2121 N California Blve Suite 300
Walnut Creek, California 94596 USA

Security Institution Phone: 800-462-8135

### Uploaded Documents

**All Uploaded Documents**

| Name | Description | Type |
|------|-------------|------|
| A+ Surety Bond.pdf | | BOND |
| A+ Opener.docx | | TC12A |
| A++CONTRACT.docx | | TC13A |
| AA Sales Employee List.pdf | | TCTPLIST |

### Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [X]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm

or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [X]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [X]

**Preparer Information**

Preparer Name: Dana Miano
Preparer Phone: 877-748-2626

**Signature Information**

Signature Name: Dana Miano
Signature Date: 4/30/2012



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

Mailing Address:
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#          **TC3656**
Document Tracking No#    **2380714**    Application Date    **04/25/2012 04:56:53 PM**

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**              **D.O.B**

ALEXIS L DENNISON
DANIEL R BARBUSCI
ELIZABETH A RIZZO          
GEORGE A EMELIANCHIK
HEATHER D BROOKS

**Signature Information**

Signature Name: Dana Miano
Signature Date: 4/25/2012

Application Review                                                    Page 1 of 1



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#                    **TC3656**
Document Tracking No#          **2371689**       Application Date      **03/15/2012 05:12:43 PM**

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**                          **D.O.B**

JASON W HARVEY
STEPHAN A DAWES                           
STEPHANIE D GLADEY

**Signature Information**

Signature Name: Dana Miano
Signature Date: 3/15/2012



**ADAM H. PUTNAM**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

Mailing Address:
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#                     **TC3656**
Document Tracking No#           **2353430**      Application Date      **01/26/2012 03:06:52 PM**

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**

ANNETTE M VACCARO
ILEXA B YARDLEY
JINDRA M BOHNER
JOHN C WYGAL
JOSEPH R SULLIVAN
MARIO J MARSHALL

**Signature Information**

**D.O.B**



Signature Name: Dana Miano
Signature Date: 1/26/2012

**PX 3-2**

**DOACS 000100**



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700

www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| License No# | **TC3656** | | |
| Document Tracking No# | **2329401** | Application Date | **12/07/2011 05:09:20 PM** |

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**                              **D.O.B**

DAVID S GOODSTEIN
EMMA JAMES
GINA M CAPUANO
KARISSA M BLACKNEY
MARK T MACLAUCHLIN
MICHAEL WYNN
REGGIE D WEATHERS
WILLIAM G OLIN



**Signature Information**

Signature Name: Dana Miano
Signature Date: 12/7/2011

## PX 3-2

DOACS 000101



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| License No# | **TC3656** | | |
| Document Tracking No# | **2302799** | Application Date | **10/06/2011 05:03:46 PM** |

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

| Salesperson Name | D.O.B |
|---|---|
| BRADLEY BARRON | |
| JOHN A TULLAR | |
| LASAUN R DAVIS | |
| LAURA N PATTERSON | |
| MATTHEW SCANLON | |
| RHONDA CRAIG | |
| THERESA MEYERS | |
| THURSTON TAYLOR | |
| TODD J CLINE | |
| WAYNE ALLAN | |



**Signature Information**

Signature Name: Dana Miano
Signature Date: 10/6/2011

Application Review                                                                 Page 1 of 1



**ADAM H. PUTNAM**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

### APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| License No# | **TC3656** | | |
| Document Tracking No# | **2257065** | Application Date | **06/16/2011 05:06:56 PM** |

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**                               **D.O.B**

AUTUMN LLOYD
BRITTNEY GALLAGHER
CARLYLE CARPENTER
CORNELIUS BROWN
DAVID PEHRSON
EDWIN C DANTEL
JASON R PAGE
JOHN WHITLEY
JOSEPH MACKEY
JOSEPH TRACEY
MELISSA MOUNTS
MICHAEL SINGH
MIRANDA BRYINGTON
MITCHELL MARTORAL
PATRECIO GANTT
PAUL RIVERA
TANYA M CLOYD



**Signature Information**

Signature Name: Dana Miano
Signature Date: 6/16/2011



**ADAM H. PUTNAM**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#              **TC3656**
Document Tracking No#    **2205463**      Application Date      **04/30/2011 11:16:23 AM**

### BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name**

A+ FINANCIAL CENTER, LLC.

