

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|---|---|---|---|---|---|

Previous on List    Next on List    Return To List                    Entity Name Search

Events              Name History                                          -Submit-

# Detail by Entity Name

## Florida Limited Liability Company

A+FINANCIAL CENTER, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L08000070384 |
| **FEI/EIN Number** | 800222027 |
| **Date Filed** | 07/22/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 07/21/2008 |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 06/09/2011 |
| **Event Effective Date** | NONE |

## Principal Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Mailing Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Registered Agent Name & Address

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US

Name Changed: 06/09/2011

Address Changed: 02/18/2011

## Manager/Member Detail

**Name & Address**

Title MGR

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

## Annual Reports

**Report Year Filed Date**

**PX 3-2**                          DOACS 000137

| Licensed Employees | |
|---|---|
| Douglas Collins | |
| Francisco Salto | |
| Fred Santana | |
| John Tullar | |
| John Wygal | |
| Krystle Ragusa | |
| Lasaun Davis | |
| Matthew Scanlon | |
| Nancy Silva | |
| Paul Bennett | |
| Rachel Haskins | |
| Rhonda Craig | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Haven't been Licensed |
|---|
| Allyson Angelo |
| Jason Harvey |
| Laura Patterson |
| Reggie Weathers |
| Theresa Meyers |

possible need to renew

| new employee |
|---|
| no longer here |

**PX 3-2**

DOACS 000138

www.sunbiz.org - Department of State                                          Page 1 of 2



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

Previous on List    Next on List    Return To List            Entity Name Search

Events               Name History                              [ Submit ]

# Detail by Entity Name

## Florida Limited Liability Company

A+FINANCIAL CENTER, LLC

## Filing Information

| | |
|---|---|
| Document Number | L08000070384 |
| FEI/EIN Number | 800222027 |
| Date Filed | 07/22/2008 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 07/21/2008 |
| Last Event | LC AMENDMENT |
| Event Date Filed | 02/18/2011 |
| Event Effective Date | NONE |

## Principal Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Mailing Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Registered Agent Name & Address

MIANO, CHRISTOPHER
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US

Name Changed: 02/18/2011

Address Changed: 02/18/2011

## Manager/Member Detail

**Name & Address**

Title MGR

MIANO, CHRISTOPHER
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

## Annual Reports

**Report Year Filed Date**

## PX 3-2

**DOACS 000139**
6/20/2012

| 2009 | 10/01/2009 |
| 2010 | 04/09/2010 |

## Document Images

| | |
|---|---|
| 02/18/2011 -- LC Amendment | View image in PDF format |
| 04/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2010 -- LC Amendment | View image in PDF format |
| 02/09/2010 -- LC Name Change | View image in PDF format |
| 01/04/2010 -- LC Amendment | View image in PDF format |
| 11/23/2009 -- LC Amendment | View image in PDF format |
| 10/01/2008 -- REINSTATEMENT | View image in PDF format |
| 07/22/2008 -- Florida Limited Liability | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

| Previous on List | Next on List | Return To List | Entity Name Search |
| Events | Name History | | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

**PX 3-2**

**DOACS 000140**
6/20/2012



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear:

Congratulations for taking the first step toward becoming debt free.  In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible.  But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money.  Follow these simple instructions and get started saving money today.

1.  The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings.  If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can.  When deciding what your payment is you can use your check register to see what you paid toward the accounts last month.  If you need additional space a second page is provided.
2.  Next fill out the Client Questionnaire.  This information is confidential and shared only with your financial advisor.  It lets them understand more about your personal financial situation, your goals, and what your concerns are.
3.  Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire.  The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom.  Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process).  Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future.  Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 3-2**



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers FL Registration # _____ , Sales Person License # _____.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ _____ in interest and finance charges or the initial cost of the program will be 100% refunded within 7 days of the appointment.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ _____ for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.
9. Should you decide to cancel you have 7 business days to do so from the date of this executed contract.  The entire cost of the program will be refunded within 7 days to the card originally billed.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:

Last Four of Credit Card Number:

Expiration Date:

Amount to be charged to your credit card: $

You will be billed once by A+ Financial Centers, LLC and the charge will appear as A+ Financial Centers or Accelerated Financial Centers.

Signature: _____   Date: _____

You are not obligated to pay any money unless you sign this contract and return it to A+ Financial Center LLC.

**PX 3-2**

DOACS 000142



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Elite Membership

A+ Account Number:

Client:

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you.  If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge.  It does not matter if this happens once a year or five times in six months.  Whenever there is a change you can call us and we will reprint a payment schedule for you.  Again, free of charge.  That is how much we believe in this program and that is how much we want you to be satisfied with our service.  So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PX 3-2**

**DOACS 000143**



**10258 South US Highway 1**
**Port Saint Lucie FL, 34982**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

|  |  |  |  |  |
|---|---|---|---|---|

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $            per our Service Agreement.  Per your verbal request on voice imprint number          your processing fee of $           USD will be applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $           in interest and finance charges the initial cost of the program will be 100% refunded. You are also entitled to a 7 day cancelation policy from the date of this signed contract.

Signature: _____          Date: _____

**PX 3-2**          DOACS 000144



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 3-2**



10258 South US Highway 1
Port Saint Lucie FL, 34982
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

# PX 3-2

**A+ Financial Center LLC**

**Terms and Conditions of the Sale(closer)**

1. Thank customer for their interest in  A + Financial Center LLC and state your name at the beginning of the call with representative's License #.
2. Let the potential customer know that we will guarantee to save them XXXX amount of money over all through our efforts of
   a.  Attempting to contact their lenders and reduce their present rates
   b. Helping to initiate balance transfers
   c. Opening up new accounts for them with more favorable rates
   d. Hardshiping their accounts if it is required
3. Let customer know that no charges would be made here today and that we will be shipping them priority mail a package to review with additional information in it.
4. Potential Client must agree to a date and time to call back after reviewing the paperwork so we can discuss any concerns with them. (log the appointment)
5. Let the client know how much the program will cost them and that we have a one time fee of XXX.XX (495.00 to 995.00) which will be applied once we receive their signed agreement back
6. Leave our toll free # of 877-748-2626
7. Let client know payment for services may be made by cash, check, money order, debit card or credit card.
8. Transfer call to Verification Agent

**PX 3-2**

DOACS 000147



*TC 3656    220546 3/SN*

# NOVA CASUALTY COMPANY
## SUITE 1020
### 726 EXCHANGE STREET
### BUFFALO, NEW YORK 14210-1484

### BOND CANCELLATION NOTICE
### FOR BOND NO. 84077

**DATE:**          March 1, 2011

**PRINCIPAL:**

A+Financial Center, LLC
1679 SW South Macedo
Port St. Lucie, FL 34984

**OBLIGEE:**

Florida Department of Agriculture and Consumer Services
Division of License & Bond
2005 Apalachee Parkway
Terry Lee Rhodes Building
Tallahassee, FL  32301

NOVA Casualty Company, a New York Corporation, having its principal office in the city of Buffalo, New York, as Surety, is hereby serving notice of cancellation for **Bond No. 84077** to **nonpayment/ non renewal,** will become effective **Thirty (30)** days from the date the Obligee receives this notice to cancel.

