# Plaintiff's Exhibit

# PX 3-3

**STATE OF FLORIDA**
**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES**

**CERTIFICATION OF RECORD INFORMATION**

STATE OF FLORIDA
COUNTY OF LEON

I, Paul J. Pagano, certify the following:

1.    I am employed by the Department of Agriculture and Consumer Services

("Department") as Section Chief of Regulatory Investigations for the Office of Agricultural Law

Enforcement.

2.    I am the custodian of records involving regulatory investigations for the Division.

3.    The Regulatory Investigations Section is responsible for receiving, reviewing, and

working regulatory and non-criminal investigations of complaints made by consumers and other

entities.

4.    After diligent search and inquiry, the following information appears in the records

of the Division:

      a.    Investigative records for Case Number 1204-12585 related to the
          investigation of A+ Financial Center, LLC located at 10258 US Highway
          1, Port Saint Lucie, Florida 34952

THIS IS TO FURTHER ATTEST that the seal, as set forth below, is the official seal of the State

of Florida, Department of Agriculture and Consumer Services.

DATED this 21st day of June, 2012

SEAL



_____
Section Chief of Regulatory Investigations

1

**PX 3-3**

DOACS 000191

# Regulatory Investigation Section

## Case Summary Report

Report Name: Case_Summary
Report Date: 06/26/2012 02:34:21
Report Generated by: CAROL ALLEN

Page 1 of 4

| | | |
|---|---|---|
| Case Number: | **1204- 12585** | Case Status: **CV-- Closed with Violation** |
| Name: | **A+ FINANCIAL CENTER, LLC** | |
| Business Address: | **10258 S US HIGHWAY 1, PORT SAINT LUCIE, FL 34952- 5615** | |
| Region/County | **South / SAINT LUCIE** | |
| Phone(Business): | **877- 748- 2626** | |
| Phone(Fax): | **772- 336- 8437** | |

Surety Information:   Type: **Surety Bond**        Amount:      **$50,000.00**   ID #:   **41250259**

| | |
|---|---|
| Sub Status: | **Settlement Agreement** |
| Violations: | **501.616(2) - Employing unlicensed salespersons 501.616(4) - Operating without a license 501.616(5) - Violating provisions of act** |
| Subject: | **700 - Telemarketer** |

Commercial Telephone Seller: **TC3656**    Expiration Date: **04/30/2013**    Status: **Registered**

Document Tracking Number: **2328681**    Status Date: **04/12/2012**    Status: **Cancelled**
Doc Recd Dt: **11/28/2011**    Process Type: **TC - Miscellaneous**

**Investigator:**    **CRAIG MOON**    Phone Number

| | | |
|---|---|---|
| Phone Shop: | Completed: **02/07/2011** | **Phone call/fax/email (MARCUS A SMITH)** |
| | | Spkw a lady with the bus asking renewal questions. |
| Phone Shop: | Completed: **03/29/2010** | **Phone call/fax/email (MONICA P BROWN)** |
| | | bus called said that name of busines is A+ financing not A & T. Said is getting bond and he should have by Wed. will overnight to 407 s. Calhoun street |
| Phone Shop: | Completed: **04/12/2010** | **Phone call/fax/email (MONICA P BROWN)** |
| | | bus requests that you email any deficiencies |
| Phone Shop: | Completed: **04/06/2010** | **Phone call/fax/email (MONICA P BROWN)** |
| | | bus call again said they just got bond today so will sent out app and everything tomorrow for arrival on Thursday. |
| Phone Shop: | Completed: **04/20/2011** | **Phone call/fax/email (CASSIE MILLER)** |
| | | Left message with Kim indicating license expiration date, contact information and online renewal information. |
| Phone Shop: | Completed: **06/27/2011** | **Phone call/fax/email (SHERRI NEAL)** |
| | | see def resp fax upload |
| Phone Shop: | Completed: **05/15/2012** | **Phone call/fax/email (MONICA P BROWN)** |
| | | rec'd call from Craig: bus been operating for month without proper security on file: do not license |
| Phone Shop: | Completed: **05/17/2012** | **Phone call/fax/email (MONICA P BROWN)** |
| | | rec'd EM from Craig Moon ok to register; just waiting on orig bond to get here |
| Phone Shop: | Completed: **04/19/2012** | **Phone call/fax/email (ASHLEY STOCKTON)** |
| | | number has been disconnected |

| | |
|---|---|
| Company Comments: | Date: **03/30/2010 -- changed name so that when pkg comes in we will know it goes with this**<br>Date: **01/06/2011 -- Bus address changed.** |
| Case Summary: | **No response to bond cancellation letter; expired 3/31/12. This case was referred to the Regulatory Investigation Section (RIS) for the investigation of a telemarketer with an expired bond. A later on-site investigation revealed the business was also operating unlicensed and, therefore, all slaes people on staff were operating for an unlicensed telemarketing business.**<br><br>**The business agreed to sign an Investigative Settlement Agreement and pay an associated reduced fine to settle the Department's investigation on the business involving telemarkting unlicensed. This case will be closed accordingly.** |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

# Regulatory Investigation Section

## Case Summary Report

Report Name: Case_Summary
Report Date:  06/26/2012  02:34:21
Report Generated by:  CAROL ALLEN

Case Number:          **1204- 12585**          Case Status: **CV- - Closed with Violation**

**This office deems no further action is necessary; therefore, this case is closed.**

| Start Date | Case Activities |
|---|---|
| **04/12/2012** | **Refer case to Investigations  (MONICA P BROWN)**<br>No response to bond cancellation letter: effective 3/31/12 |
| **04/13/2012** | **Case assigned to Investigator  (RICHARD STRONG)**<br>Moon |
| **04/20/2012** | **Case initially reviewed  (CRAIG MOON)**<br>No response to bond cancellation letter; effective 3/31/12. |
| **04/20/2012** | **DOS Search  (CRAIG MOON)** |

Florida Limited Liability Company
A+FINANCIAL CENTER, LLC
Filing Information
Document Number L08000070384
FEI/EIN Number████████
Date Filed 07/22/2008
State FL
Status ACTIVE
Effective Date 07/21/2008
Last Event REINSTATEMENT
Event Date Filed 10/03/2011
Event Effective Date NONE

Principal Address
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952
Changed 02/18/2011
Mailing Address
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952
Changed 02/18/2011
Registered Agent Name & Address
MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US
Name Changed: 06/09/2011
Address Changed: 02/18/2011
Manager/Member Detail
Name & Address
Title MGR
MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952
Annual Reports
Report Year Filed Date
2009 10/01/2009
2010 04/09/2010
2011 10/03/2011

Document Images
10/03/2011 -- REINSTATEMENT
06/09/2011 -- LC Amendment
02/18/2011 -- LC Amendment
04/09/2010 -- ANNUAL REPORT
03/23/2010 -- LC Amendment
02/09/2010 -- LC Name Change
01/04/2010 -- LC Amendment
11/23/2009 -- LC Amendment
10/01/2009 -- REINSTATEMENT
07/22/2008 -- Florida Limited Liability

| **04/23/2012** | **On- Site conducted (Physical)  (CRAIG MOON)**<br>SFI Moon contacted the landlord at this location who stated that A+ FINANCIAL CENTER, LLC remains the tenant at this location.  SFI Moon noted three people who appeared to be workers entering this |

# PX 3-3

# Regulatory Investigation Section

## Case Summary Report

Report Name: Case_Summary
Report Date: 06/26/2012 02:34:21
Report Generated by: CAROL ALLEN

Case Number: **1204- 12585**          Case Status: **CV- - Closed with Violation**

| Start Date | Case Activities |
|---|---|
| | location. |

**05/14/2012**   **Staff e- mail  (CRAIG MOON)**
SFI Moon received an e-mail from Monica Brown of Consumer Services, Bur. of Compliance stating the business has submitted a renewal package & bond.  She stated that deficiency was sent for not including the original bond paperwork in the application submitted to the Dept.

**05/14/2012**   **Staff e- mail  (CRAIG MOON)**
SFI Moon forwarded request for assistance to CIS staff.

**05/16/2012**   **Staff Phone Call  (RICHARD STRONG)**
SFI Moon. notified that expiration was APR 30, 2012 and the online renewal application was received same day APR 30, 2012.  Business is considered expired.

**05/16/2012**   **On- Site conducted (Physical)  (CRAIG MOON)**
SFI Moon & Inv. Feiner initially met with Manager Todd Nelson who was advised that the Department was there to conduct a regulatory inspection.  Mr. Nelson stated that they were conducting tax & loan modification services.  Mr. Nelson stated that he was going to call the owner of the business to come down and speak with SFI Moon & Inv. Feiner in person.

While waiting for the owner to arrive all of what appeared to be sales staff left the premises out the back door.(approximately 5 people).   SFI Moon & Inv. Feiner peroused the office cubicles where these possible sales staff were sitting and found deal sheets, weekly sales totals, scripts, showing this business was conducting telephne sales of their loan modification services since their registration expired on April 30, 2012.

