# Plaintiff's Exhibit

# PX 4-1

## DECLARATION OF ROBERT COLMERAUER
## PURSUANT TO 28 U.S.C. § 1746

I, Robert Colmerauer, hereby state that I have personal knowledge of the facts set forth below.  If

called as a witness, I could and would testify as follows:

1.  My name is Robert Colmerauer.  I am the Vice President of Operations for the Better

    Business Bureau of Southeast Florida and the Caribbean ("WPBBB").  My business

    address is 4411 Beacon Circle Suite #4, West Palm Beach, Florida 33407.

2.  The WPBBB is a private, non-profit corporation whose purpose is to promote fairness

    and honesty in the marketplace.  The WPBBB assists the public in resolving complaints

    about businesses.  This complaint experience is used in part to develop Reliability

    Reports on companies.  The Reliability Reports are designed to guide the public in

    finding reliable businesses.  Each business on which we report is rated using an algorithm

    that weights the complaints, the responses, and several other relevant factors.  The rating

    scale ranges from A plus through F, with F being the lowest rating.

3.  I have been the Vice President  of Operations of the WPBBB since 2007.  As Vice

    President of Operations, I am responsible for the Reliability Reports that the BBB keeps

    for companies within the WPBBB's jurisdiction.

4.  The WPBBB receives complaints from the public about companies with addresses in

    Southeast Florida and the Caribbean.  We receive complaints via mail and the Internet.

    When complaints are received, they are read and then entered into a database maintained

    in the WPBBB's offices.  We send the complaints we receive to the complained-about

    business and solicit responses from the complained-about business.  If the business

    responds, we forward the business's response to the complaining consumer.  If the

Page 1

## PX 4-1

consumer remains unsatisfied, he or she may choose to submit additional comments to the BBB, which are again forwarded to the complained-about business.

5. The WPBBB reads all consumer complaints about a particular business and the ensuing communications, as described above, and enters both the complaints and ensuing communications into the WPBBB database.  The complaints and ensuing communications are entered into the WPBBB database at or near the time they are received and by persons who are experienced with this process.  As part of the regularly-conducted business of the WPBBB, we maintain a record of the complaints and responses stored in our database.  I am familiar with the process by which complaints and subsequent communications are entered into the database.

6. At least since July 2010, the WPBBB has received complaints, both written and via the Internet, regarding a company called A+ Financial Center, LLC located at 10258 S. US Hwy. 1, Port Saint Lucie, FL 34952-5615.

7. The WPBBB has received at least 58 consumer complaints against A+ Financial Center, LLC or other similarly named businesses located at 10258 S. US Hwy. 1, Port Saint Lucie, FL 34952-5615.  True and Correct copies of these complaints, with sensitive personally identifiable information redacted, is attached hereto as **WPBBB 1-153**.

8. The WPBBB has also learned of two state law enforcement actions against A+ Financial Center or other similarly named businesses located at 10258 S. US Hwy. 1, Port Saint Lucie, FL 34952-5615.  The WPBBB issued an alert to consumers on its website upon discovery of said actions.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on August 20, 2012, at 4411 Beacon Circle Ste, 4, West Palm Beach, FL, 33407

Robert Colmerauer

Page 2

# PX 4-1

**COMPLAINT ACTIVITY REPORT**  Case # 90110798 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**    Adams, Haydn

Greenbrae, CA

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**      (Same as above)

**Consumer's Original Complaint :**
Reggie at extension x236 said they were a division of Equifax. They are NOT associated with Equifax. Also, they said that they have a B+ rating with the BBB. A quick search shows that is not true.

