**COMPLAINT ACTIVITY REPORT**  Case # 90125351 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**  Carlson, Francis

Peoria, IL ▮▮▮▮

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**  (Same as above)

**Consumer's Original Complaint** :

**Consumer's Desired Resolution:**

| | | | |
|---|---|---|---|
| 11/08/2011 | SPE | BBB | Case Received by BBB |
| 11/08/2011 | SPE | BBB | Case Reviewed by BBB |
| 11/08/2011 | Otto | BBB | Send Acknowledgement to Consumer |
| 11/08/2011 | Otto | BBB | Notify Business of Dispute |
| 11/08/2011 | SPE | BBB | Forward to Another BBB - OTTO |
| 11/08/2011 | Otto | MAIL | Inform Consumer Case Transferred to Another BBB |
| 11/08/2011 | Otto | EMAIL | Inform other BBB Case Transferred |
| 11/08/2011 | Otto | BBB | Case Closed as TRANSFERRED to another BBB |
| 11/10/2011 | BBB | BBB | Case Received by BBB |
| 11/10/2011 | SLR | BBB | Duplicate Complaint or Invalid |
| 11/10/2011 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

**PX 4-1**

WPBBB-000024



Better Business Bureau

112 Harrison St. Peoria Il 61602

Consumer Helpline: (309) 688-3741

**COMPLAINT FORM**

***TO HAVE YOUR COMPLAINT PROCESSED FASTER, PLEASE FILE ON LINE AT***

***www.bbb.org***

| YOUR INFORMATION | COMPANY INFORMATION |
|---|---|
| PERSON FILING COMPLAINT: ☑ MR. ☐ MS. *FRANCIS CARLSON* | COMPLAINT FILED AGAINST: *A + FINANCIAL CENTERS, LLC* |
| ADDRESS | ADDRESS *10258 S. U.S. HIGHWAY 1.* |
| CITY *PEORIA*  STATE *IL*  ZIP | CITY *PORT ST. LUCIE*  STATE *FL*  ZIP *34952* |
| DAY PHONE  FAX ( ) | PHONE *(877) 748-2626*  FAX *(772) 336-8437* |
| E-MAIL ADDRESS *DNA* | E-MAIL ADDRESS *SAVE@APLUSFINANCIALCENTERS.COM* |
| Have you talked to or attempted to contact the owner or manager? ☑ yes ☐ no | OWNER/ MANAGER  ? MR. MS. |

When did you purchase this product or service? *NEVER*

When did your problem first occur? *Nov. 1, 2011*

How much did you pay? *NONE*

What is the exact amount in dispute? *$595.⁰⁰*

What do you want the company to do? (please use only the space provided)

*To refund my $595, to my credit card account.*

Briefly explain the nature of your dispute with the company. (please use only the space provided)

*Someone from their office phoned me soliciting my credit card numbers offering to reduce my interest on my cards. However, they said I had 30 days to decide if I wanted to do it. When I cancelled, they called me, and were very disturbed. Then I found that they charged my credit card account for $595.⁰⁰, and had done nothing to earn it.*

By submitting your complaint to the BBB you authorize:

*BBB to share your complaint with the business involved *Business involved to share non-public information about you with the BBB * A summary of your dispute may be publicly posted on the BBB's website.

Signature *Francis Carlson*          Date *Nov. 4, 2011*

▶    Failure to complete any portion of this form may result in the return of your complaint for completion.

▶    Please note that if you do not wish to have your name disclosed to the company or have filed your claim with another agency, in court or in any arbitration/ mediation proceedings, we will be unable to pursue your complaint.

01/2010

**PX 4-1**

WPBBB-000025



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

Dear: Francis Carlson

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 4-1**

WPBBB-000026



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Service Agreement

The purpose of this Service Agreement is to outline the relationship between the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 1,500.00 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 595.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Francis C Carlson

Last Four of Credit Card Number: ▉

Expiration Date: ▉

Amount to be charged to your credit card: $ 595.00

Signature: _____        Date: _____

## PX 4-1

**WPBBB-000027**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 1,500.00 per our Service Agreement.  Per your verbal request on voice imprint number AFC15487 your processing fee of $595.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 1,500.00 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____   Date: _____



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 4-1**

WPBBB-000029



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
   - i. _____
   - ii. _____
   - iii. _____
   - iv. _____
   - v. _____
   - vi. _____
   - vii. _____
   - viii. _____
   - ix. _____
   - x. _____
   - xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM  ☐ 11AM to 1PM  ☐ 1PM to 4PM  ☐ 4PM to 8PM  ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

WPBBB-000030



# ⊢ Financial Centers, LLC

## *he Debt Relief Specialist"*

### ı't suffer anymore, we can help you . . .

Get out of debt three-to-five times faster than your current rate
Save thousands of dollars on your debt
Avoid personal bankruptcy
Develop sound financial habits
Build a plan for future financial success

### Will Save You Money

+ Financial Centers, LLC is the solution to your unsecured
ebt problems. We are a fully Licensed and Bonded agency
pecializing in skillful debt reduction. Our financial consultants
ill negotiate on your behalf with your creditors to reduce the
igh interest rates on your unsecured debt; and we will help build
ɔu a Personalized Debt Elimination Plan to get you out of debt
ıree-to-five times faster than your current rate, saving you many
ıousands of dollars in other wise wasted interest payments!





**A+ Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626

### Did you know . . .

Most Debt Consolidation Loans
are given in the form of a home
equity loan, for which you must
qualify. And, if you do not pay

WPBBB-000031




# With A+ Financial Centers, LLC
## *Help is here!*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits and show you how to save money using our valuable tools and resources. Take the



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnish-

PX 4-1

WPBB-000032

 

# Your Step-By-Step Instructions

### ) 1. Relax
ike your time and gather all your financial information in one
ace. At your desk or table, write down on a piece of paper
list of all your credit bearing accounts, such as major credit
ırds, store credit cards, loans, vehicle loans, mortgage, etc.

### ) 2. Complete your Client Questionnaire
ıter all your personal information to the best of your ability.
ıe more precise and comprehensive the information is that
ıu provide for us, the better the results that we can provide
r you.

### ) 3. Complete your Elite Membership
· produce an honest analysis of your present financial
ındition, you need to complete as many of the Financial
ofile forms for which you have unsecured debt (credit cards
ıd unsecured loans.) Please take your time to fully complete
ıs section. From this information we will begin the process
 negotiation, and set your personalized step-by-step payment
ʰedule.

