**COMPLAINT ACTIVITY REPORT**   Case # 90100903  **BBB of Southeast Florida & the Caribbean**

| Consumer Info: | Fostervold, Jill | Business Info: A+ Financial Center, LLC |
|---|---|---|
| | Washington, IL | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
please see scanned docs.

**Consumer's Desired Resolution:**

| 05/18/2011 | RLM | BBB | Case Received by BBB |
|---|---|---|---|
| 05/18/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 05/18/2011 | Otto | MAIL | Send Acknowledgement to Consumer - Member |
| 05/18/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/08/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client did sign up for our services on |

04/15/2011.  They called us and requested a refund on 04/25/2011 and stated they did not want to proceed with the program.  The client was refunded in full the exact same day.  This complaint was filed on 05/18/2011.  The client was refunded in full well before this complaint was even filed.

The complaint we received just says see attached docs so we do not know what the clients issue is because there are no attache docs on the complaint we received from the BBB.  Again this client was refunded in full 3 weeks before contacting the BBB this file should be closed.

| 06/09/2011 | RLM | MAIL | Forward Business response to Consumer |
|---|---|---|---|
| 06/21/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 06/21/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 06/21/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 07/12/2011 | DEC | BBB | ReOpen the Complaint |
| 07/12/2011 | DEC | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : SEE ATT |
| 07/12/2011 | DEC | MAIL | Forward Consumer Rebuttal to Business |
| 07/25/2011 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 07/25/2011 | RLM | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 07/25/2011 | Otto | MAIL | Inform Consumer - Case Closed UNRESOLVED |
| 07/25/2011 | Otto | MAIL | Inform Business - Case Closed UNRESOLVED |
| 07/25/2011 | Otto | BBB | Case Closed UNRESOLVED |
| 07/26/2011 | SLR | BBB | ReOpen the Complaint |
| 07/26/2011 | SLR | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : See Attached |
| 07/26/2011 | SLR | MAIL | Send Business' Rebuttal Response to Consumer |
| 08/08/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/08/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 08/08/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000075

 01/12/2008  01:36   7723368437      .      ,      ACCELERATED                    PAGE  01/03

# FAX

To:    BBB                              From: Christopher Miano
                                        A+ Financial Center, LLC
                                        877-748-2626
Fax:   561-842-7234                     Pages:3

Phone:                                  Date: 07-22-2011

RE: complaint id # 90100903                     cc:

---

This client was refunded in full as stated in our prior response.  It does not matter if the customer cancelled their credit card as the bank will still apply any refund on the old credit card number to the new credit card number assigned.  The customer could easily verify this information simply by calling their bank.  Enclosed is the proof of the refund which was completed prior to any contact by the customer to the BBB.  This file should not reflect in our rating as it was handled prior to any complaint being filed by the BBB.


Thank You,

Christopher L Miano

WPBBB-000076

**PX 4-1**

01/12/2008  01:36   7723368437      .    ,      ACCELERATED                          PAGE  02/03

---

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90100903

Consumer Info: Fostervold, Jill                        **Business Info:**    A+ Financial Center, LLC

Washington, IL

877 748-2626

---

**Consumer's Original Complaint :**
please see scanned docs.

**Consumer's Desired Resolution:**

**BBB Processing**

| Date | | |
|---|---|---|
| 05/18/2011 | RLM BBB | Case Received by BBB |
| 05/18/2011 | RLM BBB | Case Reviewed by BBB - Member |
| 05/18/2011 | Otto MAIL | Send Acknowledgement to Consumer - Member |
| 05/18/2011 | Otto MAIL | Notify Business of Dispute - Member |
| 06/08/2011 | WEB BBB | RECEIVE BUSINESS RESPONSE : This client did sign up for our services on 04/15/2011.  They called us and requested a refund on 04/25/2011 and stated they did not want to proceed with the program.  The client was refunded in full the exact same day.  This complaint was filed on 05/18/2011.  The client was refunded in full well before this complaint was even filed. |
| | | The complaint we received just says see attached docs so we do not know what the clients issue is because there are no attached docs on the complaint we received from the BBB.  Again this client was refunded in full 3 weeks before contacting the BBB this file should be closed. |
| 06/09/2011 | RLM MAIL | Forward Business response to Consumer |
| 06/21/2011 | OttO BBB | No Consumer Response- Assumed Resolved with Letter |
| 06/21/2011 | OttO MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 06/21/2011 | OttO BBB | Case closed - ASSUMED RESOLVED |
| 07/12/2011 | DEC BBB | ReOpen the Complaint |
| 07/12/2011 | DEC BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : SEE ATT |
| 07/12/2011 | DEC BBB | Forward Consumer Rebuttal to Business |

WPBBB-000077

**PX 4-1**

01/12/2008   01:36   7723368437      .    .  .      ACCELERATED                                    PAGE  03/03
Transaction Detail                                       https://account.authorize.net/ui/themes/retriever/transaction/transacti...

Transaction ID: 3590755819
Transaction Status: Refund

## Settlement Information

Settlement Amount: USD (395.00)
Settlement Date and Time: 25-Apr-2011 19:19:21
Business Day: 25-Apr-2011
Batch ID: 153219365

## Authorization Information

Authorization Amount: USD (395.00)
Submit Date /Time: 25-Apr-2011 18:49:50
Authorization Code:
Reference Transaction ID: 3573298286
Transaction Type: Refund
Address Verification Status: AVS Not Applicable (P)
Card Code Status: Not Applicable
CAVV Result Code: Not Applicable
Fraud Score Applied: Not Applicable
Recurring Billing Transaction: N
Partial Capture Status: Not Applicable
Customer IP:

## Payment Information

Card Type:
Card Number:
Expiration Date:
Total Amount: USD (395.00)

## Order Information

Invoice #:
Description:

## Customer Billing Information

Name: Jill Fostervold
Company:
Address:
City:
State/Province:
Zip Code:
Country:
Phone:
Fax:
Email:

Customer ID:
Customer Type:
Customer TaxID/SSN:

DL Number:
DL State:
DL DOB:

## Shipping Information

Name:
Company:

WPBBB-000078

**PX 4-1**                          7/22/2011 3:19 PM



BBB of Southeast Florida & the Caribbean
4411 Beacon Circle Ste 4
West Palm Beach, FL 33407
Tel: (561) 842-1918    Fax: (561) 845-7234

June 10, 2011

Jill Fostervold



Washington, IL ████

RE: Case # 90100903: A+ Financial Center, LLC

BBB has received a response from the business regarding your complaint. Please review their response to your original complaint and advise us of your position in the matter by **June 20, 2011** .

The details of the complaint (including the business' response) are included on the reverse, attached or have been forwarded to you by the business. Please be sure to indicate whether the company's response is satisfactory or not within ten (10) days.

If BBB does not receive a response, your complaint will close as Assumed Satisfied.

We encourage you to use our ONLINE COMPLAINT system to respond this complaint. The following URL (website address) will take you directly to this complaint. You will be able enter your response directly on our website:

**http://seflorida.app.bbb.org/complaint/view/90100903/c/rejxz9**

If you are unable to respond using the internet, then please respond in writing to the address above.

