**COMPLAINT ACTIVITY REPORT**  Case # 90098384  **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**    Ratliff, Dana

                      ▉▉▉▉▉▉

                      Gays, IL ▉▉▉▉▉

                          -    -

**Business Info:** A+ Financial Center, LLC
                   10258 S. US Hwy. 1
                   Port Saint Lucie, FL  34952-5615
                   877 748-2626

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :
I have been trying to get my refund of $395 put back onto my credit card now for almost 2 months.  For a company that is suppose to be helping people with financial issues I don't understand why they are creating problems. I have to pay interest on the $395 until its refunded. Maybe this is their round about way of punishment for deciding not to use them. I had changed my mind after talking to my husband about using this service and have called and cancelled the service and requested them to refund my Sams club discover card. They have at least 3 times now told me that they will refund the money.  The only thing I can figure is that maybe they think that some consumers are stupid and don't follow up.  My next follow up is going to be with my attorney.  I'm sorry I don't have exact dates.  I believe I signed up in March.  Joseph Ryan at 1-877-748-2626 ext, 222 is they person i talked to.  My customer # is AFC12121.  I paid for the service with my Sams Club discover card.

**Consumer's Desired Resolution:**
I want $395 put back onto my Sams Club Discover card which they have the acct # for.  I will take the interest, and trouble of having to deal with them at a loss.

| | | | |
|---|---|---|---|
| 04/29/2011 | web | BBB | Case Received by BBB |
| 05/04/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 05/04/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 05/04/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 05/26/2011 | OttO | BBB | No response to first notice to member |
| 05/26/2011 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 05/31/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : The client did in fact sign up for our services |

and called back on 04/28.  They stated they were thinking of paying off their debt with their 401k.  They were going to call us back and let us know if they still needed their services.  They never called back.  We left 2 voicemails for the client to return our call.

Now that we have received this complaint the client has been refunded in full back to the original card.  The refund should post in 48-72 hours.  This should close the complaint.

| | | | |
|---|---|---|---|
| 05/31/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 06/13/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 06/13/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 06/13/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000108

**COMPLAINT ACTIVITY REPORT**   Case # 90098520   **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:**   Reitz, Delores | **Business Info:** A+ Financial Center, LLC |
|   Slatington, PA | 10258 S. US Hwy. 1 |
| | Port Saint Lucie, FL  34952-5615 |
| | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint :**
Someone contacted me, back in August, 2010 regarding a way to lower my interest and pay my debts with debt consolidation.  I informed them to send me the information and I would have someone look over it.  They mailed me a Service Agreement along with a list of my credit card information to consolidate, for me to sign and return with the price that would be billed to my credit card shall I decide to proceed.  I still have the agreement as I decided not to go that route.  Came upon the charge on my credit card in January for $595.00, which is the price of the program.  There was a 30 day review window in which I emailed the company advising them I have decided not to go with this program and not to charge my card.  Unfortunately, they decided to charge my card a couple months later without receiving my signed authorization.  The A+ account number they gave me is AFC 11093.

**Consumer's Desired Resolution:**
I would like them to refund $595.00 back to my credit card.


| | | | |
|---|---|---|---|
| 05/02/2011 | web | BBB | Case Received by BBB |
| 05/04/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 05/04/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 05/04/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 05/26/2011 | OttO | BBB | No response to first notice to member |
| 05/26/2011 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 06/01/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client originally signed up for our service |

on 01/14/2011.  She sent in a letter requesting to cancel on 01/28/2011.

As soon as we received the letter Mr. Jason Page Chief Compliance Officer called the customer immediately and the customer said they would think about moving forward with our program.

We had not heard back from the client since until the BBB complaint came in.

The client never followed up with us as to what their intentions were.  Because the file is older then 4 months we can not refund the charges back to the credit card.

We sent out a check for the full amount of $595.00 on 05/31/2011 US Postal Service Priority mail.

Tracking # 420 18080 9405 5036 9930 0117 6349 20.  This customer has been refunded in full and should have their check by the end of this week.

| | | | |
|---|---|---|---|
| 06/01/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 06/13/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 06/13/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 06/13/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

**COMPLAINT ACTIVITY REPORT**  Case # 90120926  BBB of Southeast Florida & the Caribbean

| **Consumer Info:** | Revesz, Marianne | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Copley, OH | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL 34952-5615 |
| | | 877 748-2626 |

**Location Involved:**    (Same as above)

**Consumer's Original Complaint** :

**Consumer's Desired Resolution:**

| 10/07/2011 | JJS | BBB | Case Received by BBB |
|---|---|---|---|
| 10/13/2011 | JJS | BBB | CASE REVIEWED BY BBB : Please see attached.............. |
| 10/13/2011 | Otto | MAIL | Send Acknowledgement to Consumer |
| 10/13/2011 | Otto | MAIL | Notify Business of Dispute |
| 11/03/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This complaint says see attached but there |

are no documents attached to the written complaint or the online complaint.  We do not know what the customer's complaint is.  This

customer did sign up for our services on 09/19/2011.  Client called us on 10/04/2011 s=and stated she did not need our services.  The client was refunded in full on 10/06/2011 prior to her sending any complaint to the BBB and prior to us being notified of any complaint.  This complaint was resolved without any BBB help as she was refunded in full on 10/06/2011.  This should close the BBB's investigation into this matter.

| 11/07/2011 | SLR | MAIL | Forward Business response to Consumer |
|---|---|---|---|
| 11/20/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 11/20/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 11/20/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000110

From: MARIANNE Revesz
▮▮▮▮▮▮▮▮▮▮▮▮
Copley, OH. ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
Sept. 29, 2011

TO: Better Business Bureau,

Re: A+ Financial Centers, LLC
  10258 S. U.S. Highway I
  Port St Lucie, Fl. 34952
Phone # 877-748-2626

RECEIVED
OCT 03 2011
BETTER BUSINESS BUREAU

  I would like to put in a complaint
about the company above — A+ Financial.
They called me on Sept. 19, 2011, and
told me for a one time charge of $495.00,
they could call my Creditors & get my interest
rates decreased. I asked Rachel in the
verification dept. how they can do that,
and she said that they had contracts with
the Banks.
  So they were going to send me papers
to sign and to send back within 30 days.
I said okay.
  I received the papers on or around
the 23rd. The papers (which I sent to you)
didn't say they could help me, for sure,
but attempt to help me. I did not like

**PX 4-1**

WPBBB-000111

cont. from MARIANNE REVESZ

the way they sounded. I did not sign them nor, sent them back.

The next 2 days were Sat & Sun., so 1st thing Monday A.M, I called you — The BBB — and got an update on them, which wasn't the greatest.

Next I called A+ Financial, got their voice mail and told me to leave a message, and they would call me back. I told them I decided not to go with their program and to call me back. (3 days later, they still haven't called me back.)

Next on Monday - 9-26-11 - I called my HSBC (G.M card - mastercard) and they said " They already charged $495.00 to me.

So G.M is putting in a dispute against them on my behalf, but I have to wait 45 day, to give them a chance to respond.

How can they charge me, without getting the signed papers back?

Thank You,
Marianne Revesz



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

Dear: **Marianne Revesz**

Congratulations for taking the first step toward becoming debt free. In this fast paced and often chaotic day and age taking a moment to review our financial situations can seem impossible. But you have made the decision to join the thousands of other A+ Financial Centers customers in saving both time and money. Follow these simple instructions and get started saving money today.

1. The Elite Membership and Debt Profile is the most essential document in your entire portfolio, the information you provide for us will determine your total savings. If you're having a hard time verifying your balances and interest rates you can always call the phone numbers on the back of your credit cards, or for your loans call the number provided on your statement. Itemize your debts as thoroughly as you can. When deciding what your payment is you can use your check register to see what you paid toward the accounts last month. If you need additional space a second page is provided.
2. Next fill out the Client Questionnaire. This information is confidential and shared only with your financial advisor. It lets them understand more about your personal financial situation, your goals, and what your concerns are.
3. Once your Debt Profile has been filled out and signed, please send it to us without delay in the envelope provided, by fax, or via email along with the Client Questionnaire. The sooner we receive these documents the sooner your savings will start.

A+ Financial Centers has paved the road to financial freedom. Please keep important documents, your notes, guides, and your personal debt elimination schedule that you will receive from us (Please fill out and sign the Elite Membership and Debt Profile and send it back as soon as possible to expedite this process). Utilize these items to their full potential. You are not alone in this venture; A+ Financial Centers has professional advisors to assist in any way they can, to answer any and all of your financial questions; and concerns now and in the future. Do not hesitate to call 877-748-2626 in the US or Canada.

**PX 4-1**

WPBBB-000113



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## Service Agreement

The purpose of this Service Agreement is to outline the relationship between the individual, and A+ Financial Centers.

**In this mutual service agreement, A+ Financial Centers agrees to provide you with any or all of the following services:**

1. Our service package, known as "Your Financial Management Partner for Success"
2. Our written evaluation and analysis of your current debt and credit profile, through your timely submission of the personal and financial profile forms.
3. Our financial road map to include customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. We guarantee a minimum savings of at least $ 1,200.00 in interest and finance charges within the first year or the initial cost of the program will be 100% refunded.
5. Communicate and respond immediately to your inquires and submissions of personal financial information.
6. Honor your right to privacy, and protect your personal and financial information.
7. Accept your one time payment of $ 495.00 for our full and only charge for this service.
8. We do not negotiate principal balances or make settlement offers, we will attempt to negotiate on your behalf to reduce interest rates.

**As a valued client you have a responsibility and agree to:**

1. Accept and acknowledge this agreement by signing this service agreement.
2. Fully participate in the program.
3. Kindly return the package within thirty days from receiving it.
4. Understand and acknowledge that A+ Financial Centers does not make any warranty as the results of this program or the use of its services.

