# Plaintiff's Exhibit

# PX 5-1

# DECLARATION OF Gail Kilmer
## PURSUANT TO 28 U.S.C. § 1746

I, Gail Kilmer, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows on the basis of my best knowledge and belief:

1. My name is Gail Kilmer. I am a citizen of the United States and at least 18 years of age. I am employed as Regulatory Director at Citibank, N.A. ("Citi").

2. Citi is a diversified bank that offers a broad array of financial products and services to customers, small businesses, and commercial clients. Citi offers VISA and MasterCard branded credit cards to individuals and small businesses.

3. From time to time, Citi may reduce the interest rate on a customer's credit card based upon a request made by the customer. Citi has established policies and procedures for determining whether to approve a customer's request for a reduction in interest rates and the amount of reduction, if any, Citi will approve.

4. Under Citi's policies and procedures, any reduction in interest rate is made on a case-by-case basis by evaluating, among other things, the customer's payment and credit history and individual economic, financial, credit, and personal circumstances.

5. Under Citi's policies and procedures, customers can obtain lower interest rates on their existing Citi credit cards under three circumstances: (1) goodwill reductions; (2) hardship reductions; or (3) promotional rates. Each of these interest rate reduction programs are described below.

### Goodwill Reductions

6. Existing Citi customers in good standing (i.e., current on their payments and not over their credit limit) who request a lower interest rate on an existing credit card balance may

Page 1

be eligible for a goodwill interest rate reduction under Citi's current policies and procedures.

7. Citi does not guarantee that it will grant any goodwill interest rate reductions requested by its customers, nor does it guarantee any specific rate. Rather, Citi evaluates goodwill interest rate reduction requests on a case-by-case basis taking into consideration the credit profile of the existing customer, the customer's history with Citi, the market interest rates at the time of the request, and the customer's payment and credit history.

8. Based on Citi's consideration of these factors, Citi may agree to a goodwill reduction of a customer's credit card interest rate on his or her existing balance on a Citi card and for new purchases/cash advances.

9. Citi does not have any contracts, agreements, or arrangements with any third parties or consumer credit counseling services that would allow or authorize such entities to offer a Citi customer a specific or guaranteed goodwill interest rate reduction on their existing balances with Citi.

10. Under Citi's policies, goodwill reductions will generally result in an APRs that will be 9.99% or higher. Typically a goodwill rate reduction will be in the range of 2%-4%.

### Hardship Reduction

11. Existing customers who are delinquent on their payments or otherwise having problems paying their credit card bills may be eligible for a hardship interest rate reduction under Citi's policies and procedures.

12. Citi does not guarantee that it will grant any hardship interest rate reduction requests, nor does Citi guarantee any specific rate. Rather, Citi evaluates hardship interest rate reduction requests on a case-by-case basis taking into consideration the credit profile of

the existing, the customer's history with Citi, the market interest rates at the time of the request, the customer's payment and credit history, the customer's individual economic, financial, credit, and personal circumstances and, most importantly, the customer's ability to pay.

13. Citi does not have any contracts, agreements, or arrangements with any third parties or consumer credit counseling services that would allow or authorize such entities to offer a Citi customer a specific or guaranteed hardship interest rate reduction on their existing balances with Citi.

14. In order to receive a hardship interest rate reduction, the customer must demonstrate a bona fide hardship as delineated by requirements set by the Office of the Comptroller of the Currency.

15. In order to receive a hardship interest rate reduction, the customer must close the account the customer has with Citi and may not reopen it. As such, any customer who receives a hardship interest rate reduction can no longer use Citi credit card to make new purchases or obtain cash advances.

16. Under Citi's policies and procedures, the amount and terms of any hardship interest rate reduction depend, in part, on whether the customer is working with a credit counseling service approved by Citi or is making the request on his or her own.

17. If the customer is not working with a consumer credit counseling service and is making the hardship request on his or her own, Citi may agree to convert the customer's outstanding balance to a paydown arrangement. Although the terms of such a loan vary and are dependent on Citi's evaluation of the factors set forth in Paragraph 12 (especially

the customer's willingness to pay and ability to pay the interest rate on such a loan is typically no lower than 9.99% and the repayment term is 60 months or less.

18. In exceptional and rare circumstances, Citi may agree to a hardship interest rate reduction to a rate below 9.99%, even to as low as 0%. Under Citi's policies and procedures, however, a customer cannot obtain a hardship reduction to an interest rate below 9.99% if the customer is working with a consumer credit counseling service.

19. If the customer is working with a consumer credit counseling service that are approved by Citi, Citi may, after evaluation of the factors set forth in Paragraph 12 (especially the customer's willingness and ability to pay), agree to reduce the interest rate on the customer's existing balances to a rate no lower than 9.99% with a repayment term no longer than 60 months.

20. Under Citi's policies and procedures, customers who are working with a consumer credit counseling service approved by Citi cannot receive a hardship interest rate reduction to an interest rate that is less than 9.99%.

21. Under Citi's policies and procedures, Citi will not consider hardship interest rate reduction requests made by customers who are working with consumer credit counseling services that are not on Citi's list of approved consumer credit counseling services.

22. Based on a search of Citi records, Citi has determined that neither A+ Financial Center, LLC, Accelerated Financial Centers, LLC, nor Accelerated Accounting Services LLC, is a consumer credit counseling service that is approved by Citi. As such, under Citi's policies and procedures, Citi would not consider hardship interest rate reduction requests made by consumers working with any of these entities.

**Promotional Offers**

23. Citi may, from time-to-time, offer promotional interest rates to new and existing customers.

24. A promotional interest rate offer may be as low as 0%.

25. All promotional interest rate offers are temporary. The promotional interest rate offers may remain in place 7 to 24 months, although typically Citi offers such promotional rates for 12 to 18 months. After the promotional rate period expires, the interest rate reverts to the customer's standard purchase interest rate.

26. All promotional interest rate offers apply to new purchases or balance transfers. They do not apply to existing balances.

27. Citi does contract with third parties to market promotional interest rates to new customers. Citi, however, does not contract with third parties to market promotional interest rate offers to existing customers on an individual basis using marketing promotions for the reduction of existing balances on Citi Credit Card accounts. Nonetheless, existing Citi customers in good standing (i.e., current on their payment and not over their credit limit) may request a reduction in their existing interest rate based on promotional credit card interest rates currently being marketed to new customers.

28. Citi does not guarantee that it will grant any promotional interest rate reductions requested by its customers, nor does it guarantee any specific rate. Rather, Citi evaluates promotional interest rate reduction requests on a case-by-case basis taking into consideration the credit profile of the existing customer, the customer's history with Citi, the market interest rates at the time of the request, the customer's payment and credit history, and Citi's desire to retain the customer.

29. Citi will not agree to a promotional interest rate reduction request made by a consumer credit counseling service on behalf of an existing Citi customer.

30. Under Citi's policies and procedures, Citi does not permit a customer to transfer an existing balance held on one Citi credit card account to another Citi credit card account. As such, a Citi customer who accepts a promotional interest rate offer cannot subsequently transfer an outstanding balance on an existing Citi credit card to the new promotional rate Citi card.

31. Under Citi's policies and procedures, a customer can transfer outstanding balances held on non-Citi credit cards to a new promotional rate Citi card. If the customer elects to do so, however, they must pay a balance transfer fee, which typically ranges from 3% to 5% of the balance amount that is transferred.

I state under penalty of perjury that the foregoing statement is true and correct.

_____
Gail Kilmer

Executed on October 22, 2012, in Wilmington, Delaware