UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:12-CV-14373-DLG

**FEDERAL TRADE COMMISSION,**
Plaintiff,

v.

**A+ FINANCIAL CENTER, LLC**, et al.,
Defendants.

CASE NO. 1:13-MC-23727-FAM

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff,<br><br>v.<br><br>**A+ FINANCIAL CENTER, LLC**, et al., Defendants. | Miscellaneous Proceeding to Enforce Subpoena Authorized in *Federal Trade Commission v. A+ Financial Center, LLC*, No. 12-CV-14373-DLG (S.D. Fla.) |

**ORDER**

After consideration of the Federal Trade Commission's Consent Motions to Consolidate Proceedings [D.E.'s 168 and 22], it is hereby:

ORDERED that the motions are GRANTED; and

ORDERED that *FTC v. A+ Financial Center, LLC, et al.*, No. 1:13-MC-23727-FAM, is hereby consolidated with *FTC v. A+ Financial Center, LLC, et al.*, No. 2:12-CV-14373, for ultimate resolution by Judge Donald L. Graham.

DONE AND ORDERED, this 5th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record