UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-14373-DLG

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

A+ FINANCIAL CENTER, LLC, a Florida limited liability company, also doing business as ACCELERATED FINANCIAL CENTERS, LLC,

ACCELERATED ACCOUNTING SERVICES LLC, a Florida limited liability company,

CHRISTOPHER L. MIANO, individually and as the managing member of Accelerated Accounting Services LLC, and

DANA M. MIANO, individually and as the managing member of A+ Financial Center, LLC,

    Defendants.

**ORDER GRANTING RECEIVER'S UNCONTESTED MOTION TO AUTHORIZE FINAL PAYMENT OF PROFESSIONAL FEES AND COSTS TO RECEIVER'S ACCOUNTANTS AND ATTORNEYS**

THIS CAUSE came before the Court on the *Receiver's Uncontested Motion to Authorize Final Payment of Professional Fees and Costs to Receiver's Accountants and Attorneys* [ECF # 227] (the "Motion").

THE COURT, has considered the Motion, the pertinent portions of the record, the Receiver's Final Report and Final Accounting [ECF#227], and is otherwise fully advised in the premises.

The Court determines that the fees and costs requested in the Motion are reasonable and appropriate. Accordingly,

**IT IS HEREBY ORDERED** that

1. The Receiver's Motion is **GRANTED**.

2. The Receiver is hereby authorized to pay his attorneys, Berger Singerman, LLP, fees and costs in the total sum of $195,453.80.

3. The Receiver is hereby authorized to pay his accountants, Berkowitz Pollack Brant Advisors and Accountants, LLP, fees and costs in the total sum of $19,000.00.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record