UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CV-14373-DLG

**FEDERAL TRADE COMMISSION,**

      Plaintiff,

    v.

**A+ FINANCIAL CENTER, LLC,** a Florida
limited liability company, also doing business as
**ACCELERATED FINANCIAL CENTERS,
LLC,**

**ACCELERATED ACCOUNTING SERVICES
LLC,** a Florida limited liability company,

**CHRISTOPHER L. MIANO,** individually and
as the managing member of Accelerated
Accounting Services LLC, and

**DANA M. MIANO,** individually and as the
managing member of A+ Financial Center, LLC,

      Defendants.

---

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO FILE UNDER SEAL
EXHIBIT A TO RECEIVER'S UNCONTESTED MOTION TO AUTHORIZE
PAYMENT OF PROFESSIONAL FEES**

**THIS CAUSE** came before the Court upon the Receiver's Unopposed Motion to File

Under Seal Exhibit A to Receiver's Uncontested Motion to Authorize Payment of Professional

Fees ("Unopposed Motion")[D.E. 228], filed December 14, 2015.  The Court has reviewed said

Unopposed Motion, the Court file, and is otherwise fully advised as to the Motion. It is hereby:

      **ORDERED AND ADJUDGED** that:

    1.    Receiver's Unopposed Motion is hereby **GRANTED.**

**2.**     The Receiver is permitted to file Exhibit A to Receiver's Uncontested Motion to Authorize Payment of Professional Fees under seal, and this filing will be sealed for the duration of the litigation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _17th_ day of December 2015.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

6839761-1                                         - 2 -