**Fictitious Names**

Does not apply was selected for Ficticious Names

**All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

10258 S US HIGHWAY 1
PORT SAINT LUCIE, Florida 34952-5615 USA

**Mailing Address**

10258 S US HIGHWAY 1
PORT SAINT LUCIE, Florida 34952-5615 USA

**Telephone Number**                      **Fax Number**

877-748-2626                              772-336-8437

**Email Address**

chrism0240@ ███████

**Website Address**

www.aplusfinancialcenters.com

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

███████

**Form of Organization.**

Limited Liability Company                 Florida
7/22/2008

### Registered Agent

Dana M Miano
10258 S Us Hwy 1
Port Saint Lucie, Florida 34952 USA

**PX 3-2**

**DOACS 000104**

877-748-2626

## Business Details

Brief description of product(s) sold and/or service(s) provided:
**Financial Planning**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a
ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to   **No**
solicit the sale of memberships in a lottery club across state lines?

### Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a **No**
felony? Conviction includes a finding of guilt where adjudication has been withheld.

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or
any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? **No**
Conviction includes a finding of guilt where adjudication has been withheld.

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or
administrative, or whether such a license has previously been refused, revoked, or suspended in any **No**
jurisdiction?

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an
injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or
order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action **No**
involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property
or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or
deceptive trade practice?

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final
judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any
similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, **No**
fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading
representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending
against the applicant?

### Occupation History

**1.** Occupation:       emp                                 Period: 07/14/2008 - 04/28/2011
   Employer:       A+ Financial Center
   Address:        10258 S Us Hwy 1 Port Saint Lucie,FL 34952

### Previous Experience

33 Months experience

### Parents And Affiliates

Does not apply was selected for parent and affiliates.

### Officers

**Officer 1.**

Application Review                                                    Page 3 of 6

Name:                                    DANA MIANO
Title:                                   Manager
**Information**
Date of Birth:                           ███████████
ID Type:                                 Driver's License Number
ID Number:                               ███████████
ID State:                                DMV

**Home Address**
███████████
PALM CITY, Florida ███████

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by **No** a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

No Salespersons listed.

## Locations

**Location**
Business Name: A+ Financial Center LLC

10258 S US Hwy 1
Port Saint Lucie, Florida 34952 USA

This is a Mail-Drop

Manager Name:Dana Miano

**PX 3-2**                                                       **DOACS 000106**

## Questions

**Question 11**

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]          [ ]

b.We do not use sales scripts.          [X]

**Question 12**

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]          [X]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).          [ ]

**Question 13**

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]          [X]

b.We do not send any written material to any prospective or actual purchaser.          [ ]

**Question 14**

a. Does not apply.          [X]

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]          [ ]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:          [ ]

**Question 15**

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.]          [ ]

b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:          [ ]

**Entered Information**

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - o
- The odds a single prospective purchaser has of receiving each item described is:
  - o

**PX 3-2**

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain   **[X]** the item described in the certificate.

## Financial Institutions

**Institution**
Institution Name: Bank Of America
Conatact Name: Strather Dupree
Contact Number:

**Address**
1601 NW St. Lucie West Boulevard
Port Saint Lucie, Florida 34986 USA

**Accounts**

## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: 84077 or 12862
Security Begin Date : 04/01/2011
Security End Date: 04/01/2012

Security Institution Name: Nova Casualty Company

**Security Institution Address**
726 Exchange St #1020
Buffalo, New York 14210-1484 USA

Security Institution Phone: 904-429-0555

## Uploaded Documents

**All Uploaded Documents**

| Name | Description | Type |
|------|-------------|------|
| A++CONTRACT.docx | | TC13A |
| A++CLOSE.docx | | TC12A |

## Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [X]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.

**PX 3-2**

Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

**Preparer Information**

Preparer Name: Dana Miano
Preparer Phone: 877-748-2626

**Signature Information**

Signature Name: Dana Miano
Signature Date: 4/28/2011

**PX 3-2**                                          **DOACS 000109**

Application Review                                                                 Page 1 of 1



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| License No# | **TC3656** | | |
| Document Tracking No# | **2198113** | Application Date | **01/24/2011** |

The following listed individuals have been removed as salesperson(s) employed and/or affiliated with your business. It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson pursuant to F.S. 501.616.

**Salesperson Name**                          **D.O.B**

AMBER PATSTONE
ASHLEY N THOMPSON
BARBARA DVORSETZ
BRITTANY MATTESON
CHRIS CALHOUN
CYNTHIA N SPRANZA
JUAN J ROSARIO
TIMOTHY NELSON



**Signature Information**

Signature Name: Dana Miano
Signature Date: 1/24/2011

2366319/mb

VO TC
3656

Florida Department of Agriculture and Consumer Services
Division of Consumer Services



**TELEMARKETING SURETY BOND**

Florida Telemarketing Act
s. 501.601 – 501.626, Florida Statutes
Florida Administrative Code Rule 5J-6.005

**ADAM H. PUTNAM**
**COMMISSIONER**

1-800-HELP-FLA (435-7352) • 850-488-2221 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 *Fax*