The Surety shall not be discharged from any liability already accrued under this bond, or which shall accrue hereunder before the expiration of the cancellation period.

NOVA CASUALTY COMPANY

By: _Valerie A. Aber_

Attorney-in-Fact
Valerie Aber



*TMK     SH*

*220S463/SN*

Corporate Office (Buffalo Branch):
726 Exchange St
Suite 1020
Buffalo, NY 14210
Phone (716) 856-3722
Commercial Lines/Motorcycle Dept.
Fax (716) 855-1240

Claims
Fax (716) 856-0069
Premium Accounting
Fax (716) 856-4351
Bond Dept.
Fax (716) 856-3590
www.novacasualty.com

## REINSTATEMENT
### BOND # 84077

**DATE:**      March 17, 2011

**PRINCIPAL:**     A+Financial Center, LLC
1679 SW South Macedo
Port St. Lucie, FL 34984

**OBLIGEE:**     Florida Department of Agriculture and Consumer Services
Division of License & Bond
2005 Apalachee Parkway
Terry Lee Rhodes Building
Tallahassee, FL  32301

*2012 MAR 21  P 1: 21   DIVISION OF CONSUMER SERVICES*

NOVA Casualty Company, a New York Corporation, having its principal office in the city of Buffalo, New York, as Surety, hereby revokes notice of cancellation for Bond No: **84077 dated March 1, 2011. Reinstatement is to be immediate.**

All terms, conditions and liabilities of the original bond as stated will continue in full force and effect with no lapse in coverage.

NOVA CASUALTY COMPANY

By: *Valerie A. Aber*

Valerie Aber
Attorney in Fact

Regional Underwriting Offices
(All Claims to Corporate Office Above)

Florida                                    Georgia
P.O. Box 52-0953 ? Miami, Fl 33152-0953    4231 Pleasant Hill Rd., Suite C ? Duluth, GA 30096
Phone (305) 594-3500 ? Fax (305) 477-6109  Phone (678) 473-6207 ? Fax (678) 473-6208

**PX 3-2**                    DOACS 000149

Florida Department of Agriculture and Consumer Services
Division of Consumer Services



**ADAM H. PUTNAM**
**COMMISSIONER**

### FLORIDA TELEMARKETING ACT
### MATERIAL CHANGE FORM

s.501.609(2),(3), Florida Statutes
5J-6.005

1-800-HELP-FLA (435-7352) • 850-488-2221 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 *Fax*

> *Make check or money order payable and remit with application to:*
>
> FDACS
> P.O. Box 6700
> Tallahassee, FL 32399-6700

**Section 501.609(2),(3),(4), F.S. require all licensed commercial telephone salespersons and licensed commercial telephone sellers to notify the Florida Department of Agriculture and Consumer Services within 10 days of any changes in information which was submitted as a condition for license.**

Attach additional pages to this form as necessary.  Please utilize the same format as below.  You must enclose a $10.00 check or money order made payable to Florida Department of Agriculture and Consumer Services. All fees are non-refundable. If a salesperson, complete the Statement of Verification (on the following page) as required by Rule 5J-6005(4), (5),F.A.C.

| **Commercial Telephone Salesperson / Seller Name** as listed with the Department: | **License Number** Issued by the Department: |
|---|---|
| A+ Financial Center LLC | TC 3656 |

**Prior Information:**

A+ Financial Center LLC
1679 SW South Macedo Blvd
Port St Lucie FL 34984

**Revised Information:**

A+ Financial Center LLC
10258 S US Hwy 1
Port St Lucie FL 34952-5615

Dono Miano MBR

> Org Code: 42 10 06 07 000
> EO: A2
> Object Code: 004086          $10.00
>
> DTN- 2183505
> DTN/FAID: 2183505
> 11-03095853-0001
> 10.00  01/20/2011
> Rep#991513

**PX 3-2**

DOACS 000150



Florida Department of Agriculture & Consumer Services
ADAM H. PUTNAM, Commissioner
Tallahassee, Florida

January 6, 2011

Division of Consumer Services
2005 Apalachee Pkwy
Tallahassee FL 32399-6500
Phone: 1-800-HELP-FLA
URL: http://www.800helpfla.com

**Refer To:** **DTN2183505  TC3656**

A+ FINANCIAL CENTER, LLC.
10258 S US HIGHWAY 1
PORT SAINT LUCIE, FL 34952-5615

Dear Sir or Madam:

A review of the documentation submitted with your application indicates the licensing requirements are not satisfied for the following reason(s):

1. You must submit a Material Change form and a $10.00 fee in order to make an address change to your file.
   A representative of the company must sign the form.

In accordance with Chapter 120.60, Florida Statutes, the original notice was sent within 30 days of receipt of your filing to enable you to correct the noted deficiencies for further consideration by the Department. It is a violation of Chapter 501, Part IV, Florida Statutes, to operate as a Commercial Telephone Seller without complying with the statutory requirements for filing and approval of scripts and other documents. If you do not correct these deficiencies within 15 days from receipt of this notice, your submitted scripts and documents will not be approved and cannot be used in your telemarketing operations.

To ensure proper handling of your file and to avoid delay, please reference DTN:  2183505 on your response. Thank you for your cooperation. If you have any questions regarding this request, please contact this office.

Sincerely,

*Marcus A Smith*

Marcus A Smith
Regulatory Consultant
850-410-3714
Fax: 850-410-3804
marcus.smith@freshfromflorida.com

11 JAN 18 PM 3: 31
DIVISION OF
CONSUMER SERVICES

# PX 3-2

**DOACS 000151**

01/03/2008  02:35   7723368437                    ACCELERATED                         PAGE  01/01



10258 South US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

January 4, 2011

Florida Department of Agriculture and Consumer Service
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399

To whom it may concern:                              RE: License # TC3656

     This letter is being sent to you to inform you of our recent address change. We are now located at 10258 South US Hwy 1, Port St. Lucie, FL 34952. We ask that you please change our address in your records, and request that you send a new license to our company with the new address. If you have any questions please feel free to contact Mr. Miano at 877-748-2626 Ext. 202. Thank you for your time and assistance!

A + Financial Centers, LLC
10258 South US Hwy 1
Port St Lucie, FL 34952

# PX 3-2

DOACS 000152



Florida Department of Agriculture & Consumer Services
CHARLES H. BRONSON, Commissioner
Tallahassee, Florida

April 15, 2010

Division of Consumer Services
2005 Apalachee Pkwy
Tallahassee FL 32399-6500
Phone: 1-800-HELP-FLA
URL http://www.800helpfla.com

Refer To:  **DTN2046838  281703**

A+ FINANCIAL CENTER, LLC.
1679 SW SOUTH MACEDO BLVD
PORT SAINT LUCIE, FL 34984-3435

Re:  First Notice of Deficiency     DTN:  2046838

Dear Applicant/Filer:

The Department received your application/filing submitted under Chapter 501, Part IV, Florida Statutes.  The application/filing is deficient for the following reasons:

    1. The title portion on page 9 of 12 of the application was not completed.
    2. List of salespersons not provided, please provide list.
    3.  Please change the cancellation statement in the script to read "within 7 business days after receipt of confirmation".
    4.  Cancellation statement on contract needs to be changed to "within 7 business days after receipt of confirmation".  Also the statement "You are not obligated ..... return it to A+ Financial Center, LLC, needs to be immediately preceeding the signature.