Approximately 30 minutes later, Mr. Christopher Lee Miano, the General Manager and husband to the owner of the business, arrived to speak with SFI Moon & Inv. Feiner.  Mr. Miano admitted that he had been conducting sales since the business's TMK license had expired.  He showed SFI Moon & Inv. Feiner the license renewal application cover letter he received from the department which he stated he misconstrued to mean that once he submitted his TMK renewal application on-line he could conduct telephone sales calls as usual, though he had not actually been issued a renewed TMK license by the Department. He pointed to a section in the letter which stated "NOTE: If this business currently operates under a waiver of the bond or other assurance requirement granted by the Department, the failure to renew the registration timely may result in an administrative adjudication imposing a mandatory fine, This will terminate the eligibility for a continued waiver of the required assurance." which he stated he though it meant that the business could continue to operate as long as they had submitted their renewal application to the Department.

SFI Moon advised Mr. Miano to read the March 13, 2012 renewal cover letter he received from the Department more closely and he would see that the first line of the letter clearly states that he cannot operate without a TMK license in place.   The first sentence of the renewal letter states "The registration/filing listed above must be renewed in order to continue business as a Commercial Telephone Seller in Florida".  SFI Moon stated that no where in the letter did the Department state that as long as the business's approval was processing they could operate unlicensed.  Mr. Miano stated that the letter was written poorly and that he had a hard time understanding it.

SFI Moon advised Mr. Miano that the business was in violation of the TMK Act by continuing to conduct telephone sales after their TMK licensed expired.  SFI Moon also advised Mr. Miano that all sales people were conducting telephone sales for an unlicensed business and, therefore, each sales person conducting sales was for this unlicensed business were operating unlicensed.  SFI Moon advised Mr. Miano of the consequences of the business's actions and the means to resolve these violations.

Mr. Miano agreed to sign an Investigative Settlement Agreement (ISA) & a Cease & Desist to resolve the business's TMK Licensing issues.  Mr. Miano had his attorney Daryl J. Krauza of Dean Mead Law Firm in Ft. Pierce, who was present durint htis investigation, review the ISA & C&D documents for his signature.  Mr. Miano had his staff overnight (Fedex Tracking # 793573315923) the original bond document the Department needed to complete the business's application.  Mr. Miano had his wife, Dana Miano, prepare the associated ISA fine payment and sign the ISA & C&D documents, since she was the sole owner of this company. Mrs. Miano signed the C&D, ISA, & paid the associated ISA payment.

**05/16/2012**   **Settlement agreement issued  (CRAIG MOON)**
An on-site investigation determined this business is open & operating unlicensed.  This was determined after a  review of the business¿s recent deal sheets, weekly sales total reports, & an admission from the General Manager Chris Miano that the business above had continued to operate as a Commercial Telephone Seller (TMK) at this location, though the business's TMK license had expired on April 30, 2012.  Since the business was operating as a TMK business unlicensed, RIS staff determined that the sales people, though licensed under this now unlicensed business, were now operating unlicensed since they could not conduct telephone sales for an unlicensed business.   An Investigative Settlement Agreement (ISA) was issued to the business for $39,000.00 for violations of FS 501.616(2), (4), & (5),

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

# PX 3-3

DOACS 000194

# Regulatory Investigation Section

## Case Summary Report

Report Name: Case_Summary
Report Date: 06/26/2012 02:34:21
Report Generated by: CAROL ALLEN

Page 4 of 4

Case Number: **1204- 12585**          Case Status: **CV- - Closed with Violation**

| Start Date | Case Activities |
|---|---|

along with IFR, C&D, and TMK Statute.  The F/AC was approved for the owner's signature by their attorney, Mr. Daryl J. Krauza of Dean & Mead Law Firm in Ft. Pierce, who was present during this investigation.  After Mr. Krauza's approval of the ISA form, the ISA was subsequntly signed by the owner, Mrs. Dana Miano.  A copy of all documents has been uploaded to DOCS.

**05/16/2012**   **Evidence uploaded  (CRAIG MOON)**
ISA, C&D, IFR, & ISA PAYMENT

**05/16/2012**   **Notice to Cease and Desist  (CRAIG MOON)**
C&D issued to and signed by business Owner/Registered Agent/Manager Dana Miano.

**05/16/2012**   **Documents received  (CRAIG MOON)**
DEAL SHEETS, WEEKLY SALES LISTS, EMPLOYEE HANDBOOK, & JOB APP.

**05/16/2012**   **Violation found  (CRAIG MOON)**
FS 501.616 (2), (4), & (5)

**05/17/2012**   **Evidence uploaded  (CRAIG MOON)**
DEAL SHEETS, WEEKLY SALES LISTS, EMPLOYEE HANDBOOK, JOB APP, DOS CORP WEBPAGE, & BUS. ATTY BUS. CARD.

**05/18/2012**   **Evidence uploaded  (CRAIG MOON)**
PHOTO SHEET

**05/18/2012**   **Fine Paid  (CAROL ALLEN)**
Received cashier's check # 8371263 in the amount of $39,000.00 and Settlement Agreement paperwork.  Placed deposit only stamp on back of check and forwarded with Settlement Agreement to F & A.

**05/22/2012**   **Other  (CAROL ALLEN)**
Received and scanned cash sheet for payment of $39,000.00 fine.  Forwarded original with copy of Investigative Settlement to Agency Clerk.

**06/25/2012**   **Closing comments  (CRAIG MOON)**
Business was found operating unlicensed with unlicensed sales people due to the expiration of the business's telemarketing license.  The business agreed to sign an Investigative Settlement Agreement and pay an associated reduced fine, which they did.  This case will be closed accordingly.

# PX 3-3                    DOACS 000195

DIVISION OF CONSUMER SERVICES
(850) 922-2966



THE RHODES BUILDING
2005 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

Date:  May 16, 2012

A+Financial Center, LLC
Mrs. Dana Miano, Registered Agent
10258 S. US Hwy 1
Port St. Lucie, FL 34952

Case Number: # 1204-12585

Agency Clerk #:  A78938

SUBJECT:   **Investigative Results**

Dear Mrs. Miano:

### INVESTIGATIVE SETTLEMENT

An investigation was conducted by the Department of Agriculture and Consumer Services ("Department"). As a result of the investigation, the Department found the following violation(s):

Section 501.616(2), Florida Statutes: It shall be unlawful for any commercial telephone seller to employ, or be affiliated with, any unlicensed salesperson.  The facts that support the allegations are as follows:  *During a compliance inspection conducted on* May 16, 2012, *the Department found 36 unlicensed salesperson(s) working and selling* loan modification services. *An affidavit was signed by* (*Note: Chris Miano admitted to telemarketing unlicensed.) *of the unlicensed salesperson(s) providing a statement which confirmed the unlicensed sales activity.*

Section 501.616(4), Florida Statutes: It shall be unlawful for any commercial telephone seller to be unlicensed.

### FAILURE TO SETTLE AT INVESTIGATIVE STAGE

If you fail to settle at the investigative stage, the Department may issue an Administrative Complaint seeking to impose penalties up to the maximum authorized by Florida law.

**This offer of investigative settlement shall remain open for twenty-four (24) hours from the following date and time of service: May 16, 2012, 3:30 a.m./p.m.**

**If this offer of investigative settlement is not accepted by delivery to the Department of the signed documents and the payment of the settlement amount by the date and time specified above, this offer of settlement shall stand withdrawn, void, and of no further force or effect.**

### FURTHER INFORMATION

If you wish to discuss this matter, please call Investigator C.Moon at (321)409-2003.

Sincerely,

ADAM H. PUTNAM
COMMISSIONER OF AGRICULTURE

Paul J. Pagano, Chief
Regulatory Investigation Section

Issued by: _____
Received by: _____

PP/cm
Enclosures:   Copy of Statutes

# PX 3-3

DOACS 000196



DIVISION OF CONSUMER SERVICES
(850) 922-2966

THE RHODES BUILDING
2005 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

Date: May 16, 2012

### INVESTIGATIVE SETTLEMENT

A+Financial Center, LLC
Mrs. Dana Miano, Registered Agent
10258 S. US Hwy 1
Port St. Lucie, FL 34952

Case Number: # 1204-12585

Agency Clerk #:  A78938

I hereby agree to settle the violations stated in the Investigative Settlement dated May 16, 2012, as follows (check one):

**X**    I agree to pay the fine amount of $39,000.00, execute and return this agreement, and comply with all laws and rules contained in the Florida Telemarketing Act, Sections 501.601-501.626, Florida Statutes, including without limitation the requirements for licensing.

_____    I agree to pay the fine of $39,000.00 and immediately cease doing business as a Telemarketer.

I understand and agree the terms and conditions stated in the attached <u>Standard Terms for Investigative Settlement</u> are incorporated into and made a part of this Investigative Settlement.

I understand and agree the Investigative Settlement resolves only those issues enumerated in the referenced Case number and Agency Clerk number above.

I further agree that if I fail to comply with the terms of this investigative settlement the Department may issue an Administrative Complaint imposing the maximum penalties authorized by Florida law, and may seek additional remedies in court.

_Dana Miano_
Name (please print)

_[signature]_
Signature

_MNGR_
Title

_A+ Financial Center LLC_
Legal Name of Business

_5/16/11_
Date

_877-748-2616_
Telephone

**Return Address:**

**Department of Agriculture & Consumer Services**
**P. O. Box 6700**
**Tallahassee, Florida 32314-6700**

| Telemarketing |
| --- |
| **Org Code:**  42100207000 A2 |
| **Object Code:**  012052 ($39,000.00) Fine |

## PX 3-3

DOACS 000197

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES

STANDARD TERMS FOR INVESTIGATIVE SETTLEMENT

The following terms and conditions are incorporated into and made a part of the Investigative Settlement executed between the department and **A+Financial Center, LLC** (hereafter referred to as "Telemarketer"), Case Number: **1204-12585**, Agency Clerk Number: **A78938** on **May 16, 2012**.