Robo calls twice in the past 2 days. That is illegal.
Latest one 7/27/2011 at 5:15pm PDT

According to a CNN article:
http://articles.cnn.com/2009-08-28/tech/robocall.ban_1_robocalls-telemarketing-ftc-chairman-jon-leibowitz?_s=PM:TECH

**Consumer's Desired Resolution:**
Personal apology & a portion of the fine of $16,000 for the call.

| | | | |
|---|---|---|---|
| 07/27/2011 | web | BBB | Case Received by BBB |
| 07/29/2011 | SLR | BBB | Case Reviewed by BBB |
| 07/29/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 07/29/2011 | Otto | MAIL | Notify Business of Dispute |
| 08/19/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr. Adams called into our company the same |

day after he filed a complaint with the BBB.  He informed us he spoke to a newer employee (Reggie).  We have addressed Mr Adams concerns directly with him.  We also let Mr. Adams know that we had received his information from either the credit reporting agency or from an Opt In list.  We can only confirm the one call to Mr. Adams.  We have since removed Mr. Adams telephone number from our internal lists and Mr Adams will not receive any future telephone calls from out company.  The employee that he originally spoke to has been reprimanded and is now under company probation.  This should rectify any future issues with other potential clients.  We apologize for the confusion with Mr. Adams and are addressing the issue internally here.

| | | | |
|---|---|---|---|
| 08/22/2011 | SLR | EMAIL | Forward Business response to Consumer |
| 09/05/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 09/05/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 09/05/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

---

**COMPLAINT ACTIVITY REPORT**  Case # 90139453 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Antkowiak, Ryan | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | ████████████ | 10258 S. US Hwy. 1 |
| | Chicago, IL ████ | Port Saint Lucie, FL  34952-5615 |
| | -        - | 877 748-2626 |

---

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
For approximately a year, I have been receiving automated phone calls (a.k.a. "robo-calls") from this company trying to sell me various products -- usually some kind of credit service.  I have tried numerous times to be removed from their calling list.  At this point, I consider the calls to be harassment.  Regardless of whether I use their phone-menu-system to try to "remove my number" from their list, or if I actually speak to a person on the phone, they never remove my phone number from their robo-calling list.  Whenever I speak to someone on the line (by pressing "1" at their phone menu prompt), I asked politely to be removed from their calling list and notified them that my phone number is registered on the national "do not call" list.  Whenever I do this, the person on the other end of the line will immediately hang up on the call.  They are not honoring my request to remove my number from their calling system -- as I seem to get several calls a month from this company.

**Consumer's Desired Resolution:**
I would like for this company (and all subsidaries, parent companies, child companies, etc.) to honor my request to be removed from their calling list, and for them to never call my cell phone number again ████████████

| 02/21/2012 | web | BBB | Case Received by BBB |
| --- | --- | --- | --- |
| 02/24/2012 | DEC | BBB | Case Reviewed by BBB |
| 02/24/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 02/24/2012 | Otto | MAIL | Notify Business of Dispute |
| 03/19/2012 | OttO | BBB | No response to first notice to business |
| 03/19/2012 | OttO | MAIL | Reminder of Dispute to Business |
| 03/19/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : |

We have no confirmation that we have ever contacted this potential client.  In the complaint Mr. Antkowiak never states who he spoke with so we are unable to confirm whether or not we have ever contacted him.  It should be noted that Mr. Antikowiak is NOT a client of our company.  We have however put Mr. Antkowiak's telephone number in our internal Do-Not-Call list.  Mr. Antkowiak will never receive a telephone call from our company or affiliates.  This complaint should not count against our rating as the consumer is not a customer nor did he provide any proof of the alleged call from our company.

| 03/20/2012 | SLR | EMAIL | Forward Business response to Consumer |
| --- | --- | --- | --- |
| 03/22/2012 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : |

(The consumer indicated he/she DID NOT accept the response from the business.)