### ) 4. Complete your Service Agreement
ɔase take a few moments to read and sign the Service
ɟreement. It outlines our relationship and gives you a concise
ɔrview of the services we will provide, what you should
ɔect, our guarantee, and the fees of your program. Be sure
 enclose the signed Service Agreement in your Return
ɪsiness Reply envelope.

### ) 5. Mail the completed forms back to us
ɔ forms are required to be completed and returned to us,
ɔ as follows:

 Client Questionnaire

**PX 4-1**



### Did you know . . .

Filing for Bankruptcy has many
negative side effects that can
last for more than seven years
on your credit report. And,
depending on the type of
bankruptcy you face, you may
be required to pay a much
larger monthly amount of

WPBBB-000033



## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!



PX 4-1



# A+ Financial Centers, LLC



*"The Debt Relief Specialist"*

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626

## Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

## We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!





## Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay on time, you may lose your home!




# With A+ Financial Centers, LLC

*Help is he*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caug up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelme by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-mor detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skilful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you h to save money using our valuable tools and resources. Take t first step today by completing and enclosed forms provided to you, and we can begin to help you get your life b



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnishments?

WFBB B-000036

PX 4-1



# Your Step-By-Step Instructions

### Step 1. Relax
Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire
Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership
To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement
Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us
The forms are required to be completed and returned to us, are as follows:

 Client Questionnaire

 Elite Membership

 Service Agreement (must be signed)



### Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of "disposable income" than what you may actually have to spare.

**PX 4-1**

WPBBB-000037

**COMPLAINT ACTIVITY REPORT**  Case # 90125688 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**    Carlson, Francis

Peoria, IL

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**    (Same as above)

**Consumer's Original Complaint** :

**Consumer's Desired Resolution:**

| | | | |
|---|---|---|---|
| 11/08/2011 | SPE | BBB | Case Received by BBB |
| 11/08/2011 | SPE | BBB | Case Reviewed by BBB |
| 11/08/2011 | Otto | BBB | Send Acknowledgement to Consumer |
| 11/08/2011 | Otto | BBB | Notify Business of Dispute |
| 11/08/2011 | SPE | BBB | Forward to Another BBB - OTTO |
| 11/08/2011 | Otto | MAIL | Inform Consumer Case Transferred to Another BBB |
| 11/08/2011 | Otto | EMAIL | Inform other BBB Case Transferred |
| 11/08/2011 | Otto | BBB | Case Closed as TRANSFERRED to another BBB |
| 11/14/2011 | BBB | BBB | Case Received by BBB |
| 11/15/2011 | MGB | BBB | Duplicate Complaint or Invalid |
| 11/15/2011 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

**PX 4-1**



Better Business Bureau

112 Harrison St. Peoria Il 61602

Consumer Helpline: (309) 688-3741

**TO HAVE YOUR COMPLAINT PROCESSED FASTER, PLEASE FILE ON LINE AT**
*www.bbb.org*

## *COMPLAINT FORM*

| YOUR INFORMATION | COMPANY INFORMATION |
|---|---|
| PERSON FILING COMPLAINT:<br>MR. MS. FRANCIS CARLSON | COMPLAINT FILED AGAINST:<br>A + FINANCIAL CENTERS, LLC |
| ADDRESS | ADDRESS<br>10258 S. U.S. HIGHWAY 1 |
| CITY PEORIA  STATE IL  ZIP | CITY PORT ST. LUCIE  STATE FL  ZIP 34952 |
| DAY PHONE  FAX ( ) | PHONE (877) 748-2626  FAX (772) 336-8437 |
| E-MAIL ADDRESS<br>DNA | E-MAIL ADDRESS<br>SAVE@APLUSFINANCIALCENTERS.COM |
| Have you talked to or attempted to contact the owner or manager? ☑yes ☐ no | OWNER/MANAGER ?<br>MR. MS. |

When did you purchase this product or service? *NEVER*
When did your problem first occur? *Nov. 1, 2011*

How much did you pay? *NONE*
What is the exact amount in dispute? *$595.²²*

**What do you want the company to do?** (please use only the space provided)
*To refund my $595. to my credit card account.*

**Briefly explain the nature of your dispute with the company.** (please use only the space provided)
*Someone from their office phoned me soliciting my credit card numbers offering to reduce my interest on my cards, however, they said I had 30 days to decide if I wanted to do it. When I cancelled, they called me, and were very disturbed. Then I found that they charged my credit card account for $595.²², and had done nothing to earn it.*

By submitting your complaint to the BBB you authorize:
*BBB to share your complaint with the business involved *Business involved to share non-public information about you with the BBB * A summary of your dispute may be publicly posted on the BBB's website.

Signature *Francis Carlson*          Date *Nov. 4, 2011*

▶   Failure to complete any portion of this form may result in the return of your complaint for completion.
▶   Please note that if you do not wish to have your name disclosed to the company or have filed your claim with another agency, in court or in any arbitration/ mediation proceedings, we will be unable to pursue your complaint.

01/2010

## PX 4-1                   WPBBB-000039



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

Dear: Francis Carlson

Congratulations for taking the first step toward becoming debt free.  In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible.  But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money.  Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings.  If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement.  Itemize your debts as thoroughly as you can.  When deciding what your payment is you can use your check register to see what you paid toward the accounts last month.  If you need additional space a second page is provided.

2. Next fill out the Client Questionnaire.  This information is confidential and shared only with your financial advisor.  It lets them understand more about your personal financial situation, your goals, and what your concerns are.

3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire.  The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom.  Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process).  Utilize these items to their full potential.  You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future.  Do not hesitate to call 877-748-2626 in the US or Canada.

**WPBBB-000040**



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

## *Service Agreement*

The purpose of this Service Agreement is to outline the relationship between the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 1,500.00 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 595.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card: Francis C Carlson

Last Four of Credit Card Number: ▮

Expiration Date: ▮

Amount to be charged to your credit card: $ 595.00

Signature: _____ Date: _____

**PX 4-1**                                          **WPBBB-000041**



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

**Secured Debt:**

| Creditor | Account Number | Interest Rate | Term Left | Balance | Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Guarantee and Knowledge of Receipt:**

We promise to show you how to save at least $ 1,500.00 per our Service Agreement.  Per your verbal request on voice imprint number AFC15487 your processing fee of $595.00 USD was applied to the card of your choice, according to the card issuer agreement.  As per our Service Agreement our Refund Policy states that if and only if A+ Financial Centers cannot meet the minimum savings guarantee of $ 1,500.00 in interest and finance charges the initial cost of the program will be 100% refunded.