Sincerely,

Customer Service Department

**PX 4-1**

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90100903

| Consumer Info: Fostervold, Jill | Business Info: | A+ Financial Center, LLC |
|---|---|---|
| Washington, IL | | 877 748-2626 |

**Consumer's Original Complaint :**
please see scanned docs.

**Consumer's Desired Resolution:**

**BBB Processing**

| 05/18/2011 | RLM BBB | Case Received by BBB |
|---|---|---|
| 05/18/2011 | RLM BBB | Case Reviewed by BBB - Member |
| 05/18/2011 | Otto MAIL | Send Acknowledgement to Consumer - Member |
| 05/18/2011 | Otto MAIL | Notify Business of Dispute - Member |
| 06/08/2011 | WEB BBB | RECEIVE BUSINESS RESPONSE : This client did sign up for our services on 04/15/2011. They |

called us and requested a refund on 04/25/2011 and stated they did not want to proceed with the program. The client was refunded in full the exact same day. This complaint was filed on 05/18/2011. The client was refunded in full well before this complaint was even filed.

The complaint we received just says see attached docs so we do not know what the clients issue is because there are no attache docs on the complaint we received from the BBB. Again this client was refunded in full 3 weeks before contacting the BBB this file should be closed.

| 06/09/2011 | RLM BBB | Forward Business response to Consumer |
|---|---|---|

6/20/11 The above mentioned is business is not being truthful in that they could not have refunded my $ the same day because I & Visa closed out my account less than hour after I talked with the above business — they charged my account as we had our original conversation after just telling me they would charge my account within 3 mo. I filed my complaint because of the lies they told me : 1 lie was that they had a working contract with my Visa Bank — they did not & do not now. The business conversation consisted of many misleading state- ments & many lies.

My other reason for filing my complaint with BBB is to add another complaint to your list for this business, & that I vehemently disagree with your B+ rating for them. Obviously BBB does not understand the pressure misleading statements, & lies this Co. bullies people with.  Jill Fostervold

EX 4-1

WPBBB-000080



**PX 4-1**

WPBBB-000081

*THIS Co. ALSO LIED ABOUT HOW THEY my PHONE #*

**Better Business Bureau**

112 Harrison St. Peoria Il 61602

**Consumer Helpline:  (309) 688-3741**

***TO HAVE YOUR COMPLAINT PROCESSED FASTER,  PLEASE FILE ON LINE AT***

***www.bbb.org***

## COMPLAINT FORM

| YOUR INFORMATION | COMPANY INFORMATION |
|---|---|

**PERSON FILING COMPLAINT:** MR. (MS) Jill FOSTERVOLD

**COMPLAINT FILED AGAINST:** A+ FINANCIAL CENTERS, LLC

**ADDRESS** [redacted]

**ADDRESS** 10258 S. US Hwy. 1

**CITY** WASHINGTON   **STATE** IL   **ZIP** [redacted]

**CITY** PORT SAINT Lucie   **STATE** FL   **ZIP** 34952

**DAY PHONE** [redacted]   **FAX** ( ) NONE

**PHONE** (877) 748-2626 (772) 336-8437 **FAX**

**E-MAIL ADDRESS** NONE [redacted]

**E-MAIL ADDRESS** SAVE@aPlusfinancialcenters.Come

Have you talked to or attempted to contact the owner or manager?   ☒ yes   ☐ no

**OWNER/ MANAGER** MR. MS. NONE KNOWN

When did you purchase this product or service? 4-15-11

How much did you pay? 395.00

When did your problem first occur? 4-15-11

What is the exact amount in dispute? 395.00

**What do you want the company to do?** (please use only the space provided)

I WANT ALL MY MONEY BACK FROM THIS SAME COMPANY.

**Briefly explain the nature of your dispute with the company.** (please use only the space provided)

THEY LIED AND FAST/smooth-TALKED ME INTO GIVING THEM MY CREDIT CARD INFO, AND INTO VERBALLY AGREEing TO THEIR TAKING $395.00 FROM MY ACCOUNT

\* I DO NOT UNDERSTAND AT ALL HOW BBB CAN GIVE THIS CO. A B+ RATING, EVEN MY CREDIT CARD CO. SAYS THEY ARE A FRAUD. ALSO I MADE AREPORT TO MY POLICE DEPT. OFFICER FRANK TOOK THE REPORT #11-16183 I RESIDE IN EAST PEORIA POLICE JURISDICTION-PHONE: 698-4? OFFICER FRANK ALSO TOLD ME THIS IS A SCAM.

THE Co. called ToTELL ME THEY WOULD CREDIT THE Full Amount BACK TO MY ACCT, BUT only AFTER THEY WERE TOLD MY ACCT. HAD BEEN CLOSED SO THAT THEY COULD NOT CREDIT MY ACCT.

By submitting your complaint to the BBB you authorize:

\*BBB to share your complaint with the business involved \*Business involved to share non-public information about you with the BBB \* A summary of your dispute may be publicly posted on the BBB's website.

Signature Jill Fostervold         Date 5-1-11

▶   Failure to complete any portion of this form may result in the return of your complaint for completion.

▶   Please note that if you do not wish to have your name disclosed to the company or have filed your claim with another agency, in court or in any arbitration/ mediation proceedings, we will be unable to pursue your complaint.

RECEIVED
MAY 0 3 2011
WPBBB-000082

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**   Case # 90145736   **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**    Golinski, Janet

Roseville, CA

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
Please advise if this company is scamming people by offering to reduce credit card interest payments for a fee. I think if got hoodwinked on 4/2/12.  A+ indicated that they would send me a contract to review which I have not yet received so I don't know if they will provide that service.  What they did do is bullishly convince me to provide my credit card info then billed my card for $900.00.  I know that the offer sounded to good to be true but they caught me at a week moment. Can you tell me now if this company is legitimate, can they actually reduce rates or is this just a scam.  My complaint may be premature but it should like you are already watching these guys. thanks for your time. PS. I believe I can challenge the $900.00 with my credit card company when the bill comes due but do you know if this company tampers with all credits card by either selling information or making fraudulent charges.  It seems like they we able to access my credit score and total credit information.  they said they were looking at my Experian file to which I never gave permission.