**Authorization to charge credit card:**

Name as it appears on card:  Marianne E. Revesz

Last Four of Credit Card Number:

Expiration Date: ███

Amount to be charged to your credit card: $ 495.00

Signature: _____   Date: _____

## PX 4-1

WPBBB-000114



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

# Client Questionnaire

So that we may better understand your current financial situation and future goals please complete this questionnaire as completely and accurately as possible.

1. Which of your debts concerns you the most? _____
2. Have you ever had a bankruptcy? ☐ Yes ☒ No
   a. If yes, when? _____
3. What is your current annual household income? $ _____
4. Do you own or rent your home? ☒ Own ☐ Rent
5. Do you pay more than the minimum payment on your credit card accounts? ☒ Yes ☐ No
   a. If yes which accounts and how much more?
      i. _____
      ii. _____
      iii. _____
      iv. _____
      v. _____
      vi. _____
      vii. _____
      viii. _____
      ix. _____
      x. _____
      xi. _____
6. What do you use your cards for most? ☒ Convenience ☒ Emergencies ☐ Medical ☐ Other
   a. If other please explain: _____
7. What is the best time of the day to reach you?

   ☐ 8AM to 11AM ☒ 11AM to 1PM ☒ 1PM to 4PM ☐ 4PM to 8PM ☒ 8PM to 10PM

8. Are there any alternative phone numbers such as a cell phone or a work phone?
   a. Type: _____ Number: _____
   b. Type: _____ Number: _____
   c. Type: _____ Number: _____
   d. Type: _____ Number: _____

## PX 4-1

WPBBB-000115



10258 S. US Hwy 1
Port Saint Lucie, FL 34952
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

## *Elite Membership*

A+ Account Number: AFC14971

Client: Marianne Revesz

████████████

Copley, OH ████████

As long as you make your payments on time and according to the schedule you will receive the benefits and significant savings accorded to you.  If for some reason, you cannot make a payment or you face a financial problem which necessitates putting more money on one of your cards, just call us and we will rework the numbers free of charge.  It does not matter if this happens once a year or five times in six months.  Whenever there is a change you can call us and we will reprint a payment schedule for you.  Again, free of charge.  That is how much we believe in this program and that is how much we want you to be satisfied with our service.  So, to get your savings started please fill out the debt profile below, sign and send it back in the envelope provided, by fax, or via email.

**Credit Card Debt:**

| Credit Card Bank Name | Credit Card Number | Interest Rate | Credit Limit | Balance | Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PX 4-1**

WPBBB-000116

**COMPLAINT ACTIVITY REPORT**  Case # 90117248  **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**   Robbins, Charles D

Blaine, WA

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
Mr Paul Bennet at A+ Financial Services, Port Saint Lucie Florida misrepresented to my wife Donna K. Robbins that they could get the banks to give us 0% interest on our credit card debt.  They got her to give them her credit card and charged her $895.00 before she had agreed to buy their product or had reviewed anything with me or sent anything to be signed.

They represented the company as having been in business for for years helping people when in fact they have 33 pending actions against them as A= Financial Services and many others as other corporate shells.

I phoned them and tried to get our money back.  They ridiculed me and with sexual innuendo and laughed at me.  They have been calling us for several weeks now, several times per week and represented themselves as being more credit worthy than the commercial banks.

This operation i purely fraud and they should be stopped. from bilking seniors who are on a fixed income out of their hard earned savings.

I have filed a complaint with the State of Washington Attorney General as well.

**Consumer's Desired Resolution:**
A complete refund of the $895.00 that they charged to my wife's Citi Ban Card.  They should be put out of business and are crooks.

| | | | |
|---|---|---|---|
| 09/10/2011 | web | BBB | Case Received by BBB |
| 09/14/2011 | SLR | BBB | Case Reviewed by BBB |
| 09/14/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 09/14/2011 | Otto | MAIL | Notify Business of Dispute |
| 10/06/2011 | OttO | BBB | No response to first notice to business |
| 10/06/2011 | OttO | MAIL | Reminder of Dispute to Business |
| 10/07/2011 | SLR | BBB | DISPUTE RESOLVED- WITH LETTER : A+Financial Center LLC has returned our |

money.  Thank you for your help. We appreciate your efforts in this matter.
                   Charles D Robbins

| | | | |
|---|---|---|---|
| 10/07/2011 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 10/07/2011 | Otto | BBB | Case Closed RESOLVED |
| 10/07/2011 | SLR | BBB | MORE INFO RECEIVED FROM THE BUSINESS : See Attached |

**PX 4-1**                    **WPBBB-000117**

03/27/2008  05:49  7723368437                    ACCELERATED                          PAGE  01/02

---

### BBB of Southeast Florida & the Caribbean

COMPLAINT ACTIVITY REPORT  Case # 90117248
**Consumer Info:** Robbins, Charles D                     **Business Info:**      A+ Financial Center, LLC
                                                                      10258 S. US Hwy. 1
          Blaine, WA                                                  Port Saint Lucie, FL 34952-5615
                                                                      877 748-2626

**Consumer's Original Complaint :**
Mr Paul Bennet at A+ Financial Services, Port Saint Lucie Florida misrepresented to my wife Donna K. Robbins that they could get the
banks to give us 0% interest on our credit card debt.  They got her to give them her credit card and charged her $895.00 before she
had agreed to buy their product or had reviewed anything with me or sent anything to be signed.

They represented the company as having been in business for for years helping people when in fact they have 33 pending actions
against them as A= Financial Services and many others as other corporate shells.

I phoned them and tried to get our money back.  They ridiculed me and with sexual innuendo and laughed at me.  They have been
calling us for several weeks now, several times per week and represented themselves as being more credit worthy than the
commercial banks.

This operation I purely fraud and they should be stopped. from bilking seniors who are on a fixed income out of their hard earned
savings.

I have filed a complaint with the State of Washington Attorney General as well.

**Consumer's Desired Resolution:**
A complete refund of the $895.00 that they charged to my wife's Citi Ban Card.  They should be put out of business and are crooks.

**BBB Processing**

| 09/10/2011 | web BBB | Case Received by BBB |
| 09/14/2011 | SLR BBB | Case Reviewed by BBB |
| 09/14/2011 | Otto EMAIL | Send Acknowledgement to Consumer |
| 09/14/2011 | Otto BBB | Notify Business of Dispute |

FileSize:0

*This client was refunded in full. Please
see attached letter from client. This file
should be remark and not count as a complaint
against our company.*

*Chris Mav*
*877 748 2626*

Received Time Oct. 5. 2011  7:34PM No. 4148 **PX 4-1**                    WPBBB-000118

September 29, 2011

Mr. Todd Nelson
General Manager
A+ Financial Center, LLC

Re: Proposal to Withdrawal Complaint #394498 Filed With Washington State
Attorney General.

Mr. Nelson:

To date, A+ Financial Center LLC, Port Saint Lucie FL has not committed any fraud
against my wife Donna Robbins and I. We, in return have not signed or agreed to sign
any contract to proceed with any business transactions with your company and no not
wish to proceed further.

Per your telephone conversation and proposed refund agreement with my wife, Donna,
this afternoon, I will agree to withdrawal all agency filings against A+ Financial Services,
LLC in return for a total refund of the $895.00 which A+ Financial has charged against
my wife's Citi Bank credit card. This letter includes an offer to withdrawal of the claim
(# 394498) filed with the Washington Attorney General's Office and the claim against
your company filed with the BBB, Bellingham WA, Case Number: 90117248.

I will write a letter, mail and fax it to these agencies to withdrawal these two complaints
within three business days of notification from Citi Bank of a refund for $895.00 to
Donna K. Robbins' credit card account. Please notify us with a transaction number when
this refund has been processed by Citi Bank and I will proceed as promised in this letter.

Sincerely,

Charles D. Robbins III

**COMPLAINT ACTIVITY REPORT**  Case # 90064729 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Routh, Alan | **Business Info:** A+ Financial Center, LLC |
| | Chatham, NJ | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
On many occasions I received a robocall from this company, saying "Rachel" could save me money on credit card interest, and that by pressing "1" on the phone, I would be connected with an agent.  The first time I tried this, and asked the name of the company, the agent hung up on me.  On Sept 14, the agent asked many questions about my credit card debt and wanted my credit card number to verify my credit and connect me with a "personal account executive".  For 20 minutes, I attempted without success to obtain the address or telephone number of the company.  The rep repeatedly said that the BBB rates the company highly and that I could check this out.  These calls are very irritating and even came when I was traveling overseas.  I asked to be removed from their call  list.  Unsolicited robocalls are illegal according to the FTC.  This company should not receive a good BBB rating.

**Consumer's Desired Resolution:**
Cease robocalls and comply with FTC rules.

| | | | |
|---|---|---|---|
| 09/15/2010 | web | BBB | Case Received by BBB |
| 09/30/2010 | cmc | BBB | Case Reviewed by BBB - Member |
| 09/30/2010 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 09/30/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 10/18/2010 | OttO | BBB | No response to first notice to member |
| 10/18/2010 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 10/26/2010 | OttO | BBB | No Response received from Business on 2nd Notice |
| 11/01/2010 | RLM | BBB | RECEIVE BUSINESS RESPONSE : Please see attached response |
| 11/01/2010 | RLM | BBB | Forward Business response to Consumer |
| 11/02/2010 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
        I received another call from this company ("Rachel") last week. In accordance with the instructions, I pressed "1" on my phone and was connected with a representative.  I again asked to be taken off of their call list.  They continue their irritating campaign and should not receive a good BBB rating.

| | | | |
|---|---|---|---|
| 11/29/2010 | BRC | MAIL | Forward Consumer Rebuttal to Business |
| 11/26/2010 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 11/29/2010 | BRC | BBB | Phone Call or Time Extension |
| 12/03/2010 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 12/03/2010 | RLM | MAIL | Member- No Final Response- Final Request |
| 12/03/2010 | RLM | BBB | CASE CLOSED AS UNABLE TO PROCESS : Please see attached company states |

this is not there consumer & the complaint should not count against them please read attached info company sent.