*Make check or money order*
*payable and remit application to:*

FDACS
P.O. Box 6700
Tallahassee, FL 32399-6700

| Surety Bond Number: | Effective Date of Surety Bond: |
|---|---|
| 41250259 | 04 / 01 / 2012 |

**KNOWN ALL BY THIS PRESENT INSTRUMENT that we,**

### Principal (Applicant/Registrant)

**Legal Name** *(If applicant is not a natural person, state the legal name as registered with the Florida Department of State followed by fictitious/dba name):*
A+ Financial Center LLC

**Physical Street Address:**
10258 S US Hwy 1

| City: | State: | Zip Code: |
|---|---|---|
| Port St. Lucie | Florida | 34952 |

**Mailing Address** (if different from above):

| City: | State: | Zip Code: |
|---|---|---|
| | | |

| Telephone Number: | Fax Number: |
|---|---|
| ( 877 )748 - 2626 | ( ) - |

**Email Address:**

**AND**

### Surety

**Legal Name** *(Full legal name of Surety):*
PLATTE RIVER INSURANCE COMPANY

**Physical Street Address:**
2121 NORTH CALIFORNIA BLVD. SUITE 300

| City: | State: | Zip Code: |
|---|---|---|
| WALNUT CREEK | CA | 94596 |

**Mailing Address** (if different from above):

| City: | State: | Zip Code: |
|---|---|---|
| | | |

| Telephone Number: | Fax Number: |
|---|---|
| (800 ) 462 - 8135 | ( 800 )462 - 8167 |

DACS-10001 Rev. 08/10
Page 14 of 18

## PX 3-2

DOACS 000111

Bond # 41250259

which Surety is authorized to do business and issue surety bonds in the State of Florida, are held firmly bound unto the State of Florida, Department of Agriculture and Consumer Services, ("Obligee") the sum of $50,000.00 for the use and benefit of any consumer who is injured as a result of the bankruptcy of the Principal or the breach of any agreement entered into by the Principal in the Principal's capacity as a licensee under sections 501.601-501.626, Florida Statutes, the Florida Telemarketing Act. This bond shall be amenable to and enforceable by and through administrative proceedings before the Department or through an action brought by the Department, any other governmental agency on behalf of any injured consumer, or any injured consumer. NOW, THEREFORE, the condition of this obligation is such that if the Principal complies with all duties and requirements of a licensee under sections 501.601-501.626, Florida Statutes, the Florida Telemarketing Act, as may be subsequently amended, then this obligation shall be void. Otherwise this obligation shall remain in force and effect in law subject, however, to the following limitations:

1. That the Obligee (State of Florida) shall notify the Surety of any default of the Principal hereunder, at the earliest possible time following the discovery of such default.

2. That the Surety shall promptly notify the Obligee in writing of any changes in either the Principal or amount of bond set forth above. However, failure of the Surety to provide such notice shall not affect the validity of this bond.

3. That if the Surety shall so elect, this bond may be canceled by giving 30 days written notice to the Obligee. Said notice shall contain the full name, city, and state where the Principal is located, and the commercial telephone seller license number assigned to the Principal by the Obligee. The Surety, however, will remain liable for any default occurring during the period up to the expiration of said 30 days notice and such 30 day period shall begin only upon receipt of said notice by the Obligee.

4. This bond shall be subject to partial claims but, in no event shall the Surety be liable for a total amount greater than that shown above.

This bond is effective this 1st day of April , 20 12 , 12:01 A.M., standard time and shall continue in force until canceled.

In witness hereof, the Principal and Surety have executed this instrument through their respective undersigned representatives, who are fully authorized to execute this instrument, on the 2ND day of April , 20 12 .

**Principal**

_____    _____
Witness                       Signature  (Seal)

_____    MMGR  Data Micro
Witness                       Title

A+ Financial Center LLC
_____
Full Legal Name of Principal

**Surety**   PLATTE RIVER INSURANCE COMPANY

_____    _____
Witness                       Signature (Seal)

_____    MICHAEL D. LAPRE, ATTORNEY-IN-FACT
Witness                       Title

**Local Agent**

NFP P & C Services, Inc.                8201 N. HAYDEN RD., SCOTTSDALE, AZ  85258
_____                _____
Name of Local Agent                      Address

MICHAEL D. LAPRE                         480-947-3555
_____                _____
Contact Person                           Contact Telephone Number

**PX 3-2**                              **DOACS 000112**

# PLATTE RIVER INSURANCE COMPANY
## POWER OF ATTORNEY

41250259

**KNOW ALL MEN BY THESE PRESENTS,** That the **PLATTE RIVER INSURANCE COMPANY,** a corporation of the State of Nebraska, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

MICHAEL D LAPRE; DEBORAH M MCGUCKIN; ERIN BROWN; RYAN ROGERS; FLORENCE A ESDON; THERESA NEWMAN KEVIN P SHINE; RICHARD D STEPHENS; AMANDA BRENDEL; JAREN MARX; DIANE M BAILEY

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

ALL WRITTEN INSTRUMENTS IN AN AMOUNT NOT TO EXCEED: $2,000,000.00

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **PLATTE RIVER INSURANCE COMPANY** at a meeting duly called and held on the 8th day of January, 2002.