Pursuant to section 120.60, Florida Statutes, this Notice is provided within 30 days of receiving your application/filing to enable you to correct the cited deficiencies for further review by the Department.  Response to this letter should resolve each deficiency cited above; do not submit a partial response.

If these deficiencies are not corrected within 30 days from your receipt of this Notice, the application/filing will be denied and the Department will pursue its available legal remedies.  Operating as a Commercial Telephone Seller without being properly registered/licensed is a violation of Chapter 501, Part IV, Florida Statutes.

Thank you for your attention to this matter.  If you have any questions regarding your application/filing, please contact the undersigned at the number listed below.

Sincerely,

*Monica P Brown*

Monica P Brown
Regulatory Consultant
1-800-HELP-FLA, (850) 488-2221
Fax: 850-410-3804
brownm1@doacs.state.fl.us

2010 APR 29  PM 12 46
DIVISION OF CONSUMER SERVICES

**PX 3-2**

DOACS 000153

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN ANSWER TO QUESTIONS 1-19, AND IN THE EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT. I understand that the Department of Agriculture and Consumer Services will conduct an investigation of my background. In that regard, I hereby waive any right of confidentiality as it reasonably relates to this inquiry.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation. ALL PERSONS LISTED IN NUMBER 9 (EXCEPT SALESPERSONS) MUST SIGN AND DATE THIS VERIFICATION.

| Signature | Name please type or print | Title please type or print |
|---|---|---|
| | DANA MIANO | Managing Mbr |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |

**PX 3-2**

90-180 days upon your request. You do understand we are not the bank or a credit card co, we work for you to negotiate your interest rates on your existing cc's.

Our mission for each client is to provide you with a financial plan that gets you completely debt free approximately 3 times faster without having to make any larger monthly payments than you are now.

We will show you a minimum savings of $_____ in interest overall or your money back. Now in order for us to show you your savings as soon as possible it is your responsibility to send your paperwork back within 30 business days from receiving your package so we can complete your file.

Now you do understand that we do have a processing fee of (amount) and that fee is applied once we receive your paperwork correct? Now you do have the choice of paying by either cash, check or money order, or by a credit card of your choice.

Ok, now whats going to happen next is you may receive a telephone call from our fraud risk department and they would only be be contacting you within the next few days and this is for your protection as well as ours. If you have any questions about your paperwork or debt profile, please feel free to contact our corporate headquarters customer service department at 877-748-2626.

Just so you know, **A + Financial** wants all of our clients to be completely satisfied,   we are sure by the time you receive your paperwork you will know you have made the right decision.   We take pride in our guarantees and refund policy. Which clearly states, if we do not show you the guaranteed savings of $_____ in interest and finance charges, you will be refunded the (amount) in full no questions asked. You are aware of this, correct?   We also have a cancelation policy in effect for your protection as well.   You have 7 days from the time we receive your paperwork to cancel and you will be refunded within 7 business days in full as well. You do understand that correct. (within 7 days of receipt of the confirmation)

And lastly I'm leaving to leave you with your customer confirmation number and that number is _____.

**PX 3-2**

DOACS 000155



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between

the individual, and A+ Financial Centers FL Registration # _____, Sales Person License # _____.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ _____ in interest and finance charges or the initial cost of the program will be 100% refunded within 7 days of the appointment.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ _____ for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.
9. Should you decide to cancel you have 7 business days ~~to do so from the date of this executed contract.~~ The entire cost of the program will be refunded within 7 days to the card originally billed.

**As a valued client you have a responsibility and agree to:** (4) _from receipt of confirmation._

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:

Last Four of Credit Card Number:

Expiration Date:

Amount to be charged to your credit card: $

You will be billed once by A+ Financial Centers, LLC and the charge will appear as A+ Financial Centers or Accelerated Financial Centers.

Signature: _____   Date: _____

You are not obligated to pay any money unless you sign this contract and return it to A+ Financial Center LLC.

List of salespersons;

Edwin Dontell

Fred Santana

John Tullar

Joseph Bryan

Lasaun Davis

Tanya Cloyd

Angela Miller

Frank Salto

Nancy Silva

Krystle Ragusa

James Wilson

Dianne Wilson

Renee Simpson

**PX 3-2**

# *VERIFICATION PROCESS*

**Hi, this is _____ in the verification department.   My job is to briefly go over the program with you and make sure that everything is clear. First going over name, address, phone # , so we don't have any clerical errors. And, also letting you know that if fail to show our minimun guaranteed savings of at least $_____, you will receive a full refund of the$_____ with no questions asked. Now, before I begin the recording did u have any additional questions?**

OK PLEASE HOLD FOR THE RECORDING

Again this (name) in the verification department and I am now recording this conversation.   Today's date is _____.   Time is now_____EST. Our company license # is _____ and my Individual License # is _____   For verification purposes, can you please verify your first and last name including the spelling?   Also can you please verify your mailing address including the spelling as well? Do you have an e-mail address we can keep on file?   And lastly can you please verify your home telephone number?   And do you have an alternative phone number that we can keep on file for you?   And, now I see you have approximatly $____ in CC Debt, and that is spread thru approx. (____ )accounts is that correct?

Ok, now what's going to happen next is your going to receive your paperwork in approximately 5 to 7 business days, enclosed will be a welcome letter and a debt profile that we need you to fill out and mail or fax back to us as soon as possible. Once we receive your paperwork, you will be contacted by our scheduling department to make sure we have all your information down correctly and we no clerical errors. Then once your consultant has spoken directly with your lenders we will be completing your analysis of that and have that back to you within 5 to 7 business days upon completion. Also, if any of your accounts are past due, over the credit limit, or closed, you must bring these accounts current before our consultants are able to begin negotiating on these accounts.

*A + Financial Centers* cannot guarantee how low your rates will go today, but the good news is, we will continue to negotiate your interest rates every

# PX 3-2

90-180 days upon your request. You do understand we are not the bank or a credit card co, we work for you to negotiate your interest rates on your existing cc's.

Our mission for each client is to provide you with a financial plan that gets you completely debt free approximately 3 times faster without having to make any larger monthly payments than you are now.

We will show you a minimum savings of $_____ in interest overall or your money back. Now in order for us to show you your savings as soon as possible it is your responsibility to send your paperwork back within 30 business days from receiving your package so we can complete your file.

Now you do understand that we do have a processing fee of (amount) and that fee is applied once we receive your paperwork correct? Now you do have the choice of paying by either cash, check or money order, or by a credit card of your choice.

Ok, now whats going to happen next is you may receive a telephone call from our fraud risk department and they would only be be contacting you within the next few days and this is for your protection as well as ours. If you have any questions about your paperwork or debt profile, please feel free to contact our corporate headquarters customer service department at 877-748-2626.