This Agreement is entered into for the purpose of resolving all issues arising in the referenced case only, pursuant to §120.57(4), Florida Statutes.

1.      This Investigative Settlement shall be construed in accordance with Florida law.
2.      Telemarketer shall bear its own costs and attorneys fees.
3.      Venue for any action arising from this Investigative Settlement shall be in Leon County, Florida.
4.      Telemarketer's authorized representatives carefully read the Investigative Settlement. Telemarketer enters into this Investigative Settlement because Telemarketer believes this Investigative Settlement is in Telemarketer's best interests.
5.      This Investigative Settlement constitutes the entire agreement between the Department and Telemarketer, including anyone acting for, associated with, or employed by either of them, concerning only the matters specified in the Investigative Settlement and supersedes any prior discussions, agreements, or understandings; there are no promises, representations, or agreements between the parties other than as set forth herein. No modification or waiver of any provision shall be valid unless a written amendment to the Investigative Settlement is completed and properly executed by the parties.
6.      This Investigative Settlement expressly does not replace, modify, rescind, amend, or in any way affect any other settlement agreement, order, final order, or cease and desist order issued to Telemarketer or to anyone acting for, associated with, or employed by Telemarketer.
7.      This is an agreement of settlement and compromise, recognizing the parties may have different or incorrect information, understandings, or contentions as to facts and law, with each party compromising and settling all such information, understandings, and contentions as to fact and law, so that no misunderstanding or misinformation shall be grounds for rescission of this Settlement Agreement.
8.      Telemarketer expressly waives in this matter its rights to any hearing under Chapter 120, Florida Statutes, the making of findings of fact and conclusions of law by the Department, and all other proceedings, including appeals, to which Telemarketer may be entitled regarding any and all issues raised in this case.
9.      Telemarketer understands this Investigative Settlement may be used in subsequent cases to seek enhanced penalties if Telemarketer commits a violation after the execution date of this Investigative Settlement.
10.     To the extent any provision of this Investigative Settlement is prohibited by law such prohibition shall not affect any other provision of this Investigative Settlement.
11.     This Investigative Settlement shall inure to the benefit of and be binding on each party's successors, assigns, heirs, administrators, representatives, and trustees.
12.     All times stated herein are of the essence of this Investigative Settlement.
13.     Mrs. Dana Miano, Registered Agent is authorized to execute this Investigative Settlement as an officer, director, or agent of Telemarketer.

By: _____        Print Name: _Dana Miano_

Date: ___5/16/12___

Investigative Settlement Addendum - 1

**PX 3-3**

DOACS 000198



Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**IMMEDIATE FINAL ORDER TO CEASE AND DESIST**
**SPECIFIED TELEMARKETING ACTIVITIES**

Chapter 501 Part IV, Florida Statutes

**ADAM H. PUTNAM**
**COMMISSIONER**

Terry Lee Rhodes Building, 2005 Apalachee Parkway, Tallahassee, FL 32301
1-800-HELP-FLA (435-7352) • 850-410-3800 Calling Outside Florida
www.800helpfla.com • 850-410-3839 Fax

**Issued to:** A+FINANCIAL CENTER, LLC          **Telephone:** 877-748-2626

**Address:** 10258 S US HIGHWAY 1    **City:** PORT SAINT LUCIE    **Zip:** 34952-5615

**Location of Violation:** Same as above    **Case #:** 1204-12585    **DCS Reg. #:** TC3656

On MAY 16, 2012, the Department of Agriculture and Consumer Services conducted a lawful regulatory inspection in accordance with Chapter 501, Part IV, and Chapter 570, Florida Statutes, relating to the Florida Telemarketing Act. The results of the inspection have determined that you are in violation of §501.608(3), Florida Statutes, for the following reason(s):

☒ Failure to display at the business location a copy of your commercial telephone seller license issued by the Department.

☒ Failure to display at the business location a copy of the affidavit of exemption you filed with the Department pursuant to §501.604(2), (3), (5), (6), (9), (10), (11), (12), (17), (21), (22), (24), or (26), Florida Statutes.

☐ Failure to display at the business location a copy of your salesperson license.

**You are commanded to immediately CEASE AND DESIST from the activity or activities cited in this order in addition to the following:**

☒ You (the above-named commercial telephone seller) shall cease all operations at the above-listed address immediately.

☒ All telephones at the above-listed address shall be shut off immediately.

☐ You (the above-named salesperson) shall immediately leave and remain away from the premises at the above-listed address.

The sanctions imposed in this Immediate Final Order shall continue in full force and effect until such time as you are properly licensed by the Department as a commercial telephone seller, or if claiming an exemption, you provide a copy of a valid affidavit of exemption filed with the Department.

**RIGHT OF REVIEW**
*This is an Immediate Final Order issued pursuant to §§501.608(3) and 120.569(2)(n), Florida Statutes, and is appealable or enjoinable from the date rendered. Any party to these proceedings adversely affected by this Immediate Final Order is entitled to seek review of this Order pursuant to Section 120.68, Florida Statutes, and Rule 9.110, Florida Rules of Appellate Procedure. Review proceedings must be instituted by filing a Petition of Notice of Appeal with the Clerk, Room 509 Mayo Building, Tallahassee, Florida 32399-0800, and a copy of the same with the appropriate District Court of Appeal within thirty (30) days of rendition of this Order.*

DONE AND ORDERED this   16th   day of   May   , 20   2012   .

ADAM H. PUTNAM
COMMISSIONER OF AGRICULTURE

Craig Moon, Senior Financial Investigator

Filed with the Clerk and rendered this   16th   day of   May   , 20   2012   .

for Agency Clerk Paul Patricotto

<table>
<tr><td>AGENCY CLERK<br>Filing Number:<br><br>A78939</td></tr>
</table>

I have received a copy of this Agency Order and have been briefed by the investigator as to its contents and requirements.

MAY 16, 2012

(Signature of Business Owner/Corporate Officer, Management Personnel or Individual Cited)          (Date)

**PX 3-3**

**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**INVESTIGATOR'S FIELD REPORT**

Terry Lee Rhodes Building, 2005 Apalachee Parkway, Tallahassee, FL 32301
1-800-HELP-FLA (435-7352)  Fax: 850-410-3801
www.freshfromflorida.com

| Program Area: check one | | |
|---|---|---|
| HS | ☐ | §501.012-501.019 |
| BO | ☐ | §559.80-559.815 |
| DS | ☐ | §501.143 |
| IM | ☐ | §507.01-507.15 |
| PG | ☐ | §501.160 |
| PWN | ☐ | §539.001 |
| TMK | ☒ | §501.601-501.626 |
| SOC | ☐ | §496.401-496.426 |
| UDT | ☐ | §501.201-501.213 |
| SOT | ☐ | §559.926-559.939 |
| MVR | ☐ | §559.901-559.9221 |
| NS | ☐ | §501.059 |
| GP | ☐ | §849.094 (1-10) |
| PSAM | ☐ | §472.001-472.037 |
| OTR | ☐ | |

**Respond By:**
May 16, 2012

Case #:  1204-12585
Date:  MAY 16, 2012     Investigator:  C.Moon
Time In:  12:40 pm     Time Out:
**Business Type (check one):**
☒ Corporation   ☐ Partnership   ☐ Sole Proprietor   ☐ Franchisee

Business Name:  A+FINANCIAL CENTER, LLC

DACS Reg #:  TC3656     DHSMV Reg #:  n/a
(if applicable)     (if applicable)

Person Interviewed: Chris Lee Miano     Title:  Manager

Business Address:  10258 S US HIGHWAY 1, PORT SAINT LUCIE, FL 34952-5615
Mailing Address:  10258 S US HIGHWAY 1, PORT SAINT LUCIE, FL 34952-5615
(if different from above)

Phone:  877-748-2626     Owner:  A+FINANCIAL CENTER, LLC

Violation:  FS 501.616(4) & (5)
     (List violation including statute, paragraph, subparagraph and reference numbers)

**Instructions to Facility:**

The above-stated business was found to be operating w/out a license or a letter of exemption issued by the Department to operate as a Commercial Telephone Seller (Telemarketer), which is a violation of FS 501.616 (4).

501.616(4) – For any commercial telephone seller or salesperson to be unlicensed.
501.616(5) – For a commercial telephone seller or salesperson to otherwise violate the provisions of this act.

Note:  Failure to comply with the aforementioned Florida Statute may result in administrative fines or other penalty.

**Hand Delivery of Documents:**   ☐ Subpoena   ☐ Administrative Complaint
   ☐ Final Order   ☒ Other:  Inv. Settlement Agreement, Cease & Desist Order, & Statutes

**Notes/Comments:**
On the date and time referenced above, a conformed copy of the immediate cease and desist order was served.

All current and future sales reps working for a telemarketing business must be individually licensed.  Conducting business as a telemarketer and /or using unlicensed salespeople in the state of Florida is a 3rd degree felony.  A business and/or salesperson can obtain registration materials by visiting http://www.800helpfla.com/tmkfaq2.html or calling 1-800-HELP-FLA.

Collection of Funds:  ☒ Fine  ☐ Fee  ☐ Other/Type of Payment: ISA     Amount: $ 39,000.00

I have received a copy of this Field Report and have been briefed by the investigator as to its contents and requirements.