The reason that I never was able to identify who I spoke with, was because I was being called with an automated dialer.  Additionally, whenever I was able to speak to a person on the line, they would not ever provide any information about who they were.  Instead, they would immediately hang up the phone whenever I asked any questions, whenever I asked to be removed from their calling list, or whenever it was immediately apparent to them that I was not interested in being one of their customers.  It is obvious that they had never honored my request to be removed from their calling list.  Additionally, I have received recent calls on the following dates/times with the following faked caller-id numbers (all times Central/Chicago time):
03/10/2012 1:42pm 216-744-4009
03/05/2012 6:55pm 307-274-3886
02/28/2012 7:32pm 202-644-8225
I have the recordings on my messaging service from these three calls, available in mp3 format if needed.

| 03/23/2012 | JJS | MAIL | Forward Consumer Rebuttal to Business |
| --- | --- | --- | --- |
| 04/06/2012 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 04/06/2012 | SLR | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 04/06/2012 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 04/06/2012 | Otto | MAIL | Inform Business - Case Closed UNRESOLVED |
| 04/06/2012 | Otto | BBB | Case Closed UNRESOLVED |
| 04/11/2012 | SLR | BBB | ReOpen the Complaint |
| 04/11/2012 | SLR | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : |

None of the three numbers provided by the consumer are our numbers.  We only call from 917 or 772 area codes.  I further researched the 3 telephone numbers provided by the consumer to help the consumer identify who is calling them.
216-744-4009 This number is owned by Pac-West Telecom out of Ohio.  They are likely trying to sell the consumer telephone service.
307-274-3886 and 202-644-8225 These are both owned by the same survey company that conducts political surveys and are owned by www.politicalopinionsofamerica.org.

# PX 4-1

WPBBB-000002

Again we have removed the consumers telephone number from our lists.  It is a physical impossibility for the consumer to receive a call from our company.  We can not help the consumer with other telephone calls they may get from other companies.  I hope this helps the consumer identify what companies continue to call them.

| 04/12/2012 | SLR | EMAIL | DELAY Send Business' Rebuttal Response to Consumer |
| 04/24/2012 | OttO | BBB | Close Case DELAYED - With Letter |
| 04/24/2012 | OttO | MAIL | Inform Business Close Case DELAYED |
| 04/24/2012 | OttO | BBB | Case Closed DELAYED |

**PX 4-1**

WPBBB-000003

**COMPLAINT ACTIVITY REPORT**   Case # 90063739  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Austin, Darryle | **Business Info:** A+ Financial Center, LLC |
| | | 10258 S. US Hwy. 1 |
| | Spokane Valley, WA | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
August 25, 2010 This company Solicited a Service on the phone were very persistent..I feel they are Preying on People who are in Need of Financial Help..The call lasted over an Hour, They stated that Experian has notified them and we Qualify for their program..to my Stupidity i fell for it and gave them not 1 but 2 credit cards and with a promised Refund if i change my mind i felt sord of secure.,My wife and I did not feel comfortable so Monday Sept 9th i called to cancel and they said we will refer you to our canceling Dept and call you back..Never a call after several calls they stated they do not have a canceling Dept and we will not be issuing a refund.This business is a Scam! They have done No Service for me but still has my Money $895 total. They State they Tape our conversation but i think Basically Tape what they Need as in confirmation of the charges Not the part of Refunds. They Stated by the time we get the package in the Mail we can change our mind. We are already in a Hardship and they take our Money without any Service I Never sent in the pack they sent to me asking for Information on all my Credit Cards..I was already dumb once to give my info on 2 cards which they charged us on both.. Thank-you Darryle R Austin

**Consumer's Desired Resolution:**
I want our Money Back! $600 charged on my US Bank Card and $295 on My Wifes Chase Credit Card..They maxed both cards!