Signature: _____     Date: _____

**PX 4-1**                                             WPBBB-000042



**10258 S. US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

**Additional Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**WPBBB-000043**



**A + Financial Centers, LLC**

10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☐ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☐ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☐ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☐ Convenience ☐ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM ☐ 11AM to 1PM ☐ 1PM to 4PM ☐ 4PM to 8PM ☐ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

WPBBB-000044



# ⊦ Financial Centers, LLC

## *he Debt Relief Specialist"*

**ı't suffer anymore, we can help you . . .**

Get out of debt three-to-five times faster than your current rate
Save thousands of dollars on your debt
Avoid personal bankruptcy
Develop sound financial habits
Build a plan for future financial success

### Will Save You Money

⊦ Financial Centers, LLC is the solution to your unsecured
ebt problems. We are a fully Licensed and Bonded agency
pecializing in skillful debt reduction. Our financial consultants
ill negotiate on your behalf with your creditors to reduce the
igh interest rates on your unsecured debt; and we will help build
ou a Personalized Debt Elimination Plan to get you out of debt
iree-to-five times faster than your current rate, saving you many
iousands of dollars in other wise wasted interest payments!



**A + Financial Centers, LLC**

10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626



## Did you know . . .

Most Debt Consolidation Loans
are given in the form of a home
equity loan for which you must
qualify. And, if you do not pay

WFBBB-000045




# With A+ Financial Centers, LLC
## *Help is here!*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caught up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelmed by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-month detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits and show you how to save money using our valuable tools and resources. Take the



### Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnish-

PX 4-1

NUMBB-000046




# Your Step-By-Step Instructions

## 1. Relax
ake your time and gather all your financial information in one ace. At your desk or table, write down on a piece of paper list of all your credit bearing accounts, such as major credit irds, store credit cards, loans, vehicle loans, mortgage, etc.

## 2. Complete your Client Questionnaire
iter all your personal information to the best of your ability. ie more precise and comprehensive the information is that iu provide for us, the better the results that we can provide r you.

## 3. Complete your Elite Membership
produce an honest analysis of your present financial indition, you need to complete as many of the Financial ofile forms for which you have unsecured debt (credit cards id unsecured loans.) Please take your time to fully complete is section. From this information we will begin the process negotiation, and set your personalized step-by-step payment hedule.

## 4. Complete your Service Agreement
ease take a few moments to read and sign the Service ireement. It outlines our relationship and gives you a concise erview of the services we will provide, what you should pect, our guarantee, and the fees of your program. Be sure enclose the signed Service Agreement in your Return isiness Reply envelope.

## 5. Mail the completed forms back to us
e forms are required to be completed and returned to us, re as follows:

 Client Questionnaire

**PX 4-1**



## Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of

WPBBB-000047

## Our Guarantee To You

Our fully licensed and Bonded agency will Guarantee you a minimum savings based on your interest and finance charges, as well as a personalized Debt Elimination plan that will have you debt free, three-to-five times faster than your current rate, or our services are free!



A+ Financial Centers, LLC

PX 4-1



# A+ Financial Centers, LLC

**A+ Financial Centers, LLC**
10258 S. U.S. Highway 1
Port St. Lucie, FL 34952
Toll Free 877-748-2626

## *"The Debt Relief Specialist"*

### Don't suffer anymore, we can help you . . .

- Get out of debt three-to-five times faster than your current rate
- Save thousands of dollars on your debt
- Avoid personal bankruptcy
- Develop sound financial habits
- Build a plan for future financial success

### We Will Save You Money

A+ Financial Centers, LLC is the solution to your unsecured debt problems. We are a fully Licensed and Bonded agency specializing in skillful debt reduction. Our financial consultants will negotiate on your behalf with your creditors to reduce the high interest rates on your unsecured debt; and we will help build you a Personalized Debt Elimination Plan to get you out of debt three-to-five times faster than your current rate, saving you many thousands of dollars in other wise wasted interest payments!



### Did you know . . .

Most Debt Consolidation Loans are given in the form of a home equity loan for which you must qualify. And, if you do not pay on time, you may lose your home!



PX 4-1

WPBBB-000049




# With A+ Financial Centers, LLC

## *Help is he~*

### We Know What You Are Going Through

We understand the stress and struggle of living with an overwhelming amount of debt. You may have experienced a hardship or just mismanaged your budget, and now those greedy creditors have made it impossible for you to get caug up. Many times, just a simple late payment can drastically raise your interest rates, making it nearly impossible to pay down your principal and get out of debt. **Well help is here!**

### Our Debt Elimination Plan is Actually Quite Simple

Our goal is to assist individuals like you, who are overwhelme by the financial burdens of too much unsecured debt, then provide you with a personalized step-by-step plan on how to successfully eliminate it. We take into account all the details surrounding your debts, interests rates, current payments, outstanding balances etc. . . and turn it into a month-by-mor detailed roadmap to financial freedom!

### Our Skillful Negotiation Process Saves You Money

Your personal financial specialist will contact you to schedule an appointment, and begin the process. Through skillful negotiation with your lenders, we will significantly reduce the high interest rates on your current unsecured debt; thereby allowing your monthly payments to be applied to more of the principal, and substantially reducing the time it takes to pay off your loans!

### Take Charge of Your Financial Future Today

We help you eliminate your debt efficiently, effectively, and quickly, to make sure you attain your financial goals. We will also help you develop sound financial habits, and show you h to save money using our valuable tools and resources. Take t first step today by completing and ~~WFBB-000050~~closed forms provided to you, and we can begin to help you get your life b



## Did you know . . .

Debt Settlement can severely damage your credit. Since many creditors will immediately forward your account on to collections, those hopefuls may find themselves faced with judgments, liens, and garnish-ments?

PX 4-1
WFBB-000050



# Your Step-By-Step Instructions

### Step 1. Relax
Take your time and gather all your financial information in one place. At your desk or table, write down on a piece of paper a list of all your credit bearing accounts, such as major credit cards, store credit cards, loans, vehicle loans, mortgage, etc.

### Step 2. Complete your Client Questionnaire
Enter all your personal information to the best of your ability. The more precise and comprehensive the information is that you provide for us, the better the results that we can provide for you.