**Consumer's Desired Resolution:**
Waiting to find out what happens.  If nothing good happens, I will pursue a complaint at a later date.  Right now, I'm just looking for information specific this company's business practices, for now, it just makes me sick to think I was so stupid!!!

| 04/05/2012 | web | BBB | Case Received by BBB |
| 04/10/2012 | SLR | BBB | Case Determined to be INFO ONLY - No Wait |
| 04/10/2012 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 04/10/2012 | Otto | MAIL | Inform Business of Case Closed INFO ONLY |
| 04/10/2012 | Otto | BBB | Case Closed INFO ONLY |

# PX 4-1

WPBBB-000083

**COMPLAINT ACTIVITY REPORT**  Case # 90107212  BBB of Southeast Florida & the Caribbean

| | |
|---|---|
| **Consumer Info:** Gourley, Karen<br>Shoreline, WA | **Business Info:** A+ Financial Center, LLC<br>10258 S. US Hwy. 1<br>Port Saint Lucie, FL  34952-5615<br>877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
Unsolicited calls to my home and business from 865-291-1470.  No messages left, but calls kept coming. I finally answered one such call, and there was a recording on, and only one option to reach a person, which was hitting
 #1.  I did so and spoke to a woman.  She said she was with "Card Services" (name of company), and they were representing Equifax.
I knew this was not true.  I asked her again how they got my phone #'s - again was told Equifax, and I then informed her that my number was on the dnc list.
She laughed, said it didn't matter they would call anyway, then hung up.  A return call to the same # resulted in a recording that it was an invalid #.
I then read online further to determine what company this actually was, and upon further investigation determined it was a+ financial centers.  This phone # and company have NUMEROUS complaints about the SAME THING.

They are misrepresenting themselves as Equifax, then being abusive and lying about who they were. This needs to stop - there have been enough complaints.

**Consumer's Desired Resolution:**
I would like this company to contact me directly, with an actual phone # that can be called, and truthfully explain to me who they are and how they are obtaining our phone #'s.  Secondly, an answer on what they plan to do to stop this practice.

| | | | |
|---|---|---|---|
| 07/01/2011 | web | BBB | Case Received by BBB |
| 07/05/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 07/05/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 07/05/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 07/26/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This consumer is not a client of our company. |

We have no record of a Karen Gourley.  We do use an advertising company.  With out the name or extension of who Ms. Gourley spoke to it is impossible to pull the recording of the conversation.  Management does monitor and review calls from time to time to ensure proper customer interaction.  We apologize if the consumer feels they were mislead and will further investigate her complaint.
              Again she is NOT a customer of our company.
              Her telephone numbers have been added to our internal do not call lists and she will no longer receive calls fro our company.

| | | | |
|---|---|---|---|
| 07/27/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 07/28/2011 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
              The complaint was unsolicited calls, so of course I am not a customer of your company, the callers tried to mislead me with false information so I would BECOME a customer.
              As stated in the response, I will "no longer" receive calls from their company, indicating their admission that I did in fact receive the calls.
              I suggest the responder/management take a look at the massive similar complaints on the internet, and respond in turn. This is NOT an isolated incident.
              If management needs to monitor additional calls, then monitor more calls.  The extension was #1 (the only extension given).

| | | | |
|---|---|---|---|
| 07/28/2011 | RLM | MAIL | Forward Consumer Rebuttal to Business |
| 08/09/2011 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 08/09/2011 | RLM | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 08/09/2011 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 08/09/2011 | Otto | MAIL | Inform Business - Case Closed UNRESOLVED |
| 08/09/2011 | Otto | BBB | Case Closed UNRESOLVED |
| 08/10/2011 | RLM | BBB | ReOpen the Complaint |
| 08/10/2011 | RLM | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : We have addressed the |

customers initial concerns.  ZAs for future business we are now recording all telephone calls to better assist potential customers and to identify any problems with our sales floor.
              Again we apologize for this incident however we are taking corrective action to better serve our clients.

| | | | |
|---|---|---|---|
| 08/10/2011 | RLM | EMAIL | Send Business' Rebuttal Response to Consumer |
| 08/22/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/22/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000084

**08/22/2011**            **OttO**   **BBB**    Case closed - ASSUMED RESOLVED

**WPBBB-000085**

**COMPLAINT ACTIVITY REPORT**  Case # 90104778  BBB of Southeast Florida & the Caribbean

**Consumer Info:**   Gracy, William 

Renton, WA

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
I was told that if I gave them $1500.00 that they would lower the interest rate on my credit cards and that would save me about $5,000 in the first year . It has been a year and no one of my rates changed. I called a month age and was told someone would get back to me .
 No one ever called . I have been calling almost every day . They have put me on hold for 5 to 10 min. I started to hang up after five min now. When I would get someone back on the line they told me a manager would call me back , that Never happen .
I put the charge on my American Express. They have been very helpful in the past . I plan to call them and see if they can help but I think because this has been going on for a year I may be out of luck from them.

Thank you
William " Steve " Gracy

**Consumer's Desired Resolution:**
I would like to have my $1500.00 replaced to my American Express account . They had told me I would save $5,000 in inter the first year .They did not do what the told me they could do . I was told I could get a full refund .

| 06/15/2011 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 06/16/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 06/16/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 06/16/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 07/07/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client did sign up for our services and |

paid $1,395.00 for our services not $1500.00.
             We can not refund the money back to the credit card because it was originally charged over 4

months ago.
             We have issued the client a check for the full amount of $1395.00 as a full refund.  This should
close the file with the BBB.

| 07/07/2011 | RLM | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 07/19/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 07/19/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 07/19/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 07/27/2011 | RLM | BBB | ReOpen the Complaint |
| 07/27/2011 | RLM | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : I got a call |

from Chris at  A-1 Financial . He told me that he was sending a refund check. I got the check but after putting it the bank in was no good and the bank charged me a return fee. Chris call and send that he canceled the check and was sending it to American Express because I had called them .
             That was true I had called them to ask them if there was anything they could due . American Express told me that they would look into it but because it had been done over six month ago they did not think that they could help to much. American Express is looking into the case as well. They have not received a check from A-1 Financial .
             Thank you
             Steve. Gracy

office
cell

| 07/27/2011 | RLM | MAIL | Forward Consumer Rebuttal to Business |
|---|---|---|---|
| 08/08/2011 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 08/09/2011 | RLM | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 08/09/2011 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 08/09/2011 | Otto | MAIL | Inform Business - Case Closed UNRESOLVED |
| 08/09/2011 | Otto | BBB | Case Closed UNRESOLVED |
| 08/10/2011 | RLM | BBB | ReOpen the Complaint |
| 08/10/2011 | RLM | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : This client did receive his full |

refund Via Amex.  We called the client to confirm.
             This case should be closed and resolved

| 08/10/2011 | RLM | EMAIL | Send Business' Rebuttal Response to Consumer |
|---|---|---|---|

# PX 4-1

WPBBB-000086

| 08/11/2011 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |
| 08/12/2011 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
| 08/12/2011 | OttO | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000087

**COMPLAINT ACTIVITY REPORT**  Case # 90115005  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Grossklaus, Grace | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | ▓▓▓▓▓▓ | 10258 S. US Hwy. 1 |
| | Wheaton, IL ▓▓▓ | Port Saint Lucie, FL  34952-5615 |
| | - - | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
Salesperson stated debt to be reduced. Requested credit card for service, however indicated the card would not be charged until my paperwork was received in the office. Also I had three days to cancel. I called the next day, attempted to cancel, however card was already charged.