# PX 4-1

12/01/2010  16:33   7723368437          ACCELERATED                    PAGE  01/03

*3 page fax*

### BBB of Southeast Florida & the Caribbean

**COMPLAINT ACTIVITY REPORT** Case # 90064729    **Business Info:**    A+ Financial Center, LLC

**Consumer Info:** Routh, Alan

Chatham, NJ                                         877 748-2626

**Consumer's Original Complaint :**
On many occasions I received a robocall from this company, saying "Rachel" could save me money on credit card interest, and that by pressing "1" on the phone, I would be connected with an agent. The first time I tried this, and asked the name of the company, the agent hung up on me. On Sept 14, the agent asked many questions about my credit card debt and wanted my credit card number to verify my credit and connect me with a "personal account executive". For 20 minutes, I attempted without success to obtain the address or telephone number of the company. The rep repeatedly said that the BBB rates the company highly and that I could check this out. These calls are very irritating and even came when I was traveling overseas. I asked to be removed from their call list. Unsolicited robocalls are illegal according to the FTC. This company should not receive a good BBB rating.

**Consumer's Desired Resolution:**
Cease robocalls and comply with FTC rules.

**BBB Processing**

| | | |
|---|---|---|
| 09/15/2010 | web BBB | Case Received by BBB |
| 09/30/2010 | cmc BBB | Case Reviewed by BBB - Member |
| 09/30/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 09/30/2010 | Otto MAIL | Notify Business of Dispute - Member |
| 10/18/2010 | Otto BBB | No response to first notice to member |
| 10/18/2010 | Otto MAIL | Reminder of Dispute to Business - Member |
| 10/26/2010 | Otto BBB | No Response received from Business on 2nd Notice |
| 11/01/2010 | RLM BBB | RECEIVE BUSINESS RESPONSE : Please see attached response |
| 11/01/2010 | RLM EMAIL | Forward Business response to Consumer |
| 11/02/2010 | WEB BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she |

DID NOT accept the response from the business.)
I received another call from this company ("Rachel") last week. In accordance with the instructions, I pressed "1" on my phone and was connected with a representative. I again asked to be taken off of their call list. They continue their irritating campaign and should not receive a good BBB rating.

| | | |
|---|---|---|
| 11/02/2010 | BRC BBB | Forward Consumer Rebuttal to Business |

## PX 4-1

WPBBB-000121

12/01/2010

BBB

A+ Financial Centers, LLC
Complaint ID# 90064729
ID # 90067479
1679 SW South Macedo
Port Saint Lucie, FL, 34986

RE: Routh

    This is our second response to this complaint. Mr. Routh is NOT a customer of our company nor has he ever been. We do not place a "Rachael call" however we did place his telephone number on our internal DNC list in compliance with FTC rules. It would be physically impossible for this individual to receive another call from our company as he was placed on the DNC list.

    If other companies are calling Mr. Routh we have no control over that. I would suggest he place his telephone numbers on the national do not call registry at www.donotcall.gov.

    Enclosed is our internal computer printout verifying his telephone number is on our do not call list.

    Should you have any additional questions please feel free to contact me.

Sincerely,

Christopher L. Miano

**PX 4-1**

12/01/2010  16:33    7723368437              ACCELERATED                    PAGE  03/03

Tel Server Home   Setup ▸ Reports ▸ Predictive ▸ Contact ▸ Conference ▸ Tools ▸

# Do Not Call List for cris 1

| | | | | | |
|---|---|---|---|---|---|
| refresh | tasks | export | drop | add shared all | add shared parent |

| Type | Count | Modified | Exported | Shared |
|---|---|---|---|---|
| Master | 209,858,915 | 11/29/2010 11:44:28 PST | | |
| Customer | 383,154 | 12/01/2010 10:16:54 PST | ☑ share with sub-customers |

| Do Not Call States | | Entries | Import | DNC States |
|---|---|---|---|---|
| CO | Colorado | | | |
| FL | Florida | | | |
| IN | Indiana | | | |
| WV | West Virginia | | | |

Phone#: ██████████

Response:  phone# is registered in master dnc.

Timestamp:

Userstamp:

lookup    add    remove    reset

PX 4-1

WPBBB-000123

12/1/2010 3:15 PM

1 of 1

*Member*
*Rosalyn*

10/26/2010

BBB

Accelerated Financial Centers, LLC
Complaint ID# 90064729
ID # 92016068
1679 SW South Macedo
Port Saint Lucie, FL, 34986

RE: Alan Routh

Our company does not place so called "robocalls" to customers. We do hire
outside marketing agency's from time to time to help boost overall business. We have
researched our marketing companies and have found no irregularities.

It should be noted that this is not a customer of our company. I have also
personally placed their number on our internal Do-Not-Call list so Mr. Routh will never
receive a call from us or any marketing companies we do business with.

Should you have any additional questions please feel free to contact me

Sincerely,

Christopher L. Miano

**PX 4-1**

WPBBB-000124

## BBB of Southeast Florida & the Caribbean

**COMPLAINT ACTIVITY REPORT**  Case # 90064729

**Consumer Info:** Routh, Alan

Chatham, NJ

**Business Info:**      A+ Financial Center, LLC

877 748-2626

**Consumer's Original Complaint :**

On many occasions I received a robocall from this company, saying "Rachel" could save me money on credit card interest, and that by pressing "1" on the phone, I would be connected with an agent. The first time I tried this, and asked the name of the company, the agent hung up on me.  On Sept 14, the agent asked many questions about my credit card debt and wanted my credit card number to verify my credit and connect me with a "personal account executive". For 20 minutes, I attempted without success to obtain the address or telephone number of the company.  The rep repeatedly said that the BBB rates the company highly and that I could check this out.  These calls are very irritating and even came when I was traveling overseas.  I asked to be removed from their call list.  Unsolicited robocalls are illegal according to the FTC. This company should not receive a good BBB rating.

**Consumer's Desired Resolution:**

Cease robocalls and comply with FTC rules.

**BBB Processing**

| | | |
|---|---|---|
| 09/15/2010 | web BBB | Case Received by BBB |
| 09/30/2010 | cmc BBB | Case Reviewed by BBB - Member |
| 09/30/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 09/30/2010 | Otto MAIL | Notify Business of Dispute - Member |
| 10/18/2010 | OttoBBB | No response to first notice to member |
| 10/18/2010 | OttOBBB | Reminder of Dispute to Business - Member |

# PX 4-1

WPBBB-000125

**COMPLAINT ACTIVITY REPORT**  Case # 90151428 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Ryan, Jeneane Cristin | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | | 10258 S. US Hwy. 1 |
| | Silverdale, PA | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
I received a call on my cell phone from A+ Financial, offering their service to me for debt consolidation. During the course of this phone conversation, I did become interested in paying off three existing credit cards, used for school tuition and expenses, at a lower rate. A+ Financial then requested one of my credit card numbers, in order to pay the fee they charge to get me started with their program, which was $450.00. I was told at that time, if, for some  reason I am not approved for their service, that this fee would be refunded to me. A+ Financial sent my application to Citibank (South Dakota), NA, c/o Citicorp Credit Services, Inc., PO Box 6495, Sioux Falls, SD  57117-6495.  The combined total due on my three credit cards was to be transferred to a Citibank account, and paid off at a lower interest rate; however, Citibank sent me a letter stating that they were "unable to approve the Citi Platinum Select Master Card account" for me.  After getting this letter, I called A+ Financial and spoke to Craig DeWitt. I stated that since my application was not approved, that I needed my enrollment fee ($450.00) returned to me, ASAP. He stated that he was "surprised" that I was not approved, and stated he & I should call my creditors to request a lower interest rate, which I did, but with no success. After several more phone calls to A+ Financial Services to make sure I was getting my refundable enrollment fee returned to me, each phone call was met with, "Someone in management will return your call within 48-72 business hours; however, no one ever returned my calls.
Product_Or_Service: Unsecured Debt Consolidation

**Consumer's Desired Resolution:**
Desired Settlement ID: RefundI would appreciate it very much if the BBB would be able to help me retrieve the $450.00 enrollment fee paid to A+ Financial Services, due to having no service provided to me by them.  Thank you very much.Most Sincerely,Jeneane C. Ryan

| | | | |
|---|---|---|---|
| 05/17/2012 | web | BBB | Case Received by BBB |
| 05/22/2012 | SLR | BBB | Case Reviewed by BBB |
| 05/22/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/22/2012 | Otto | MAIL | Notify Business of Dispute |
| 06/06/2012 | SLR | BBB | Dispute RESOLVED- with Letter |
| 06/06/2012 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 06/06/2012 | Otto | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000126

**COMPLAINT ACTIVITY REPORT**  Case # 90071214  **BBB of Southeast Florida & the Caribbean**

| Consumer Info: | Saxton, Mark | Business Info: A+ Financial Center, LLC |
|---|---|---|
| | Lovington, NM | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
My 78 year old father understood he could cancel their agreement within 30 days and get a refund of the $595.00 charge.
Phone call to A+ and they refused to refund.