"RESOLVED, that the President, and Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such officer to the business of the Corporation; the signature of such officers and the seal of the Corporation may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Corporation in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

IN WITNESS WHEREOF, the **PLATTE RIVER INSURANCE COMPANY** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 2nd day of May, 2011.

Attest:

Richard W. Allen III
President
Surety & Fidelity Operations

**PLATTE RIVER INSURANCE COMPANY**

David F. Pauly
CEO & President

STATE OF WISCONSIN
COUNTY OF DANE } S.S.

On the 2nd day of May, 2011 before me personally came David F. Pauly, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President of **PLATTE RIVER INSURANCE COMPANY,** the corporation described herein and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Daniel W Krueger

Daniel W. Krueger
Notary Public, Dane Co., WI
My Commission Is Permanent

STATE OF WISCONSIN
COUNTY OF DANE } S.S.

**CERTIFICATE**

I, the undersigned, duly elected to the office stated below, now the incumbent in **PLATTE RIVER INSURANCE COMPANY,** a Nebraska Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney, is now in force.

Signed and sealed at the City of Middleton, State of Wisconsin this 2nd day of April, 2012

Alan S. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON GREEN SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT, CALL 800-475-4450.

PR-POA (5-11)

PX 3-2

**Miller, Cassie**

| | |
|---|---|
| **From:** | Moon, Craig |
| **Sent:** | Wednesday, May 16, 2012 6:21 PM |
| **To:** | Brown, Monica |
| **Subject:** | 1204-12585 A+ FINANCIAL CENTER, LLC |
| **Attachments:** | A+ FINANCIAL CENTER, LLC Fedex Tracking No 001.tif |

Monica,

The investigation has been concluded and the business has satisfied all criminal and regulatory violations found under the investigation case above.   BOC can now license the business.  See the attached Fedex Letter tracking number which contains the original TMK Bond.  Please let me know once you issue the license to the business.

If you should have any questions feel free to contact me.

Thanks,

P.S.  Please correct the period at the end of the "LLC" in DOCS as the corporate record does not show a period after "LLC".

*Craig Moon*
Senior Financial Investigator
Division of Consumer Services
Bureau of Investigations
PO Box 510266, Melbourne Beach, FL 32951-0266
phone: (321) 409-2003   fax: (321) 409-2004
email: Craig.Moon@freshfromflorida.com


**From:** Brown, Monica
**Sent:** Monday, May 14, 2012 8:59 AM
**To:** Moon, Craig
**Subject:** 1204-12585- A+ Financial

Just an FYI that I have rec'd a renewal package for this business.  The sent a copy of new bond but I have to  send deficiency for original.

Monica P. Brown
Regulatory Consultant
Division of Consumer Services
850-410-3683/ fax 850-410-3804

**PX 3-2**

**FedEx**

Shipment Receipt
**Address Information**

**Ship to:**
Attn Monica Brown

DOASC
2005 APALACHEE
PKWY

TALLAHASSEE, FL.
32399-6500
US
8004357352

**Ship from:**
Accelerated Financial
Centers, LLC

10258 SW Hwy 1

Port St. Lucie, FL.
34952
US
8777482626

**Shipping Information**
Tracking number: 793573315923
Ship date: 05/16/2012
Estimated shipping charges: 59.65

**Package Information**
Service type: First Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information**
Bill transportation to: A+ Financial Centers-564
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                5/16/2012

# PX 3-2

DOACS 000115

---

☒ Florida Department of State - Division of Corporations      ☒ www.sunbiz.org      ☒ Florida State Flag

---

Previous on List  ☒  Next on List  ☒  Return To List          Entity Name Search
Detail by Entity Name                                                    [ Submit ]

☒ Florida Limited Liability Company  Name History

A+FINANCIAL CENTER, LLC

Filing Information

| | |
|---|---|
| Document Number | L08000070384 |
| FEI/EIN Number | 800222027 |
| Date Filed | 07/22/2008 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 07/21/2008 |
| Last Event | REINSTATEMENT |
| Event Date Filed | 10/03/2011 |
| Event Effective Date | NONE |