Just so you know, **A + Financial**   wants all of our clients to be completely satisfied,   we are sure by the time you receive your paperwork you will know you have made the right decision.   We take pride in our guarantees and refund policy. Which clearly states, if we do not show you the guaranteed savings of $_____in interest and finance charges, you will be refunded the (amount) in full no questions asked. You are aware of this, correct?   We also have a cancelation policy in effect for your protection as well.   You have 7 days from the time we receive your paperwork to cancel and you will be refunded within 7 business days or receipt of the cpnfirmation. You do understand that correct.

And lastly I'm going to leave you with your customer confirmation number and that number is _____.

**PX 3-2**

This completes the verification portion of this call.

If you have any questions before you receive the paperwork, please feel free to contact us at 877-748-2626.

You have a wonderful Day

DOACS 000160



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between

the individual, and A+ Financial Centers FL Registration # _____, Sales Person License # _____.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ _____ in interest and finance charges or the initial cost of the program will be 100% refunded within 7 days of the appointment.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ _____ for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.
9. Should you decide to cancel you have 7 business days to do from receipt of the confirmation. The entire cost of the program will be refunded within 7 days to the card originally billed.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:

Last Four of Credit Card Number:

Expiration Date:

Amount to be charged to your credit card: $

You will be billed once by A+ Financial Centers, LLC and the charge will appear as A+ Financial Centers or Accelerated Financial Centers. You are not obligated to pay any money unless you sign this contract and return it to A+ Financial Center LLC.

Signature: _____   Date: _____

## PX 3-2

From: Subject: www.sunbiz.org - Department of State Date: Mon, 18 Jun 2012 15:36:20 -0400 MIME-Version: 1.0 Content-Type: multipart/related; type="text/html"; boundary="----_NextPart_000_000C_01CD4D68.1BC252F0" X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.6157 This is a multi-part message in MIME format. ------_NextPart_000_000C_01CD4D68.1BC252F0 Content-Type: text/html; charset="iso-8859-1" Content-Transfer-Encoding: quoted-printable Content-Location: mhtml:file://C:\Temp\afinan.mht

Detail by Entity = Name

Florida Limited Liability=20 Company

A=FINANCIAL CENTER, LLC

Filing = Information

| Document Number | L08000070384 |
| FEI/EIN Number | |
| Date Filed | 07/22/2008 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 07/21/2008 |
| Last Event | LC AMENDMENT |
| Event Date Filed | 03/23/2010 |
| Event Effective Date | NONE |

Principal = Address

1679 SW SOUTH MACEDO BLVD
PORT SAINT LUCIE FL = 34984=20

Changed 01/04/2010

Mailing = Address

1679 SW SOUTH MACEDO BLVD
PORT SAINT LUCIE FL = 34984=20

Changed 01/04/2010

Registered Agent Name &=20 Address

MIANO, DANA
1679 SW SOUTH MACEDO = BLVD
PORT=20 SAINT LUCIE FL 34984

Name Changed: 03/23/2010

Address Changed: 03/23/2010

Manager/Member = Detail

Name & Address

Title MGR

MIANO, DANA
1679 SW SOUTH MACEDO = BLVD
PORT=20 SAINT LUCIE FL 34984

Annual = Reports

Report Year Filed Date
2009         10/01/2009

Document = Images

03/23/2010=20 -- LC Amendment          3D″View

02/09/2010=20 -- LC Name Change         3D″View

01/04/2010=20 -- LC Amendment           3D″View

11/23/2009=20 -- LC Amendment           3D″View

10/01/2009=20 -- REINSTATEMENT          3D″View

07/22/2008=20 -- Florida Limited Liability   3D″View

Note: This is not official record. See = documents if=20 question or=20 conflict.

Previous=20 on List   3D″=20   Next=20 on List   3D″=20   Retur= n=20 To List
Events &= nbsp;                Name=20 History

| 3DNAMFWD |
| |
| =20 |

Previous=20 on List   3D″=20   Next=20 on List   3D″=20   Retur= n=20 To List
Events &= nbsp;                Name=20 History

| 3DNAMFWD |
| |
| =20 |

**PX 3-2**

DOACS 000162

6/18/2012



Florida Department of Agriculture & Consumer Services
CHARLES H. BRONSON, Commissioner.
Tallahassee, Florida

March 15, 2010

Division of Consumer Services
PO Box 6700
Tallahassee FL 32314-6700
Fax 850-410-3804
Web Site: www.800helpfla.com

Refer To:   DTN2046838 281703

A & T FINANCING
1679 SW SOUTH MACEDO BLVD
PORT SAINT LUCIE, FL 34984-3435

RE:  A & T Financing

Dear Sir or Madam:

According to the information received in this office, it appears that your activities may fall within the purview of the Florida Telemarketing Act, Chapter 501, Part IV, Florida Statutes.

The Florida Telemarketing Act requires non-exempt businesses that engage in the sale of consumer goods or services by telephone to be licensed and post security of no less than $50,000, prior to soliciting in this state. For your convenience, a copy of the governing statute and a registration package are enclosed.

If your sales solicitations are not subject to the provisions of the Florida Telemarketing Act, you may be required to file a notarized affidavit of exemption with the Department of Agriculture and Consumer Services (enclosed). If you feel your activities are exempt but are not listed on the affidavit of exemption, please describe your activities, provide a specific statutory citation of the exemption, and provide documentation to support your claim.

In order to avoid any further action by this Department, you must respond, in writing, within 15 days of the date of this letter.

PLEASE BE ADVISED that if it is determined that you are operating in violation of Chapter 501, Part IV, Florida Statutes, the Department will seek its available legal remedies. Failure to comply with this law may subject you to fines up to $10,000 per violation.

Thank you for your cooperation. If you have any questions, please do not hesitate to contact this office.

Sincerely,

*Monica P Brown*

Monica P Brown
Regulatory Consultant
1-800-HELP-FLA, (850) 488-2221
Fax: 850-410-3804
brownm1@doacs.state.fl.us

Enclosure

DTN/FAID: 2046838
10-02933519-0001
1,500.00  04/12/2010
Dep#991875

**PX 3-2**

Monica,

Here is everything I
think you need. Please
feel free to call me
or email me with
any questions or
concerns.