MAY 16, 2012
(Signature of Business Owner/Corporate Officer or Management Personnel)     (Date)

I have briefed the above named individual on the items noted above.

MAY 16, 2012
(Signature of Investigator or Department Representative)     (Date)

**PX 3-3**

DOACS 000200



Bank of America

Cashier's Check

No.8371263

EAST POINT PLAZA

Date: MAY 16, 2012

A+ FINANCIAL CENTER
Remitter (Purchased By)

Pay **THIRTY NINE THOUSAND DOLLARS AND 00 CENTS**

010940 00005 000837263

$$ **39000.00**

To
The
Order
Of

**D.O.A.C.S.**
****

VOID AFTER 90 DAYS

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK.    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

**PX 3-3**

DOACS 000201



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List | Next on List | Return To List | Entity Name Search Submit

Events | Name History

# Detail by Entity Name

## Florida Limited Liability Company

A+FINANCIAL CENTER, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L08000070384 |
| **FEI/EIN Number** | [redacted] |
| **Date Filed** | 07/22/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 07/21/2008 |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 10/03/2011 |
| **Event Effective Date** | NONE |

## Principal Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Mailing Address

10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

Changed 02/18/2011

## Registered Agent Name & Address

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952 US

Name Changed: 06/09/2011

Address Changed: 02/18/2011

## Manager/Member Detail

**Name & Address**

Title MGR

MIANO, DANA
10258 S. US HWY 1
PORT SAINT LUCIE FL 34952

## Annual Reports

www.sunbiz.org – Department of State                                          Page 2 of 2

**Report Year Filed Date**
2009        10/01/2009
2010        04/09/2010
2011        10/03/2011

## Document Images

10/03/2011 -- REINSTATEMENT          View image in PDF format

06/09/2011 -- LC Amendment           View image in PDF format

02/18/2011 -- LC Amendment           View image in PDF format

04/09/2010 -- ANNUAL REPORT          View image in PDF format

03/23/2010 -- LC Amendment           View image in PDF format

02/09/2010 -- LC Name Change         View image in PDF format

01/04/2010 -- LC Amendment           View image in PDF format

11/23/2009 -- LC Amendment           View image in PDF format

10/01/2009 -- REINSTATEMENT          View image in PDF format

07/22/2008 -- Florida Limited Liability   View image in PDF format

| Note: This is not official record. See documents if question or conflict. |
| --- |

Previous on List     Next on List     Return To List                    Entity Name Search

Events              Name History                                        Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright ℗ and Privacy Policies
State of Florida, Department of State

**PX 3-3**                                              DOACS 000203

Date **5/10/12**

First Name _____ [redacted] _____ M [redacted] Last [redacted]

Spouse Name _____

*WHO*
*000*

Address _____ [redacted] _____

City [redacted] State **NY** Zip [redacted]

*Sears*
*000*

Phone # [redacted] Alt # ( _____ )

*5K*

SSN# _____ [redacted] Total CC Debt **12,500** Ave % **11-25%**

*153,69*
*min*

Bank Name **HSBC   mc** Toll Free # **888-885-8916**

*11.4%*

Bal $ **7532.21** Avail $ **7467** Last Pymt $ **147** Next Pymt $ _____
Paid on **5-5** Due on _____

Acct # _____ [redacted] _____

Exp _____ [redacted] CVC [redacted] Amount $ **$495**

Savings:   1200   1500   (2000)   3000   4000   5000   other _____

Bank Name **Sears** Toll Free # _____

*24%*

Bal $ _____ Avail $ _____ Last Pymt $ _____ Next Pymt $ _____
Paid on _____ Due on _____

Acct # _____ - _____ - _____ - _____

*82/862*
*150/1250*

Exp _____ / _____ / _____ CVC _____ Amount $ _____

For Verification use only:

E-mail Address _____

*(no)*

Sales Rep **Michael King** Closer **FRANK.**

Verifier _____ Time _____

Genie Code **AFC** Best time to contact _____

How Many C/C **2** Average Rate _____

Notes: _____
_____
_____
_____

3481

**PX 3-3**

Cite
6K

3500/300
(250)

540/540
455/420.
180/90.

9%
Discover
3,500

Date 5 , 11 , 12
First Name ▓▓▓▓▓ M.▓ Last ▓▓▓▓▓
Spouse Name ▓▓▓▓▓
Address ▓▓▓▓▓

180/90.
500/500

12.99 %
Chase
$1500

City ▓▓▓▓▓ State OH Zip ▓▓▓
Phone # ▓▓▓▓▓ Alt # (____)
SSN# ▓▓▓▓▓ Total CC Debt 15K Ave % 12%

12.25%
Chase
$1500

Bank Name C Citi Discover Toll Free # (800) 347-2683
Bal $ 3,278 Avail $ 121 Last Pymt $ 61 Next Pymt $ 66
Paid on 5-6 Due on 6-4
Acct # ▓▓▓▓▓
Exp ▓ CVC ▓ Amount $ ▓

12.25%

Macys
1600

Savings: 1200   1500   2000   (3000)   4000   5000   other

Bank Name Sear (mc) Toll Free # (800) 669-8488
5/11 Bal $ 2008 41 Avail $ 4,191 Last Pymt $ 70 Next Pymt $ 55 39
Paid on 4/16 Due on 5/16
Acct # ▓▓▓▓▓
Exp ▓▓▓▓ CVC ▓▓▓▓ Amount $ $895

20 %
Sears (mc)
2K

25.24%
Kohls

**For Verification use only:**

E-mail Address _____
Sales Rep Justin Friend          Closer FRANK.
Verifier _____          Time _____
Genie Code AFC          Best time to contact _____
How Many C/C 6 _____          Average Rate _____
Notes: _____

**PX 3-3**

4237/353
(300)

Date _MAY, 11, 2012._

First Name _____ ███████   M_____   Last _____ ███████

Spouse Name _____ ███████ Craig. ███

Address _____ ████████████████

City _____ ████████   State _Az___   Zip ████████

Phone # ████████████   Alt # (_____)

SSN# _____   Total CC Debt _23.k._   Ave % _19_

Line 35.k.
1,948.
2.
5.99.
304 qd. with

Bank Name _Cti  llc._   Toll Free # _342 -6596._
1-800. Cti llc.

Bal $ _22,344 69_   Avail $ _____   Last Pymt $ _570 May_   Next Pymt $ _56 38. Jun_
Paid on _3._   Due on _6._

Acct # ████████████████

Exp ████████   CVC ████████   Amount $ _995_

**Savings:**   1200   1500   2000   3000   4000   5000   other _300_

Bank Name _____   Toll Free # _____

Bal $ _____   Avail $ _____   Last Pymt $ _____   Next Pymt $ _____
Paid on _____   Due on _____

Acct # _____ - _____ - _____ -

Exp ___/___/___   CVC _____   Amount $ _____

**For Verification use only:**

E-mail Address_ ████████████████

Sales Rep _Chad. Bz_   Closer _FRANK_

Verifier _Amy_   Time _____

Genie Code _(AFC)19818_   Best time to contact _____

How Many C/C _1_   Average Rate _____

Notes: _____

**PX 3-3**

*Citizens >13K > 17.74*

740/185
(140)

Date __5, 14, 12__

First Name ██████ M ████ Last ██████

Spouse Name ██████

Address ██████████

City ██████ State __R.I__ Zip ██████

Phone # ( ██████ Alt # ( ___ )

SSN# _____ Total CC Debt __13K__ Ave % __17__

Bank Name __Citizen's__ Toll Free # __800 6842222__

Bal $ __12,927,__ Avail $ __752,__ Last Pymt $ __500,__ Next Pymt $ __Ø__
Paid on __5/3__ Due on __/__

Acct # ██████████

Exp ██████ CVC _____ Amount $ __$495 m__

**Savings:**   1200   1500   2000   3000   4000   5000   other $ __1000__

Bank Name _____ Toll Free # _____

Bal $ _____ Avail $ _____ Last Pymt $_____ Next Pymt $ _____
Paid on _____ Due on _____

Acct # ____-____-____-____

Exp ___/___/___ CVC _____ Amount $ _____

**For Verification use only:**

E-mail Address _____

Sales Rep __Rhonda__ Closer __FRANK.__

Verifier _____ Time _____

Genie Code __AFC__ Best time to contact _____

How Many C/C _____ Average Rate _____

Notes: _____

**PX 3-3**

15/989

Date **5 / 14 / 12**

First Name ███████   M █   Last ███████

300/190

(no)

Spouse Name — no —

Address ████████████

City ████████   State **WI**   Zip ███████

Phone # ████████████   Alt # (        )

SSN# _____   Total CC Debt **9K**   Ave % **25%**

Bank Name **Sears (M/C)**   Toll Free # **(800) 669-8488**

case 25%
3000

Bal $ **4681⁴⁵**   Avail $ **1512**   Last Pymt $ **100**   Next Pymt $ **0**   **25%**
Paid on **5/1**   Due on _____

Acct ████████████

Exp ███████   CVC ███████   Amount $ **$895**

Savings:   1200   1500   (2000)   3000   4000   5000   other _____

Bank Name _____   Toll Free # _____

Bal $ _____   Avail $ _____   Last Pymt $_____   Next Pymt $_____
Paid on_____   Due on_____

Acct # _____

Exp ___ / ___ / ___   CVC _____   Amount $ _____

For Verification use only:

E-mail Address_____

Sales Rep **Kimberly Buchanan**   Closer **FRANK**

Verifier _____   Time _____

Genie Code **AFC**   Best time to contact _____

How Many C/C **2**   Average Rate **25**

Notes: _____

**PX 3-3**

DOACS 000208

Date 5 , 15 , 2012

First Name _____

Spous _____

Addr _____

City _____

Phone # _____

SSN# _____ Total CC Debt 62,684.17 Ave % 18% 8-18%

**12%** *Sole by* *mFCL* Bank Name FiA Card Services Worldpoint (VISA) Toll Free # 800-441-7787

Bal $ 45,231 ⁰⁰ Avail $ 1,068 ⁰⁰ Last Pymt $ 1301 Paid on 4/03/2012 Next Pymt $ 749 ⁰⁰ Due on 6/01/2012

Acct # _____

Exp 1 / 15 CVC _____ Amount $ _____

Savings:   1200   1500   2000   (3000)   4000   5000   other

**18.9%** *(Joint Acct)* Bank Name Citibank (mastercard) Toll Free # 866-775-0556

Bal $ 17, 453.31 Avail $ 13,713 Last Pymt $ 500 Paid on 5/01/2012 Next Pymt $ 422 ⁷⁵ Due on 6/02/2012

Acct _____

Exp _____ CVC _____ Amount $ $895

**For Verification use only:**

E-mail Address _____

Sales Rep *Ria Janette Miller*   Closer FRANK .