| | | | |
|---|---|---|---|
| 09/08/2010 | web | BBB | Case Received by BBB |
| 09/08/2010 | RLM | BBB | Case Reviewed by BBB - Member |
| 09/08/2010 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 09/08/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 09/17/2010 | RLM | BBB | RECEIVE BUSINESS RESPONSE : Please see attached detailed response |
| 09/17/2010 | RLM | EMAIL | Forward Business response to Consumer |
| 09/20/2010 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
                     The response is excepted as our money was Returned after i reported to BBB.Some of their statement is not completely true but i am dropping the subject as i am pleased to have my money returned..
               Darryle Austin

| | | | |
|---|---|---|---|
| 09/21/2010 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
| 09/21/2010 | OttO | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000004

09/13/2010  15:16    7723368437              ACCELERATED                    PAGE  01/03



# A + Financial Centers, LLC

1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

3prS

**Case # 90063739**

**BBB FX#; 561-845-7234**

09/13/2010

Please be advised that Mr. Austin did in fact sign up for our services on 08/25/2010. Client did not request a cancelation until 09/03/2010 by voicemail. We made several attempts to contact the customer to verify they did want to cancel. We spoke with the client on 09/07/2010 and refunded both cards in full on 09/08/2010 as he informed us his in-laws were paying off all of their debt. Proofs of the refunds are enclosed in this fax.

Chris Miano

GM

**PX 4-1**                           WPBBB-000005

09/13/2010  15:14    7723368437              ACCELERATED                    PAGE  02/02

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90063739
Consumer Info: Austin, Darryle

Spokane Valley, WA

**Business Info:**    A+ Financial Center, LLC
1679 SW South Macedo Drive
Port St. Lucie, FL  34984
877 748-2626

**Consumer's Original Complaint :**

August 25, 2010 This company Solicited a Service on the phone were very persistent..I feel they are Preying on People who are in Need of Financial Help..The call lasted over an Hour, They stated that Experian has notified them and we Qualify for their program..to my Stupidity I fell for it and gave them not 1 but 2 credit cards and with a promised Refund if I change my mind I felt sord of secure..My wife and I did not feel comfortable so Monday Sept 9th I called to cancel and they said we will refer you to our canceling Dept and call you back..Never a call after several calls they stated they do not have a canceling Dept and we will not be issuing a refund.This business is a Scam! They have done No Service for me but still has my Money $895 total. They State they Tape our conversation but I think Basically Tape what they Need as in confirmation of the charges Not the part of Refunds. They Stated by the time we get the package in the Mail we can change our mind. We are already in a Hardship and they take our Money without any Service I Never sent in the pack they sent to me asking for Information on all my Credit Cards..I was already dumb once to give my info on 2 cards which they charged us on both..
Thank-you Darryle R Austin

**Consumer's Desired Resolution:**

I want our Money Back! $600 charged on my US Bank Card and $295 on My Wifes Chase Credit Card..They maxed both cards!

**BBB Processing**

| | | |
|---|---|---|
| 09/08/2010 | web BBB | Case Received by BBB |
| 09/08/2010 | RLM BBB | Case Reviewed by BBB - Member |
| 09/08/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 09/08/2010 | Otto BBB | Notify Business of Dispute - Member |

**PX 4-1**

Transaction ID: 3174960976

Transaction Status: Refund

### Settlement Information

Settlement Amount: USD (600.00)

Settlement Date and Time: 08-Sep-2010 19:16:45

Business Day: 08-Sep-2010

Batch ID: 133108547

### Authorization Information

Authorization Amount: USD (600.00)

Submit Date /Time: 08-Sep-2010 17:40:23

Authorization Code:

Reference Transaction ID: 3151620877

Transaction Type: Refund

Address Verification Status: AVS Not Applicable (P)

Card Code Status: Not Applicable

CAVV Result Code: Not Applicable

Fraud Score Applied: Not Applicable

Recurring Billing Transaction: N

Partial Capture Status: Not Applicable

Customer IP:

### Payment Information

Card Type:

Card Number:

Expiration Date:

Total Amount: USD (600.00)

### Order Information

Invoice #:

Description:

### Customer Billing Information

Name: Darryle Austin

Company:

Address:

City: Spokane Valley

State/Province: WA

Zip Code:

Country:

Phone:

Fax:

Email:

Customer ID:

Customer Type:

Customer TaxID/SSN:

DL Number:

DL State:

DL DOB:

### Shipping Information

Name: Darryle Austin

Company:

**PX 4-1**

WPBBB-000007
9/13/2010 2:58 PM

09/13/2010  15:16   7723368437                           ACCELERATED                        PAGE   03/03
Transaction Detail                                       https://account.authorize.net/UI/themes/retriever/transaction/transactio...