### Step 3. Complete your Elite Membership
To produce an honest analysis of your present financial condition, you need to complete as many of the Financial Profile forms for which you have unsecured debt (credit cards and unsecured loans.) Please take your time to fully complete this section. From this information we will begin the process of negotiation, and set your personalized step-by-step payment schedule.

### Step 4. Complete your Service Agreement
Please take a few moments to read and sign the Service Agreement. It outlines our relationship and gives you a concise overview of the services we will provide, what you should expect, our guarantee, and the fees of your program. Be sure to enclose the signed Service Agreement in your Return Business Reply envelope.

### Step 5. Mail the completed forms back to us
The forms are required to be completed and returned to us, are as follows:

  Client Questionnaire

  Elite Membership

  Service Agreement (must be signed)



### Did you know . . .

Filing for Bankruptcy has many negative side effects that can last for more than seven years on your credit report. And, depending on the type of bankruptcy you face, you may be required to pay a much larger monthly amount of "disposable income" than what you may actually have to spare.

## PX 4-1

WPBBB-000051



**COMPLAINT ACTIVITY REPORT**   Case # 90147233   **BBB of Southeast Florida & the Caribbean**

| Consumer Info: | Clay, Erica | Business Info: A+ Financial Center, LLC |
|---|---|---|
| | Jackson, MS | 10258 S. US Hwy. 1 |
| | - - | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
I was working with Craig, don't have a last name.
I got a call saying nothing is wrong with your credit cards but you qualify for a lower rate
they sent me $200 dollars back of the $695 dollars they charge to my Target account, now I have received a letter from Target saying I will be charge 9.99 percent for 12 months but they explained that the company told them I was in hardship, never missed a payment, now my payment is down to $57 dollars a month. But the problem is that the 9.99 percent that I now have is only partial the cash is still 22.90 percent and they didn't say anything about that, they only told me that I had 9.99 percent for 12 months. They have mislead me into thinking that they could do something that I could not. I'm requesting the rest of my $495 dollars they have not did nothing to help me

**Consumer's Desired Resolution:**
I'm seeking $495.00 dollars they already sent me $200.00 back. Thank you

| 04/17/2012 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 04/20/2012 | SLR | BBB | Case Reviewed by BBB |
| 04/20/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/20/2012 | Otto | MAIL | Notify Business of Dispute |
| 05/14/2012 | OttO | BBB | No response to first notice to business |
| 05/14/2012 | OttO | MAIL | Reminder of Dispute to Business |
| 05/14/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We spoke to the client in regards to her |

complaint on May 7th 2012. The client didn't understand the details of the work that was completed and the lifetime membership.  The client was satisfied after we explained this to her.  No Refund is due.

| 05/14/2012 | SLR | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 05/15/2012 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

| 05/16/2012 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
|---|---|---|---|
| 05/16/2012 | OttO | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000052

**COMPLAINT ACTIVITY REPORT**  Case # 90104115  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Coburn, James | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | Port Orchard, WA | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :

I was contacted by this company Back in October of 2010 regarding the interest rates of my credit cards. They said that my credit score was so high that I was entitled to lower interest rates. I pay them 450 dollars and they guarantee they will get the interest rates on all of my credit cards and loans down to as low as 3%, which would save me over a thousand dollars a year. I paid them the money, then they made a 3 way telephone call and the credit card company said we are set on fixed rates and that was it. I told A+ Financial I wanted my money back and they said it would be processed within 7 to 10 business days. I never received the refund, I called again about a month later and I got the same response. I called again in March and was put on hold while they spoke to the manager, the manager approved the request for my refund again and here it is June and I still have not received the refund.

**Consumer's Desired Resolution:**

I want my 450 dollar refund. I think I should get the 450 dollar refund plus the 12.9 percent interest that I have been paying on it but i am only seeking 450 dollars.

| 06/10/2011 | web | BBB | Case Received by BBB |
| --- | --- | --- | --- |
| 06/13/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 06/13/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 06/13/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/30/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr. Coburn did in fact sign up for our services |

on 10/28/2010. He signed his paperwork and returned it to us on 11/29/2010.

The client missed several telephone appointments with us. By the time the customer requested a refund it was past the allotted time to refund it to the credit card.

We did issue a check refund to the customer on 06/27/2011 for $450.00 the original cost of the program. We sent it via US Postal Service Priority Mail.

The tracking number to the check is 420 98366 9405 5036 9930 0131 5389 83 and can be tracked at www.usps.com.

This should close the file with the BBB as the customer has received a full refund.

| 06/30/2011 | RLM | EMAIL | Forward Business response to Consumer |
| --- | --- | --- | --- |
| 07/08/2011 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

I recently received the Check for the refund after requesting the refund several times. This company had my phone number the entire time but claim they could not refund me, and yet they never attempted to contact me. Waiting 7 months for a refund is insane. In the long run I still had to pay 12.9 percent interest for 7 months on that $450 all because of this companies empty promises.

| 07/11/2011 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
| --- | --- | --- | --- |
| 07/11/2011 | OttO | BBB | Case Closed RESOLVED |

# PX 4-1

WPBBB-000053

**COMPLAINT ACTIVITY REPORT**  Case # 90099999  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Dale, Allana | **Business Info:** A+ Financial Center, LLC |
| | | 10258 S. US Hwy. 1 |
| | Delray Beach, FL ■■■ | Port Saint Lucie, FL  34952-5615 |
| | - - | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
I recently got a new phone number that I like a lot.  Turns out the previous owner had a lot of debt.  Her name was Joann.  I've been called by debt collectors and have been able to convince them I am not her.

This company will not speak to me.  They call me every single day of the week from various, mostly blocked numbers.  I press to speak to someone and no matter what I say, IE I am not Joanne, I am on a do not call list, etc., they just hang up on me.

I have read my forums on how they are a scam.  I don't care, most debt consolidation companies are in my opinion.  But I am not in debt at all.  I have amazing credit.  I want them to stop calling me already!!! It's to the point where I am breaking down in tears because I am so frustrated and I don't know what to do.

I did research on the number that calls me most frequently and found this page... http://800notes.com/Phone.aspx/1-678-365-0539/2. These people are slimy.

They think that if they won't answer the question as to who they are, I can't find out and I can't sue.  I can. I definitely will if this is not resolved.