**Consumer's Desired Resolution:**
Want my credit card refunded.

| | | | |
| --- | --- | --- | --- |
| 08/24/2011 | web | BBB | Case Received by BBB |
| 08/24/2011 | SLR | BBB | Case Reviewed by BBB |
| 08/24/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/24/2011 | Otto | MAIL | Notify Business of Dispute |
| 09/12/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Client did in-fact sign up for our services on |

8/23/11 and clearly authorized the fee of $1295.00 to be taken from her Chase card ending in ▓▓▓▓. Client had called in on 8/24/11 and spoke with a representative and said she was going to look over the paperwork and send it in. We spoke with the client again on 8/29/11, where at that point she stated she was not interested in the services and disconnected the call. We made another attempt to contact her to advised we would be refunding her credit card but to no avail. We received the BBB complaint on 8/30/11. This client has been refunded in full back to the Chase account ending in ▓▓▓ in the amount of $1295.00. This should close the BBB inquiry as resolved.

| | | | |
| --- | --- | --- | --- |
| 09/14/2011 | SLR | EMAIL | Forward Business response to Consumer |
| 09/16/2011 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

The company never made any attempt to contact me. I was always had to F/U with them. My credit card has been refunded , and that is all I wanted from the very beginning, and I had to jump through hoops to get that to happen.  In addition on 8-24 when I called to cancel I never said I was going to look over the paperwork and send in. I wanted out immediately. The originals sales man when I called to cancel did not tell me I had to return the paper work with cancel on the form. I had to make a second phone call speak to someone else and was informed then to fax the form back. Once I fax the form back, I had to F/U to make sure my card was credited, I never received a call from the company, false statement. Bottom line I did ultimately get refunded, but the company has made several false statements in their response to you, and when communicating with me.

| | | | |
| --- | --- | --- | --- |
| 09/19/2011 | SLR | MAIL | Forward Consumer Rebuttal to Business |
| 10/03/2011 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 10/03/2011 | | BBB | MORE INFO RECEIVED FROM THE BUSINESS : We believe our notes to be |

accurate as to the time line of events.  Ultimately this customer did receive a full refund as stated in her response. Either way this complaint should be closed as resolved as the customer did in fact receive a full refund

| | | | |
| --- | --- | --- | --- |
| 10/04/2011 | JJS | BBB | Received Business' Rebuttal Response |
| 10/04/2011 | JJS | EMAIL | Send Business' Rebuttal Response to Consumer |
| 10/07/2011 | SLR | BBB | Bureau Judged Case AJR |
| 10/07/2011 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 10/07/2011 | Otto | MAIL | Inform Business - Case ADMINISTRATIVELY CLOSED |
| 10/07/2011 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |

# PX 4-1

WPBBB-000088

---

**COMPLAINT ACTIVITY REPORT**  Case # 90153451 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Henry, Brenda | **Business Info:** A+ Financial Center, LLC |
| | | 10258 S. US Hwy. 1 |
| | Bolingbrook, IL | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

---

**Location Involved:**  (Same as above)

**Consumer's Original Complaint** :
These people sound so convincing I received a call from them on April 20th 2012 they gave me a conf.# AFC19230 I talked to a man named Frank and they got $895.00 from one of my credit chase credit cards,  On May 31, a man named Bryan called & he got more information from me my birthday date, mother's maiden name & my husband's name,  I can't even begin to tell you have devastated I am because in my gut I knew I shouldn't have given any of this information. My husband doesn't know what I've done they told me that they could reduced all of my credit cards interest. I don't know what to do.  Please HELP.  Thank you. I tried to call and cancel this today but no one answered the phone #1-800-320-0889 I hope it's not to late to stop them. Please,  Please, Please, Please Help me. Thanking you In Advance

**Consumer's Desired Resolution:**
I would like to have ALL of my information blocked from these people and from anyone else that they have scammed, I pray that it is not to late to stop them before they destroy my families life.

| 06/01/2012 | **web** | **BBB** | Case Received by BBB |
| 06/04/2012 | **SLR** | **BBB** | Case Reviewed by BBB |
| 06/04/2012 | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| 06/04/2012 | **Otto** | **MAIL** | Notify Business of Dispute |

**PX 4-1**

**WPBBB-000089**

**COMPLAINT ACTIVITY REPORT**   Case # 90122121   **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:**   Horvath, Marilyn  ▮▮▮▮▮▮▮▮▮▮▮▮  TWINSBURG, OH ▮▮▮▮▮▮▮ | **Business Info:** A+ Financial Center, LLC  10258 S. US Hwy. 1  Port Saint Lucie, FL  34952-5615  877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
Complaint taken over phone by BBB Staff - IjCheryl McDonald filing complaint for her elderly mother. Card Services. Called her mother several times. Feels they high pressured her mother. Offer to lower her credit card interest rate. Company charged her card $895. Will not let her mother cancel.

**Consumer's Desired Resolution:**
 Cancel the charge. Stop calling.

| | | | |
|---|---|---|---|
| 10/17/2011 | web | BBB | Case Received by BBB |
| 10/20/2011 | MGB | BBB | Case Reviewed by BBB |
| 10/20/2011 | Otto | MAIL | Send Acknowledgement to Consumer |
| 10/20/2011 | Otto | MAIL | Notify Business of Dispute |
| 11/11/2011 | OttO | BBB | No response to first notice to business |
| 11/11/2011 | OttO | MAIL | Reminder of Dispute to Business |
| 11/11/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Ms. Horvath's daughter wrote this complaint. |

Ms Horvath's daughter is not a customer of our company.  We did speak with Ms. Horvath on several occasions as well as today 11/11/11.  Ms. Horvath is keeping our services and we are completing all of the work on her file.  Ms. Horvath is happy with our work and the communication with our company.  Ms Horvath's daughter is not her Power of Attorney and has no legal ground to request Ms. Horvath's cancellation.  Should Ms Horvath decide to cancel we will address that issue at the proper time.                Due to the fact the complainant is not a customer this complaint should not be counted against our company.

| | | | |
|---|---|---|---|
| 11/14/2011 | SLR | MAIL | Forward Business response to Consumer |
| 11/14/2011 | SLR | BBB | Out of Purview- Filed by 3rd Party |
| 11/14/2011 | Otto | MAIL | Out of Purview-Filed by 3rd Party- Inform Consumer |
| 11/14/2011 | Otto | MAIL | Out of Purview-Filed by 3rd Party- Inform Business |
| 11/14/2011 | Otto | BBB | Case Closed - OUT OF PURVIEW |

# PX 4-1

WPBBB-000090

**COMPLAINT ACTIVITY REPORT**  Case # 90095860  BBB of Southeast Florida & the Caribbean

| **Consumer Info:** | Hulmes, Lisa | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | Lake Grove, NY | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
On 1/24/11,Paul Bennett contacted my husband who
just returned from the hospital after suffering a
heart attack. With his high pressure sales,convinced
him to purchase A+ Financial service. My confused
husband was then asked for a credit card. My Sears
Mastercard was then billed for $695.00.Confirm#AFC
11279. I am the only authorized signer and person
on that card. I immediately called A+ to resolve
and refund my $695.00 only to be put on endless
hold. After several calls and rude customer service
I finally spoke to Mr.Paul Bennett, (don't think that's his real name)he states, this has never happened before, so his
manager would have to return my call to refund my monies. After several days of endless hold by a girl named Desiree'
I waited for a phone call that never came. Not
from Mr. Bennett, Customer Service, nor Management. Instead my husband, received a booklet
in the mail for his signature authorization for
payment on my M.C. card. (Not authorized user or
signer). I read all contents looking for a refund
disclosure that I can follow to resolve this matter, there is none contained in this booklet.
I have not or do I wish to use this service.
Please help, $695.00 is a hardship to Seniors
who must watch every penny to live.....