**Consumer's Desired Resolution:**
A full refund of the $595.00 charge he thought they agreed to.  No services of A+ were used.

| 10/27/2010 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 10/28/2010 | RLM | BBB | Case Reviewed by BBB - Member |
| 10/28/2010 | Otto | BBB | Send Acknowledgement to Consumer - Member |
| 10/28/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 11/15/2010 | OttO | BBB | No response to first notice to member |
| 11/15/2010 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 11/23/2010 | OttO | BBB | No Response received from Business on 2nd Notice |
| 11/23/2010 | RLM | MAIL | Member- No Response- Final Request |
| 11/24/2010 | RLM | BBB | RECEIVE BUSINESS RESPONSE : Please see attached |
| 11/24/2010 | RLM | BBB | Forward Business response to Consumer |
| 12/05/2010 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
          If they provide Dale Saxton with the full refund of $595.00 dollars, he will be glad to end their
relationship.  No services were ever received from A+ Financial Centers, LLC.

| 12/06/2010 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
|---|---|---|---|
| 12/06/2010 | OttO | BBB | Case Closed RESOLVED |
| 11/09/2011 | JJS | BBB | ReOpen the Complaint |
| 11/09/2011 | JJS | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : Letter sent |

from A+ financial centers, llc. dated 11/02/2010 states they will cancel the membership.  No refund has come forth as of
11/09/11. I want a Full refund of $595.00 dollars.

| 11/09/2011 | JJS | MAIL | Forward Consumer Rebuttal to Business |
|---|---|---|---|
| 11/20/2011 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 11/23/2011 | SLR | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 11/23/2011 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 11/23/2011 | Otto | MAIL | Inform Business - Case Closed UNRESOLVED |
| 11/23/2011 | Otto | BBB | Case Closed UNRESOLVED |
| 11/29/2011 | | BBB | MORE INFO RECEIVED FROM THE BUSINESS : This client was refunded in full |

on 12/16/2010.  This was completed over a year ago.  The client could verify this information simply by calling his credit
card company directly.
                    3352771429
                    Refund
                    16-Dec-2010 18:44:41
                    Saxton, Dale
                    D
                    XXXX
                    USD (595.00)
                    16-Dec-2010 19:17:07
                    USD (595.00)

| 02/03/2012 | SLR | BBB | ReOpen the Complaint |
|---|---|---|---|
| 02/03/2012 | SLR | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : This complaint still states |

unresolved however Mr Saxton was refunded in full on 12/16/2010.  Mr Saxton can verify this information by calling his
Discover card ending in 0435 to verify the refund was processed over a year ago for the full amount of $595.00

| 02/03/2012 | SLR | EMAIL | Send Business' Rebuttal Response to Consumer |
|---|---|---|---|
| 02/06/2012 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
          My apologies.  My father, Mr. Saxton, never informed me he received his full refund of $595.00.
I did call Discover today, 02/06/12, and they confirmed his credit card was credited the full amount.  I appreciate all
involved in resolving this dispute.

| 02/07/2012 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
|---|---|---|---|
| 02/07/2012 | OttO | BBB | Case Closed RESOLVED |

**PX 4-1**

WPBBB-000127

**WPBBB-000128**

11/18/2010  20:11    7723368437           ACCELERATED                        PAGE  01/02

AFC 9566
2pgs

## BBB of Southeast Florida & the Caribbean

**COMPLAINT ACTIVITY REPORT** Case # 90071214
Consumer Info: Saxton, Mark

Lovington, NM

Business Info:    A+ Financial Center, LLC
                  1679 SW South Macedo Blvd
                  Port Saint Lucie, FL 34984
                  877 748-2626

**Consumer's Original Complaint :**
My 78 year old father understood he could cancel their agreement within 30 days and get a refund of the $595.00 charge.  Phone call to A+ and they refused to refund.

**Consumer's Desired Resolution:**
A full refund of the $595.00 charge he thought they agreed to.  No services of A+ were used.

**BBB Processing**

| Date | | |
|------|------|------|
| 10/27/2010 | web BBB | Case Received by BBB |
| 10/28/2010 | RLM BBB | Case Reviewed by BBB - Member |
| 10/28/2010 | Otto EMAIL | Send Acknowledgement to Consumer - Member |
| 10/28/2010 | Otto MAIL | Notify Business of Dispute - Member |
| 11/15/2010 | OttOBBB | No response to first notice to member |
| 11/15/2010 | OttOBBB | Reminder of Dispute to Business - Member |

**PX 4-1**                                         WPBBB-000129

11/02/2010

BBB

A+ Financial Centers, LLC
Complaint ID# 90071214
ID # 90067479
1679 SW South Macedo
Port Saint Lucie, FL, 34986

RE: Saxton

     Mr. Dale Saxton was a client of ours and signed up for our services on
09/28/2010.  Mr. Mark Saxton called in claiming to be our client's son and requested a
refund as he did not want to proceed with the program.  We informed Mr Mark Saxton to
send us a Power of Attorney for his father and a request to cancel and we would be happy
to cancel the client's membership.  We cannot discuss a client's account with a 3rd party
claiming to be the son without having it in writing.
     Should our client Mr. Dale Saxton wish to cancel all we need is a request in
writing sent to our office and it would be processed.


     Should you have any additional questions please feel free to contact me.


Sincerely,


Christopher L. Miano

**PX 4-1**

WPBBB-000130

**COMPLAINT ACTIVITY REPORT**   Case # 90125236   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Saxton, Mark | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | ▮▮▮▮▮ | 10258 S. US Hwy. 1 |
| | Lovington, NM ▮▮▮▮▮ | Port Saint Lucie, FL  34952-5615 |
| | -    - | 877 748-2626 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
Letter sent from A+ financial centers, llc. dated 11/02/2010 states they will cancel the membership.  No refund has come forth as of 11/09/11.

**Consumer's Desired Resolution:**
Full refund of $595.00 dollars.

| 11/09/2011 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 11/09/2011 | JJS | BBB | Duplicate Complaint or Invalid |
| 11/09/2011 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

# PX 4-1

**WPBBB-000131**

skip entire header and global navigation



Better Business Bureau®

Southeast Florida and the Caribbean

Print this full report

## BBB Business Review

### This Business is not BBB Accredited

# A+ Financial Center, LLC

Phone: (877) 748-2626Fax: (772) 336-8437View Additional Phone Numbers10258 S. US Hwy. 1, Port Saint Lucie, FL 34952-5615save@aplusfinancialcenters.comView Additional Email Addresseshttp://www.aplusfinancialcenters.com! There is an alert for this business !

C-

**On a scale of A+ to F** Reason for RatingBBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

---

**BBB Accreditation**

A+ Financial Center, LLC is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

---

**Reason for Rating**

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* A+ Financial Center, LLC's rating include:

- Length of time business has been operating.
- 47 complaints filed against business

Factors that *raised* A+ Financial Center, LLC's rating include:

- Response to 47 complaint(s) filed against business.
- Resolution of complaint(s) filed against business.
- BBB has sufficient background information on this business.

**Customer Complaints Summary**

# PX 4-1

WPBBB-000132

| 47 complaints closed with BBB in last 3 years \| 30 closed in last 12 months | |
|---|---|
| **Complaint Type** | **Total Closed Complaints** |
| Advertising / Sales Issues | 21 |
| Billing / Collection Issues | 5 |
| Guarantee / Warranty Issues | 2 |
| Problems with Product / Service | 19 |
| Delivery Issues | 0 |
| Total Closed Complaints | 47 |

**Complaint Breakdown by Resolution**

| Complaint Resolution Log (47) | |
|---|---|
| Complaint resolved with BBB assistance (46 complaints) | |
| 04/29/2012 | Problems with Product / Service |
| 04/23/2012 | Problems with Product / Service |
| 04/15/2012 | Advertising / Sales Issues |
| 04/03/2012 | Guarantee / Warranty Issues |
| 03/30/2012 | Problems with Product / Service |
| I◀  ◀  Page 1 of 10  ▶  ▶I | |
| BBB found business made good faith effort to resolve complaint but customer not satisfied with business response (1 complaint) | |
| 10/07/2011 | Advertising / Sales Issues |

**Industry Comparison| Chart**

Financial Planning and Management Services

- 

**Government Actions**

As of March 8, 2012, Attorney General Chris Koster filed a lawsuit against A+ Financial Center, LLC for calling Missourians on the state's No-Call list.

The complaint is not a finding or ruling that the defendant has actually violated the law. The case will be decided by the court.

Missouri consumers can report the violations to the Attorney General at 866-BuzzOff (866-289-9633) or online at www.ago.mo.gov

As of October 26, 2010, the State of West Virginia, Office of the Attorney General, Darrel V. McGraw, Jr., Consumer Protection Division, announced compliance and refund agreements with: Accelerated Financial Centers LLC, a former d/b/a of A+ Financial. Eleven consumers were awarded a portion of a $7,445 settlement.

A+ Financial entered into this agreement with the West Virginia Attorney with no admission of wrong doing or violation of state law

What government actions does BBB report on?

- 

**Advertising Review**

BBB has nothing to report concerning A+ Financial Center, LLC's advertising at this time.

What is BBB Advertising Review?

**Additional Information**

top
BBB file opened: 07/01/2009 Business started: 07/22/2008

Licensing

**PX 4-1**

WPBBB-000133

This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Type of Entity**

Limited Liability Corporation

**Contact Information**

Principal: Mr. Christopher Miano (President)

**Business Category**

Financial Planning and Management Services

**Products & Services**

This company offers full time services of a Financial Planner along with a Tax Specialist.

**Alternate Business Names**

Card Services

**Industry Tips**

BBBTips on Putting Together a Budget
Is your Living Trust Salesperson Trust-worthy?
Looking for Sound Financial Advice for Your Business?
Selecting a Financial Planner
Your Rights as a Financial Planning Client



**Map & Directions**

**Map & Directions**

**Address for A+ Financial Center, LLC**

10258 S. US Hwy. 1

Port Saint Lucie, FL 34952-5615

**Locations**

1 Locations

- **10258 S. US Hwy. 1**

  Port Saint Lucie, FL 34952-5615Directions

**Industry Comparison Chart**

# PX 4-1

WPBBB-000134

The information in the table below represents an industry comparison of businesses which are of the same relative size. This is based on BBB's database of businesses located in Southeast Florida and the Caribbean. Businesses may engage in more than one type of business. The percent of time the business engages in a type of business is not accounted for. There is no known industry standard for the number of complaints a business can expect. The volume of business and number of transactions may have a bearing on the number of complaints received by BBB.

| Financial Planning and Management Services |
| --- |

*A+ Financial Center, LLC is in this range.

## Types of Complaints Handled by BBB

BBB handles the following types of complaints between businesses and their customers so long as they are not, or have not been, litigated:

- Advertising or Sales
- Billing or Collection
- Problems with Products or Services
- Delivery
- Guarantee or Warranty

We do not handle workplace disputes, discrimination claims or claims about the quality of health or legal services.