Principal Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

Mailing Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

Registered Agent Name & Address

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US

Name Changed: 06/09/2011

Address Changed: 02/18/2011

Manager/Member Detail

Name & Address

Title MGR

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Annual Reports

**PX 3-2**

**DOACS 000116**

Report Year Filed Date

| 2009 | 10/01/2009 |
| 2010 | 04/09/2010 |
| 2011 | 10/03/2011 |

Document Images

| | |
|---|---|
| 10/03/2011 -- REINSTATEMENT | View image in PDF format |
| 06/09/2011 -- LC Amendment | View image in PDF format |
| 02/18/2011 -- LC Amendment | View image in PDF format |
| 04/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2010 -- LC Amendment | View image in PDF format |
| 02/09/2010 -- LC Name Change | View image in PDF format |
| 01/04/2010 -- LC Amendment | View image in PDF format |
| 11/23/2009 -- LC Amendment | View image in PDF format |
| 10/01/2009 -- REINSTATEMENT | View image in PDF format |
| 07/22/2008 -- Florida Limited Liability | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    [×]    Next on List    [×]    Return To List          Entity Name Search

Events    [×]              Name History                                      Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright© and Privacy Policies
State of Florida, Department of State

**PX 3-2**                                              **DOACS 000117**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services



## TELEMARKETING SURETY BOND

Florida Telemarketing Act
s. 501.601 – 501.626, Florida Statutes
Florida Administrative Code Rule 5J-8.005

ADAM H. PUTNAM
COMMISSIONER

1-800-HELP-FLA (435-7352) • 850-488-2221 Calling Outside Florida
www.800helpfla.com • 850-410-3804 Fax

Make check or money order
payable and remit application to:

FDACS
P.O. Box 6700
Tallahassee, FL 32399-6700

**Surety Bond Number:**
41250259

**Effective Date of Surety Bond:**
04   /   01   /   2012

**KNOWN ALL BY THIS PRESENT INSTRUMENT that we,**

### Principal (Applicant/Registrant)

**Legal Name** *(If applicant is not a natural person, state the legal name as registered with the Florida Department of State followed by fictitious/dba name):*
A – Financial Center LLC

**Physical Street Address:**
10258 S US Hwy 1

| City: | State: | Zip Code: |
| Port St. Lucie | Florida | 34952 |

**Mailing Address (if different from above):**

| City: | State: | Zip Code: |

**Telephone Number:**
( 877   )748   -  2626

**Fax Number:**
(          )

**Email Address:**

### AND

### Surety

**Legal Name** *(Full legal name of Surety):*
PLATTE RIVER INSURANCE COMPANY

**Physical Street Address:**
2121 NORTH CALIFORNIA BLVD. SUITE 300

| City: | State: | Zip Code: |
| WALNUT CREEK | CA | 94596 |

**Mailing Address (if different from above):**

| City: | State: | Zip Code: |

**Telephone Number:**
(800   ) 462   -  8135

**Fax Number:**
( 800   )462   -  8167

DACS-10001 Rev. 08/10
Page 14 of 18

# PX 3-2

DOACS 000118

Bond # 41250259

which Surety is authorized to do business and issue surety bonds in the State of Florida, are held firmly bound unto the State of Florida, Department of Agriculture and Consumer Services, ("Obligee") the sum of $50,000.00 for the use and benefit of any consumer who is injured as a result of the bankruptcy of the Principal or the breach of any agreement entered into by the Principal in the Principal's capacity as a licensee under sections 501.601-501.626, Florida Statutes, the Florida Telemarketing Act. This bond shall be amenable to and enforceable by and through administrative proceedings before the Department or through an action brought by the Department, any other governmental agency on behalf of any injured consumer, or any injured consumer. NOW, THEREFORE, the condition of this obligation is such that if the Principal complies with all duties and requirements of a licensee under sections 501.601-501.626, Florida Statutes, the Florida Telemarketing Act, as may be subsequently amended, then this obligation shall be void. Otherwise this obligation shall remain in force and effect in law subject, however, to the following limitations:

1. That the Obligee (State of Florida) shall notify the Surety of any default of the Principal hereunder, at the earliest possible time following the discovery of such default.

2. That the Surety shall promptly notify the Obligee in writing of any changes in either the Principal or amount of bond set forth above. However, failure of the Surety to provide such notice shall not affect the validity of this bond.

3. That if the Surety shall so elect, this bond may be canceled by giving 30 days written notice to the Obligee. Said notice shall contain the full name, city, and state where the Principal is located, and the commercial telephone seller license number assigned to the Principal by the Obligee. The Surety, however, will remain liable for any default occurring during the period up to the expiration of said 30 days notice and such 30 day period shall begin only upon receipt of said notice by the Obligee.

4. This bond shall be subject to partial claims but, in no event shall the Surety be liable for a total amount greater than that shown above.

This bond is effective this 1st _____ day of April _____, 20 12 ___, 12:01 A.M., standard time and shall continue in force until canceled.