Thanks
Chris

office 877-748-2626
cell [REDACTED]
email ChrisMO24@ [REDACTED]

**PX 3-2**

DOACS 000164



Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION PACKET**

Chapter 501.605, Florida Statutes

**CHARLES H. BRONSON
COMMISSIONER**

Make check payable and remit application to:

Florida Department of Agriculture and
Consumer Services
P.O. Box 6700
Tallahassee, FL 32399-6700

www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

Please type or print.  Additional pages may be attached if additional space is needed.  Please ensure that all attachments reflect the organization's name or license number and the number of the corresponding question.  **All fees are non-refundable.**

**BUSINESS INFORMATION**
s.501.605(2)(a), F.S.

**1. Business Name**:**

`A t   F i n a n c i a l   C e n t e r   L L C`

**Fictitious (DBA) Name(s)**:**

**All fictitious names must be registered with the Division of Corporations.  If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations.  You must list all names under which you intend to do business.*

**2. Street Address** (if applicable please include suite, apartment and/or unit numbers):

`1 6 7 9   S W   S o u t h   M a c e d o   B l v d`

**City:** `P o r t   S t   L u c i e`    **State:** `FL`    **Zip Code:** `3 4 9 8 4` -

Is this a mail-drop? ☐ Yes    ☐ No

**Mailing Address** (if different from above, also please include suite, apartment and/or unit numbers):

**City:**    **State:**    **Zip Code:** -

**3. Telephone Number:**   ( `8 7 2` ) `2 4 8` - `2 6 2 6`    **Fax Number:**   ( `7 7 2` ) `3 3 6` - `8 4 3 7`

**Email Address:** `C h r i s m 0 2 4 ▊`

**Website:** `W W W . A P L U S F I N A N C I A L C E N T E R S . C O M`

**4. Federal Employer ID Number (FEIN):** s.119.092, F.S.

▊▊▊▊▊

DO NOT WRITE IN THIS SPACE

Telemarketing
Org Code: 4210020700-A2
Object Code: 002051

**PX 3-2**

DOACS 000165

**5.** **Form of Organization**

a.  ☐ Corporation  ☒ LLC  ☐ Partnership  ☐ Sole Proprietorship  ☐ Other (please describe in boxes below)

b. If applicant is a corporation, partnership or LLC, provide date incorporated or legally established:   State:

`07` / `22` / `2008`

**6.** List each business or occupation engaged in by the applicant (**if corporation then 'applicant' is the corporation, if sole proprietor then 'applicant' is a person**) during the 3 years immediately **preceding** the date of the application, and the location thereof. (You **must** account for the **last 3 years** whether employed or unemployed.)  Attach a separate sheet if necessary.  [501.605(2)(b), F.S.]

a. From:   To:

`07` / `22` / `2008`   (Present)

Title (Occupation):

`Financial Planning & Tax HELP`

Street Address (if applicable please include suite, apartment and/or unit numbers):

`2190 RESERVE PARK PLACE #9`

City:   State:   Zip Code:

`Port St Lucie`   `FL`   `34984` -

b. From:   To:

/ /   / /

Title (Occupation):

Street Address (if applicable please include suite, apartment and/or unit numbers):

City:   State:   Zip Code:

-

**7.** List the previous experience of the applicant as a commercial telephone seller or salesperson. [501.605(2)(c), F.S.]

a. From:   To:

/ /   / /

Title (Occupation):

Name of Business:

Street Address (if applicable please include suite, apartment and/or unit numbers):

City:   State:   Zip Code:

-

**8.** List all parent or affiliated entities that will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to the sale solicited by the applicant: [501.605(2)(i), F.S.]   ☒ N/A

a. Name:

☐ Parent   ☐ Affiliate

**PX 3-2**   DOACS 000166

**Fictitious (DBA) Name(s)**:**

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

**City:**　　　　　　　　　　　　　　　　　　　　**State:**　　**Zip Code:**

**Telephone Number:**

(　　　)　·

**Form of Organization**

☐ Corporation　☐ LLC　☐ Partnership　☐ Sole Proprietorship　☐ Other (please describe in boxes below)

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:　　**State:**

/　　/

**b. Name:**

☐ **Parent**　☐ **Affiliate**

**Fictitious (DBA) Name(s)**:**

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

**City:**　　　　　　　　　　　　　　　　　　　　**State:**　　**Zip Code:**

**Telephone Number:**

(　　　)　·

**Form of Organization**

☐ Corporation　☐ LLC　☐ Partnership　☐ Sole Proprietorship　☐ Other (please describe in boxes below)

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:　　**State:**

/　　/

*\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.*

**PX 3-2**

DOACS 000167

**9.** List all officers, directors, trustees, shareholders, owners or partners of the applicant, and of each other person responsible for the management of the business of the applicant; list all affiliates; list each office manager or other person principally responsible for a location for which you intend to do business.  List all salespersons (Note: **All salespersons must be separately licensed, see form # 10005, Commercial Telephone Salesperson – Individual License Application Packet**) or other persons to be employed by you.  List all names by which known, or previously known.  [(501.605(2)(k)1, F.S.] **(Use a separate sheet for each person.)**

**a. Legal Name:**

DANA MIANO

**Title:**

MGR

**Previous or AKA Name(s):**

**Date of Birth:**

**Driver's License Number:**                                                      **State of Issue:**

FL

**Current Home Address** (if applicable please include apartment and/or unit numbers):

**City:**                                                                **State:**   **Zip Code:**

Palm City                                         FL

**b.**   Does this person have previous experience as a commercial telephone seller or salesperson?   ☐ Yes ☒ No

If Yes, Name of Firm:

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

**City:**                                                                **State:**   **Zip Code:**

**c.**   Please select either Yes or No to the questions below.  If you answered Yes to any of the following, please explain your answer in "d" below.  Make additional copies as necessary. [s.501.607(1)(d – h), F.S.]

Have you, previously been arrested for, convicted of, or are you under indictment or information for, a felony?  Conviction includes a finding of guilt where adjudication has been withheld.   ☐ Yes ☒ No

Have you, previously been convicted or found guilty of, or are you under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property?  Conviction includes a finding of guilt where adjudication has been withheld.   ☐ Yes ☒ No

Have you been convicted of acting as a salesperson without a license, either judicial or administrative, or have you ever applied for, or a salesperson license that has been refused, revoked, or suspended in any jurisdiction?   ☐ Yes ☒ No

Have you ever worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?   ☐ Yes ☒ No

Have you ever had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful or deceptive trade practice?  Is there any litigation pending against you?   ☐ Yes ☒ No

Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency; or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after you held that position?   ☐ Yes ☒ No

**d.**   The following applies to the information as it would have been answered at the time of the conviction, judgment or order:  [501.605(3)(a-b), 501.606(2)(a-b), F.S.] (Attach additional pages as necessary using the same format)

**Legal (True) Name:**

**Court or administrative agency rendering the decision, judgment or order:**

**Governmental agency which brought the action:**

**Nature of conviction, judgment, order or action:**

**Date of Action:**                                         **Docket Number:**

**Was adjudication withheld:**   ☐ Yes   ☐ No

**PX 3-2**                                                      **DOACS 000168**

**10.** List all locations from which you will be doing business and include a list of all phone numbers associated with that address. [501.605(2)(j-k), F.S.] **(Attach a separate sheet if necessary)**

**a. Name of Business:**

A t _ F i n a n c i a l _ C e n t e r s _ L L C

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

1 6 7 9 _ S W _ S o u t h _ M a c e d o _ B l v d

**City:**      **State:**   **Zip Code:**

P o r t _ S t _ L u c i e    F L    3 4 9 8 4 - [ ]