Verifier _____   Time _____

Genie Code AFC   Best time to contact _____

How Many C/C _____   Average Rate _____

Notes: _____

**PX 3-3**

DOACS 000209

13/700
59/1031

00 /180
(150)

Discover
@
?,668
@
8.99 %
Regions
Bank
@
1,299
@
?9.99%
Chase
@
?,042
@
0 %

Date __5 , 15 , 12 .__

First Name _____ ████████ M ____ Last ████████████

Spouse Name ████████████

Address ████████████████████████████

City ████████████ State __LA__ Zi ████████

Phone # ████████████ Alt # (____)

SSN# ✳ _____ Total CC Debt $__3,009__ Ave % __29.5__ %

Bank Name __Chase - M.C.__ Toll Free # __1-800-945-2000__

Bal $ __6,042.__°° Avail $ __1,208.__°° Last Pymt $ __61.__°° Next Pymt $ __60__ °° 524-3880

Paid on __4-18-12__ Due on __5-18-12__

Acct ████████████████

Exp __05 , 15__ CVC _____ Amount $ ____$595__

Savings:   1200   (1500)   2000   3000   4000   5000   other

Bank Name _____ Toll Free # __1-800-__

Bal $ _____ Avail $ _____ Last Pymt $ _____ Next Pymt $ _____

Paid on_____ Due on_____

Acct # ____-____-____-____

Exp ____/____/____ CVC _____ Amount $ _____

For Verification use only:

E-mail Address_____

Sales Rep __Joe P.__ Closer __FRANK__

Verifier _____ Time _____

Genie Code __AFC__ Best time to contact _____

How Many C/C __(2)  (3)__ Average Rate _____

Notes: _____

**PX 3-3**

DOACS 000210

18/1143

00/160

(125)

Date 05/15/12

First Name ████████ M. Initial ██ Last ████████

Spouse Name _____

Address: ████████████

C ████████ State T N Zip ████████

Phone # ████████ Alt ████████

SSN# ████ Total CC Debt 16,548.53 Avg % 14.0

Bank Name amex _____ Toll Free # 1-800-423-1414

under Gloria

Bal$ 12,372.04 Avail$ 12,782.00 Last Payment$ 500.00 Next Payment$ 247.00
724-53                                    575+25                         5-15
                                                                              4.0 int

Acct # ████████

Ex ████████ CVC _____ Amount$ $495

Savings: (1200) 1500 2000 3000 4000 other _____

Bank Name BankAmer-Visa Toll Free # _____

under Harry

Bal$ 3,824.00 Avail$ 275.00 Last Payment$ _____ Next Payment$ _____
                                                                              9.99 int

Acct # ___ - ___ - ___ - ___

Exp ___/___/___ CVC _____ Amount$ _____

**For Verification use only:**

E-Mail _____

Sales Rep Regina D'Agostino   Closer FRANK

Verifier _____   Time _____

Genie Code _____   Best time to contact _____

How Many C/C 2   Average Rate _____
Vehicle Loan ____ rate ____ Mortgage _____ Other Loans _____
Notes _____

4500 / 375

200 / 1400
30 / 2300

Date **5 15 12**

First Name ▮▮▮▮▮   M ▮▮   Last ▮▮▮▮▮▮

Spouse Name _____

Address ▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮   State **LA**   Zip ▮▮▮▮▮▮

Phone # ▮▮▮▮▮▮   Alt # ( )

SSN# _____ Total CC Debt **20,076**   Ave % **20%**

Bank Name **B.O.A MC**   Toll Free # **1-800-854-7338**

10%

Bal $ **10,076⁹⁸**   Avail $ **2,123**   Last Pymt $ **155**   Next Pymt $ **178**
Paid on **May 2**   Due on **June 2**

Acct # ▮▮▮▮▮▮▮▮▮

Exp **12 14**   CVC _____   Amount $ **20%**

Savings:   1200   1500   2000   3000   4000   5000   other _____

Bank Name _____   Toll Free # _____

Bal $ _____   Avail $ _____   Last Pymt $ _____   Next Pymt $ _____
Paid on _____   Due on _____

Acct # ____ - ____ - ____ -

Exp ___/___/___   CVC _____   Amount $ _____

**For Verification use only:**

E-mail Address _____

Sales Rep **Melanie N**   Closer _____

Verifier _____   Time _____

Genie Code **AFC**   Best time to contact _____

How Many C/C _____   Average Rate _____

Notes: **Discover - 10K @ ▨▨▨**

**9.9%**

**PX 3-3**

2548/2548
1008/1008
1134/1134
271 0
40/0
60/0

$200/435
(575)

Date 5, 15, 12.

First Name _____ M ___ Last ████

Spouse Name ████████████████████

Address ████████████████

City ████████ State MD Zi ████

Phone # ████████████ Alt # (_____)

25.9%.
HomeDept
2900
9800.00

SSN# _____ Total CC Debt 33 K Ave % 16.3%

Bank Name Citi (mc) Toll Free # 1800· 950· 5114

Bal $ 22920.24 Avail $ 2010.00 Last Pymt $ 483.00 Next Pymt $ 460.10
Paid on 5-10-12 Due on 6-2-12
5-1-12

Acct ████████████████

Exp ████████ CVC _____ Amount $ $1095

Citi (mc)
16%.
22800.00

Savings:  1200   1500   2000   3000  (4000)  5000   other

Bank Name _____ Toll Free # _____

8400.00
11.9%

Bal $ _____ Avail $ _____ Last Pymt $ _____ Next Pymt $ _____
Paid on _____ Due on _____

2700. 17.

Acct # _____ - _____ - _____

7565. 14.9%.

Exp / / CVC _____ Amount $ _____

3.9%.

**For Verification use only:**

E-mail Address _____

Copt
one

Sales Rep Morales, Mark      Closer FRANK

11.9%.

Verifier _____      Time _____

3 K

Genie Code AFC      Best time to contact _____

How Many C/C 3      Average Rate _____

Notes: Daughter on The phone.

8400.00 11.9%    Citi
2700.00 17.       22,800.00
7565  14.9%.      12.2%.
2500.00 3.9%.

**PX 3-3**

# Weekly Sales Log

| Date | Client Name | Billed | Commission |
|---|---|---|---|
| 5/14/2012 | ██████████████ | 795 | 65/40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $ |

Employee Name

**PX 3-3**

DOACS 000214

Date 5 / 16 /2012

First Name _____ M _____ Last ▮▮▮▮▮▮ _____

Spouse Name _____

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮▮▮▮    State NY    Zip ▮▮▮▮▮▮

Phone # ▮▮▮▮▮▮▮▮▮▮    Alt # ( ___ ) _____

SSN# _____    Total CC Debt 15,476.83    Ave % _____

Bank Name _____    Toll Free # _____

Bal $ _____ Avail $ _____ Last Pymt $_____ Next Pymt $ _____
                                     Paid on_____ Due on_____

Acct # _____ - _____ - _____ - _____

Exp ___ / ___ / ___    CVC _____    Amount $ _____

Savings:    1200    1500    2000    3000    4000    5000    other _____

Bank Name _____    Toll Free # _____

Bal $ _____ Avail $ _____ Last Pymt $_____ Next Pymt $ _____
                                     Paid on_____ Due on_____

Acct # _____ - _____ - _____ - _____

Exp ___ / ___ / ___    CVC _____    Amount $ _____

**For Verification use only:**

**E-mail Address**_____

**Sales Rep** _____    **Closer** _____

**Verifier** _____    **Time** _____

**Genie Code** __AFC__    **Best time to contact** _____

**How Many C/C** _____    **Average Rate** _____

Notes:

Discover  Card    Int  16.74 %    Bal 16,892.
Chase             Int  9. %             3,584.83

                  Int  4.1 %          9,122

# PX 3-3

DOACS 000215

Date _5 / 16 / 2012_

First Name _____ M _____ Last _____

Spouse Name _____

Address ████████████████████

City ███████████████ State _CT_ Zip ██████████

Phone # ███████████████ Alt # ( ___ ) _____

SSN# _____ Total CC Debt _____ Ave % _____

Bank Name _Chase_ _____ Toll Free # _____

Bal $ _____ Avail $ _____ Last Pymt $_____ Next Pymt $_____
                                    Paid on_____ Due on_____