Transaction ID: 3174959852
Transaction Status: Refund

Settlement Information

Settlement Amount: USD (295.00)
Settlement Date and Time: 08-Sep-2010 19:16:45
Business Day: 08-Sep-2010
Batch ID: 133108547

Authorization Information

Authorization Amount: USD (295.00)
Submit Date /Time: 08-Sep-2010 17:39:34
Authorization Code:
Reference Transaction ID: 3151623847
Transaction Type: Refund
Address Verification Status: AVS Not Applicable (P)
Card Code Status: Not Applicable
CAVV Result Code: Not Applicable
Fraud Score Applied: Not Applicable
Recurring Billing Transaction: N
Partial Capture Status: Not Applicable
Customer IP:

Payment Information

Card Type:
Card Number:
Expiration Date:
Total Amount: USD (295.00)

Order Information

Invoice #:
Description:

Customer Billing Information

Name: Darlene Austin
Company:
Address:
City: Spokane Valley
State/Province: WA
Zip Code:
Country:
Phone:
Fax:
Email:

Customer ID: AFC9123
Customer Type:
Customer TaxID/SSN:

DL Number:
DL State:
DL DOB:

Shipping Information

Name: Darlene Austin
Company:

**PX 4-1**

WPBBB-000008
9/13/2010 2:58 PM

**COMPLAINT ACTIVITY REPORT**   Case # 90127956 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Badger, Cindy | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | | 10258 S. US Hwy. 1 |
| | Egg Harbor Township, NJ | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
On or about 6/30/2011, I was contacted by A+ regarding having my interest rates lowered on my credit cards and they would negotiate on my behalf.  I spoke with Frank at x271 and Jason and Harvey x222 and Todd in verification dept.  I specifically asked several times if I had to close out my c.c. accounts and was told no.  They charged my account immediately then sent me paperwork to sign.  After I was finally put in touch with Craig Dewitt (account specialist)on 10/20/11, he advised that I had to close out my accounts and my accounts had to be past due as he could not do anything for me until my accounts were at least 7 days past due.  I was not advised in advance that the credit cards had to go past due and I was assured several times that I did not have to close out my accounts.  My accounts were not past due at the time and my credit was not tarnished.  As a result, they only helped me with one account which I had to close and repeated told Craig I did not want to close the account as I had it since 1984.  Craig stated on the phone that he could get me 0% on my c.c. account and it ended up being 9.90%.  I was deceived several times and I want my credit card refunded.  I would never have paid $995.00 if they had been honest and they refused to credit my account in full prior to them doing anything for me.  On or about November 1, 2011, I spoke with Krystle Anderson, Chief Operations Manager who agreed that they would credit my account $200.00.  This is still absurd $795.00 for what happened and did not happen.  She would not credit my account until I signed off on paperwork, which I am currently refusing to do because of the stipulations it.  I did not have to sign paperwork for them to charge my account, but she wants me to sign paperwork to credit my account.  Please help they have a long history of very similar complaints from consumers on the internet.