**Consumer's Desired Resolution:**
Stop calling 561-251-7126 permanently

| 05/11/2011 | web | BBB | Case Received by BBB |
| 05/11/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 05/11/2011 | Otto | MAIL | Send Acknowledgement to Consumer - Member |
| 05/11/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/01/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We do not call the state of Florida.  Ms Allana |

Dale may have gotten a call from the advertising company we use and looks up their telephone number and crossed referenced with our however we do not call Florida.
                We have however put this clients number in our internal Do Not Call List and asked the advertiser to please remove her number from any of their other clients lists.
                This consumer will not receive any calls from our company.

| 06/01/2011 | RLM | MAIL | Forward Business response to Consumer |
| 06/13/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 06/13/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 06/13/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000054

**COMPLAINT ACTIVITY REPORT**   Case # 90064872   **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**   Dean, Henry

Moweaqua, IL

-          -

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
i was contacted in February or march for financial credit card help. they told me i was referred to them by one of the credit score companies(i believe experian). they said they would guarantee me 4000 dollars savings in interest the first year. i was told my cards would be open and i could still use them. they would contact all my credit cards and get the interest rates lowered anywhere from 9% to 0%.i was told this through the whole sales process. i purchased the service in april for 1095 dollars. they said i could use my credit cards for the purchase and even helped me with which ones ($300 on one & $795 on the other april 5). i was then later set up with an advisor. i explained my situation with her and told her i needed to have access to my cards if needed . that i was upset that they had raised their rates just prior to the new government rules. i gave them my financial information (all my credit cards). she started with one card ,contacted them with me on the phone. the call center to my disbelief was in the Philippines and we could not get connected to the u.s. they would not budge on anything. we then reviewed the rest of my cards which she told me not to mess with one , another one she said they wouldn't deal, another one she said get it payed off and get rid of it. she told me i could close out a card (the one we contacted) and they would lower their rate and would be paid off in 5years. this card i could do this myself,they have sent me the information.we set up a couple more appointments which were usually a month apart. they pretty much went the same way. i told her i needed the access and she realized but said that was about all she could do. i told her what i was told by the sales people.my cards would be open so i could use them and they would get the rates lowered on all of them.she told me she was sorry.i told her i would like to have my money back that i felt they misrepresented themselves i just felt lied to. she understood and told me it was OK her supervisor would contact me.her super visor contacted me . told me i couldn't get my money back and tried to get me to close the one card right then . i told her i would talk to my advisor. when i told my advisor she ask why i couldn't get my money back.i told her i would try to take care of it.thats why I'm filing this complaint. thank you

**Consumer's Desired Resolution:**
all i would like is a refund my money credited back to my accounts

| | | | |
|---|---|---|---|
| 09/15/2010 | web | BBB | Case Received by BBB |
| 09/16/2010 | RLM | BBB | Case Reviewed by BBB - Member |
| 09/16/2010 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 09/16/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 10/04/2010 | OttO | BBB | No response to first notice to member |
| 10/04/2010 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 10/12/2010 | OttO | BBB | No Response received from Business on 2nd Notice |
| 10/12/2010 | BRC | BBB | Phone Call or Time Extension |
| 10/12/2010 | BRC | BBB | Receive Business Response |
| 10/13/2010 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : i would like to thank you for |

your prompt service.a+ financial contacted me wanting to resolve the problem. they agreed to refund my money as i had asked. i have received and deposited my check. so problem resolved. thanks again for your time and service. henry dean

| | | | |
|---|---|---|---|
| 10/18/2010 | BRC | BBB | Dispute RESOLVED- with Letter |
| 10/18/2010 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 10/18/2010 | Otto | BBB | Case Closed RESOLVED |

**PX 4-1**                         WPBBB-000055





**A+ Financial Centers, LLC**

1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

4 pgs

Response

Case # 90064872; Dean, Henry

BBB FX#; 561-845-7234

10/05/2010

Please be advised that Mr. Henry Dean is a client of ours. He signed up for our services on 04-05-2010. We have made several attempts to complete work on Mr. Dean's accounts but have been unsuccessful to conclude any action as Mr. Dean does not wish to comply with the requirements of the specific programs available. We do monitor our sales floor to make sure they are in compliance with what we can do for our clients. In this particular case, based on the banks Mr. Dean dealt with, we could only offer the above. This BBB complaint is the first I have heard of Mr. Dean requesting a refund. We actually have an entire cancellations department that handles problems such as these. Because no actual work was completed we will issue Mr. Dean a full refund in the amount of $1095.00. A copy of the tracking label along with a copy of the check is enclosed.

Sincerely,

Christopher Miano

GM

Jason Page

CCO

**PX 4-1**

WPBBB-000056

10/05/2010  20:08  7723368437                    ACCELERATED                        PAGE  02/04

---

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT Case # 90064872
Consumer Info: Dean, Henry

          Moweaqua, IL

**Business Info:**    A+ Financial Center, LLC
                     1679 SW South Macedo Drive
                     Port St. Lucie, FL  34984
                     877 748-2626

---

**Consumer's Original Complaint :**
i was contacted in February or march for financial credit card help. they told me i was referred to them by one of the credit score companies(i believe experian). they said they would guarantee me 4000 dollars savings in interest the first year. i was told my cards would be open and i could still use them. they would contact all my credit cards and get the interest rates lowered anywhere from 9% to 0%.i was told this through the whole sales process. i purchased the service in april for 1095 dollars. they said i could use my credit cards for the purchase and even helped me with which ones ($300 on one & $795 on the other april 5). i was then later set up with an advisor. i explained my situation with her and told her i needed to have access to my cards if needed . that i was upset that they had raised their rates just prior to the new government rules. I gave them my financial information (all my credit cards). she started with one card ,contacted them with me on the phone. the call center to my disbelief was in the Philippines and we could not get connected to the u.s. they would not budge on anything. we then reviewed the rest of my cards which she told me not to mess with one , another one she said they wouldn't deal, another one she said get it payed off and get rid of it. she told me i could close out a card (the one we contacted) and they would lower their rate and would be paid off in 5years. this card i could do this myself,they have sent me the information.we set up a couple more appointments which were usually a month apart. they pretty much want the same way. I told her I needed the access and she realized but said that was about all she could do. I told her what i was told by the sales people.my cards would be open so I could use them and they would get the rates lowered on all of them.she understood and told me it was OK her supervisor would contact me.her super visor contacted me . told me I couldn't get my money back and tried to get me to close the one card right then . i told her i would talk to my advisor. when i told my advisor she ask why i couldn't get my money back.I told her i would try to take care of it.thats why I'm filing this complaint. thank you