Thank you for your help,
Lisa Hulmes

**Consumer's Desired Resolution:**
A refund to my Mastercard that was paid on 1/28/11.Salesperson-ask for the cardholder to confirm yoursale. (they should
know this, there a financial service)??? This was suppose to save hundreds to thousands/instead cost me hundreds-
$695.00.(falseadvertising and sales tactics).Poor and rude customer service.

| 04/12/2011 | web | BBB | Case Received by BBB |
| --- | --- | --- | --- |
| 04/14/2011 | STC | BBB | Case Reviewed by BBB - Member |
| 04/14/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 04/14/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 05/09/2011 | OttO | BBB | No response to first notice to member |
| 05/09/2011 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 05/13/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr Hulmes did in fact sign up for our services |

on 01/24/2011.  He was asked if he was authorized to use the account.  On the recorded contract Mr. Hulmes said nothing
of using his wife's card without her permission.
            After learning of the incident we refunded Ms Hulmes in full on 04/22/2011 and the refund should
have already posted to her account.

| 05/16/2011 | RLM | EMAIL | Forward Business response to Consumer |
| --- | --- | --- | --- |
| 05/19/2011 | RLM | BBB | MORE INFO RECEIVED FROM THE CONSUMER : (The consumer indicated |

he/she DID NOT accept the response from the business.)
                    Yes, I explained, my husband did indeed sign up
                    for your services not quite understanding what
                    he was doing. As I explained to Mr. Bennett he was
                    just released from the hospital after having a
                    heart attack/Surgery.
                    I waited for A+ to return my calls and refund my Mastercard with no response.
                    It wasn't until, I contacted the BBB on 4/14/11,
                    that I was left a message on my answering machine
                    from A+ Financial that my MasterCard was being
                    refunded, and it should post by 4/22/11.
                    (FINALLY A RESPONSE)!!!!  IT ONLY TOOK 3 MONTHS.....
                    Thank you BBB, it took you only 8 days to get

# PX 4-1

WPBBB-000091

a response and refund......God Bless!

| 05/30/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 05/30/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 05/30/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000092

**COMPLAINT ACTIVITY REPORT**  Case # 90116781  **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Johnson Sale, Jan | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | Spokane, WA | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
Paul Bennit from A plus financial centers have obtained my credit card information stating that they would assist me in debt relief, I called them and said I did not need a debt relief after reviewing their papers, which I still have, Paul Bennit said that isn't the purpose of their business which is different than the papers that they sent me. I have filed a police report and want to press charged for senior abuse.

**Consumer's Desired Resolution:**
For them to be prosecuted

| | | | |
| --- | --- | --- | --- |
| 09/07/2011 | web | BBB | Case Received by BBB |
| 09/12/2011 | SLR | BBB | Case Reviewed by BBB |
| 09/12/2011 | Otto | MAIL | Send Acknowledgement to Consumer |
| 09/12/2011 | Otto | MAIL | Notify Business of Dispute |
| 10/03/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client was refunded in full on 09/07/2011 |

the same day she called us to request the cancel.  We are not a Debt Releif Company.  The BBB has already reviewed our documents to prove this.  This client simply changed their mind after signing up for our services and was refunded in full prior to us receiving any complaint from the BBB or any other agency.  This should close the file.  This complaint should not count as a complaint due to the fact it was handled in house prior to the BBB receiving anything from this customer.

| | | | |
| --- | --- | --- | --- |
| 10/04/2011 | JJS | MAIL | Forward Business response to Consumer |
| 10/17/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/17/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 10/17/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000093

**COMPLAINT ACTIVITY REPORT**   Case # 90131717   **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:**   Kanatake, Satoshi<br><br>Leonia, NJ | **Business Info:** A+ Financial Center, LLC<br>10258 S. US Hwy. 1<br>Port Saint Lucie, FL 34952-5615<br>877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
RE: Account #:AFC14630
It has come to my attention that you engaged in some inappropriate conduct when you negotiated with the creditor in my behalf in October 2011. Days after you spoke to Bank of America in an attempt to reduce my credit card payment, personnel at BOA called me to tell me that the action you took to reduce my payment was incomplete and therefore invalid. In addition, he told me you totally assumed my name using the identity of mine and made him believe it was ME when you called BOA. The personnel was shocked to have learned that it was not actually me and told me that a payment reduction request was absolutely free if I call them myself. The fact of the matter is I actually had to go over the entire procedure with the personnel to complete the payment reduction request. Furthermore, I did not authorize you to become ME. He convinced me that such business practice of yours is illegal and should be reported as identity theft.

**Consumer's Desired Resolution:**
At this time I demand you prompt refund of $1,250.00 that you charged to my Bank of America credit cards. Your service provided ineffective and was construed as a fraudulent activity. If I don't see the credit from you within 10 days from the date of this letter, I'll have no choice but to pursue this matter through the Better Business bureau and the police.

| | | | |
|---|---|---|---|
| 12/29/2011 | JBM | BBB | Case Received by BBB |
| 12/29/2011 | JBM | BBB | Case Reviewed by BBB |
| 12/29/2011 | Otto | MAIL | Send Acknowledgement to Consumer |
| 12/29/2011 | Otto | MAIL | Notify Business of Dispute |
| 01/19/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Customer signed up with our company on |

8/24/11 and paid a fee of $1295.00.  We completed work on his file on 10/6/11. We have completed work for this client and our guarantee to him.  We received a letter from client requesting a refund.  We have already refunded him $800.  Client then sent another letter requesting the remaining $495 to be refunded as he did not agree with our practices.  It has been verified that at no point of in time has our company fraudulently contacted the bank in regards to this client, however due to the fact the customer is upset and has filed a complaint with the BBB, we have agreed to refund the additional $495 to maintain our good standing with the BBB.  Client is trying to attain our services for free. Client stated as long as he receives his money he is satisfied.  Check will be mailed to client today.  This should close the complaint as the client has been refunded in full.

| | | | |
|---|---|---|---|
| 01/19/2012 | JJS | MAIL | Forward Business response to Consumer |
| 01/31/2012 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 01/31/2012 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 01/31/2012 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 02/22/2012 | SLR | BBB | ReOpen the Complaint |
| 02/22/2012 | SLR | BBB | DISPUTE RESOLVED- WITH LETTER : See Attached |
| 02/22/2012 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 02/22/2012 | Otto | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000094

February 16, 2012

BBB of Southeast Florida & the Caribbean

████████████████████

West Palm Beach, FL ██████

Attn. Customer Service Department

Case #90131717: A+ Financial Centers, LLC

Dear Sirs:

Case closed.  Please be advised that A+ Financial Centers LLC has refunded to me in full.  As per my complaints, Ms. Crystal Anderson at A+ Financial handled this matter in a satisfactory manner.