## Additional Phone Numbers

- (772) 408-1300
- (772) 408-1340

## Additional Email Addresses

- sales@aplusfinancialcenters.com

## BBB Complaint Process

Your complaint will be forwarded to the company within two business days. The company will be asked to respond within 14 days, and if a response is not received, a second request will be made. You will be notified of the company's response when we receive it (or notified that we received no response). Complaints are usually closed within 30 business days.

## Industry Tips for Financial Planning and Management Services
BBBTips on Putting Together a Budget
Is your Living Trust Salesperson Trust-worthy?
Looking for Sound Financial Advice for Your Business?
Selecting a Financial Planner
Your Rights as a Financial Planning Client

## What is BBB Advertising Review?

BBB promotes truth in advertising by contacting advertisers whose claims conflict with the BBB Code of Advertising. These claims come to our attention from our internal review of advertising, consumer complaints and competitor challenges. BBB asks advertisers to prove their claims, change ads to make offers more clear to consumers, and remove misleading or deceptive statements.

## What government actions does BBB report on?

BBB reports on known significant government actions involving business' marketplace conduct.

Thank you for your feedback.

Help us improve by taking our survey.

As of October 26, 2010, the State of West Virginia, Office of the Attorney General, Darrel V. McGraw, Jr., Consumer Protection Division, announced compliance and refund agreements with: Accelerated Financial Centers LLC,a former d/b/a of A+ Financial. Eleven consumers were awarded a portion of a $7,445 settlement.

A+ Financial entered into this agreement with the West Virginia Attorney with no admission of wrong doing or violation of state laws.

As of March 8, 2012, Attorney General Chris Koster filed a lawsuit against A+ Financial Center, LLC for calling Missourians on the state's No-Call list.

## PX 4-1                    WPBBB-000135

The complaint is not a finding or ruling that the defendant has actually violated the law. The case will be decided by the court.

Missouri consumers can report the violations to the Attorney General at 866-BuzzOff (866-289-9633) or online at www.ago.mo.gov.

© 2012 Better Business Bureau®, Inc. | #92016068

Southeast Florida and the Caribbean

## What is a BBB Business Review?

We offer free reviews on businesses that include background, licensing, consumer experience and other information such as governmental actions that is known to BBB. These reviews are provided for businesses that are BBB accredited and also for businesses that are not BBB accredited.

## BBB Reporting Policy

As a matter of policy, BBB does not endorse any product, service or business.

BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.

BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.

WPBBB-000136

COMPLAINT ACTIVITY REPORT  Case # 90099518 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Scott, David | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | New Berlin, WI | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
Joseph Ryan from A+ Financial Centers said he would work with my HSBC Mastercard Company to get the Percentage rate of 27.99% down to 6% For the lifetime of the card for a charge of $695.00. He gave me a contact number of 1-877-748-2626 and ext 222 and confirmation num. AFC 12740. The date he contacted me was April 15th, 2011. I was billed by HSBC May 1 and my Finance charge did not go down so I contacted HSBC and they had not heard of A+ so I worked with them and contacted you. On my HSBC billing it also is billed under Accelerated Financial. I have Also received a pretty generic pamphlet from A+ Financial.

**Consumer's Desired Resolution:**
I would just like to see that these people get caught because I know I can't gain anything financially. I would rather see people like these get what they deserve and go to jail or wherever before they hurt someone else that could really make a difference. The reason I did this is because I'm financially unstable right now but I should have known I'm smarter then that so please let me no If you get these cheap losers who prey on the not so stable.

| | | | |
|---|---|---|---|
| 05/09/2011 | web | BBB | Case Received by BBB |
| 05/09/2011 | RLM | BBB | Case Determined to be INFO ONLY - No Wait |
| 05/09/2011 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 05/09/2011 | Otto | MAIL | Inform Business of Case Closed INFO ONLY |
| 05/09/2011 | Otto | BBB | Case Closed INFO ONLY |

# PX 4-1

**COMPLAINT ACTIVITY REPORT**   Case # 90106487   **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**        Sellers, Edward

Hailey, ID

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
April 29, 2011 I received a call on my cell phone from a company that offered to lower my interest rate on my credit cards, and guaranteed a savings of at least $1500 after one year at the lower rate of interest.  A fee of $695 would charged against my credit card before the company would act. I refused, but they called me back.  I agreed on the condition that my money would be returned to me if either they were to unable to save me the guaranteed amount, or if I decided against the t.  I showed them that they could not possibly save the amount when I learned that the rate of interest on one card I have is already less than the lowest rates offered by any other credit card company.  I asked that the $695 be returned to my account.  They agreed to credit the full amount back into my credit card account.
After two telephone calls, each time receiving a verbal confirmation that my account would be credited.  As of yet I have not received any confirmation, nor has my credit card account been reimbursed.

**Consumer's Desired Resolution:**
Live up to your guarantee that the $695 debited to my credit card account by A+ Financial Services LLC will be credited back into my account.

| | | | |
|---|---|---|---|
| 06/28/2011 | web | BBB | Case Received by BBB |
| 07/05/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 07/05/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 07/05/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 07/26/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client was refunded in full on |
| 07/11/2011.  The money has posted back to the original card charged.  This should close the complaint. | | | |
| 07/27/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 07/30/2011 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |
| ACCEPTED the response from the business.) | | | |
| | | on-line banking indicated the debt was credited.  Thank You | |
| 08/01/2011 | OttO | MAIL | Inform Business - Case Closed RESOLVED |
| 08/01/2011 | OttO | BBB | Case Closed RESOLVED |

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**  Case # 90127602 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Smith, Catharine Ida | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | Sinking Spring, PA | 10258 S. US Hwy. 1<br>Port Saint Lucie, FL  34952-5615<br>877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
On October 25, 2011, I received a phone call asking if I would like to lower my interest rate on credit cards.  I answered the call and decided to follow through.  In the phone call, this company billed my credit card for $795.00 as a one time payment for lowering my credit card interest rates.  They promised to send the information within the next 7 days, which arrived on time.  After reviewing the information in the packet, I called the company on November 1, 2011, Fred was unavailable.  On November 3rd,Fred called back. I explained that I was not interested in this program.  Would they please credit my credit card account.  Fred told me that I would receive a call from the refund department within 72 hours with a confirmation number.  Nothing happened.On November 10th, Todd, a General manager, called and told me that he was authorized to reduce the cost to $495.  When I told him I was not interested, he spent a half hour telling me I should not refuse such a wonderful opportunity.  I called back to cancel and have been unable to talk with Todd.  Two times he is in a meeting. I am exploring what other places I can go for help to resolve this issue.  I will be sending a complaint to the credit card company and will notify the PA Attorney General Office, if I do not hear from the BBB within the next week.
Product_Or_Service: Debt reduction on credit cards
Account_Number: AFC15504

**Consumer's Desired Resolution:**
Desired Settlement ID: RefundI wish to have the money for this financial venture credited back into my credit card account.  My account with this company is AFC15504. I also wish to have my number put on the do not call list for this company.

| | | | |
| --- | --- | --- | --- |
| 11/29/2011 | web | BBB | Case Received by BBB |
| 12/02/2011 | SLR | BBB | Case Reviewed by BBB |
| 12/02/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 12/02/2011 | Otto | MAIL | Notify Business of Dispute |
| 12/26/2011 | OttO | BBB | No response to first notice to business |
| 12/26/2011 | OttO | MAIL | Reminder of Dispute to Business |
| 01/04/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client did sign up for our services.  As the client stated we did in fact speak with her on 11/10/2011.  She stated she would move forward with the program for a $300.00 reduction in price.  She did call back afterwards to inform us that she changed her mind.  This file was refunded in full on 12/09/2011.  This was before we received the BBB complaint. |
| | | | This file has been refunded in full and Ms. Smith's telephone numbers have been placed on out Do Not Call list. |
| 01/04/2012 | JJS | EMAIL | Forward Business response to Consumer |
| 01/16/2012 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 01/16/2012 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 01/16/2012 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 01/30/2012 | SLR | BBB | ReOpen the Complaint |
| 01/30/2012 | SLR | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : As of the January 2012 statement, a credit of $795.00 was recorded in December 2011 from the A+ Financial group.  Since I was away most of January, this is the first time I was able to get to my computer to acknowledge the refund.  Case # 90127602 has been successfully completed.  Thank you for your help. |
| | | | After 2 months of constantly calling the company, requesting a refund, I was ignored until your company filed a complaint. |
| | | | Sincerely, |
| | | | Catharine I. Smith |
| 01/30/2012 | SLR | BBB | Dispute RESOLVED- with Letter |
| 01/30/2012 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 01/30/2012 | Otto | BBB | Case Closed RESOLVED |

# PX 4-1

**COMPLAINT ACTIVITY REPORT**  Case # 90113334 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Stavron, Steve | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | Fort Worth, TX | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint** :
The original solicitation call to state that there would be no payment authorized by me until I submitted all of the paperwork and signed the written contract. Before I did this, the A+ Financial Center,LLC debited my credit card for the entire amount of $1,595. I is impossible to name all the persons that I spoke to.