In witness hereof, the Principal and Surety have executed this instrument through their respective undersigned representatives, who are fully authorized to execute this instrument, on the 2ND _____ day of April _____, 20 12 ___

**Principal**

_____     _____
Witness                              Signature  (Seal)

_____     MMGR     Dela Mom
Witness                              Title

A+ Financial Center LLC
_____
Full Legal Name of Principal

**Surety**  PLATTE RIVER INSURANCE COMPANY

_____     _____
Witness                              Signature (Seal)

_____     MICHAEL D. LAPRE, ATTORNEY-IN-FACT
Witness                              Title

**Local Agent**

NFP P & C Services, Inc.          8201 N. HAYDEN RD., SCOTTSDALE, AZ  85258
_____          _____
Name of Local Agent                       Address

MICHAEL D. LAPRE                  480-947-3555
_____          _____
Contact Person                            Contact Telephone Number

DACS-10001 Rev. 06/10
Page 15 of 18

# PX 3-2

DOACS 000119

## PLATTE RIVER INSURANCE COMPANY
## POWER OF ATTORNEY

41250259

KNOW ALL MEN BY THESE PRESENTS, That the PLATTE RIVER INSURANCE COMPANY, a corporation of the State of Nebraska, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

----------MICHAEL D LAPRE; DEBORAH M MCGUCKIN; ERIN BROWN; RYAN ROGERS; FLORENCE A ESDON; THERESA NEWMAN----------
----------KEVIN P SHINE; RICHARD D STEPHENS; AMANDA BRENDEL; JAREN MARX; DIANE M BAILEY----------

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

---------------- ALL WRITTEN INSTRUMENTS IN AN AMOUNT NOT TO EXCEED: $2,000,000.00 ----------------

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of PLATTE RIVER INSURANCE COMPANY at a meeting duly called and held on the 8th day of January, 2002.

"RESOLVED, that the President, and Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of the Corporation; the signature of such officers and the seal of the Corporation may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Corporation in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

IN WITNESS WHEREOF, the PLATTE RIVER INSURANCE COMPANY has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 2nd day of May, 2011.

Attest:                                                                                    PLATTE RIVER INSURANCE COMPANY

Richard W. Allen III
President
Surety & Fidelity Operations

David F. Pardy
CEO & President

(SEAL)

STATE OF WISCONSIN } SS:
COUNTY OF DANE

On the 2nd day of May, 2011 before me personally came David F. Pardy, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is President of PLATTE RIVER INSURANCE COMPANY, the corporation described herein and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Daniel W. Krueger
Notary Public, Dane Co., WI
My Commission Is Permanent

STATE OF WISCONSIN } SS:
COUNTY OF DANE

CERTIFICATE

I, the undersigned, duly elected to the office stated below, now the incumbent in PLATTE RIVER INSURANCE COMPANY, a Nebraska Corporation, authorized to make this certificate, DO HEREBY CERTIFY that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney, is now in force.

Signed and sealed at the City of Middleton, State of Wisconsin this ___2nd___ day of ___April___ .012

(SEAL)

Alan S. Ogilvie
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON GREEN SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT CALL 800-475-4450.

PR-POA 15 (1)

**PX 3-2**

DOACS 000120

**A+ Financial Center LLC**

**Terms and Conditions of the Sale(closer)**

1. Thank customer for their interest in  A + Financial Center LLC and state your name at the beginning of the call with representative's License #.
2. Let the potential customer know that we will guarantee to save them XXXX amount of money over all through our efforts of
   a.  Attempting to contact their lenders and reduce their present rates
   b.  Helping to initiate balance transfers
   c.  Opening up new accounts for them with more favorable rates
   d.  Hardshiping their accounts if it is required
3. Let customer know that no charges would be made here today and that we will be shipping them priority mail a package to review with additional information in it.
4. Potential Client must agree to a date and time to call back after reviewing the paperwork so we can discuss any concerns with them. (log the appointment)
5. Let the client know how much the program will cost them and that we have a one time fee of XXX.XX (495.00 to 995.00) which will be applied once we receive their signed agreement back
6. Leave our toll free # of 877-748-2626
7. Let client know payment for services may be made by cash, check, money order, debit card or credit card.
8. Transfer call to Verification Agent

**PX 3-2**



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear:

Congratulations for taking the first step toward becoming debt free.  In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible.  But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money.  Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings.  If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can.  When deciding what your payment is you can use your check register to see what you paid toward the accounts last month.  If you need additional space a second page is provided.
2. Next fill out the Client Questionnaire.  This information is confidential and shared only with your financial advisor.  It lets them understand more about your personal financial situation, your goals, and what your concerns are.
3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire.  The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom.  Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process).  Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future.  Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 3-2**



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers FL Registration # _____, Sales Person License # _____.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ _____ in interest and finance charges or the initial cost of the program will be 100% refunded within 7 days of the appointment.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ _____ for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.
9. Should you decide to cancel you have 7 business days to do so from the date of this executed contract. The entire cost of the program will be refunded within 7 days to the card originally billed.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:

Last Four of Credit Card Number:

Expiration Date:

Amount to be charged to your credit card: $

You will be billed once by A+ Financial Centers, LLC and the charge will appear as A+ Financial Centers or Accelerated Financial Centers.