Is this a mail-drop? ☐ Yes    ☒ No

**Name of Location Manager:**

J a s o n _ P a g e l

**b. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**      **State:**   **Zip Code:**

Is this a mail-drop? ☐ Yes    ☐ No

**Name of Location Manager:**

**c. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**      **State:**   **Zip Code:**

Is this a mail-drop? ☐ Yes    ☐ No

**Name of Location Manager:**

**d. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**      **State:**   **Zip Code:**

Is this a mail-drop? ☐ Yes    ☐ No

**Name of Location Manager:**

**e. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**      **State:**   **Zip Code:**

Is this a mail-drop? ☐ Yes    ☐ No

**Name of Location Manager:**

**PX 3-2**

DOACS 000169

**f. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**                                    **State:**    **Zip Code:**

**Is this a mail-drop?** ☐ Yes        ☐ No

**Name of Location Manager:**

**g. Name of Business:**

**Street Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**                                    **State:**    **Zip Code:**

**Is this a mail-drop?** ☐ Yes        ☐ No

**Name of Location Manager:**

---

**Questions numbered 11 - 15, check only "a" or "b" and complete those selected requirements.**

**11.** ☐ **a.** Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for us. [501.605(2)(I)3, F.S.]

☒ **b.** We do not use sales scripts.

**12.** ☒ **a.** Attached and marked Exhibit 3 are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(I)3, F.S.]

☐ **b.** We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).

**13.** ☒ **a.** Attached and marked Exhibit 4 are copies of all written material we send any prospective or actual purchaser. [501.605(2)(I)3, F.S.]

☐ **b.** We do not send any written material to any prospective or actual purchaser.

**14.** ☐ **a.** We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and **EACH** of the following apply: [501.614, F.S.]

- The item(s) is/are offered unconditionally;
- The buyer has seven (7) days to return the goods or cancel services;
- The buyer will receive a full refund in thirty (30) days;
- The buyer has the right to keep the gift, premium, bonus or prize without cost.

☐ **b.** If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:

Item offered: _____

Price or value of worth: $ _____

Basis for valuation:

Price we paid:   $ _____

Supplier's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

*(Attach additional pages as necessary using same format)*

**15.** ☑ **a.** A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.

☐ **b.** Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

• We decide which item or items a particular prospective purchaser is to receive in the following manner: _____

• The odds a single prospective purchaser has of receiving each item described is: _____

• The name and address of each recipient who has during the preceding 12 months (or if you have not been in business that long, during the period you have been in business) received any gift, premium, bonus prize:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

*(Attach additional pages as necessary using same format)*

☐ **c.** We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

**16.** ☑ Attached and marked as Exhibit 5 is a copy of the written statement of terms and conditions provided to the purchaser. [501.614(3), F.S.]

**17.** Provide the following information for EACH institution where banking or similar monetary transactions are done by the business: [501.606(3), F.S.]

**a. Name of Institution:**

Bank of America

**Name of Contact Person:**

Strather Dupree

**Telephone Number:**

( 772 ) 340 · 5517

**Account Number(s):**

▮▮▮▮▮▮▮▮▮▮▮

**Street Address (if applicable please include suite and/or unit numbers):**

1601 NW St Lucie West Blvd

**City:** Port St Lucie   **State:** FL   **Zip Code:** 34986 ·

**PX 3-2**

**b. Name of Institution:**

**Name of Contact Person:**

**Telephone Number:**
( ) -

**Account Number(s):**

**Street Address (if applicable please include suite and/or unit numbers):**

**City:**                                    **State:**   **Zip Code:**
-

**18.** Name and address of agent in Florida who is authorized to receive service of process:

**Name:**
Dana Miano

**Current Address (if applicable please include suite, apartment and/or unit numbers):**

**City:**
Palm City                              **State:** FL   **Zip Code:**

**Telephone Number:**
( 772 ) 214 -

**19.** Brief description of product(s) sold and/or service(s) provided:
Financial Planning & Tax help

**20.** Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State   ☐ Yes  ☐ No
a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to
solicit the sale of memberships in a lottery club across state lines?

IN ADDITION TO THE DOCUMENTS REQUIRED ABOVE, PLEASE ATTACH ONE OF THE FOLLOWING FORMS OF
SECURITY IN THE AMOUNT OF $50,000:

☑ **Surety Bond** (DACS Form 10004)   ☐ **Letter of Credit** (DACS Form 10003)  ☐ **Certificate of Deposit**

The security must be issued by a company authorized to transact business in this state using only the form
prescribed by the Department.   You must maintain the security as long as the license is in effect.

☑ **LICENSING FEE - $1,500**
Check or Money order made payable to the Florida Department of Agriculture and Consumer Services. Additionally,
provide $50 per salesperson.   **All** salespersons must be separately licensed (use Department Form 10005,
Commercial Telephone Salesperson – Individual License Application Packet), these licenses are non-transferable.

**PX 3-2**                              **DOACS 000172**

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN ANSWER TO QUESTIONS 1-19, AND IN THE EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT. I understand that the Department of Agriculture and Consumer Services will conduct an investigation of my background. In that regard, I hereby waive any right of confidentiality as it reasonably relates to this inquiry.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.  ALL PERSONS LISTED IN NUMBER 9 (EXCEPT SALESPERSONS) MUST SIGN AND DATE THIS VERIFICATION.

| Signature | Name<br>please type or print | Title<br>please type or print |
|---|---|---|
| | DANA MIANO | |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |
| Signature | Name<br>please type or print | Title<br>please type or print |

DACS-10001 Rev. 04/08
Page 9 of 12

**PX 3-2**

DOACS 000173

**A+ Financial Center LLC**

**Terms and Conditions of the Sale(opener)**

1.  Identify the name of the company A + Financial Center LLC and your name at the beginning of the call.
2.  Let the potential customer know this call is in regards to their current interest rates, Repayment schedule and Current unsecured debts.
3.  Provide License # of our company
4.  Provide License # of Representative
5.  Qualify Customer to make sure they meet our min eligibility criteria (Filling out deal sheet)
6.  Transfer call to Sr. Account Rep to go over details of the program

**PX 3-2**

DOACS 000174

**A+ Financial Center LLC**

**Terms and Conditions of the Sale(Sr. Account Exec)**

1. Thank customer for their interest in  A + Financial Center LLC and state your name at the beginning of the call with representative's License #.
2. Let the potential customer know that we will guarantee to save them XXXX amount of money over all through our efforts of
   a. Attempting to contact their lenders and reduce their present rates
   b. Helping to initiate balance transfers
   c. Opening up new accounts for them with more favorable rates
   d. Hardshiping their accounts if it is required
3. Let customer know that no charges would be made here today and that we will be shipping them priority mail a package to review with additional information in it.
4. Potential Client must agree to a date and time to call back after reviewing the paperwork so we can discuss any concerns with them. (log the appointment)
5. Let the client know how much the program will cost them and that we have a one time fee of XXX.XX (495.00 to 995.00) which will be applied once we receive their signed agreement back
6. Leave our toll free # of 877-748-2626
7. Let client know payment for services may be made by cash, check, money order, debit card or credit card.
8. Let the client know they have 7 days to cancel from the time the card is charged and the refund would post to their account within 7 days of that request
9. Let the client know if we do the work but are unsuccessful in saving them the promised guarantee they will receive a full refund no questions asked.
10. Transfer call to Verification Agent