Acct # _____ - _____ - _____ - _____

Exp ___ / ___ / ___ CVC _____ Amount $ _____

**Savings:** 1200    1500    2000    3000    4000    5000    other _____

Bank Name _____ Toll Free # _____

Bal $ _____ Avail $ _____ Last Pymt $_____ Next Pymt $_____
                                    Paid on_____ Due on_____

Acct # _____ - _____ - _____ - _____

Exp ___ / ___ / ___ CVC _____ Amount $ _____

**For Verification use only:**

**E-mail Address**_____

**Sales Rep** _____ **Closer** _____

**Verifier** _____ **Time** _____

**Genie Code** __AFC__ _____ **Best time to contact** _____

How Many C/C _____ Average Rate _____

Notes: _Toyota Record - Financial Services - Int- 15-24 % Bal 1,850_
         _JC Penny      - Int- 29-% 
                                                    3,500.
         Chase Visa    - Int- 21-24%               765- 00
         Chase Visa    - Int- 23-24                1,465- 40
         BOA           - Int -
         Kay Sealers   - Int -_

**PX 3-3**                        DOACS 000216

HSBC 90
2 551.
21.24

MERRICK
1326 00
24.35

6/15

w/FEE → 868
1042

Date 5 / 15 / 12

First Name _____ M _____ Last ████████

Spouse Name ████████

Address ████████

City ████████ State Tx Zip ████

Phone # ████ Alt # ( ___ ) ___

SSN# _____ Total CC Debt _____ Ave % _____

Bank Name HSB (c) Toll Free # 8³-385-8916
90

Bal $ 2551. Avail $ 353⁶⁰ Last Pymt $ 151 Next Pymt $ 80
Paid on 5-14 Due on 6-1

Acct ████████

Exp ████ CVC _____ Amount $ _____

Savings: 1200   1500   2000   3000   4000   5000   other _____

Bank Name MERRICK Toll Free # 25 253 2322

Bal $ 1326⁶⁷ Avail $ 73⁰⁰ Last Pymt $ 100 Next Pymt $ 40
Paid on 4-20 Due on 5-28

Acct # ████████

Exp ████ CVC _____ Amount $ _____

For Verification use only:

E-mail Address _____

Sales Rep GARY _____ Closer _____

Verifier _____ Time _____

Genie Code AFC _____ Best time to contact _____

How Many C/C _____ Average Rate _____

Notes: _____

**PX 3-3**

DOACS 000217

## Weekly Sales Log

| Date | Client Name | Billed | Commission |
|------|-------------|--------|------------|
| 4/16 | ███████████ | 595 | 50 |
| 4/16 | ███████████ | 695 | 55 |
| 4/17 | ███████████ | 795 | 65 |
| 4/18 | ███████████ | 1695 | 120 ? |
| 4/24 | ███████████ | 595 | 50 |
| 4/27 | ███████████ | 795 | 65 |
| 4/27 | ███████████ | 475 | 45 |
| 4/28 | ███████████ | 695 | 55 |
| 4/28 | ███████████ | 995 | 75 |
| 5/3 | ███████████ | 595 | 50 |
| 5/3 | ███████████ | 495 | 45 |
| 5/5 | ███████████ | 995 | 75 |
| 5/8 | ███████████ | 795 | 65 |
| 5/8 | ███████████ | 795 | 65 |
| 5/14 | ███████████ | 595 | 50 |
| 5/15 | ███████████ | 1295 | 86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total  $ | |

*Melanie Nagle*
Employee Name

# Accelerated Financial Centers Tracking DB

NEW CLIENT   SEARCH   TRACKER   FINANCIAL SPC REPORT   CLIENT PACKET   LOG OUT   COMMISSION RPT

FINANCIAL SPC   FINANCIAL SPC PAYROLL   SPECIALIST   MERCHANTS   LABELS   DECLINE SPC   SUCCESS STORIES   ADMIN MGMT

Welcome,
KrystleR                                                                              05

## SPECIALIST ENTRY

### NEW SPECIALIST ENTRY

Specialist Name: [              ]
[ Enter ]

### CURRENT SPECIALIST



1  Alicia Smith
2  Alisha Murphy
3  Amy Montesano
4  Andrew Presland
   Angela Kelly
   Annisa Miller
   Chad Besze
   Cheri Tierney
   Chris Miano
   Colin Coyle
   Corinne Chamberlain
   Eileen Davidson
   Felicia Rivera
   Frank Salto
   Fred Santana
   Gary Horton
   Holli Strippoli
   Jamie Ferry
   Jason Friend
   Jason Miller
   Jim Kibler
   Jonathon Gonzalez
   Joseph Phillips
   Justin Friend
   Kim Bonikowski
   Kim Buchanan
   Kristie Ferguson
   La Janette Pullen
   Lisa Gonzalez
   Luis Malta
   Lynn Kantor
   Mark Morales
   Martin Washington
   Melanie Nagle
   Melissa Jutte
   Michael King
   Michael Singh
   Paul Bennett
   Rachael Haskins
   Ravi Bisram
   Regina D'Agostino
   Reginald Gates
   Rhonda Craig
   Romeo Aguilar
   Ron Guppy
   Ron Haven
   Sean Piazza
   Sybil Horne
   Terry Lawson

## PX 3-3                                    DOACS 000219

Todd Nelson

PX 3-3

DOACS 000220



# SALES REP

# TRAINING MANUAL

**PX 3-3**

**DOACS 000221**



# WELCOME ABOARD

Throughout this manual, you will read the policies and procedures of how our company operates with our clients as well as together as a team. This will help give you a better perspective of your new position as a Sales Representative

About Us:
A+ Financial Centers was founded upon the unwavering belief that anyone and everyone can become debt free and begin building wealth if they are provided with the right tools, education, and assistance. And we don't just believe in that we make it happen every single day.
We offer a full range of financial advice, education, and service, and we are absolutely dedicated to each and every one of our clients' needs and concerns.

Here at A+ Financial Centers, we have three main departments:
Sales Department – responsible for selling our services via an out-bound phone sales floor

Financial Planning Department – responsible for negotiating with lenders on behalf of clients once they have signed up for our services

Admin Department – responsible for assisting both departments to function properly

## PX 3-3

# PROCESS OF A SALE

Once you qualify the client – you then pass it to a closer.  It is the closers job to fully explain the program to the client and sell the deal.

Once the deal is closed – it is then handed to a verifier.  During this process the call with the client is recorded as we once again briefly explain our program and services and confirm the authorization to charge the credit card we qualified them on.

At this point, the sale is considered done.

**PX 3-3**

*link. aplus financial centerjion mint*

# OPENER SCRIPT

*411.com*

Hi, this is _____ with **card services.** I understand that you are interested in lowering your ~~current~~ interest rates. Is this correct? Can I verify your name please? (~~And your phone number area code first just in case we get disconnected.~~)

Great! You've received this call in regards to your current Visa and MasterCard accounts. The reason for my call is due to your current credit rating through Experian; you have been put up for review to receive lower interest rates on all of your accounts. Were you aware of this?

Well _____ Anytime you maintain a good payment history as well as a good credit score you are entitled to go up for this review. Now what would you say you have in overall credit debt including spouse's debt? ~~And help me out a little bit Mr. /Mrs.~~ _____ What would you say that your highest rate is on your visa/mc? And which bank is this card with? Do you know what your average interest rate is / bulk of debt? And how many credit cards do you carry?

Okay _____ My job is basically to show your lenders that you are still eligible for a lower rate. How I do this, is by showing them that you are still in good standings on at least one of your accounts meaning:

  - That the payments are current
  - Also that your carrying a balance that you **ARE PAYING INTEREST ON!**
  - and that you are not currently over your credit limit > *within $500.00*

Okay Mr./Mrs. _____ This is the account _____ I would like to qualify you on. Could you please get that card out for me?

I am going to need the customer service phone number located on the back of your card. Can you read that number to me?

~~And I do have to ask _____ You are the authorized speaker on this account. Correct? And can you please verify how your name appears on this account? (Spelling)~~

And just for verification purposes I need you to verify (the last four digits of your social)

~~And can I have the address these statements come to, including the spelling?~~

And I do have ~~your permission to call~~ (bank name) just to check the standings on this account. And this account number starting with ( 4-Visa, 5-MC) confirm that account number for me please. *ON THE PHONE VERIFY*

I am going to place you on a brief hold while I contact the bank to check the standings on this account. Can you please verify the EXP date on this account so I know this card is still **valid**?

**IF QUALIFIED:**
Congratulations _____ Your are still qualified. I'm now going to put an account executive on the phone to go over all the details with you.