**Consumer's Desired Resolution:**
Refund of $995.00

| 12/01/2011 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 12/05/2011 | JJS | BBB | Case Reviewed by BBB |
| 12/05/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 12/05/2011 | Otto | MAIL | Notify Business of Dispute |
| 12/27/2011 | OttO | BBB | No response to first notice to business |
| 12/27/2011 | OttO | MAIL | Reminder of Dispute to Business |

12/27/2011       **WEB   BBB**      RECEIVE BUSINESS RESPONSE : This is in fact a client of our company.  The client was never promised an interest rate rather a dollar amount to be saved.  We did help the client however due to the customer not being happy with the work that was completed she was approved for a full refund.
              The client initiated a dispute with her credit card company Discover.  We do have a signed contract with the customer however we allowed her dispute to go thru uncontested.  She did receive 100% of her money back from Discover.
              This should close the complaint as the customer did receive 100% of her money back and work was done on her accounts by our offices for free.

| 12/28/2011 | JJS | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 01/03/2012 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
              I was promised an interest rate and a dollar amount to be saved.  I was NEVER approved for a full refund, this is NOT the truth.  If I was approved for a full refund I would not have filed a dispute with my credit card company or the BBB.  A+ Financial did not refund my monies to me or to Discover.  Their case is still under investigation.

| 01/04/2012 | JJS | MAIL | Forward Consumer Rebuttal to Business |
|---|---|---|---|
| 01/13/2012 | WEB | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : This is in fact a client of our |

company.  The client was never promised an interest rate rather a dollar amount to be saved.  We did help the client, however due to the customer not being happy with the work completed she was in fact approved for a full refund.  The client initiated a dispute with her credit card company Discover.  We do have a signed contract with the customer, however we allowed her dispute to go thru uncontested.  She did receive 100% of her money back from Discover.  This should close the complaint as the customer did receive 100% of her money back and work was completed on her accounts by our office for free.  This should close the complaint as resolved.

| 01/13/2012 | SLR | EMAIL | Send Business' Rebuttal Response to Consumer |
|---|---|---|---|
| 01/27/2012 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 01/27/2012 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 01/27/2012 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000009

**COMPLAINT ACTIVITY REPORT**  Case # 90125179 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**      Carlson, Francis



Peoria, IL

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**      (Same as above)

**Consumer's Original Complaint :**
See Attached

**Consumer's Desired Resolution:**

| | | | |
|---|---|---|---|
| 11/08/2011 | SPE | BBB | Case Received by BBB |
| 11/08/2011 | SPE | BBB | Case Reviewed by BBB |
| 11/08/2011 | Otto | BBB | Send Acknowledgement to Consumer |
| 11/08/2011 | Otto | BBB | Notify Business of Dispute |
| 11/08/2011 | SPE | BBB | Forward to Another BBB - OTTO |
| 11/08/2011 | Otto | MAIL | Inform Consumer Case Transferred to Another BBB |
| 11/08/2011 | Otto | EMAIL | Inform other BBB Case Transferred |
| 11/08/2011 | Otto | BBB | Case Closed as TRANSFERRED to another BBB |
| 11/09/2011 | BBB | BBB | Case Received by BBB |
| 11/10/2011 | SLR | BBB | Case Reviewed by BBB |
| 11/10/2011 | Otto | MAIL | Send Acknowledgement to Consumer |
| 11/10/2011 | Otto | MAIL | Notify Business of Dispute |
| 12/02/2011 | OttO | BBB | No response to first notice to business |
| 12/02/2011 | OttO | MAIL | Reminder of Dispute to Business |
| 12/02/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client did in fact sign up for our services |

on 10/24/2011.  We made several follow up calls to the client but when  our offices finally reached him on 11/3/2011, he
hung up on us.  There is no information on the BBB complaint.  The client was refunded in full on 11/09/2011.  The file was
refunded before we received the complaint from the BBB.  This file was closed without any BBB assistance therefore this
complaint should not be counted in our record.

| | | | |
|---|---|---|---|
| 12/05/2011 | SLR | MAIL | Forward Business response to Consumer |
| 12/19/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 12/19/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 12/19/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1