**Consumer's Desired Resolution:**
all i would like is a refund my money credited back to my accounts

**BBB Processing**

| Date | | |
|---|---|---|
| 09/15/2010 | web BBB | Case Received by BBB |
| 09/16/2010 | RLM BBB | Case Reviewed by BBB - Member |
| 09/16/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 09/16/2010 | Otto BBB | Notify Business of Dispute - Member |

**PX 4-1**                                          WPBBB-000057



**UNITED STATES POSTAL SERVICE** **Click-N-Ship®**

| P | usps.com | 9405 5036 9930 0359 0604 19 0047 5001 0086 25 |
|---|---|---|
| | $4.75 US POSTAGE Flat Rate Env | |

Commercial Base Pricing

10/01/10    1 lb 0 oz    Mailed from 34984    071V00588913

# USPS PRIORITY MAIL®

**0006**

A+
FINANCIAL
1879 SW SOUTH MACEDO BLVD
PORT ST LUCIE FL 34984-3435

SHIP
TO: HENRY DEAN

**MOWEAQUA IL**

### ZIP - e/ USPS DELIVERY CONFIRMATION™



420 62550 9405 5036 9930 0359 0604 19

Electronic Rate Approved #038555749

**PX 4-1**

WPBBB-000058

10/05/2010  20:08    7723368437          ACCELERATED          PAGE  04/04

**ACCELERATED FINANCIAL CENTERS LLC**          09-08                    1357
**OPERATING ACCOUNT**
1679 S.W. SOUTH MACEDO BLVD.
PORT SAINT LUCIE, FL 34984                                      83-4/630 FL
                                                                  6632
                                            DATE _10/5/10_

PAY
TO THE
ORDER OF _Henry Dean_                                    $ _1095 00/05_

_One thousand & ninty five_                            DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _AFC 6735_

**PX 4-1**                                    **WPBBB-000059**

**COMPLAINT ACTIVITY REPORT**  Case # 90106131  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Deeb, Lori | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | ████████ | 10258 S. US Hwy. 1 |
| | North Tonawanda, NY ████████ | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**       (Same as above)

**Consumer's Original Complaint** :
I received a call from A+ financial centers 6/23/11 in the evening stating that they could decrease the interest rate on my credit cards "if I qualified".
I did qualify but then they wanted to charge my credit card for their "services" prior to sending me any information or a signed contract for the services.
When I stated I would not agree to that they became argumentative.
I told them if they would send me information I would review it and decide to take them up on their service.
They stated "we can not do that".
This made me feel that they were not very credible.

**Consumer's Desired Resolution:**
I would like to know if this is a legitimate service or a scam.

| 06/24/2011 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 06/28/2011 | RLM | BBB | Case Determined to be INFO ONLY - Wait |
| 06/28/2011 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 06/28/2011 | Otto | MAIL | Inform Business of Case Closed INFO ONLY |
| 07/07/2011 | OttO | BBB | Close Without Business Response INFO ONLY |
| 07/07/2011 | OttO | BBB | Case Closed INFO ONLY |

**PX 4-1**

WPBBB-000060

**COMPLAINT ACTIVITY REPORT**   Case # 90065509   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Destanque, Virginie | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Santa Barbara, CA ███ | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
they have done nothing more than what i had done in the past, and i was promised to save at least $1,000 a year. the person who talked to the credit card companies, with me during work day, did nothing more that asking questions. and they charged me (in advance and not what they say they would of!) $495, which added to my debts. i can't believe i fell for it.

**Consumer's Desired Resolution:**
i want my money back !!

| 09/20/2010 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 09/20/2010 | cmc | BBB | Case Reviewed by BBB - Member |
| 09/20/2010 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 09/20/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 10/06/2010 | OttO | BBB | No response to first notice to member |
| 10/06/2010 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 10/12/2010 | BRC | BBB | Receive Business Response |
| 10/22/2010 | RLM | BBB | Forward Business response to Consumer |
| 10/25/2010 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
              A+Financial said they have called after I filed the complaint. I never received any phone call, at work or at home, nor an email. However, I appreciate their good faith and that they reimbursed me entirely. It says it all! People should not use this type of services. I am aware of it now, and more so since I have educated myself further. They have not done anything more than what I had done for myself and I beleive in some kind of miracle. How naive of me. Thank you.

| 10/26/2010 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
|---|---|---|---|
| 10/26/2010 | OttO | BBB | Case Closed RESOLVED |

10/04/2010  15:54    7723368437          ACCELERATED                    PAGE  01/04



1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

*4pgs*

Case # 90065509 Destanque, Virginie

BBB FX#; 561-845-7234

10/04/2010

     Please be advised that Ms. Virginie Destanque is a client of ours.  She signed up for our services on 10-19-2009 almost a year ago.  We have in fact done work on her accounts and reduced rates on her credit cards.  The customer has not responded to any telephone calls from our company after they filed this complaint with your offices.  In order to protect our good standing we will give the client a full refund of the initial cost of the program, due to the customer not being happy with the service provided.  A copy of the tracking label along with a copy of the check is enclosed.

Sincerely,

Christopher Miano

GM

Jason Page

CCO

**PX 4-1**                                    WPBBB-000062

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90065509

Consumer Info: Destanque, Virginie

Santa Barbara, CA

Business Info:     A+ Financial Center, LLC
1679 SW South Macedo Blvd
Port Saint Lucie, FL  34984
877 748-2626

**Consumer's Original Complaint :**
they have done nothing more than what i had done in the past, and i was promised to save at least $1,000 a year. the person who
talked to the credit card companies, with me during work day, did nothing more that asking questions. and they charged me (in
advance and not what they say they would of!) $495, which added to my debts. i can't believe i fell for it.