In her correspondence to your organization, she claims that I was trying to **steal** their services for free.  I must resent contending that this service would have been absolutely **free** if initiated by me in the first place.  Since the application was not initiated by me, their attempt effectively failed leaving the bank procedure incomplete. This kind of services should not be operated by such an independent entity that first approached me with "a courtesy call", charging me **the highest possible "fee"** to max out my credit cards as well as totally assuming my identity.

Thank you very much for having paid an immediate attention to this matter.

Very truly yours,

Satoshi Kanatake

c.c. Crystal Anderson – A+ Financial Centers LLC

**PX 4-1**                                                    WPBBB-000095



**BBB of Southeast Florida & the Caribbean**
4411 Beacon Circle Ste 4
West Palm Beach, FL. 33407
Tel: (561) 842-1918    Fax: (561) 845-7234

January 20, 2012

Satoshi Kanatake

Leonia, NJ

RE: Case # 90131717: A+ Financial Center, LLC

BBB has received a response from the business regarding your complaint. Please review their response to your original complaint and advise us of your position in the matter by **January 30, 2012** .

The details of the complaint (including the business' response) are included on the reverse, attached or have been forwarded to you by the business. Please be sure to indicate whether the company's response is satisfactory or not within ten (10) days.

If BBB does not receive a response, your complaint will close as Assumed Satisfied.

We encourage you to use our ONLINE COMPLAINT system to respond this complaint. The following URL (website address) will take you directly to this complaint. You will be able enter your response directly on our website:

**http://seflorida.app.bbb.org/complaint/view/90131717/c/97443y**

If you are unable to respond using the internet, then please respond in writing to the address above.

Sincerely,

Customer Service Department

**PX 4-1**

WPBBB-000096



BBB of South Florida & the Caribbean
4411 Beacon Circle Suite 4
West Palm Beach
FL 33407

Customer Service Dept.

33407537278

Leonia, NJ

WPBBB-000097

**COMPLAINT ACTIVITY REPORT**  Case # 90141245  **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**      Kettner, Emily Jane

Creve Coeur, MO

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**      (Same as above)

**Consumer's Original Complaint :**
A+ Financial Co. contacted me March 2,2012 PM with promises to lower interest rates on credit cards, instantly charged cc for $695.00. When I called back Mar 5, 2012 and tried to speak with Andrew Bresland X251, who had once been my ""best friend" on initial call said he could not help with recovering my $695.00 rudely and all the time talking over me, said he could not help me with my refund, that wasn't his dpt. and hung-up.!I called A+ back, Elizabeth at phones said someone would call back within 48 business hr. The MO. and Fl. BBB gave them a C rating with 42 complaints reported within last 36 months No one except cc companies can negotiate interest rates with card holder. I want my money returned as I have not received services from A+ ( really a "C" co.

**Consumer's Desired Resolution:**
Desired Settlement ID: Refund$695.00 taken from my credit card with no services received and $695.00 returned

| | | | |
|---|---|---|---|
| 03/05/2012 | web | BBB | Case Received by BBB |
| 03/06/2012 | SLR | BBB | Case Reviewed by BBB |
| 03/06/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 03/06/2012 | Otto | MAIL | Notify Business of Dispute |
| 03/27/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client was refunded in full on |

03/05/2012.  The $695.00 was refunded back to her credit card ending in 8774.  This refund was completed prior to receiving the complaint from the BBB.  This customers concerns were closed prior to the BBB's involvement and should not be counted as a complaint resolved with BBB assistance.

| | | | |
|---|---|---|---|
| 03/28/2012 | SLR | EMAIL | Forward Business response to Consumer |
| 03/30/2012 | SLR | BBB | Dispute RESOLVED- w/o Letter |
| 03/30/2012 | Otto | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000098

**COMPLAINT ACTIVITY REPORT**   Case # 90097603   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Koteras, David | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Oklahoma City, OK | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint :**
I was contacted by an A + Financial representative
for the purpose of an evaluation and analysis of my credit card debit and credit profile to reduce the projection of my overall
interest paid on debts.  Even though I was very reluctant to use a company to help me reduce my interest debts, I agreed
to A + Financial Center sending a Service Agreement for myself to evaluate and think about their proposal. They were
extremely adamant about recording the entire phone conversation.
I know at one point I agreed to an authorization to charge $395.00 on my Visa card.  They offer a full refund within the first
year of the program if I do not see a minimum of $800.00 savings in interest.  I also know during the phone recording I said
to send me the package so I could further review the proposal and gather more information on their company profile.  If I
decided not to use their services the $395.00 would be credited back to my account.  After receiving the service agreement
I decided not to use their services. I have the service agreement in front of me as I am submitting this complaint. The
agreement clearly states:

As a valued client you have the responsibility and agree to:

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within 30 days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the
use of its services.
I have not signed the agreement or plan to use their services.  When I contacted a representative of the company they
refuse to credit my account.  They said it does not work that way, and that I have to use their services.  They will only
refund my money if there is less than $800.00 in savings in interest during first year.  They have not provided me with any
service, except to mail a service agreement and a two page brochure. I also found that this company was Flagged by the
Government.

**Consumer's Desired Resolution:**
All that i am seeking is to have the $395.00 credited back to my VISA account.  I wish not to use their services.

| 04/25/2011 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 04/25/2011 | STC | BBB | Case Reviewed by BBB - Member |
| 04/25/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 04/25/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 05/16/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This customer did sign up for our services on |

03/18/2011. After reading the notes in our internal system it appears we had contact with the customer on 04/22/2011
and the client was concerned because the BBB was experimenting around with the new system abd the BBB had an alert in
red at the top which has since been removed from our BBB page. We were under the impression he was moving forward
with the program.

After receiving this com plaint we have refunded the client in full today 05/16/2011 and the funds
should post back to his account in the next 48 hours.  We will call the client to inform him of the full refund as well.

| 05/18/2011 | RLM | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 05/19/2011 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

| 05/20/2011 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
|---|---|---|---|
| 05/20/2011 | OttO | BBB | Case Closed RESOLVED |

# PX 4-1

**WPBBB-000099**

**COMPLAINT ACTIVITY REPORT**  Case # 90102963 **BBB of Southeast Florida & the Caribbean**

| | | |
|---|---|---|
| **Consumer Info:** | Lawrence, Janet | **Business Info:** A+ Financial Center, LLC |
| | Anson, TX ▮▮▮▮ - | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :
See Complaint Doc's.