**Consumer's Desired Resolution:**
I want to be reimbursed all of my $1,595 payment because I have not returned my ail the paperwork and have not signed the written agreement after I  found out about this company through the Internet.

| 08/14/2011 | web | BBB | Case Received by BBB |
| --- | --- | --- | --- |
| 08/15/2011 | SLR | BBB | Case Reviewed by BBB |
| 08/15/2011 | Otto | FAX | Send Acknowledgement to Consumer |
| 08/15/2011 | Otto | MAIL | Notify Business of Dispute |
| 09/06/2011 | Otto | BBB | No response to first notice to business |
| 09/06/2011 | Otto | MAIL | Reminder of Dispute to Business |
| 09/06/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client did in fact sign up for our services |

on 06/08/2011.  He did clearly authorize the fee to be taken from his Citi credit card in the amount of $1595.00.  The client had spoken with our management staff on several occasions and agreed to continue with the program.  The client stated they would be sending in their paperwork on 08/11/2011.  This complaint was filed on 08/16/2011.  The client NEVER contacted us in regards to requesting a refund.  Had the client requested a refund we would of walked him through the normal refund procedures.  We have made 5 attempts to reach the client since the complaint was filed however the client will not return our calls.  This client was refunded in full on 09/02/2011 for $1595.00 back to the credit card originally charged for no communication.  This should close the BBB inquiry as resolved.

| 09/07/2011 | JJS | FAX | Forward Business response to Consumer |
| --- | --- | --- | --- |
| 09/20/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 09/20/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 09/20/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

**COMPLAINT ACTIVITY REPORT** Case # 90107095 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Stephens, Anita | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Las Vegas, NV | 10258 S. US Hwy. 1 |
| | | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**       (Same as above)

**Consumer's Original Complaint** :
I was solicited on the phone by Paul Bennett to lower my credit card interest rates to save us money.

It was never disclosed to me that our accounts would have to be closed in order to do this.

Upon discovering this, I asked that we get our money back and not proceed, and they are trying to say they have the right to proceed and get our accounts closed etc,
because we signed their service agreement that says we agree to participate fully in this program.
WE did not know that "participating fully" meant canceling our cards.

Several of these cards are our business accounts that are imperative in our ability to continue to do business.

They are misleading consumers into their program without fully disclosing all the details and then will not let us back out.

They have only had one phone consultation, in which this issue was discovered, and I asked to speak to a supervisor which took 4 days .

She is refusing to cancel the agreement.

**Consumer's Desired Resolution:**
WE just want it cancelled and our money back.

| | | | |
|---|---|---|---|
| 06/30/2011 | web | BBB | Case Received by BBB |
| 07/05/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 07/05/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 07/05/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 07/26/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This customer filed two complaints against us. |

This complaint case # 90107095 and 90109638.  This should only be treated as one complaint.  The customer did in fact sign up for our services and signed our service agreement.  The client did not want to participate in the program after doing so.  The client was refunded in full on 07/25/2011.  This should close both complaints for this customer.

| | | | |
|---|---|---|---|
| 07/27/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 08/08/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/08/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 08/08/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**  Case # 90109638 **BBB of Southeast Florida & the Caribbean**

| | | |
|---|---|---|
| **Consumer Info:** | Stephens, Anita | **Business Info:** A+ Financial Center, LLC |
| | | 10258 S. US Hwy. 1 |
| | Las Vegas, NV | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**     (Same as above)

**Consumer's Original Complaint :**
We have previously filed a complaint. As they will not return my calls. I have requested to speak to an owner or manager regarding my refund. We no longer want to be a client of theirs when we discovered they had not fully disclosed what their program was about. They are refusing to nullify the agreement. I sent them a cancellation in writing. No services have been performed by them, other than to charge me $795.00. We want our money back, and hopefully stop this company from taking advantage of other consumers.

**Consumer's Desired Resolution:**
We want our $795.00 Back

| | | | |
|---|---|---|---|
| 07/19/2011 | web | BBB | Case Received by BBB |
| 07/20/2011 | SLR | BBB | Case Reviewed by BBB |
| 07/20/2011 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 07/20/2011 | Otto | MAIL | Notify Business of Dispute |

# PX 4-1

WPBBB-000142

**COMPLAINT ACTIVITY REPORT**   Case # 90145603   **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Stickney, Valerie | **Business Info:** A+ Financial Center, LLC |
|---|---|---|
| | Cornell, WI | 10258 S. US Hwy. 1 |
| | - - | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
I was contacted by Paul Bennett claiming to be from A + Financial Centers on 3/20/12, saying he could reduce my interest rate on my credit card from 0%-6% to save me money. I needed to agree by a "Voice" recording to this, and they were sending out packet for me to sign an agreement for their services and be charged a "one time" fee of $495.00. The person who did the recording was a person by the name of Shari. I had a RED flag when I checked my credit card statement and the had proceeded to charge my card the $495.00 fee on the same date,3/20/12, and they didn't even have any of the paperwork back from me yet, with my "physical" signature. I was told I would be charged in 5-7 days, for this completion. I still have my paperwork, and do NOT want to return it, because I believe this is a scam. The confirmation # I was given was: AFC18386 and if I had any questions or concerns to contact Paul Bennett directly at 1-877-748-2626 Extension 230. I want this matter resolved and my $495.00 refunded back to me, because my credit card company can lower my interest rate without me being charged a fee to do this. I am currently unemployed, and I think I have been a target.

**Consumer's Desired Resolution:**
I want a full refund of $495.00 that they charged to my credit card, even BEFORE they had all the physically signed paperwork from me. I still have the paperwork at my home, never sent out.

| | | | |
|---|---|---|---|
| 04/04/2012 | **web** | **BBB** | Case Received by BBB |
| 04/05/2012 | **SLR** | **BBB** | Case Reviewed by BBB |
| 04/05/2012 | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| 04/05/2012 | **Otto** | **MAIL** | Notify Business of Dispute |
| 04/25/2012 | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : The client did do a verbal recording with our |
| offices and did authorize the fee however the client was refunded in full on 04/20/2012 for the entire amount. | | | |
| 04/26/2012 | **SLR** | **EMAIL** | Forward Business response to Consumer |
| 04/27/2012 | **WEB** | **BBB** | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |
| ACCEPTED the response from the business.) | | | |
| 04/30/2012 | **OttO** | **MAIL** | Inform Business - Case Closed RESOLVED |
| 04/30/2012 | **OttO** | **BBB** | Case Closed RESOLVED |

# PX 4-1

WPBBB-000143

**COMPLAINT ACTIVITY REPORT**  Case # 90095196 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Taylor, Sherrie | **Business Info:** A+ Financial Center, LLC |
| | Murphysboro, IL | 10258 S. US Hwy. 1 |
| | - - | Port Saint Lucie, FL  34952-5615 |
| | | 877 748-2626 |

**Location Involved:**       (Same as above)

**Consumer's Original Complaint :**
yes, I received a call from 1-503-290-1201 saying they were A+ financial .I asked them how they got my cell number they responded that experian gave to them saying I was up for review on my credit cards , saying they can an will get me 4% rate.I questioned them and questioned them I also look them up at the bbb and looked legal until I called this number back and it said invalid  digits. I called the other number they gave and got busy signal so I faxed them and told them they lied an I want my 495.00 they charged my credit card refunded I googled there address and it is in the street the building behind it is empty. so how can they be on the bbb. list

**Consumer's Desired Resolution:**
I just want them to give me 495.00 dollars I have had to close my account. I called the credit card company and asked them if they work with these people on getting lower rates . they said no can you please help me,

| 04/07/2011 | web | BBB | Case Received by BBB |
| 04/22/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 04/22/2011 | Otto | MAIL | Send Acknowledgement to Consumer - Member |
| 04/22/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 05/16/2011 | OttO | BBB | No response to first notice to member |
| 05/16/2011 | OttO | MAIL | Reminder of Dispute to Business - Member |
| 05/19/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This customer did in fact sign up for our |

services on 03/28/2011.  She never called us directly or requested a refund to her account.  She called her credit card company to dispute the charge.  Her credit card company already refunded her in full and the money was deducted from our checking account.  This customer has received a full refund·we have cancelled her membership.  In regards to the customer other complaints the BBB has verified all of our information to be true and correct.  This case should be closed as the customer has received all of their money back.

| 05/19/2011 | RLM | MAIL | Forward Business response to Consumer |
| 05/25/2011 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : Consumer supplied email: |
| 05/25/2011 | RLM | BBB | MORE INFO RECEIVED FROM THE CONSUMER : (The consumer indicated |

he/she DID NOT accept the response from the business.)

Thank you for looking into this matter,I guess my account has been refunded I don't know if they took the money from there account or not I will have to ask my credit card company because they closed my account and issued me a credit, and as far as them saying

I never called directly I have tried several times, finally I faxed them. and as to the other information I do not know that would be something you could answer for me are they really legit I do know that they did lie to me and that is all I do know .so if you are satisfied with there response

I will go ahead and let you close the case as got refund but not happy because they did lie and put me through this

thank you again
Sherrie Taylor

| 05/31/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 05/31/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 05/31/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**   Case # 90151051   **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**   Taylor, Brenda A

Delta, OH

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**   (Same as above)

**Consumer's Original Complaint :**
A+ called my home to offer me 0% interest on my Discover card and 9.99% on my Master Card.  They told me I could continue using both of my cards.  They told me the low rate would last the life of the cards agreement as long as I never paid late or went over my credit limit.  They said it would cost me $595.00 but that this amount would be recovered by me in less than 4 months because I'm currently paying almost $170.00/month in interest payments.  I asked them multiple times about the interest rate, about the fact that I could continue using the card and that this was a one time charge.  With reservations, I agreed.  I received a letter and forms from them on 4/30/12.  I did not agree with the service agreement because it did not contain any of the details we spoke of so I called A+.  The girl assured me that all of my issues would be resolved when I spoke to my financial consultant on 5/14/12.  When I spoke with Matt Brown my financial guy he offered .99% on Discover and 9.99% on M-C but that I could not use my credit cards; for 5 years on Discover and 1 yr on M-C. And, that I must be late on my Discover payment in order to qualify for the discount rate.  I told him I had auto draft (which is the same thing I told the first guy I talked to at the initial call).  He said to call Discover and cancel the auto draft and when I was 7 days past due to call him and he'd set it up with Discover.  I said not only was I not going to pay them late even though he said "I guarantee it will not hurt your credit at all" but then I told him I didn't want to incur a $35 late fee. He said they (Discover) would refund the late fee.  I have disputed the charge with Discover and now filed this complaint. Please help me get my money back.  Thanks I told him this is not what they sold me and I want to cancel. He indicated there is no refunds and we argued for almost 35 minutes.  He offered to set me up with a Capital One credit card for 0%...I told him I don't need any more credit cards just give me my money back.
Product_Or_Service: Credit card interest reduction
Account_Number: none