Signature: _____   Date: _____

You are not obligated to pay any money unless you sign this contract and return it to A+ Financial Center LLC.

**PX 3-2**     DOACS 000123



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Elite Membership

A+ Account Number:

Client:

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you.  If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge.  It does not matter if this happens once a year or five times in six months.  Whenever there is a change you can call us and we will reprint a payment schedule for you.  Again, free of charge.  That is how much we believe in this program and that is how much we want you to be satisfied with our service.  So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PX 3-2**

DOACS 000124



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $          per our Service Agreement.  Per your verbal request on voice imprint number          your processing fee of $          USD will be applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $          in interest and finance charges the initial cost of the program will be 100% refunded. You are also entitled to a 7 day cancelation policy from the date of this signed contract.

Signature: _____     Date: _____     **DOACS 000125**

**PX 3-2**



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 3-2**

DOACS 000126



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

**PX 3-2**                                    **DOACS 000127**

**A+ Financial Center LLC**

**Terms and Conditions of the Sale(closer)**

1. Thank customer for their interest in  A + Financial Center LLC and state your name at the beginning of the call with representative's License #.
2. Let the potential customer know that we will guarantee to save them XXXX amount of money over all through our efforts of
   a.  Attempting to contact their lenders and reduce their present rates
   b. Helping to initiate balance transfers
   c. Opening up new accounts for them with more favorable rates
   d. Hardshiping their accounts if it is required
3. Let customer know that no charges would be made here today and that we will be shipping them priority mail a package to review with additional information in it.
4. Potential Client must agree to a date and time to call back after reviewing the paperwork so we can discuss any concerns with them. (log the appointment)
5. Let the client know how much the program will cost them and that we have a one time fee of XXX.XX (495.00 to 995.00) which will be applied once we receive their signed agreement back
6. Leave our toll free # of 877-748-2626
7. Let client know payment for services may be made by cash, check, money order, debit card or credit card.
8. Transfer call to Verification Agent

**PX 3-2**

## Licenses

Amy Montesano
Andrew Presland
Angela Kelly
Brian Hall
Chad Besze
Cheri Tierney
Corrine Chamberlain
Felicita Rivera
Francisco Salto
Fred Santana
Gary Horton
Holli Strippoli
James Kibler
Jamie Ferry
Jason Friend
Justin Friend
Kimberly Buchanan
Kristie Ferguson
Krystle Ragusa
LaJanette Pullen
Lynn Kantor
Mark Morales
Martin Washington
Melissa Jette
Michael King
Michael Singh
Monique Brown
Nancy Silva
Paul Bennett
Rachel Haskin
Regina D'Agostino
Reginald Gates
Ronald Haven
Ronald Guppy
Terry Lawson
Todd Nelson

*23286681 /MB* *(Jo)*

*TC3656*

# NOVA CASUALTY COMPANY
## SUITE 1020
## 726 EXCHANGE ST
## BUFFALO, NY 14210-1466

### LICENSE AND PERMIT BOND NON-RENEWAL NOTICE
### FOR BOND NO. 84077

**DATE:**  **NOVEMBER 22, 2011**

**PRINCIPAL:**  **A+ FINANCIAL CENTER LLC**
**1679 SW SOUTH MACEDO BLVD**
**PT ST LUCIE, FL   34984**

**OBLIGEE:**  **FL DEPT OF AGRICULTURE &**
**CONSUMER SERVICES**
**THE CAPITOL**
**TALLAHASSEE, FL   32399**

*2011 NOV 28  P 2: 48  DIVISION OF CONSUMER SERVICES*

NOVA Casualty Company, a New York Corporation, having its principal office in the city of Buffalo, New York, as Surety, is hereby serving notice of non-renewal for Bond No. **84077.**  This non-renewal will become effective upon the expiration of **MARCH 31, 2012** ( ) days subsequent to the Obligee's receipt of this Notice to Non-renewal. Reason for nonrenewal: Underwriting.

The Surety shall not be discharged from any liability already accrued under this bond, or which shall accrue hereunder before the expiration of the cancellation period.