**PX 3-2**

# *VERIFICATION PROCESS*

**Hi, this is _____ in the verification department.   My job is to briefly go over the program with you and make sure that everything is clear. First going over name, address, phone # , so we don't have any clerical errors. And, also letting you know that if fail to show our minimun guaranteed savings of at least $_____, you will receive a full refund of the$_____ with no questions asked. Now, before I begin the recording did u have any additional questions?**

OK PLEASE HOLD FOR THE RECORDING


Again this (name) in the verification department and I am now recording this conversation.   Today's date is _____.   Time is now_____EST.   Our company license # is _____ and my Individual License # is _____   For verification purposes, can you please verify your first and last name including the spelling?   Also can you please verify your *mailing address including the spelling as well?* Do you have an e-mail address we can keep on file?   And lastly can you please verify your home telephone number?   And do you have an alternative phone number that we can keep on file for you?   And, now I see you have approximatly $____ in CC Debt, and that is spread thru approx. (____ )accounts is that correct?

Ok, now what's going to happen next is your going to receive your paperwork in approximately 5 to 7 business days, enclosed will be a welcome letter and a debt profile that we need you to fill out and mail or fax back to us as soon as possible. Once *we receive your paperwork, you will be contacted by our* scheduling department to make sure we have all your information down correctly and we no clerical errors. Then once your consultant has spoken directly with your lenders we will be completing your analysis of that and have that back to you within 5 to 7 business days upon completion. Also, if any of your accounts are past due, over the credit limit, or closed, you must bring these accounts current before our consultants are able to begin negotiating on these accounts.

***A + Financial Centers*** cannot guarantee how low your rates will go today, but the good news is, we will continue to negotiate your interest rates every

# **PX 3-2**

DOACS 000176

90-180 days upon your request. You do understand we are not the bank or a credit card co, we work for you to negotiate your interest rates on your existing cc's.

Our mission for each client is to provide you with a financial plan that gets you completely debt free approximately 3 times faster without having to make any larger monthly payments than you are now.

We will show you a minimum savings of $_____ in interest overall or your money back. Now in order for us to show you your savings as soon as possible it is your responsibility to send your paperwork back within 30 business days from receiving your package so we can complete your file.

Now you do understand that we do have a processing fee of (amount) and that fee is applied once we receive your paperwork correct? Now you do have the choice of paying by either cash, check or money order, or by a credit card of your choice.

Ok, now whats going to happen next is you may receive a telephone call from our fraud risk department and they would only be contacting you within the next few days and this is for your protection as well as ours. If you have any questions about your paperwork or debt profile, please feel free to contact our corporate headquarters customer service department at 877-748-2626.

Just so you know, **A + Financial**   wants all of our clients to be completely satisfied,   we are sure by the time you receive your paperwork you will know you have made the right decision.   We take pride in our guarantees and refund policy. Which clearly states, if we do not show you the guaranteed savings of $_____in interest and finance charges, you will be refunded the (amount) in full no questions asked. You are aware of this, correct?   We also have a cancelation policy in effect for your protection as well.   You have 7 days from the time we receive your paperwork to cancel and you will be refunded within 7 business days in full as well. You do understand that correct.

And lastly I'm going to leave you with your customer confirmation number and that number is _____.

**PX 3-2**

This completes the verification portion of this call.

If you have any questions before you receive the paperwork, please feel free to contact us at 877-748-2626.

You have a wonderful Day

**PX 3-2**

DOACS 000178



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

Dear:

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 877-748-2626 in the US or Canada.

**DOACS 000179**



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers FL Registration # _____, Sales Person License # _____.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $          in interest and finance charges or the initial cost of the program will be 100% refunded within 7 days of the appointment.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $          for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.
9. Should you decide to cancel you have 7 business days to do so from the date of this executed contract.  The entire cost of the program will be refunded within 7 days to the card originally billed.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:

Last Four of Credit Card Number:

Expiration Date:

Amount to be charged to your credit card: $

*You will be billed once by A+ Financial Centers, LLC and the charge will appear as A+ Financial Centers or Accelerated Financial Centers.*

Signature: _____   Date: _____

You are not obligated to pay any money unless you sign this contract and return it to A+ Financial Center LLC.

# PX 3-2                                    DOACS 000180



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

## Elite Membership

A+ Account Number:

*Client:*

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you.  If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge.  It does not matter if this happens once a year or five times in six months.  Whenever there is a change you can call us and we will reprint a payment schedule for you.  Again, free of charge.  That is how much we believe in this program and that is how much we want you to be satisfied with our service.  So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 3-2**                    DOACS 000181



**1679 SW South Macedo Blvd**
**Port Saint Lucie, FL 34984**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $          per our Service Agreement.  Per your verbal request on voice imprint number          your processing fee of $          USD will be applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $          in interest and finance charges the initial cost of the program will be 100% refunded. You are also entitled to a 7 day cancelation policy from the date of this signed contract.

Signature: _____          Date: _____



1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 3-2**

DOACS 000183



1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

## PX 3-2

DOACS 000184



Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**TELEMARKETING
SURETY BOND**

ss. 501.601 – 501.626, Florida Statutes

**CHARLES H. BRONSON
COMMISSIONER**

> Please Remit To:
> Florida Department of Agriculture and
> Consumer Services
> 2005 Apalachee Parkway
> Terry Lee Rhodes Building
> Tallahassee, FL 32301
>
> www.800helpfla.com
> 1-800-HELP-FLA (435-7352) FL Only
> 850-488-2221 Calling Outside Florida
> Fax 850-410-3804

**Surety Bond Number:**
84077

**Date of Surety Bond:**
03  /  31  /  2010

**KNOWN ALL BY THIS PRESENT INSTRUMENT that we,**

**Principal (Applicant/Registrant)**
Name (Legal name as registered with the Florida Department of State followed by fictitious/dba name):
A+FINANCIAL CENTER, LLC

**Street Address:**
1679 SW SOUTH MACEDO BLVD

**City:**
PORT SAINT LUCIE

**State:**
FL

**Zip Code:**
34984

**Mailing Address (if different from above):**

**City:**

**State:**

**Zip Code:**

**Telephone Number:**
(_____)  -  _____

**Fax Number:**
(_____)  -  _____

**Email Address:**

**AND**

**Surety**

Name (Full legal name of Surety):
NOVA CASUALTY COMPANY

**Street Address:**
726 EXCHANGE STREET, SUITE 1020

**City:**
BUFFALO

**State:**
NY

**Zip Code:**
14210

**Mailing Address (if different from above):**

**City:**

**State:**

**Zip Code:**

**Telephone Number:**
( 602 ) 749  -  0702

**Fax Number:**
( 602 ) 674  -  8235

DACS-10004 Rev. 11/06
Page 1 of 3

# PX 3-2

DOACS 000185

Bond # 84077

which Surety is authorized to do business and issue surety bonds in the State of Florida, are held firmly bound unto the State of Florida, Department of Agriculture and Consumer Services, ("Obligee") the sum of $50,000.00 for the use and benefit of any consumer who is injured as a result of any violation of sections 501.601-501.626, Florida Statutes , the Florida Telemarketing Act. This bond shall be amenable to and enforceable only by and through administrative proceedings before the Department and shall be applicable and liable only for the payment of claims duly adjudicated by order of the Department. NOW, THEREFORE, the condition of this obligation is such that if the Principal shall perform or cause to be performed the contracted services for which the Principal may be held liable by reason of the Principal's failure to perform, fulfill, or carry out any contract, agreement, or arrangement governed by provisions of ss.501.601-501.626, F.S., then this obligation shall be void. Otherwise this obligation shall remain in force and effect in law subject, however, to the following limitations:

1. That the Obligee (State of Florida) shall notify the Surety of any default of the Principal hereunder, at the earliest possible time following the discovery of such default.