**IF NOT QUALIFIED:**
Unfortunately I couldn't qualify you on this account. (Give reason why and get another qualified card)

*Line*

**PX 3-3**                                        DOACS 000224

# REBUTTAL LIST

**IM NOT INTERESTED:**
**(At the beginning of the pitch)**
Okay_____but if you don't mind me asking what is it that you're
not interested in because to be quite honest I'm not offering you anything that you didn't
already ask for.
**(At the end of the pitch)**
Level with me_____what is it that you're not interested in?
Because if it's just me your not interested in, I will certainly transfer you to someone else.
Bottom line is this; you maintained your payment on time for one reason right?  And that's
to get the best service from your lenders.  And what I'm trying to tell you is by giving me just
10 minutes of your time we can make that happen for you and save you thousands off your
debt. Fair enough? (GO STRAIGHT BACK TO THE SCRIPT)

**ARE YOU CALLING FROM A CREDIT CARD COMPANY/DO I HAVE
CARD WITH YOU?**
No, I am calling with Card Services, we work directly with all 551 bank and lenders that issue
Visa, MasterCard, American Express and Discover. **(BACK TO THE SCRIPT)**

**I HAVE A 0% INTEREST RATE**
That is a teaser rate that will go up in 6 to 12 months, more importantly how much would
you say you owe on all your credit cards combined? **(BACK TO THE SCRIPT)**

**I ALREADY HAVE A GREAT INTEREST RATE**
That's fine, we have been very successful at making our client's satisfied by saving them
money and lowering their interest rates.

**WHO ARE YOU WITH?**
Card Services, we work directly with all 551 bank and lenders that issue Visa, MasterCard,
American Express and Discover. We assist account holders in lowering their interest rates
and getting them out of debt 3-5 times faster. **(BACK TO THE SCRIPT)**

**WHO DO YOU WANT TO TALK TO? WHO ARE YOU CALLING FOR?**
If you pressed 1 to lower your interest rates you were transferred to me, my job is to get you
qualified. **(BACK TO THE SCRIPT)**

**HOW LONG HAVE YOU BEEN IN BUSINESS?**
We have been incorporated since 1998

**IS THIS DEBT CONSOLIDATION?**
A. No, this is not debt consolidation!
B. We negotiate better interest rates and finance charges on your behalf.  This does not
hurt your credit.  Consolidation can be on your credit report for up to 7 years.

**WHY DO YOU NEED MY CREDIT CARD?**
I am asking for this information to verify that your account is not close to your limit or
currently late.  That's my company's qualifications for the program. **(BACK TO THE SCRIPT)**

**IM NOT GIVING YOU MY CREDIT CARD!**

**CONSUMER PROPTECTION ACT:**

The consumer protection act clearly states that nobody can make any fraudulent purchases on any of your accounts without your signature or your voice, and if they try to – your lender cannot accept that purchase.  And if for some reason your lender was to accept the purchase you are not responsible for it and that's a Federal Law! Does that make you feel more comfortable?

**ARE YOU PULLIN A CREDIT REPORT?**

No, we are just going to call your bank and make sure you are in good standing with your lender.  **(BACK TO THE SCRIPT)**

**HOW MUCH DOES IT COST?**

That's the best part! As long as you qualify, there are NO OUT OF POCKET EXPENSE. (BACK TO THE SCRIPT)

**WHAT DO YOU GET OUT OF THIS?**

We make our money from the interest and finance charges we save you from your lenders. **(BACK TO THE SCRIPT)**

**IS THERE A FEE OR CHARGE FOR THIS?**

As long as you qualify, you don't have to send a check or money order in. **(BACK TO THE SCRIPT)**

**I DON'T WANT TO GIVE YOU MY DEBT AMOUNT**

In order for us to be able to qualify you for our program there is a certain criteria you have to meet, so I would just need a ballpark figure of what you owe on all of your credit cards combined.  So how much do you think you owe?

**WHERE DID YOU GET MY NAME?**

We received your information from the credit bureau Experian. **(BACK TO THE SCRIPT)**

**I NEVER GIVE MY CREDIT CARD INFORMATION ON THE TELEPHONE**

I can appreciate that, I'm an account holder myself, but are you familiar with the Consumer Protection Act? (Explain the Consumer Protection Act)

**CONSUMER PROPTECTION ACT:**

The consumer protection act clearly states that nobody can make any fraudulent purchases on any of your accounts without your signature or your voice, and if they try to – your lender cannot accept that purchase.  And if for some reason your lender was to accept the purchase you are not responsible for it and that's a Federal Law! Does that make you feel more comfortable?

 GO AHEAD WITH THAT ACCOUNT NUMBER STARTING WITH A _____

**IF THEY STILL WON'T BUDGE**

Listen, not only are you protected by your credit card companies, but you're also protected by the federal law.  I'd hate to see you miss out on this opportunity and keep in mind you will remain on the line while I contact your lender and you'll know immediately if you qualify, that's worth it to you isn't it?

<div align="center">

**PX 3-3**

</div>

# COMPANY POLICIES

You are **ONLY** to give out our information AFTER you have OBTAINED a **VALID** credit card.

# Otherwise, we are ALWAYS
## *"Card Services"*

**Website:**
www.aplusfinancialcenters.com

**BBB:**
A+ Financial Center

**PX 3-3**

DOACS 000227

# COMMISSION PAY SCALE

| FEE | OPENER | CLOSER |
|-----|--------|--------|
| $495 | $45 | $25 |
| $595 | $50 | $30 |
| $695 | $55 | $35 |
| $795 | $65 | $40 |
| $895 | $75 | $45 |
| $995 | $75 | $50 |
| $1095 | $75 | $60 |
| $1195 | $80 | $70 |
| $1295 | $85 | $75 |
| $1395 | $90 | $80 |
| $1495 | $100 | $85 |
| $1595 | $100 | $95 |

**PX 3-3**

DOACS 000228

# ✳ EXAMPLE ✳

Date 1 / 26 / 12

First Name John   M. Initial M.   Last Doe

Spouse Name _____

Address: 123 Credit Lane

City Buffalo   State NY   Zip 17601

Phone # (555) 555-5555   Alt #(___)_____

SSN# _____   Total CC Debt 21k   Avg % 24%

Bank Name Chase   Toll Free # _____

Bal$ 10,516.11 Avail$ 1596.89 Last Payment$ 485.00 Next Payment$ 476.60

Acct # ███████████████

Exp ██████   CVC _____   Amount$ _____

Savings: 1200   1500   2000   3000   4000   other _____

Bank Name _____   Toll Free # _____

Bal$ _____ Avail$ _____ Last Payment$ _____ Next Payment$ _____

Acct # ___ - ___ - ___ - ___

Exp ___ / ___ / ___   CVC _____   Amount$ _____

**For Verification use only:**

E-Mail _____

Sales Rep Your Full Name   Closer _____

Verifier _____   Time _____

Genie Code _____   Best time to contact _____

How Many C/C _____   Average Rate _____
Vehicle Loan _____ rate _____   Mortgage _____ Other Loans _____
Notes _____

## PX 3-3

DOACS 000229

# PLEASE BE ADVISED

## WE DO CONDUCT BACKGROUND CHECKS ON EVERY EMPLOYEE THAT APPLIES FOR ANY POSITION.

## IF YOU HAVE BEEN ARRESTED - WE STILL MAY HIRE YOU...

### HOWEVER, IF YOU HAVE HAD ANY ARRESTS THAT ARE INVOLVING:
FRAUD, THEFT, EMBEZZLEMENT, FRAUDULENT CONVERSION, OR MISAPPROPRIATION OF PROPERTY WITHIN THE PAST 5 YEARS **OR** 7 YEARS IN THE CASE OF A FELONY – WE WILL NOT BE ABLE TO GET YOU LICENSED BY THE STATE OF FLORIDA; THEREFIRE, WE CANNOT HIRE YOU.

FOR FURTHER QUESTIONS OR CONCERS REGARDING THIS MATTER, PLEASE SPEAK WITH THE HIRING MANAGER.

## AUTHORIZATION FOR BACKGROUND CHECKS

_____authorize A+ Financial Centers, LLC to order my background report, including investigative consumer reports. I understand that the company may rely on this authorization to order additional background reports, including investigative consumer reports, during my employment with asking me for my authorization again as allowed by law.

I also authorize the following agencies ad entities to disclose to ADP Screening and Selection Services and its agents all information about or concerning me, including but not limited to: my past or present employers; learning institutions, including colleges and universities; law enforcement and all other federal, state and local agencies; federal, state and local courts; the military; credit bureaus; testing facilities; motor vehicle record agencies; all other private and public sector repositories of information; and any other person, organization, or agency with any information about or concerning me. The information that can be disclosed to ADP Screening and Selection Services and its agents includes, but not limited to, information concerning my employment history, earnings history, educations, credit history, motor vehicle history, criminal history, military service, professional credentials and licenses and substance abuse testing.

I agree the company may rely on this authorization to order background report, including investigative consumer reports, from companies other than ADP Screening and Selection Services without asking me for my authorization again as allowed by law. I also agree that a copy of this form is valid like the signed original. I certify that all of my personal information on this form is *true and correct* and understand that dishonesty will disqualify me from consideration for employment with the company, or if I am hired or already work for the company, that my employment may be terminated.

| | | |
|---|---|---|
| Last Name | First Name | Middle Name |

| | |
|---|---|
| Maiden/Other Names | Years Used |

Social Security Number                Driver's License Number                State

FOR IDENDIFICATION PURPOSES ONLY:        Date of Birth: _____ / _____ / _____   (Month/Day/Year)

Present Street Address_____

City/State/Zip_____

| | | |
|---|---|---|
| Print Name | Sign Name | Date |

# PX 3-3

DOACS 000230

| OFFICE USE ONLY | | POSITION APPLIED FOR: | |
|---|---|---|---|
| START DATE: | | APPLICANT TELEPHONE: | |

**TODAY'S DATE:**

# EMPLOYMENT APPLICATION

SSN #: _____

DOB: _____

FLORIDA DRIVER LICENSE: _____

YOUR NAME: _____

LAST                              FIRST                              MIDDLE

ADDRESS

_____

_____

_____

ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE USA?