**Better Business Bureau**

112 Harrison St. Peoria Il 61602

Consumer Helpline: (309) 688-3741

*TO HAVE YOUR COMPLAINT PROCESSED FASTER, PLEASE FILE ON LINE AT*
*www.bbb.org*

## *COMPLAINT FORM*

| YOUR INFORMATION | COMPANY INFORMATION |
|---|---|
| PERSON FILING COMPLAINT: □ MR. □ MS. FRANCIS CARLSON | COMPLAINT FILED AGAINST: A + FINANCIAL CENTERS, LLC |
| ADDRESS ▓▓▓ | ADDRESS 10258 S. U.S. HIGHWAY 1 |
| CITY PEORIA   STATE IL   ZIP ▓ | CITY PORT ST. LUCIE   STATE FL   ZIP 34952 |
| DAY PHONE ▓▓   FAX ( ) | PHONE (877) 748-2626   FAX (772) 336-8437 |
| E-MAIL ADDRESS DNA | E-MAIL ADDRESS SAVE@APLUSFINANCIALCENTERS.COM |
| Have you talked to or attempted to contact the owner or manager? ☑ yes  □ no | OWNER/MANAGER  ?  MR. MS. |

When did you purchase this product or service? NEVER

When did your problem first occur? Nov. 1, 2011

How much did you pay? NONE

What is the exact amount in dispute? $595.⁰⁰

**What do you want the company to do?** (please use only the space provided)

To refund my $595. to my CREDIT CARD Account.

**Briefly explain the nature of your dispute with the company.** (please use only the space provided)

SOMEONE FROM THEIR OFFICE PHONED ME SOLICITING MY CREDIT CARD
NUMBERS, OFFERING TO REDUCE MY INTEREST ON MY CARDS.
HOWEVER, THEY SAID I HAD 30 DAYS TO DECIDE IF I WANTED TO DO IT.
WHEN I CANCELLED, THEY CALLED ME, AND WERE VERY DISTURBED.
THEN I FOUND THAT THEY CHARGED MY CREDIT CARD ACCOUNT FOR $595.⁰⁰,
AND HAD DONE NOTHING TO EARN IT.

By submitting your complaint to the BBB you authorize:

*BBB to share your complaint with the business involved *Business involved to share non-public information about you with the BBB * A summary of your dispute may be publicly posted on the BBB's website.

Signature *Francis Carlson*   Date Nov. 4, 2011

▶   Failure to complete any portion of this form may result in the return of your complaint for completion.

▶   Please note that if you do not wish to have your name disclosed to the company or have filed your claim with another agency, in court or in any arbitration/ mediation proceedings, we will be unable to pursue your complaint.

01/2010

## PX 4-1

WPBBB-000011



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

Dear: Francis Carlson

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 4-1**

WPBBB-000012



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

## Service Agreement

The purpose of this Service Agreement is to outline the relationship between
the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 1,500.00 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 595.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Francis C Carlson

Last Four of Credit Card Number: ████

Expiration Date: ████

Amount to be charged to your credit card: $ 595.00

Signature: _____   Date: _____

**PX 4-1**                                              **WPBBB-000013**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 1,500.00 per our Service Agreement.  Per your verbal request on voice imprint number AFC15487 your processing fee of $595.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 1,500.00 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____   Date: _____

**PX 4-1**                    **WPBBB-000014**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PX 4-1**

WPBBB-000015



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

## Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1.  Which of your debts concerns you the most? _____
2.  Have you ever had a bankruptcy? ☐ Yes ☐ No
    a.  If yes, when? _____
3.  What is your current annual household income? $ _____
4.  Do you own or rent your home? ☐ Own ☐ Rent
5.  Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
    a.  If yes which accounts and how much more?
        i.      _____
        ii.     _____
        iii.    _____
        iv.     _____
        v.      _____
        vi.     _____
        vii.    _____
        viii.   _____
        ix.     _____
        x.      _____
        xi.     _____
6.  What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
    a.  If other please explain: _____
7.  What is the best time of the day to reach you?