**Consumer's Desired Resolution:**
i want my money back !!

**BBB Processing**

| | | |
|---|---|---|
| 09/20/2010 | web BBB | Case Received by BBB |
| 09/20/2010 | cmc BBB | Case Reviewed by BBB - Member |
| 09/20/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 09/20/2010 | Otto BBB | Notify Business of Dispute - Member |

**PX 4-1**

WPBBB-000063

10/04/2010  15:54    7723368437              ACCELERATED                    PAGE  03/04

**ACCELERATED FINANCIAL CENTERS LLC**          09-08                    1355
**OPERATING ACCOUNT**
1679 S.W. SOUTH MACEDO BLVD.
PORT SAINT LUCIE, FL 34984                DATE 10/4/2010            63-46301
                                                                    98

PAY
TO THE
ORDER OF   Virginie Destanque                        $ 495 ⁰⁰

four hundred ninety five                                    DOLLARS

**Bank of America**
ACH R/T 063100277

FOR AFC 4031

**PX 4-1**                                          **WPBBB-000064**



**UNITED STATES POSTAL SERVICE ®**   **Click-N-Ship®**

P

usps.com   9405 5036 9930 0360 6830 03 0047 5001 0098 31
$4.75
US POSTAGE
Flat Rate Env

Commercial Base Pricing

10/04/10   1 lb 0 oz   Mailed from 34984   071V00552023

# USPS PRIORITY MAIL®

0006

A + FINANCIAL
1679 SW SOUTH MACEDO BLVD
PORT ST LUCIE FL 34984-3435

SHIP
TO:   VIRGINIE DESTANQUE

SANTA BARBARA CA

**ZIP - e/ USPS DELIVERY CONFIRMATION™**

420 93105 9405 5036 9930 0360 6830 03

Electronic Rate Approved #038555749

## PX 4-1

WPBBB-000065

**COMPLAINT ACTIVITY REPORT**  Case # 90141695 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**          Dininsky, Steven                                    **Business Info:** A+ Financial Center, LLC
                                                                                                  10258 S. US Hwy. 1
                            Redford, MI                                          Port Saint Lucie, FL  34952-5615
                                                                                                  877 748-2626

**Location Involved:**          (Same as above)

**Consumer's Original Complaint :**
Received many robo calls from Card Holder Services (Rachel), when I hit one to talk to a service agent and before I can
finish my request to be taken off their call list they hangup.

**Consumer's Desired Resolution:**
Quick calling my phones, I am on the Federal DO NOT CALL lists

| | | | |
|---|---|---|---|
| 03/08/2012 | web | BBB | Case Received by BBB |
| 03/08/2012 | SLR | BBB | Case Reviewed by BBB |
| 03/08/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 03/08/2012 | Otto | MAIL | Notify Business of Dispute |
| 03/29/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We are not affiliated with the "Card Holder |

Services" that the consumer mentions in his complaint.  We have however put the consumer's telephone numbers on our
internal Do-Not-Call list.  It should be noted that this consumer is not a customer of ours.

| | | | |
|---|---|---|---|
| 04/02/2012 | SLR | EMAIL | Forward Business response to Consumer |
| 04/16/2012 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 04/16/2012 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 04/16/2012 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**  Case # 90119667 **BBB of Southeast Florida & the Caribbean**

| Consumer Info: | Downey, Michael | Business Info: A+ Financial Center, LLC |
|---|---|---|
| | ▉▉▉▉▉▉ | 10258 S. US Hwy. 1 |
| | Hudson, MA ▉▉▉ | Port Saint Lucie, FL  34952-5615 |
| | -    - | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
Be aware that people representing this company claim to be able to reduce APR on credit card debt but use this company to steal account numbers and pressure customers to sign over certified checks worth thousands to them.

**Consumer's Desired Resolution:**
Police report(s) have been filed, this is in anticipation of other people being defrauded in a similar manner.

| | | | |
|---|---|---|---|
| 09/28/2011 | web | BBB | Case Received by BBB |
| 10/04/2011 | SLR | BBB | Case Determined to be INFO ONLY - No Wait |
| 10/04/2011 | Otto | MAIL | Inform Consumer - Case Closed INFO ONLY |
| 10/04/2011 | Otto | MAIL | Inform Business of Case Closed INFO ONLY |
| 10/04/2011 | Otto | BBB | Case Closed INFO ONLY |

# PX 4-1

**COMPLAINT ACTIVITY REPORT**   Case # 90067479   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Drescher, Larry | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | | 10258 S. US Hwy. 1 |
| | Kiester, MN | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
verbally told interest rates would be lowered on credit cards due to experian listing my name as eligible to do so. i told them i did not want to have to follow a certain program to do so.when contacted by the G.M. she said i would have to close my accounts to do so. this is not what i wanted to do and was told to my understanding i would not when on the phone to mr.Ryan when i decided to opt out but was assured that no one would tell me to follow a program. also out of all the cards only three could be negotiated. i should have listened to my instincts instead of being pressured to go ahead with the offer. i tried doing what one of their advisers said, later to realize i could have done that on my own. it was to apply to another credit card for balance transfer. when that failed i told them to credit my 495.00 back. was then contacted by G.M. that i could not get refunded due to not complying to closing my accounts. all i want is my money back due to what was said on the phone with mr.Ryan and what they want me to do after i sent paperwork to them. they can not lower rates on some cards that matter the most. only one card that has a high interest rate. this whole thing i was talked into wasn't what i thought after sending paperwork they needed. just want money back and be done with it.

**Consumer's Desired Resolution:**
i want my discover card credited back the 495.00 that they accepted when i was talked into going ahead with this deal that was i was talked into

| 10/03/2010 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 10/25/2010 | RLM | BBB | Case Reviewed by BBB - Member |
| 10/25/2010 | Otto | BBB | Send Acknowledgement to Consumer - Member |
| 10/25/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 10/26/2010 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : The situation has been resolved |

and I received my money back in full thank you resolved on 10/21/10

| 11/08/2010 | RLM | BBB | RECEIVE BUSINESS RESPONSE : Please see attached response |
|---|---|---|---|
| 11/08/2010 | RLM | BBB | Forward Business response to Consumer |
| 11/22/2010 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 11/22/2010 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 11/22/2010 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000068

11/02/2010

BBB

A+ Financial Centers, LLC
Complaint ID# 90064729
ID # 90067479
1679 SW South Macedo
Port Saint Lucie, FL, 34986

RE: Larry Drescher

  Mr. Drescher was a client of ours and signed up for our services on 08/11/2010. We had tried on numerous occasions to complete work on Mr. Drescher's accounts. At no point was Mr. Drescher ever told he could not receive a refund. What he was told is the person he was speaking to didn't have the authority to issue a refund and they would escalate the matter to a supervisor. His file was in fact sent to a supervisor on 10/18/2010 and refunded in full on that same date. Proof of the refund is enclosed.

  It should be noted that this customer was refunded in full prior to us receiving any notice of complaint from the BBB.

  Should you have any additional questions please feel free to contact me.