**Consumer's Desired Resolution:**
See Complaint Doc's.

| | | | |
|---|---|---|---|
| 06/03/2011 | SLR | BBB | Case Received by BBB |
| 06/03/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 06/03/2011 | Otto | MAIL | Send Acknowledgement to Consumer - Member |
| 06/03/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/24/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This complaint came over with no information |

attached.  All it states is "See complaint Docs" but nothing else was attached
          This client did infact sign up for our services on 03/10/2011.  We sent out a package that was
delivered and left 4 messages for the client to call us back.  We then sent out a no communication letter.
          We finally did make contact on 05/03/2011 and we were under the impression the client was
going to stay on board.  We then received this complaint and are assuming the client is requesting a refund.
          We have issued a full refund of $895.00 back to the chase account on 06/22/2011.  The refund
can take up to 72 business hours to post back to her account.  This should close the file in full.

| | | | |
|---|---|---|---|
| 06/24/2011 | RLM | MAIL | Forward Business response to Consumer |
| 07/08/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 07/08/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 07/08/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000100

**BETTER BUSINESS BUREAU**

# CUSTOMER COMPLAINT

## IMPORTANT! COMPLETE ALL 4 SECTIONS - WRITE FIRMLY

**1**

| DATE PROBLEM OCCURRED | DATE(S) YOU COMPLAINED TO CO. | TO WHOM | PROD. OR SERVICE INVOLVED |
|---|---|---|---|
| 3-10-11 | Sac Day | Jason Page | A+ Financial Cen |

| BRAND NAME OR MFG. | MODEL NAME OR NO. | DATE PURCHASED | ORDER, CONTRACT, ACCT. OR POLICY NO. |
|---|---|---|---|
| | | | |

| AMOUNT INVOLVED $ | NAME OF SALESPERSON | IF ADVERTISING INVOLVED, WHERE/WHEN |
|---|---|---|
| $895.00 | Jason Page | |

**2**

| COMPANY PHONE NO. | CUSTOMER HOME PHONE NO. | CUSTOMER WORK... |
|---|---|---|
| 1-877-749-2626 | | |

COMPANY • NAME • ADDRESS • CITY • STATE • ZIP

A+ Financial Centers, LLC
10258 South US Hwy 1
Port Saint Lucie, Fl. 34952

CUSTOMER • NAME • ADD...

Janet Lawson
—Anson, Texas

**3 WHAT IS YOUR COMPLAINT?** (Also be sure to enclose photocopies of contracts, receipts, cancelled checks or other relevant documents):

This Jason Page contacted me to reduce & consolidate my credit cards. I did not realize they would close those accounts & open a new one. They did not close the accounts because I thought about it when I got off the phone & talked to both credit card companies. Charged my visa within 10 min. Of talking to him I told him not to charge the account let me think about it for 30 min. He did not do this. Enclosed is letter He sent & I called to put in place the refund. This has not happened. as of 5-17-11.

**4 What settlement would you consider fair?** Would like full amount

| Your Signature: | Date: |
|---|---|
| | |

## ATTENTION CUSTOMER - DO NOT WRITE BELOW THIS LINE

TO THE COMPANY

WPBBB-000101



**10258 South US Hwy 1**
**Port Saint Lucie, FL 34952**
**Toll Free: 877-748-2626**
**Fax: 772-336-8437**
**save@aplusfinancialcenters.com**

April 21, 2011

*Via: United States Postal Service*

Janet Lawrence
████████████
Anson, TX ██████

RE: ACCT # AFC 12152

Dear Janet Lawrence,

    We have made several attempts to contact you on the phone number(s) listed on your file. It is imperative we speak with your regarding the refund procedure. Please contact us as soon as possible at (877)748-2626 so we may finalize your request. We appreciate your time and understanding!

A + Financial Centers, LLC
10258 South US Hwy 1
Port St Lucie, FL 34952

*tried to call Jason 5-17-11*
*no answer 4:30 pm*

*no answer 5-18-11*
*tried to call Jason 3:00 4:00*

*4 pm*
*5-3-11*
*approved refund*

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**  Case # 90143024  **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:** Marengo, Kristine | **Business Info:** A+ Financial Center, LLC |
| Port St Lucie, FL | 10258 S. US Hwy. 1 |
| | Port Saint Lucie, FL  34952-5615 |
| | 877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint :**
I was hired to work for the company on 2-23-12 I was let go on 2-24-12 because my private Daycare could not take my son, she had too many kids. So I went up there in person to explain what happened, Crystal was not in yet she is the manager I did explain my situation to them. They told me to call her at 11am I did, still she never returned  my phone calls. So, I called again I told her what happened it was not my fault, she said she had to let me go because if it happened once it would happen again. I'm a single mom looking for a job and she let me go over Daycare she was very Druid..I think that was unfair and its discrimination they are a crooked company they act like someone's grandmother or grandson to get the banks to give them 0% on there credit cards so the company can make money and Crystal said she don't care if your sick or deathly sick, you better still be at work or she will let you go she all about making money she don't care about her employees very unprofessional.

**Consumer's Desired Resolution:**
 Not to deal with this company

| | | | |
|---|---|---|---|
| 03/18/2012 | web | BBB | Case Received by BBB |
| 03/21/2012 | SLR | BBB | Out of purview- refer to Labor Bureau |
| 03/21/2012 | Otto | MAIL | Send Labor Bureau referral to Consumer |
| 03/21/2012 | Otto | BBB | Case Closed - OUT OF PURVIEW |

# PX 4-1

WPBBB-000103

**COMPLAINT ACTIVITY REPORT**  Case # 90147386  **BBB of Southeast Florida & the Caribbean**

| | | |
|---|---|---|
| **Consumer Info:** | Mullins, Louise<br><br>Hanover, MA | **Business Info:** A+ Financial Center, LLC<br>10258 S. US Hwy. 1<br>Port Saint Lucie, FL  34952-5615<br>877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
I am filing this complaint on behalf of my 79 year old mother. She looked to this company for help through their mail advertisement. They send a package she did not sign it, she changed her mind. But on the phone verbally she agreed to the help not realizing the circumstances and they went ahead and automatically took their 500 fee out of her charge account that is already through the roof. She now wants to file bankruptcy. Then a Manager called her on 4/17/2012 at 6:31 PM and very nastily said to her to go ahead and cancel and write VOID across the package and mail it back and that there were no complaints about them to anyone, and FLA Atty General supports them..... but I see clearly in 3 year there were 45 COMPLAINTS filed with you, and online under reviews the complaints are certainly there. He treated my mother like a dog upsetting her further. They should shut down and lose their jobs.