**Consumer's Desired Resolution:**
Desired Settlement ID: RefundDiscover card has disputed the $595 charge but only temporarily.  If they respond to Discover that they will not refund then the charge gets put back on my credit card. Please help.Thanks

| 05/15/2012 | web | BBB | Case Received by BBB |
| 05/18/2012 | SLR | BBB | Case Reviewed by BBB |
| 05/18/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/18/2012 | Otto | MAIL | Notify Business of Dispute |

**PX 4-1**

**COMPLAINT ACTIVITY REPORT**  Case # 90064671  **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:** Thomas, Alvina<br><br>Tescott, KS | **Business Info:** A+ Financial Center, LLC<br>10258 S. US Hwy. 1<br>Port Saint Lucie, FL  34952-5615<br>877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint :**
Hello my name is alvina thomas
A+ contacted my grandmother today edna kerby, on her cell phone which is in my name.
Not only did they ask her for her credit card information, Number & billing info, expiration date of card & Last 4 of her SS#, out of worry i canceled the card for grandmother - her credit card service actually suggested it.. they wanted her to agree to a service without seeing what she was paying for. they were very aggressive and didn't want to take NO for an answer i finally had to tell them that my grandma is busy and to call back tomorrow 9/15/10 @ 1:00 CST.. I have found out that diana miano & christopher was formly w/ IXE Accelerated Not only did the representative get mad when i said well i want to research the company more due to the information on Google. He was down right rude to me.. I am 27 yrs old work at asurion and take escalated calls call day-- if i talked to customer or anyone on the phone the way those reps talked to me i would have lost my job a long time ago
thank you for your time and have a good day
Alvina Thomas

**Consumer's Desired Resolution:**
I would like the business not to contact my grandmother anymore the # they are calling is ▮▮▮▮▮ - which is a cell in my name.. not my grandmothers.. and how they got the information.. they can contact me in reference to this matter..

| | | | |
|---|---|---|---|
| 09/14/2010 | web | BBB | Case Received by BBB |
| 09/15/2010 | RLM | BBB | Case Reviewed by BBB - Member |
| 09/15/2010 | Otto | MAIL | Send Acknowledgement to Consumer - Member |
| 09/15/2010 | Otto | MAIL | Notify Business of Dispute - Member |
| 09/28/2010 | cmc | BBB | RECEIVE BUSINESS RESPONSE : PLEASE BE ADVISED THAT NEITHER MS. |

ALVINA THOMAS NOR MS. EDNA KERBY ARE CLIENTS OF OURS. WE DO TAKE CUSTOMER SERVICE ISSUES VERY SERIOUSLY HOWEVER THERE IS NO MENTION AS TO WHOM THEY SPOKE WITH. OUR CALLS ARE RANDOMLY MONITORED TO ENSURE THE HIGHEST LEVEL OF CUSTOMER SERVICE. WE ENCOURAGE OUR POTENTIAL CUSTOMERS TO DO THE RESEARCH IN OUR COMPANY PRIOR TO SIGNING UP FOR ANY SERVICE. AS PER MS. THOMAS REQUEST WE HAVE PLACED THE ▮▮▮▮▮ NUMBER ON OUR INTERNAL DO-NOT-CALL-LIST. THEY WILL NOT RECEIVE ANY FUTURE CALLS FROM OUR OFFICES.

           JASON PAGE

| | | | |
|---|---|---|---|
| 09/28/2010 | cmc | MAIL | FORWARD BUSINESS RESPONSE TO CONSUMER : PLEASE BE ADVISED THAT |

NEITHER MS. ALVINA THOMAS NOR MS. EDNA KERBY ARE CLIENTS OF OURS. WE DO TAKE CUSTOMER SERVICE ISSUES VERY SERIOUSLY HOWEVER THERE IS NO MENTION AS TO WHOM THEY SPOKE WITH. OUR CALLS ARE RANDOMLY MONITORED TO ENSURE THE HIGHEST LEVEL OF CUSTOMER SERVICE. WE ENCOURAGE OUR POTENTIAL CUSTOMERS TO DO THE RESEARCH IN OUR COMPANY PRIOR TO SIGNING UP FOR ANY SERVICE. AS PER MS. THOMAS REQUEST WE HAVE PLACED THE ▮▮▮▮▮ NUMBER ON OUR INTERNAL DO-NOT-CALL-LIST. THEY WILL NOT RECEIVE ANY FUTURE CALLS FROM OUR OFFICES.

           JASON PAGE

| | | | |
|---|---|---|---|
| 10/11/2010 | Otto | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/11/2010 | Otto | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 10/11/2010 | Otto | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**                                      **WPBBB-000146**

**BBB of Southeast Florida & the Caribbean**

COMPLAINT ACTIVITY REPORT  Case # 90064671

Consumer Info: Thomas, Alvina

Tescott, KS

Business Info:      A+ Financial Center, LLC
1679 SW South Macedo Drive
Port St. Lucie, FL 34984
877 748-2626

**Consumer's Original Complaint :**
Hello my name is alvina thomas
A+ contacted my grandmother today edna kerby, on her cell phone which is in my name.
Not only did they ask her for her credit card information, Number & billing info, expiration date of card & Last 4 of her SS#, out of
worry I canceled the card for grandmother - her credit card service actually suggested it.. they wanted her to agree to a service
without seeing what she was paying for.  they were very aggressive and didn't want to take NO for an answer I finally had to tell
them that my grandma is busy and to call back tomorrow 9/15/10 @ 1:00 CST.. I have found out that diane miano & christopher
was formly w/ IXE Accelerated Not only did the representative get mad when I said well I want to research the company more due to
the information on Google.  He was down right rude to me.. I am 27 yrs old work at asurion and take escalated calls call day-- if I
talked to customer or anyone on the phone the way those reps talked to me I would have lost my job a long time ago
thank you for your time and have a good day
Alvina Thomas

**Consumer's Desired Resolution:**
I would like the business not to contact my grandmother anymore the # they are calling is                      - which is a cell in my
name.. not my grandmothers.. and how they got the information.. they can contact me in reference to this matter..

**BBB Processing**

| | | |
|---|---|---|
| 09/14/2010 | web BBB | Case Received by BBB |
| 09/15/2010 | RLM BBB | Case Reviewed by BBB - Member |
| 09/15/2010 | Otto MAIL | Send Acknowledgement to Consumer - Member |
| 09/15/2010 | Otto BBB | Notify Business of Dispute - Member |

**PX 4-1**

WPBBB-000147

09/27/2010  17:28   7723368437          ACCELERATED                              PAGE  01/02



1679 SW South Macedo Blvd
Port Saint Lucie, FL 34984
Toll Free: 877-748-2626
Fax: 772-336-8437
save@aplusfinancialcenters.com

*Member Company*

*ATTN: Cindi*

*Response*

**Case # 90064671: Alvina Thomas**

**BBB FX#; 561-845-7234**

09/27/2010

   Please be advised that neither Ms. Alvina Thomas nor Ms. Edna Kerby are clients of ours. We do take customer service issues very seriously however there is no mention as to whom they spoke with. Our calls are randomly monitored to ensure the highest level of customer service. We encourage our potential customers to do the research in our company prior to signing up for any service. As per Ms. Thomas's request we have placed the ▆▆▆▆▆▆ number on our Internal Do-Not-Call List. They will not receive any future calls from our offices.

Jason Page

CCO

## PX 4-1

**COMPLAINT ACTIVITY REPORT**  Case # 90088356 **BBB of Southeast Florida & the Caribbean**

| **Consumer Info:** | Thompson, Charles | **Business Info:** A+ Financial Center, LLC |
| --- | --- | --- |
| | ████████ | 10258 S. US Hwy. 1 |
| | Atlanta, GA  ████ | Port Saint Lucie, FL  34952-5615 |
| | - - | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
well i was contacted to have my interest rates brought down and the guy on the phone got upset because i told him i was afraid to give him any information. He made statements in regards to my mother, and other vulgar comments. i was then called back by another fella who told me that he was a convict who doesn't live to far from my state. i don't appreciate these actions. I'm not sure if they have my address or any information on me. but now I'm really pissed off because i was threatened for no reason.

**Consumer's Desired Resolution:**
i don't want them contacting me anymore, and if the fella is really a felon he shouldn't admit it while asking for personal information. tell them not to call me anymore.

| 02/23/2011 | web | BBB | Case Received by BBB |
| --- | --- | --- | --- |
| 02/24/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 02/24/2011 | Otto | BBB | Send Acknowledgement to Consumer - Member |
| 02/24/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 03/11/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr. Thompson is not a customer of ours.  He |

also did not supply a phone # or date and time of call so we could further investigate the matter.  It should be noted that all of our employees are licensed and have to complete a criminal back round check.  We would be happy to remove Mr. Thompson from any list as he will not receive future telephone calls from our company but we would need any telephone numbers associated with him to do so.  He can also register is number in the federal DNC at www.DNC.gov

| 03/14/2011 | RLM | BBB | Forward Business response to Consumer |
| --- | --- | --- | --- |
| 03/28/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 03/28/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 03/28/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000149

**COMPLAINT ACTIVITY REPORT**  Case # 90102846 **BBB of Southeast Florida & the Caribbean**

**Consumer Info:**      Thurston, Michael

Eugene, OR

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
@Florida BBB Better business bureau
~ About
"A Plus Financial Centers" aka "Card Services" has continually called almost weekly to every other week going to January 2011. I have repeatedly told them I am not interested. I have been removed from their dialing program at least once. Takes about 1 minute. When repeatedly called since then I am, hanged up on when asked to be removed or informed that I do not in fact use credit cards. I get called 2-3x monthly for about 5+/- months. I believe also, previously as well. Last early Fall. Their excuse will probably be they use a generic phone tree & that this "Cannot be helped". Actually yes it can. The thing is "Leads" are a "Uber-Big" money business. It is in their interest to play this game.