NOVA CASUALTY COMPANY

By: _____

Attorney-in-Fact
Alissa Wolf

NCC_4

# PX 3-2

DOACS 000130

**Miller, Cassie**

| | |
|---|---|
| **From:** | CSFAXCP |
| **Sent:** | Monday, June 13, 2011 8:23 AM |
| **To:** | Neal, Sheri |
| **Subject:** | FW: 2205463 |
| **Attachments:** | tif531_1.tif |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** "FAXG3/+17723351333"@tlhadmxpression [mailto:"FAXG3/+17723351333"@tlhadmxpression]
**Sent:** Saturday, June 11, 2011 12:11 PM
**To:** CSFAXCP
**Subject:** OK (3 page(s) received)

**DOACS 000131**

# FAX

**To:**  **Sherni Neal**              **From:**
                                  **A+ Financial Center, LLC**
                                         **877-748-2626**
**Fax:**  **850-410-3804**        **Pages:  3 (including cover)**

**Phone:**                        **Date: 06-11-2010**

**RE:**  **DTN: 2205463**         **cc:**

---

Please note per this fax all deficiencies have been corrected.  Enclosed is our employee list as well as correction with sunbiz.  Please note we will renew all employee licenses online and add new employees to the license list the moment our company renewal is approved.  Also sending this fax to you by mail as well.


Thank You,

---

www.sunbiz.org - Department of State

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events           Name History

Entity Name Search

Submit

# Detail by Entity Name

## Florida Limited Liability Company

A+FINANCIAL CENTER, LLC

## Filing Information

| | |
|---|---|
| Document Number | L08000070384 |
| FEI/EIN Number | 800222027 |
| Date Filed | 07/22/2008 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 07/21/2008 |
| Last Event | LC AMENDMENT |
| Event Date Filed | 06/09/2011 |
| Event Effective Date | NONE |

## Principal Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Mailing Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Registered Agent Name & Address

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US

Name Changed: 08/09/2011

Address Changed: 02/18/2011

## Manager/Member Detail

**Name & Address**

Title MGR

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

## Annual Reports

**Report Year Filed Date**

# PX 3-2

DOACS 000133

06/11/2011  11:10   7723368437            ACCELERATED                    PAGE  03/03

| Licensed Employees | |
|---|---|
| Douglas Collins | |
| Francisco Salto | |
| Fred Santana | |
| John Tullar | |
| John Wygal | |
| Krystle Ragusa | |
| Lasaun Davis | |
| Matthew Scanion | |
| Nancy Silva | |
| Paul Bennett | |
| Rachel Haskins | |
| Rhonda Craig | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Haven't been Licensed |
|---|
| Allyson Angelo |
| Jason Harvey |
| Laura Patterson |
| Reggie Weathers |
| Theresa Meyers |

possible need to renew

new employee

███████████

**PX 3-2**              DOACS 000134

1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com



DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

## FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
### COMMISSIONER ADAM H. PUTNAM

May 17, 2011                    Refer To:   DTN2205463 TC3656

A+ FINANCIAL CENTER, LLC.
10258 S US HIGHWAY 1
PORT SAINT LUCIE, FL 34952-5615

Re: First Notice of Deficiency    DTN:  2205463

Dear Applicant/Filer:

The Department received your application/filing submitted under Chapter 501, Part IV, Florida Statutes.  The application/filing is deficient for the following reasons:

1. List of salespersons not provided, please provide list.
2. Name of registered agent in the application differs from the corporate records.  Please verify correct registered agent.

Pursuant to section 120.60, Florida Statutes, this Notice is provided within 30 days of receiving your application/filing to enable you to correct the cited deficiencies for further review by the Department.  Response to this letter should resolve each deficiency cited above; do not submit a partial response.

If these deficiencies are not corrected within 30 days from your receipt of this Notice, the application/filing will be denied and the Department will pursue its available legal remedies.  Operating as a Commercial Telephone Seller without being properly registered/licensed is a violation of Chapter 501, Part IV, Florida Statutes.

Thank you for your attention to this matter.  If you have any questions regarding your application/filing, please contact the undersigned at the number listed below.

Sincerely,

Sherni Neal

Sherni Neal
Regulatory Consultant
850-410-3680
Fax: 850-410-3804
sherni.neal@freshfromflorida.com

2011 JUN 13 PM 2 09
DIVISION OF CONSUMER SERVICES

# PX 3-2

DOACS 000135

# FAX

**To:**   Sherni Neal

**Fax:**   850-410-3804

**Phone:**

**RE:**   DTN: 2205463

**From:**
A+ Financial Center, LLC
877-748-2626

**Pages:  3 (including cover)**

**Date: 06-11-2010**

**cc:**

---

Please note per this fax all deficiencies have been corrected.  Enclosed is our employee
list as well as correction with sunbiz.  Please note we will renew all employee licenses
online and add new employees to the license list the moment our company renewal is
approved.  Also sending this fax to you by mail as well.

Thank You,

## PX 3-2

DOACS 000136