2. That the Surety shall promptly notify the Obligee in writing of any changes in either the Principal or amount of bond set forth above. However, failure of the Surety to provide such notice shall not affect the validity of this bond.

3. That if the Surety shall so elect, this bond may be canceled by giving 30 days written notice to the Obligee. Said notice shall contain the full name, city, and state where the Principal is located, and the agency code number assigned to the Principal by the Obligee. The Surety, however, will remain liable for any default occurring during the period up to the expiration of said 30 days notice and such 30 day period shall begin only upon receipt of said notice by the Obligee.

4. That in no event shall the Surety be liable for a greater amount than that shown above.

This bond is effective this 31 day of MARCH , 20 10 , 12:01 A.M., standard time and shall continue in force until canceled.

In witness hereof, the Principal and Surety have executed this instrument through their respective undersigned representatives, who are fully authorized to execute this instrument, on the 31 day of MARCH , 20 10 .

# PX 3-2

DOACS 000186

Bond # 84077

## Principal

_____    _____
Witness                        Signature          (Seal)

L. Bombrowski              M BQ
_____    _____
Witness                        Title

A+FINANCIAL CENTER, LLC
_____
Full Legal Name of Principal

## Surety

Kaitlyn Baran              Valerie Aber
_____    _____
Witness                        Signature          (Seal)

Samantha Moore            VALERIE ABER, ATTORNEY IN FACT
_____    _____
Witness                        Title

## Local Agent

N/A                          N/A
_____    _____
Name of Local Agent            Address

N/A                          N/A
_____    _____
Contact Person                 Contact Telephone Number

DACS-10004 Rev. 11/06
Page 3 of 3

**PX 3-2**                    DOACS 000187



**NOVA CASUALTY COMPANY**

Corporate Office
Suite 1020
726 Exchange Street
Buffalo, NY 14210
Phone (716) 856-3722
Fax (716) 852-5590
www.novacasualty.com

## POWER OF ATTORNEY                    No.

**Know all men by these Presents** that the **NOVA Casualty Company**, a corporation of the State of New York, having its principal offices in the City of Buffalo, New York, does make, constitute and appoint

### *** Valerie Aber & Wayne Gutches ***

its true and lawful Attorney (s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, non-contract surety bonds and court and fiduciary bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of  $  *** One Hundred Thousand Dollars ($100,000.00) ***

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of NOVA Casualty Company by written consent dated October 18, 2006 and reads as follows:

"RESOLVED, that the President, and Vice President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings, and other writings obligatory in the nature thereof, one or more resident vice presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and seal of NOVA Casualty Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such original signatures and seal shall be valid and binding upon NOVA Casualty Company, and any such power so executed and certified by original signatures and seal shall be valid and binding upon NOVA Casualty Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time".

In Witness Whereof, the NOVA Casualty Company has caused these presents to be signed by its officer under-signed and its corporate seal to be hereto affixed duly attested by its Assistant Secretary, this 20th day of October, 2006.

Attest:                                                              **NOVA CASUALTY COMPANY**

Craig M. Rappaport, Assistant Secretary


CORPORATE SEAL

L. Michael Cascio, Vice President

STATE OF NEW YORK  }
COUNTY OF ERIE  }

On the 20th day of October, 2006, before me personally came L. Michael Cascio, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Niagara, State of New York; that he is the Vice President of NOVA Casualty Company, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Corporation and that he signed his name thereto by like order.

STATE OF NEW YORK  }
COUNTY OF ERIE  }

KATHRYN C. DULANSKI
NOTARY PUBLIC

*Kathryn C. Dulanski*
Kathryn C. Dulanski
**Notary Public, Erie Co., NY**
**My Commission Expires January 29, 2011**

## CERTIFICATE

I, the undersigned, duly elected to the office stated below, now the incumbent in NOVA Casualty Company, a New York Corporation, authorized to make this Certificate, DO HEREBY CERTIFY that the foregoing attached Power of Attorney remains in full force and has not been revoked and furthermore that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and Sealed at the City of Buffalo. Dated the   31   day of   March   , 20 10

**This power is valid only if the power of attorney number printed in the upper right hand corner appears in red. Photocopies, carbon copies or other reproductions are not binding on the company. Inquiries concerning this power of attorney may be directed to the Bond Manager at the Home Office of the Nova Casualty Company.**

CORPORATE SEAL

L. Michael Cascio, Vice President

Page 1 of 1

## PX 3-2

DOACS 000188

**From:**          Pippin, Kimberly
**Sent:**          Monday, March 15, 2010 2:18 PM
**To:**            Brown, Monica
**Cc:**            Strong, Ric
**Subject:**       FW: Request for Inquiry Letters

Monica,

Please send an inquiry letter to all of the businesses noted below.

Thank you,

# *Kimberly Pippin*

Regulatory Program Administrator
Bureau of Compliance
Department of Agriculture and Consumer Services
850-410-3753/ fax 850-410-3804
http://www.800helpfla.com/

**From:** Strong, Ric
**Sent:** Monday, March 15, 2010 12:01 PM
**To:** Pippin, Kimberly
**Subject:** FW: Request for Inquiry Letters

Please send a Telemarketing Inquiry letter to the following:

## *Richard Strong*

Investigator Supervisor
Division of Consumer Services
Bureau of Investigations
PO Box 21187, Ft. Lauderdale, FL 33335-1187
phone: (954) 713-3086   fax: (954) 467-4337
email: strongr@doacs.state.fl.us

**From:** Velez, Sasha
**Sent:** Monday, March 15, 2010 11:58 AM
**To:** Strong, Ric
**Subject:** Request for Inquiry Letters

Ric,

**The following businesses need inquiry letters sent out to them.  Please forward to Kimberly Pippin for processing:**



**PX 3-2**                    **DOACS 000189**



2.  **A & T FINANCING**
    **1679 SW SOUTH MACEDO BLVD.**
    **PORT ST LUCIE, FL 34984**

**Thanks,**

*Mirisasha A. Velez*
Senior Financial Investigator
Division of Consumer Services
Bureau of Investigations
PO Box 568365, Orlando, FL 32856-8365
phone: (407) 251-2341   fax: (407) 251-2341
email: velezm@doacs.state.fl.us