☐ YES   ☐ NO   (IF YES, VERIFICATION WILL BE REQUIRED)

I AM SEEKING A PERMANANENT POSITION:   ☐ YES   ☐ NO

IF NECESSARY FOR THE JOB I AM ABLE TO:

WORK (WHICH SHIFTS)? _____

ARE YOU ABLE TO PERFORM THE ESSENTIAL FUNCTIONS
OF THE POSITION WITH OR WITHOUT ACCOMMODATIONS?

☐ YES   ☐ NO

WE DO CONDUCT A BACKGROUND CHECK

EVER BEEN CONVICTED OF A CRIME?   ☐ YES   ☐ NO

(IF YES, PLEASE EXPLAIN):

| EDUCATION: | YEARS COMPLETED | FIELD OF STUDY | GRAD OR DEGREE |
|---|---|---|---|
| HIGH SCHOOL | | | |
| COLLEGE/UNIVERSITY | | | |
| BUSINESS/TECHNICAL | | | |
| OTHER | | | |

**MILITARY SERVICE:**   ☐ YES   ☐ NO

DUTY/SPECIALIZED TRAINING: _____

**REFERENCES:** LIST TWO PERSONAL REFERENCES WHO ARE NOT RELATED TO YOU OR FORMER SUPERVISORS

| NAME | ADDRESS | PHONE | YEARS KNOWN |
|---|---|---|---|
| | | | |
| NAME | ADDRESS | PHONE | YEARS KNOWN |

**EMPLOYMENT:** LIST LAST EMPLOYMENT FIRST. INCLUDE SUMMER OR TEMP JOBS. LIST ALL EXPERIENCE AND EMPLOYERS BELOW

| EMPLOYER NAME AND ADDRESS | POSITION TITLE/DUTIES SKILLS | DATES EMPLOYED |
|---|---|---|
| | | FROM          TO |
| | | REASON FOR LEAVING |
| | SUPERVISOR NAME:          TELEPHONE: | |

| EMPLOYER NAME AND ADDRESS | POSITION TITLE/DUTIES SKILLS | DATES EMPLOYED |
|---|---|---|
| | | FROM          TO |
| | | REASON FOR LEAVING |
| | SUPERVISOR NAME:          TELEPHONE: | |

# PX 3-3

DOACS 000231

| EMPLOYER NAME AND ADDRESS | POSITION TITLE/DUTIES SKILLS | DATES EMPLOYED |
|---|---|---|
| | | FROM          TO |
| | | REASON FOR LEAVING |
| | SUPERVISOR NAME:                    TELEPHONE: | |

| EMPLOYER NAME AND ADDRESS | POSITION TITLE/DUTIES SKILLS | DATES EMPLOYED |
|---|---|---|
| | | FROM          TO |
| | | REASON FOR LEAVING |
| | SUPERVISOR NAME:                    TELEPHONE: | |

SUMMARIZE OTHER EMPLOYMENT RELATED TO THIS JOB:

TYPES OF COMPUTERS, OTHER ELECTRONIC OR MECHANICAL EQUIPMENT THAT YOU ARE QUALIFIED TO OPERATE:

TYPING SPEED: _____ WORDS PER MINUTE.

PROFESSIONAL LICENSE, CERTIFICATIONS OR REGISTRATIONS:

ADDITIONAL SKILLS INCLUDING SUPERVISION SKILLS, OTHER LANGUAGES, OR INFORMATION REGARDING THE CAREER/OCCUPATION YOU WISH TO BRING TO THE EMPLOYER'S ATTENTION:

IN CASE OF EMERGENCY OR ILLNES PLEASE CONTACT:          NAME:                              PHONE:

ADDRESS:                                        RELATON:

**INFORMATION TO THE APPLICANT:**  AS PART OF OUR PROCEDURE FOR PROCESSING YOUR APPLICATION, YOUR PERSONAL AND EMPLOYMENT REFERENCES MAY BE CHECKED.  IF YOU HAVE MISREPRESENTED OR OMITTED ANY FACTS ON THIS APPLICATION, AND ARE SUBSEQUENTLY HIRED, YOU MAY BE DISCHARGED FROM YOUR JOB.  YOU MAY MAKE A WRITTEN REQEST FOR INFORMATION DERIVED FROM THE CHECKING OF YOUR REFERENCES.

IF NECESSARY FOR EMPLOYMENT, YOU MAY BE REQUIRED TO: SUPPLY YOUR BIRTH CERTIFICATE OR OTHER PROOF OF AUTHORIZATION TO WORK IN THE US, HAVE PHYSICAL EXAMINATION AND/OR A DRUG TEST, OR TO SIGN A CONFLICT OF INTEREST AGREEMENT AND ABIDE BY ITS TERMS.

I UNDERSTAND AND AGREE TO THE INFORMATION SHOWN ABOVE:

SIGNATURE                                                    DATE

EQUAL EMPLOYMENT OPPORTUNITY: WHILE MANY EMPLOYES ARE REQUIRED BY FEDERAL LAW TO HAVE AN AFFIRMATIVE ACTION PROGRAM, ALL EMPLOYERS ARE REQUIRED TO PROVIDE EQUAL EMPLOYMENT OPPORTUNITY AND MAY ASK YOUR NATIONAL ORIGIN, RACE AND SEX FOR PLANNING AND REPORTING PURPOSES ONLY.  THIS INFORMATION IS OPTIONAL AND FAILURE TO PROVIDEIT WILL HAVE NO AFFECT ON YOUR APPLICATION FOR EMPLOYMENT

# PX 3-3



**Daryl J. Krauza**
Attorney at Law
dkrauza@deanmead.com

Dean, Mead, Minton & Zwemer
1903 South 25th Street, Suite 200
Fort Pierce, Florida 34947
772-464-7700 ● 772-562-7700 ● Fax 772-464-7877
www.deanmead.com

Orlando I Fort Pierce I Viera I Gainesville

**PX 3-3**

DOACS 000233

CASE #:  1204-12585          A+ FINANCIAL CENTER, LLC          May 16, 2012

Case Mgr.:  SFI Moon



**PX 3-3**

DOACS 000234



**PX 3-3**

DOACS 000235



**PX 3-3**

DOACS 000236



**PX 3-3**

DOACS 000237



**PX 3-3**

DOACS 000238

| Wk. Pd. Date: 05/21/2012 |
| Wk. Pd. Num: 1 |

# Florida Department of Agriculture
## and Consumer Services
## Cash Sheet with Transaction Detail

Page: 35
Run Date: 05/21/2012
FLAG0431

*Craig*

Work Period Date: **05/21/2012**   Work Period Number: **1**   Deposit Num: **991640**   Batch: **19**

Revenue Type Description: **COMMERCIAL TELEPHONE SELLER-ADMIN. FINES**

Package Year: **12**   Package Number: **3351938**

*Check:*   $39,000.00 A+FINANCIAL CENTER, LLC                                    DIN:
         Payment Type: CHECK        Payment Num:

*Trans:*   $39,000.00 A+FINANCIAL CENTER, LLC                                    DIN:
         Org: 42 10 02 07000        EO A2        Obj Code:          Fund ID:          Other Program ID:
         Acct Rcvbl Num          Firm Num:          DTN:          Inv Num:

*Batch Total:*   **$39,000.00**

*1204-12585*

# PX 3-3

**DOACS 000239**



DIVISION OF CONSUMER SERVICES
(850) 922-2966

THE RHODES BUILDING
2005 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

Date: May 16, 2012

### INVESTIGATIVE SETTLEMENT

A+Financial Center, LLC
Mrs. Dana Miano, Registered Agent
10258 S. US Hwy 1
Port St. Lucie, FL 34952

Case Number: # 1204-12585

Agency Clerk #:  A78938

I hereby agree to settle the violations stated in the Investigative Settlement dated May 16, 2012, as follows (check one):

**X**  I agree to pay the fine amount of $39,000.00, execute and return this agreement, and comply with all laws and rules contained in the Florida Telemarketing Act, Sections 501.601-501.626, Florida Statutes, including without limitation the requirements for licensing.

_____ I agree to pay the fine of $39,000.00 and immediately cease doing business as a Telemarketer.

I understand and agree the terms and conditions stated in the attached Standard Terms for Investigative Settlement are incorporated into and made a part of this Investigative Settlement.

I understand and agree the Investigative Settlement resolves only those issues enumerated in the referenced Case number and Agency Clerk number above.

I further agree that if I fail to comply with the terms of this investigative settlement the Department may issue an Administrative Complaint imposing the maximum penalties authorized by Florida law, and may seek additional remedies in court.

_Dana Miano_
Name (please print)

_[signature]_
Signature

_MMGR_
Title

_A+ Financial Center LLC_
Legal Name of Business

_5/16/12_
Date

_877-748-2616_
Telephone

**Return Address:**

Department of Agriculture & Consumer Services
P. O. Box 6700
Tallahassee, Florida 32314-6700

Dept. of Agriculture
& Consumer Services

2012 MAY 21  AM 10: 24

RECEIVED
Finance & Accounting

| Telemarketing |
|---|
| Org Code:  42100207000 A2 |
| Object Code:  012052 ($39,000.00) Fine |

39,000.00   05/21/2012
Dep#991640

**PX 3-3**

DOACS 000240