        ☐ 8AM to 11AM   ☐ 11AM to 1PM   ☐ 1PM to 4PM   ☐ 4PM to 8PM   ☐ 8PM to 10PM

8.  Are there any alternative phone numbers such as a cell phone or a work phone?
    a.  Type: _____    Number: _____
    b.  Type: _____    Number: _____
    c.  Type: _____    Number: _____
    d.  Type: _____    Number: _____

**PX 4-1**

**WPBBB-000016**



# ⊦ Financial Centers, LLC

## *he Debt Relief Specialist"*

**ɪ't suffer anymore, we can help you . . .**

Get out of debt three-to-five times faster than your current rate
Save thousands of dollars on your debt
Avoid personal bankruptcy
Develop sound financial habits
Build a plan for future financial success

### Will Save You Money

+ Financial Centers, LLC is the solution to your unsecured
ebt problems. We are a fully Licensed and Bonded agency
pecializing in skillful debt reduction. Our financial consultants
ill negotiate on your behalf with your creditors to reduce the
igh interest rates on your unsecured debt; and we will help build
ou a Personalized Debt Elimination Plan to get you out of debt
ɪree-to-five times faster than your current rate, saving you many
ɪousands of dollars in other wise wasted interest payments!



**A + Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626



### Did you know . . .

Most Debt Consolidation Loans
are given in the form of a home
equity loan, for which you must
qualify. And, if you do not pay

A+BBB-000017




# With A+ Financial Centers, LLC
*Help is here!*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits and show you how to save money using our valuable tools and resources. Take the



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnish-




# Your Step-By-Step Instructions

## ) 1. Relax

ıke your time and gather all your financial information in one
ace. At your desk or table, write down on a piece of paper
list of all your credit bearing accounts, such as major credit
ırds, store credit cards, loans, vehicle loans, mortgage, etc.

## ) 2. Complete your Client Questionnaire

ıter all your personal information to the best of your ability.
ıe more precise and comprehensive the information is that
ıu provide for us, the better the results that we can provide
r you.

## ) 3. Complete your Elite Membership

· produce an honest analysis of your present financial
ındition, you need to complete as many of the Financial
ofile forms for which you have unsecured debt (credit cards
ıd unsecured loans.) Please take your time to fully complete
ıs section. From this information we will begin the process
· negotiation, and set your personalized step-by-step payment
hedule.

## ) 4. Complete your Service Agreement

ıase take a few moments to read and sign the Service
ıreement. It outlines our relationship and gives you a concise
erview of the services we will provide, what you should
pect, our guarantee, and the fees of your program. Be sure
enclose the signed Service Agreement in your Return
ısiness Reply envelope.

## ) 5. Mail the completed forms back to us

ıe forms are required to be completed and returned to us,
ıe as follows:



Client Questionnaire

**PX 4-1**



## Did you know . . .

Filing for Bankruptcy has many
negative side effects that can
last for more than seven years
on your credit report. And,
depending on the type of
bankruptcy you face, you may
be required to pay a much
larger monthly amount of

WPBBB-000019



## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!



A+ Financial Centers, LLC

PX 4-1



# A+ Financial Centers, LLC

## *"The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!



10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626





### Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay on time, you may lose your home!

PX 4-1

WPBBB-000021




# With A+ Financial Centers, LLC

*Help is he*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caug up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelme by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-mor detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you h to save money using our valuable tools and resources. Take t first step today by completing and **WPBBB-000022** osed forms provided to you, and we can begin to help you get your life b



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?

**PX 4-1**



# Your Step-By-Step Instructions

### Step 1. Relax

Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire

Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership

To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement

Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us

The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire

 Elite Membership

 Service Agreement (must be signed)



### Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of "disposable income" than what you may actually have to spare.

**PX 4-1**

**WPBBB-000023**