Sincerely,

Christopher L. Miano

**PX 4-1**

WPBBB-000069

11/02/2010  17:45    7723368437          ACCELERATED                          PAGE

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90067479

Consumer Info: Drescher, Larry                    Business Info:    A+ Financial Center, LLC

Kiester, MN                                        877 748-2626

**Consumer's Original Complaint :**
verbally told interest rates would be lowered on credit cards due to experian listing my name as eligible to do so. i told them I did not
want to have to follow a certain program to do so.when contacted by the G.M. she said i would have to close my accounts to do so.
this is not what I wanted to do and was told to my understanding i would not when on the phone to mr.Ryan when i decided to opt
out but was assured that no one would tell me to follow a program. also out of all the cards only three could be negotiated. i should
have listened to my instincts instead of being pressured to go ahead with the offer. i tried doing what one of their advisers said, later
to realize i could have done that on my own. it was to apply to another credit card for balance transfer. when that failed i told them
i want is my money back due to what was said on the phone with mr.Ryan and what they want me to do after i sent paperwork to
them. they can not lower rates on some cards that matter the most. only one card that has a high interest rate. this whole thing i
was talked into wasn't what I thought after sending paperwork they needed. just want money back and be done with it.

**Consumer's Desired Resolution:**
i want my discover card credited back the 495.00 that they accepted when i was talked into going ahead with this deal that was i
was talked into

**BBB Processing**

| | | |
|---|---|---|
| 10/03/2010 | web BBB | Case Received by BBB |
| 10/25/2010 | RLM BBB | Case Reviewed by BBB - Member |
| 10/25/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 10/25/2010 | Otto BBB | Notify Business of Dispute - Member |

**PX 4-1**

WPBBB-000070

ACCELERATED                      PAGE  03/03
https://account.authorize.net/UI/themes/retriever/transaction/transactio...

**Transaction Detail**

Transaction ID: 3242539192
Transaction Status: Refund

### Settlement Information

Settlement Amount: USD (495.00)
Settlement Date and Time: 18-Oct-2010 19:16:29
Business Day: 18-Oct-2010
Batch ID: 136468231

### Authorization Information

Authorization Amount: USD (495.00)
Submit Date /Time: 18-Oct-2010 13:37:10
Authorization Code:
Reference Transaction ID: 3128722361
Transaction Type: Refund
Address Verification Status: AVS Not Applicable (P)
Card Code Status: Not Applicable
CAVV Result Code: Not Applicable
Fraud Score Applied: Not Applicable
Recurring Billing Transaction: N
Partial Capture Status: Not Applicable
Customer IP:

### Payment Information

Card Type:
Card Number:
Expiration Date:
Total Amount: USD (495.00)

### Order Information

Invoice #:
Description:

### Customer Billing Information

Name: Larry Dresher
Company:
Address:
City: Kiester
State/Province: MN
Zip Code:
Country: US
Phone:
Fax:
Email:

Customer ID: AFC 8903
Customer Type:
Customer TaxID/SSN:

DL Number:
DL State:
DL DOB:

### Shipping Information

Name:
Company:

**PX 4-1**

WPBBB-000071

11/2/2010 5:36 PM

**COMPLAINT ACTIVITY REPORT**  Case # 90056687 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Eilman, Jeffrey | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | ███████████████ | 10258 S. US Hwy. 1 |
| | Pewaukee, WI ████ | Port Saint Lucie, FL  34952-5615 |
| | -    - | 877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint :**
My client was told by A+ Financial Center LLC (formerly known as Accelerated Financial), that in order to reduce his debt burden he should not report his self-employment income on his income tax returns.  They also told him that if his accountant was not willing to "fudge the numbers" for him, he should be looking for a new accountant.  Representatives of this company should be criminally charged for promoting income tax evasion.

**Consumer's Desired Resolution:**
Stop promoting income tax evasion.

| | | | |
|---|---|---|---|
| 07/23/2010 | web | BBB | Case Received by BBB |
| 07/26/2010 | TLM | BBB | Case Reviewed by BBB - Member |
| 07/26/2010 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 07/26/2010 | Otto | EMAIL | Notify Business of Dispute - Member |
| 08/09/2010 | DEC | BBB | RECEIVE BUSINESS RESPONSE : SEE ATTACHMENTS |
| 08/10/2010 | TLM | EMAIL | Forward Business response to Consumer |
| 08/23/2010 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/23/2010 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 08/23/2010 | OttO | BBB | Case closed - ASSUMED RESOLVED |

## PX 4-1

WPBBB-000072



08/05/2010


BBB Complaint Case # 90056687 Filed by Jeffrey Eilman

ID# 920160681

FAX#: 561-845-7234


      Please be advised that our company has no record for a Jeffrey Eilman.  If this was a customer of MR. Eilman he did not provide the name of the client for us to research this complaint.  We employ 60 people at our location and take fraud issues very seriously.  If one of our representatives would have stated what Mr. Eilman states in his complaint they would be terminated immediately.  We do monitor calls for company and client protection periodically.  By no means would any employee promote income tax evasion here.



Sincerely,

Christopher Miano, GM
A+ Financial Center LLC
877-748-2626



**PX 4-1**

WPBBB-000073

08/05/2010  14:48   7723368437          ACCELERATED                    PAGE   02/02

better Business Bureau                                              Page 1 of 2

Southeast Florida and the Caribbean

# BBB CASE#: 90056687

| | |
|---|---|
| Complaint filed by: | Jeffrey Ellman   (More) |
| Complaint filed against: | A+ Financial Center, LLC   (More) |
| Complaint status: | Notify Business of Dispute - Member   (More) |
| Case Description: | My client was told by A+ Financial Center LLC (formerly known as Accelerated Financial), that in order to reduce his debt burden he should not report his self-employment income on his income tax returns. They also told him that if his accountant was not willing to "fudge the numbers" for him, he should be looking for a new accountant. Representatives of this company should be criminally charged for promoting income tax evasion.   (Less) |
| Category: | Sales Practice Issues |
| Case opened date: | 07/26/2010 |
| Case closed date: | |
| Desired Resolution: | Stop promoting income tax evasion.   (Less) |

Download a copy of this complaint so you can print it for your records

*** You need to respond to this complaint before it can be processed further. Once you
have submitted your response, you can download a copy of this complaint including your
response by clicking the link above. Please see below for instructions. ***

## Response

Please enter your response to the consumer's complaint (max 9000 characters)
9000 characters left

If desired enter your internal case number here

Not the person listed above? Please supply the following:

Name and Title

Phone #

Email Address

[ Back ]  [ Submit ]

Items in RED are required in order to proceed.

Privacy Policy | Trademarks | Terms of Use

PX 4-1

WPBBB-000074
7/27/2010