**Consumer's Desired Resolution:**
She wants the $500 placed back into the account for the charge she was to try to resolve. She has to wait now until another statement comes in the mail. He also concluded the conversation stating: "I'll let your lenders know you want the fees as they are, and you happy with that" I want a written letter of apology made to her and the company needs to be way more accurate on their procedures before they go taking their fees from people SO QUICKLY before performing any work.

| | | | |
|---|---|---|---|
| 04/18/2012 | web | BBB | Case Received by BBB |
| 04/20/2012 | SLR | BBB | Case Reviewed by BBB |
| 04/20/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/20/2012 | Otto | MAIL | Notify Business of Dispute |
| 05/14/2012 | OttO | BBB | No response to first notice to business |
| 05/14/2012 | OttO | MAIL | Reminder of Dispute to Business |
| 05/14/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This complaint is NOT from the customer and should not be counted as a complaint against our company as this is clearly a third party.  However, the client in question was Angela Mullins (not listed in the complaint) and was refunded in full on 04/24/2012.  This was completed prior to us receiving notice from the BBB offices. |
| 05/14/2012 | SLR | EMAIL | Forward Business response to Consumer |
| 05/15/2012 | SLR | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : I do not at all condone their actions and taking their fee, verbally taking advantage of an elderly person. They took their sweet time responding back and refunded her payment by check two weeks later, but they took it out of her account in 10 seconds. Who the heck are these people and why are they in business??? |
| 05/15/2012 | SLR | MAIL | Forward Consumer Rebuttal to Business |
| 05/15/2012 | SLR | BBB | Bureau Judged Case AJR |
| 05/15/2012 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 05/15/2012 | Otto | MAIL | Inform Business - Case ADMINISTRATIVELY CLOSED |
| 05/15/2012 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |

**PX 4-1**

WPBBB-000104

**COMPLAINT ACTIVITY REPORT**   Case # 90152395   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Pack, Gilbert ████████ | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Silver Spring , MD ██████ | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**       (Same as above)

**Consumer's Original Complaint** :
See Attached

**Consumer's Desired Resolution:**
Full Refund $599.00

| | | | |
|---|---|---|---|
| 05/24/2012 | SLR | BBB | Case Received by BBB |
| 05/24/2012 | SLR | BBB | Case Reviewed by BBB |
| 05/24/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/24/2012 | Otto | MAIL | Notify Business of Dispute |

**PX 4-1**

PLEASE PRINT

# BBB CUSTOMER COMPLAINT

BETTER BUSINESS BUREAU

SERVING S E FLORIDA and the CARIBBEAN
BBB Start With Trust

## IMPORTANT! COMPLETE ALL 4 SECTIONS

**1**
DATE PROBLEM OCCURRED: 7 Feb 12
DATE(S) YOU COMPLAINED TO CO.: Feb. - May 12
ORDER, CONTRACT, ACCT. OR POLICY: AFC 17390
PRODUCT OR SERVICE INVOLVED: Dept Elimination Plan

AMOUNT INVOLVED $ 599.00
MODEL NAME OR NO.:
IF ADVERTISED WHERE/WHEN: Telephonic Dec/Jan 12
DATE PURCHASED: 7 Feb 12

**2**
COMPANY PHONE NUMBER: (877) 748-2026
CUSTOMER DAYTIME PHONE: [redacted]
CUSTOMER EMAIL ADDRESS:

COMPANY NAME, ADDRESS, CITY, STATE, ZIP
A+ Financial Centers, LLC
10258 S. U.S. highway
Port ST. Lucie, FL 34952

CUSTOMER NAME, ADDRESS, CITY, STATE, ZIP
Gilbert Pack
[redacted]
Silver Spring, MD [redacted]

**3** WHAT IS YOUR COMPLAINT?

In Dec./Jan. I was contacted by phone by a representative from A+ finance. The representative told me they could bring the interest rates down to around 3% on my credit cards(4) He also told me I could continue to use the cards and that it would not effect my credit history. I was told that I would have to fill out and sign and return papers in the mail. I was told it would be a $599. Once the company receive the papers and charge my credit card. I was contacted be a different representative who gave me different quote that I agree upon. I disagreed irequested to talk with the first representative or manager. I contacted their legal department with my concerns of the representatives changing the quote and terms. The legal representative said that she would review the phone conversations and contact me in 14 days. She also stated that my cards could be charge for legal fees. This was at the end of March. I've attempted to contact the legal representative and left messages with the secretary (requested copy of signed agreement and did not recieve it.

**4** ☐ NO SETTLEMENT DESIRED, FOR BBB INFORMATION
☐ SETTLEMENT DESIRED (PLEASE DESCRIBE BELOW WHAT YOU FEEL WOULD BE A FAIR SETTLEMENT)

I want a full refund, I do not want to be charged or assest any fees to include legal fees. As soon as they change/gave me different quote and terms I disagreed and everything should have stop there in Feb. You can't say you'll provide a service and then change it. That's fraud.

YOUR SIGNATURE: Gilbert Pack
DATE: Feb/May 12

### ATTENTION CUSTOMER - DO NOT WRITE BELOW THIS LINE

**TO THE COMPANY:** AS A CONVENIENCE YOU MAY USE THIS FORM TO NOTIFY THE BBB OF YOUR POSITION OR ACTION TAKEN WITH REGARD TO YOUR CUSTOMER'S COMPLAINT.

☐ ACTION HAS BEEN TAKEN _____ DATE
☐ ACTION WILL BE TAKEN _____ DATE
☐ OTHER (see below)

RESPONSE TO CONSUMER

SIGNATURE _____ TITLE _____ DATE _____

**Better Business Bureau**
4411 Beacon Circle Ste 4
West Palm Beach, FL 33407
561 842 1918
FAX 561 845 7234
www.bbb.org

PX 4-1

WPBBB-000106



2520202589

YOUR REQUESTED COMPLAINT FORM

TO: Gilbert Pack

Silverspring, MD



$ 00.45⁰
MAILED FROM ZIP CODE 33407
0002098698
02 1P
UNITED STATES POSTAGE

**BBB**
**BETTER BUSINESS BUREAU**
**4411 Beacon Circle Ste. 4**
**West Palm Bch. FL 33407**

## PLEASE READ BEFORE FILLING
### OUT THIS FORM

***Before You Begin:*** Make a sincere effort to settle your complaint with the company by contacting someone in management.

***When:*** Be brief and to the point as you complete this form, however, list the important details so we know exactly what the problem is. Attach copies of relative documents only if they are necessary. Information to process the complaint. Documents and photographs will not be returned. Complaints can also be filed from our website www.bbb.org

***We Are Unable to Process Complaints Involving:***

- Government Agencies
- Employment Practices
- Discrimination
- Landlord/Tenant Disputes
- Situations Involving Professional Malpractice or Criminal Activity.
- The Price Charged for Goods or Services (unless they involve misrepresentation)
- The BBB Does Not Collect Debts or Elicit Punitive Damages.
- In General the BBB does not handle cases already involved in litigation.

***The Complaint Process:*** We will notify you when we send your complaint to the company, and we will notify you of its response. The entire complaint process can take up to 30 working days from the time it is entered.

***In Order to Process Your Complaint, We MUST Have:*** Your complete name and address and the complete name and address of the company. After you complete the form, refold it with the BBB's address to the front, attach proper postage, and mail it back to us.

The BBB does not take sides in a dispute. The BBB works to facilitate communication between the company and the consumer, to help both sides come to a satisfactory resolution to the complaint.

The BBB does not release any private information to parties not involved in the complaint process. For a complete Privacy Statement visit our website at **www.bbb.org**

Gilbert Pack

Silver Spring MD

CAPITAL DISTRICT 200 2

17 MAY 2012 PM 11



## BETTER BUSINESS BUREAU
## 4411 Beacon Circle Ste. 4
## West Palm Beach FL, 33407

RECEIVED
MAY 2 1 2012

**BBB** Start With Trust™  PX 4-1

33407327804

WPBBB-000107