**Consumer's Desired Resolution:**
To be permanently removed from their phone tree. NOT to be Re-Added ever...........  Besides how does one tell between a legit or scam artist when a generic name & # appear on caller I.D.  Calling About credit card modification??? It's a semi legit scam service only allowed to operate in Florida and a hand full of other states. This is all being C.C. To my State and "Several" groups that are trying for a more legalistic approach. Examples like this are what win legislation and Court Cases.Please do something about these Jokers. I'm sorry business entrepreneurs.    SincerelyMichael Thurston

| | | | |
|---|---|---|---|
| 06/02/2011 | web | BBB | Case Received by BBB |
| 06/02/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 06/02/2011 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 06/02/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 06/21/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Mr. Thurston is not a client of our company. |

We do use different advertising sources however Mr. Thurston telephone # is on our internal Do Not Call list.  Mr Thurston will not be re-added nor will he receive a call on our behalf from any of our advertisers.
              Furthermore Mr. Thurston can add his telephone numbers to the national Do-Not-Call registry at www.donotcall.gov and he will not receive any solicitations from any one with in 30 days.

| | | | |
|---|---|---|---|
| 06/22/2011 | RLM | EMAIL | Forward Business response to Consumer |
| 07/04/2011 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 07/04/2011 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 07/04/2011 | OttO | BBB | Case closed - ASSUMED RESOLVED |

# PX 4-1

WPBBB-000150

**COMPLAINT ACTIVITY REPORT**   Case # 90140348   **BBB of Southeast Florida & the Caribbean**

| Consumer Info: | Wagner, Chris | Business Info: | A+ Financial Center, LLC |
|---|---|---|---|
| | ▮▮▮▮▮▮ | | 10258 S. US Hwy. 1 |
| | Atchison, KS ▮▮▮▮ | | Port Saint Lucie, FL  34952-5615 |
| | -   - | | 877 748-2626 |

**Location Involved:**      (Same as above)

**Consumer's Original Complaint** :
I have not been contacted by A+ financial in quite some time. I contacted them in 2010 and asked for a refund because they were not help me like they should. They don't even know I exist anymore. The only reason I chose to try this is because they had a good BBB rating at the time. I just want my money back and to never speak to them again.

**Consumer's Desired Resolution:**
I just want the money back. Not even sure if they are BBB accredited like they say they are because they shouldn't be.

| | | | |
|---|---|---|---|
| 02/28/2012 | web | BBB | Case Received by BBB |
| 02/29/2012 | SLR | BBB | Case Reviewed by BBB |
| 02/29/2012 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 02/29/2012 | Otto | MAIL | Notify Business of Dispute |
| 03/21/2012 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This client had originally signed up for our |

services on 04/27/2010.  Our signed contract stated we were to save the client at least $1000.00 in interest charges the 1st year.  We more than exceeded that goal. We sent the client a fulfillment report detailing all of the work that was completed on behalf of the client.

As a courtesy we explained to the client that if additional work could be done in the future we would continue to work on behalf of the client with no additional fees or charges.  The client never called in and requested any additional work to be completed.  We have more then fulfilled our contract to the client.  We have left 6 messages for the client since receiving this complaint.  The client has not returned our calls.

It appears this client is trying to reap the benefits of our services for free.  We will continue to help the client once they contact us to schedule an appointment with their financial planner however we have met our contractual agreements to the client.

| | | | |
|---|---|---|---|
| 03/22/2012 | SLR | EMAIL | Forward Business response to Consumer |
| 04/03/2012 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 04/03/2012 | OttO | MAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 04/03/2012 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**PX 4-1**

WPBBB-000151

**COMPLAINT ACTIVITY REPORT**   Case # 90084081   **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:**   Wylie, Terry | **Business Info:** A+ Financial Center, LLC |
| South Beach, OR | 10258 S. US Hwy. 1 |
| | Port Saint Lucie, FL  34952-5615 |
| | 877 748-2626 |

**Location Involved:**        (Same as above)

**Consumer's Original Complaint :**
Spoke with A+ Financial rep. on January 7, 2011.  Was informed conversation was recorded. They were to send me forms to review and fill out regarding lowering my credit card interest rates.  Was informed my credit card would be charged a fee of $1,095 for their services.  I said "Nothing happens until I sign something, right?"  I do not remember their exact response but I understood I would not be charged until I filled out the proper paperwork.
Discovered a few days later my credit card had been charged $1,095.  I called Master card to confirm the origin of this charge and they put me in contact with A+ Financial.  I had not yet received any paperwork in the mail.  I informed my wife of the charge.  When the papers arrived a few days later, my wife and I talked it over and decided not to use A+ services. We were especially upset at the charge being applied before even seeing A+ documents.  Included in the paperwork was a form to be filed out and mailed back authorizing A+ to charge our credit card, further reinforcing my belief I could not be charged without written authorization.
I attempted to call A+ and inform them we decided no to use their services and please credit back my credit card.  It took a total of 7 phone calls over several days to talk to a rep about this problem.  When I got through to their "Compliance Officer" Jason, he attempted to talk me out of canceling.  He stated he had heard the recorded conversation from January 7 and I "did not ask if I would be charged before signing anything."  He refused to refund our fee.  I do not know if the entire conversation was recorded but I did ask the about signing before being charged.  Mr. Jason said they have no "change your mind policy."  I stated several times during that conversation "I simply don't want your services, refund my money."   They had provided no service to that point, what's the problem with refunding?

**Consumer's Desired Resolution:**
I simply want my credit card for credited the $1,095.

| | | | |
|---|---|---|---|
| 01/25/2011 | web | BBB | Case Received by BBB |
| 01/26/2011 | RLM | BBB | Case Reviewed by BBB - Member |
| 01/26/2011 | Otto | BBB | Send Acknowledgement to Consumer - Member |
| 01/26/2011 | Otto | MAIL | Notify Business of Dispute - Member |
| 02/02/2011 | WEB | BBB | RECEIVE BUSINESS RESPONSE : This customer did in fact sign up for our |

services on Jan 7, 2011.  We did do a recorded contract of services and the client did agree to the terms of the service.  I spoke with the client on 02/01/2011 and informed him he was refunded in full.
This client should be satisfied as the file has been fully refunded back to the credit card

| | | | |
|---|---|---|---|
| 02/03/2011 | RLM | BBB | Forward Business response to Consumer |
| 02/14/2011 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
         A+ Financial contacted me and said they would credit back my Master Card account the disputed amount.  As of today 02/14/2011 12:50 pm Pacific time, the credit has not appeared on my account.  I contacted Master Card and they have not yet received payment.  I cannot accept their response until the account shows a credit.  If that occurs, I would be happy to close my complaint.  I realize there is a time limit on my response, so here it is.

| | | | |
|---|---|---|---|
| 02/14/2011 | RLM | MAIL | Forward Consumer Rebuttal to Business |
| 02/24/2011 | RLM | BBB | DISPUTE RESOLVED- WITH LETTER : My Mastercard was credited back the |

disputed amount today, (02/23/11).  I consider the case closed.

| | | | |
|---|---|---|---|
| 02/24/2011 | Otto | MAIL | Inform Business - Case Closed RESOLVED |
| 02/24/2011 | Otto | BBB | Case Closed RESOLVED |

# PX 4-1

**COMPLAINT ACTIVITY REPORT**   Case # 90057989 **BBB of Southeast Florida & the Caribbean**

| | |
|---|---|
| **Consumer Info:** | Yenglin, Chris |
| | North Platte, NE |
| | - - |

**Business Info:** A+ Financial Center, LLC
10258 S. US Hwy. 1
Port Saint Lucie, FL  34952-5615
877 748-2626

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :
If this company is not tied to any of the "Rachel from Card Services" phone calls then I apologize for wasting their time & getting them investigated.  However, when I called their 800# today, I got in touch with a woman.  I told her I suspected they were tied to the "Card services" phone calls I have been receiving lately.  She had what I would call a nervous pause, then asked if I would like to be placed on their do not call list.  Informed her I would, as I am on the national DNC list.  She took my number and stated that the manager would make sure my number was removed on Monday.  The fact that she didn't deny it and immediately asked to put me on a do not call list tells me they have something to do with at least one of the chains doing these calls.

**Consumer's Desired Resolution:**
All I ask is that if they are connected to said phone scamming outfit, they permanently lose my phone # and never call me for the rest of my life, and get the message out to the other chains out there.  Already informed the FTC so they will also be looking into this.  Passing on the info to BBB to get all involved and investigating them to make sure they are a legitimate company.  I don't mean to cause any trouble or headaches, but I'm tired of this "card services" that keeps calling & won't stop - especially when they spoof a local # & you think it might be someone you know.  Research I've done online lead me to this company - website http://cnx.com/?p=883&cpage=1#comment-2794 to which I obviously described my experience.

| | | | |
|---|---|---|---|
| 07/31/2010 | web | BBB | Case Received by BBB |
| 08/02/2010 | STC | BBB | Case Reviewed by BBB |
| 08/02/2010 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/02/2010 | Otto | MAIL | Notify Business of Dispute |
| 08/18/2010 | Otto | BBB | No response to first notice to business |
| 08/18/2010 | Otto | EMAIL | Consumer - Have You Heard From the Company |
| 08/18/2010 | Otto | MAIL | Reminder of Dispute to Business |
| 08/30/2010 | Otto | BBB | No Response received from Business on 2nd Notice |
| 08/30/2010 | Otto | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 08/30/2010 | Otto | MAIL | Inform Business - Case Closed UNANSWERED |
| 08/30/2010 | Otto | BBB | Case Closed - UNANSWERED |
| 09/08/2010 | BRC | BBB | ReOpen the Complaint |
| 09/08/2010 | BRC | EMAIL | Case Against Wrong Company-Notify Consumer |
| 09/08/2010 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

# PX 4-1